USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA GUZMAN,

           Plaintiff,

- against -

NEWS CORPORATION, et al.,

           Defendants.

ORDER

09 Civ. 9323 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that the Parties appear for a telephonic conference with the Court on **March 3, 2010, at 11:00 a.m.**

    On the morning of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Suite 1970, at 212-805-0242. Upon receipt of this order, if you need further information direct inquiries to Michael Brantley, 212-805-0242.

SO ORDERED this 11th day of February 2010
New York, New York

                                            */s/ Ronald L. Ellis*
                                            The Honorable Ronald L. Ellis
                                            United States Magistrate Judge