```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA GUZMAN,

               Plaintiff,

   - against -

NEWS CORPORATION, et al.,

               Defendants.

ORDER

09 Civ. 9323 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having held a telephonic conference on March 17, 2010,

**IT IS HEREBY ORDERED:**

(1) Defendants' request for a stay of discovery is **DENIED**;

(2) Fact discovery shall be completed by **July 15, 2010**;

(3) The Parties shall appear for a status conference with the Court on **May 11, 2010,** at 10:00 a.m.

SO ORDERED this 19th day of March 2010
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge