```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-11-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA GUZMAN,

                       Plaintiff,

          - against -

NEWS CORPORATION, et al.,

                       Defendants.

**ORDER**

09 Civ. 9323 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having held a status conference on May 11, 2010,

**IT IS HEREBY ORDERED THAT** the Parties shall appear for a status conference with the Court on **June 17, 2010, at 10:00 a.m.**

**SO ORDERED this 11th day of May 2010**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge