USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-17-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA GUZMAN,

                **Plaintiff,**

   - against -

NEWS CORPORATION, et al.,

                **Defendants.**

**ORDER**

09 Civ. 9323 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having held a status conference on June 17, 2010,

**IT IS HEREBY ORDERED THAT** the Parties shall appear for a status conference with the Court on **July 15, 2010, at 10:00 a.m.**

**SO ORDERED this 17th day of June 2010**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge