# Exhibit 3



**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Kenneth P. Thompson**
kthompson@twglaw.com

August 3, 2010

**BY EMAIL**

Mark W. Lerner, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019

    Re:    <u>Guzman v. News Corporation, et al., No. 09 Civ. 9323 (BSJ)(RLE)</u>

Dear Mark:

As you know, we represent Plaintiff Sandra Guzman ("Plaintiff") in the above-referenced matter. Having received notice of Plaintiff's right to sue from the EEOC, we write, pursuant to Fed. R. Civ. P. 15(a)(2), to request Defendants' consent to Plaintiff's filing of an Amended Complaint, which incorporates her claims against Defendants under Title VII, in addition to the previously asserted causes of action. I have enclosed copies of Plaintiff's proposed Amended Complaint, as well as a "black line" comparison of Plaintiff's Complaint and proposed Amended Complaint, for your convenient review.

Please let us know by August 10, 2010 if Defendants will consent to Plaintiff's filing of the proposed Amended Complaint so as to avoid any need for us to burden the Court with an unnecessary application for leave to file the same.

Sincerely,

Kenneth P. Thompson

cc:    Blythe E. Lovinger, Esq.