# Exhibit 5



**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Kenneth P. Thompson**
kthompson@twglaw.com

August 10, 2010

**BY EMAIL**

Mark W. Lerner, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019

   Re: <u>Guzman v. News Corporation, et al., No. 09 Civ. 9323 (BSJ)(RLE)</u>

Dear Mark:

We are in receipt of your letter this evening concerning Defendants' objections to the proposed Amended Complaint that we forwarded for your review pursuant to Fed. R. Civ. P. 15(a)(2) on August 3, 2010.  Please note that while we believe that Defendants' stated objections are devoid of merit, we are nevertheless willing to revise the Amended Complaint to accommodate those objections in a good faith effort to avoid burdening the Court with unnecessary motion practice.  Accordingly, enclosed please find a revised Amended Complaint, which omits the language in paragraphs 18 and 50, which your letter cites as the only specific bases for Defendants' refusal to consent to Plaintiff's filing of the same.

Please confirm by August 12 whether Defendants consent to Plaintiff's anticipated filing of her Amended Complaint as so revised.

Sincerely,

Kenneth P. Thompson

Enclosure

cc: Blythe E. Lovinger, Esq.