```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
SANDRA GUZMAN,                     :
                                   :
                  Plaintiffs,      :
                                   :
            v.                     :     09 Civ. 9323(BSJ)
                                   :     ORDER
NEWS CORPORATION, NYP HOLDINGS,    :
INC., d/b/a THE NEW YORK POST,     :
MICHELLE GOTTHELF and DANIEL       :
GREENFIELD, in the official and    :
Individual capacities              :
                                   :
                  Defendant.       :
-----------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Defendants have consented to Plaintiff's motion for leave to amend her complaint. Accordingly, the amended complaint may be filed. Therefore, the Clerk of Court is directed to terminate the motion (ECF No. 28) as moot.

**SO ORDERED:**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Barbara S. Jones
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

New York, New York
October 12, 2010