```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4|6|11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA GUZMAN,

                                **Plaintiff,**

                - against -

NEWS CORPORATION, et al.,

                                **Defendants.**

**ORDER**

09 Civ. 9323 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having held a telephone conference today, and having considered Plaintiff Sandra Guzman's request to stay all depositions in this matter,

    **IT IS HEREBY ORDERED THAT** all depositions shall be stayed until **May 6, 2011**.

    **IT IS FURTHER ORDERED THAT** the Parties shall appear before the Undersigned for a telephone conference on **May 6, 2011, at 11:00 A.M.**

**SO ORDERED this 6th day of April 2011**
New York, New York

                                                     *[signature]*
                                                     The Honorable Ronald L. Ellis
                                                     United States Magistrate Judge