

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SANDRA GUZMAN,              :
                            :
            Plaintiff,      :      Civil Action No. 09 CV 9323 (BSJ)(RLE)
                            :
      v.                    :      **PROPOSED DISCOVERY PLAN**
                            :
NEWS CORPORATION, NYP HOLDINGS, INC., :
d/b/a NEW YORK POST, and COL ALLAN, in his :
official and individual capacities, :
                            :
            Defendants.     :
------------------------------------------------------------x

Pursuant to this Court's request, the Parties hereby submit this Proposed Discovery Plan to the Court for its consideration:

(1)   The Parties will complete fact discovery, including all depositions, by **December 30, 2011**. Plaintiff will be available for deposition between **October 1, 2011 and October 15, 2011**. Unless the Parties otherwise agree or the Court So Orders, depositions will not be conducted unless all Parties have fully responded to all current outstanding requests for documents and interrogatories. Also, unless the Parties otherwise agree or the Court So Orders, non-party depositions will be conducted after party depositions if possible.

(2)   A party moving for summary judgment will serve their moving papers by **January 31, 2012**. Opposition papers, if any, will be served by **February 28, 2012**. Reply papers, if any, will be served by **March 15, 2012**.

(3)   If necessary, a Joint Pretrial Order will be submitted within thirty (30) days after a decision has been rendered on all dispositive motions.

(4)   The Parties will complete expert discovery within ninety (90) days after a decision has been rendered on all dispositive motions. The Parties will serve their expert reports within thirty (30) days after a decision has been rendered on all dispositive motions. The Parties will serve their expert rebuttal reports thirty (30) days later.

1

Dated: July 22, 2011

| | |
|---|---|
| Thompson Wigdor LLP<br>Attorneys for Plaintiff | Kasowitz, Benson, Torres & Friedman LLP<br>Attorneys for Defendants |

Kenneth P. Thompson
Shaffin A. Datoo
85 Fifth Avenue
New York, NY 10003
Tel. (212) 257-6800
kthompson@thompsonwigdor.com
sdatoo@thompsonwigdor.com

Mark W. Lerner
Blythe E. Lovinger
1633 Broadway
New York, NY 10019-6799
Tel. (212) 506-1700
mlerner@kasowitz.com
blovinger@kasowitz.com

SO ORDERED:

_____ 7-28-11
JUDGE RONALD E. ELLIS

2