UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA GUZMAN,

                Plaintiff,

- against -

NEWS CORPORATION, et al.,

                Defendants.

ORDER

09 Civ. 9323 (BSJ) (RLE)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8-17-11*

**RONALD L. ELLIS, United States Magistrate Judge:**

During a July 7, 2011 telephone conference in this matter, the undersigned ordered Defendants NYP Holdings, Inc. d/b/a the New York Post, News Corporation, and Col Allen to submit certain redacted documents for *in camera* review so that the Court could determine whether the redactions were proper. On July 18, 2011, Defendants submitted copies of the redacted and unredacted documents for the Court to review. After reviewing the submitted materials, the Court determines that the entries in question were properly redacted. The redacted material contains (1) confidential information from the New York Post's Executive Committee's minutes and (2) public complaints about the Chimpanzee Cartoon, which the Court finds are not relevant to Plaintiff's claims. Accordingly, Plaintiff's request to review the redacted material is **DENIED.**

**SO ORDERED this 17th day of August 2011**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge