UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SANDRA GUZMAN,

                              Plaintiff,

      v.

NEWS CORPORATION, NYP HOLDINGS,
INC., d/b/a THE NEW YORK POST, and COL
ALLAN, in his official and individual capacities,

                             Defendants.
-------------------------------------------------------------X



No. 09-CV-9323 (BSJ)(RLE)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

      Upon the motion of Kenneth P. Thompson, attorney of Plaintiff Sandra Guzman ("Guzman"), and said sponsor attorney's Declaration in support;

      IT IS HEREBY ORDERED that

           Paul A. Clark
           Thompson Wigdor LLP
           85 Fifth Avenue
           New York, NY 10003
           (212) 257-6800
           Fax: (212) 257-6845
           E-mail: pclark@thompsonwigdor.com

is admitted to practice pro hac vice as counsel for Ms. Guzman in the above captioned case. All attorneys appearing before this Court are subject to the Local Rules of this Court, including rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

SO ORDERED

Dated: New York, NY

        Feb. 23, 2012

_____
Ronald L. Ellis
United States Magistrate Judge

USDJ