UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SANDRA GUZMAN,

                          Plaintiff,

  vs.

NEWS CORPORATION, NYP HOLDINGS,
INC., d/b/a THE NEW YORK POST,
and COL ALLAN, in his official and
individual capacities,

                        Defendants.
------------------------------------------------------------x

Civil No.: 09 CV 9323 (BSJ)(RLE)

**ORDER**




    **WHEREAS,** on February 23, 2012, Defendants, through their counsel, personally served non-party Ebony Clark with a subpoena in accordance with Federal Rule of Civil Procedure 45, commanding her to appear for a deposition and to produce certain documents (the "Subpoena");

    **WHEREAS,** the record before the Court demonstrates that Ms. Clark failed to comply with her Subpoena obligations, refuses to communicate with defense counsel and did not appear for her deposition;

    **WHEREAS,** Defendants have moved this Court for an Order compelling Ms. Clark to comply with the Subpoena, for monetary sanctions, and for such other relief that this Court deems appropriate; and

    **WHEREAS,** during the conference held on April 17, 2012, this Court found that good cause exists to compel Ms. Clark to comply with the Subpoena.

    **NOW, THEREFORE, IT IS HEREBY ORDERED** that Ebony Clark shall appear to testify at a deposition to be held on May 8, 2012, at 10:00 a.m., at the law offices of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, and shall produce at that time all the documents described in the Subpoena, and

**IT IS FURTHER ORDERED** that Counsel for Defendants shall personally serve a copy of this Order on Ms. Clark by April 30, 2012.

**SO ORDERED** this 24th day of April, 2012

_____
RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

2