UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDRA GUZMAN,

         Plaintiff,

  v.

NEWS CORPORATION, NYP HOLDINGS,
INC., d/b/a THE NEW YORK POST, and
COL ALLAN, in his official and individual
capacities,

         Defendants.
------------------------------------------------------------X

Civil No. 09-CV-9323 (BSJ)(RLE)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-12

  **WHEREAS**, on February 24, 2012, Plaintiff Sandra Guzman, through counsel, personally served non-party Ian Keith Spiegelman with a subpoena in accordance with Federal Rule of Civil Procedure 45, commanding him to appear for a deposition; and

  **WHEREAS**, Mr. Spiegelman failed to comply with his obligation to appear for deposition; and

  **WHEREAS**, Ms. Guzman has moved this Court for an Order compelling Mr. Spiegelman to comply with the Subpoena and appear for deposition; and

  **WHEREAS**, during the conference held on April 17, 2012, this Court found good cause exists to compel Mr. Spiegelman to comply with the subpoena,

  **NOW, THEREFORE, IT IS HEREBY ORDERED** that Ian Keith Spiegelman shall appear to testify at a deposition to be held on May 17, 2012 at 10:00 a.m. at the law office of Thompson Wigdor LLP, 85 Fifth Avenue, Fifth Floor, New York, NY 10003; and

**IT IS FURTHER ORDERED** that counsel for Plaintiff shall personally serve a copy of this Order on Mr. Spiegelman by May 7, 2012.

So Ordered this 30th day of April, 2012
New York, New York

_____
Ronald L. Ellis
United States Magistrate Judge