USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-2-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                     :

SANDRA GUZMAN,                                    :

                                      Plaintiff,    :        Civil No.: 09 CV 9323 (BSJ)(RLE)

vs.                                                :        **ORDER**

NEWS CORPORATION, NYP HOLDINGS,  :
INC., d/b/a THE NEW YORK POST,
and COL ALLAN, in his official and     :
individual capacities,
                                                      :
                                   Defendants.   :
------------------------------------------------------------x

        **WHEREAS**, on February 23, 2012, Defendants, through their counsel, personally served non-party Ebony Clark with a subpoena in accordance with Federal Rule of Civil Procedure 45, commanding her to appear for a deposition and to produce certain documents (the "Subpoena");

        **WHEREAS**, the record before the Court demonstrates that Ms. Clark failed to comply with her Subpoena obligations, refuses to communicate with defense counsel and did not appear for her deposition;

        **WHEREAS**, Defendants have moved this Court for an Order compelling Ms. Clark to comply with the Subpoena, for monetary sanctions, and for such other relief that this Court deems appropriate;

        **WHEREAS**, during the conference held on April 17, 2012, this Court found that good cause exists to compel Ms. Clark to comply with the Subpoena; and

        **WHEREAS**, Defendants used their best efforts to personally serve Ms. Clark on and prior to April 30, 2012, including attempting to personally serve Ms. Clark at her residence on multiple dates.

        **NOW, THEREFORE, IT IS HEREBY ORDERED** that Ebony Clark shall appear to testify at a deposition to be held on May 8, 2012, at 10:00 a.m., at the law offices of Kasowitz,

Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, and shall produce at that time all the documents described in the Subpoena, and

  **IT IS FURTHER ORDERED** that Counsel for Defendants shall serve on Ms. Clark via e-mail, to ebonyclark05@gmail.com, and via posting at Ms. Clark's residence, located at 668 E. 219th St., Bronx, New York, 10467, a copy of this Order by May 4, 2012.

**SO ORDERED** this 2nd day of May, 2012

          _____
          RONALD L. ELLIS
          UNITED STATES MAGISTRATE JUDGE