USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA GUZMAN,

                Plaintiff,

- against -

NEWS CORPORATION, et al.,

                Defendants.

MEMORANDUM
OPINION & ORDER

09 Civ. 9323 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Defendants NYP Holdings, Inc. d/b/a the New York Post, News Corporation, and Col Allen seek an order to compel Plaintiff Sandra Guzman to produce two redacted portions of work notebooks kept by Guzman while she was employed by Defendants. (Defs.' Ltr., Feb. 10, 2012 ("Defs.' Ltr.") at 1.) The redactions had been logged as "personal story regarding feelings of falling in love" and "personal story regarding sexual feelings." (*Id.*) On February 10, 2012, Guzman submitted the redacted material for *in camera* review so that the Court could determine whether the redactions were proper. Defendants assert that the material would bear "significantly on the required element of [Guzman's] claim that she felt subjectively harassed by the alleged conduct." (Defs.' Ltr. at 2.) Guzman argues that the material Defendants seek is not relevant to any party's claim or defense. (Pl. Ltr., Feb. 10, 2012 at 1.)

After reviewing the submitted materials, the Court determines that the entries in question were properly redacted. The redacted material contains scattered musings and story ideas, which the Court finds are not relevant to Guzman's claims or any defenses, including the question of whether the behavior challenged by Guzman was subjectively harassing. Accordingly, Defendants' request to review the redacted material is **DENIED.**

SO ORDERED this 15th day of June 2012
New York, New York

*[signature: Ronald Ellis]*

The Honorable Ronald L. Ellis
United States Magistrate Judge