UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                              :
SANDRA GUZMAN,                                :        Civ. No.: 09 CV 9323(BSJ)(RLE)
                                              :
                              Plaintiff,      :        **DECLARATION OF**
                                              :        **MARK W. LERNER**
                    vs.                       :
                                              :
NEWS CORPORATION, NYP HOLDINGS,               :
INC., d/b/a THE NEW YORK POST,                :
and COL ALLAN, in his official and            :
individual capacities,                        :
                                              :
                              Defendants.     :
-------------------------------------------------------------x

        MARK W. LERNER, pursuant to 28 U.S.C. § 1746, declares:

        1.      I am a member of Kasowitz, Benson, Torres & Friedman LLP, attorneys for

defendants News Corporation, NYP Holdings, Inc., d/b/a the New York Post, and Col Allan, in

his official and individual capacities (together, "defendants"), in this action.  I submit this

declaration in support of defendants' objections, made pursuant to FED. R. CIV. P. 72(a), to the

Order of Magistrate Judge Ronald L. Ellis, dated June 29, 2012, denying defendants' motion for

a protective order as to certain deposition questions posed by plaintiff Sandra Guzman

("Guzman" or "plaintiff").

        2.      Attached hereto as Exhibit A are true and correct copies of relevant portions of

the transcript of the conference before Judge Ronald L. Ellis, dated July 7, 2011.

        3.      Attached hereto as Exhibit B are true and correct copies of relevant portions of the

transcript of the deposition of Col Allan, dated February 14, 2012.

Dated:  New York, New York
        July 13, 2012

                                    _____/s/ Mark W. Lerner_____
                                            MARK W. LERNER