**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X

| | | |
|---|---|---|
| SANDRA GUZMAN, | : | |
| | : | |
| Plaintiff, | : | No. 09 Civ. 9323 (BSJ)(RLE) |
| | : | |
| v. | : | |
| | : | |
| NEWS CORPORATION, NYP HOLDINGS, | : | |
| INC., d/b/a THE NEW YORK POST, and COL | : | |
| ALLAN, in his official and individual capacities, | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------- X

## DECLARATION OF KENNETH P. THOMPSON

I, KENNETH P. THOMPSON, declare under penalty of perjury the following:

1.      I am a partner in the law firm Thompson Wigdor LLP, attorneys for Plaintiff Sandra Guzman ("Plaintiff"), and as such, I am fully familiar with the matters set forth herein.

2.      Attached hereto as Exhibit A is a true and correct copy of the Amended Complaint in this action.

3.      Attached hereto as Exhibit B is a true and correct copy of relevant portions of the transcript of Plaintiff's deposition.

4.      Attached hereto as Exhibit C is a true and correct copy of relevant portions of the transcript of Defendant Col Allan's deposition.

5.      Attached hereto as Exhibit D is a true and correct copy of relevant portions of the transcript of Jesse Angelo's deposition.

6.      Attached hereto as Exhibit E is a true and correct copy of the Affidavit of Leonard Greene.

7.      Attached hereto as Exhibit F is a true and correct copy of pages 11 and 12 of the February 18, 2009 edition The New York Post.

8.      Attached hereto as Exhibit G is a true and correct copy of Defendants' Memorandum of Law in Support of Motion to Dismiss the Complaint, dated December 30, 2009.

9.      Attached hereto as Exhibit H is a true and correct copy of this Court's September 27, 2010 decision denying Defendants' motion to dismiss.

10.     Attached hereto as Exhibit I is a true and correct copy of Defendants' Memorandum of Law in Support of Motion to Strike Certain Allegations, dated October 27, 2010.

11.     Attached hereto as Exhibit J is a true and correct copy of the Order of Magistrate Judge Ellis, dated April 26, 2011.

12.     Attached hereto as Exhibit K is a true and correct copy of Defendants' Memorandum of Law in Support of Defendants' Motion for Protective Order, dated April 27, 2012.

13.     Attached hereto as Exhibit L is a true and correct copy of Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion for a Protective Order, dated May 14, 2012.

14.     Attached hereto as Exhibit M is a true and correct copy of relevant portions of the transcript of the May 31, 2012 status conference before Judge Ellis.

15.     Attached hereto as Exhibit N is a true and correct copy of the June 29, 2012 Memorandum and Order of Judge Ellis denying Defendants' Motion for Protective Order.

Dated:  July 27, 2012
        New York, New York

Respectfully submitted,

Kenneth P. Thompson