# Exhibit F

# WANT $22B MORE

**TAX RELIEF**
- Means-tested credit of $400 per individual and $800 for couples
- $2,500 credit for college-education expenses
- $8,000 credit for first-time home buyers
- Hike in earned income tax credit
- Small businesses can write off 2008 losses against five previous years.
- Break on long-term capital gains from small-business stock
- Tax-preferred bonds for the construction/repair of public schools
- Breaks for wind and other renewable energy facilities
- Credits for energy-efficient improvements to existing homes

**SPENDING**
- $120B for infrastructure and science
- $19B for upgrading health-care technology
- $10B for cancer, Alzheimer's and other medical research
- $21B for health insurance for laid-off workers
- $53.6B for state budgets
- $13B for disadvantaged students
- $4.5B for energy efficiency of federal buildings
- $11B to upgrade electricity grid
- $6B for wind and solar projects
- $19.9B for food stamps

**SHOT IN THE ARM:** President Obama signs the stimulus bill into law in Denver yesterday.

Bloomberg News

New York Post, Wednesday, February 18, 2009   nypost.com

## GM, Chrysler plead as prez signs $787B stim

**By GEOFF EARLE**
*Post Correspondent*

WASHINGTON — Struggling automakers yesterday went begging for almost $22 billion more in taxpayer bailout cash, as General Motors said it plans to cut 47,000 jobs, 19 percent of its global work force, and close five more US factories to survive. Chrysler said it would cut 3,000 more workers.

GM and Chrysler made their requests for additional aid as President Obama signed his $787 billion economic stimulus plan into law and proclaimed the "beginning of the end" to the country's financial woes.

The automakers' plea for more federal assistance comes on top of the $17.4 billion that the Detroit giants already have received.

GM's restructuring proposal says the company may need a total of up to $30 billion in government loans.

The company said it could run out of money by March without the funds.

GM submitted the dire plan to the Treasury Department to explain how it will become viable and repay its loans.

It says GM will try to borrow up to $16.6 billion more from the government, on top of the $13.4 billion it already has received.

The loan request includes a credit line of $7.5 billion to be used if the downturn in the auto industry is worse than expected.

With the restructuring, GM expects to start repaying the government in 2012 and fully pay off the loans by 2017.

GM says it has considered the option of bankruptcy, but the only credit available to finance a reorganization would be from the government, and it could cost as much as $100 billion.

Chrysler, too, told the government it needs more taxpayer money to survive than originally thought.

Acknowledging that industry conditions are worse than expected when it made the case in December for a government bailout, Chrysler requested an additional $5-billion in loans. It originally said it would need $3-billion more. The company had previously received $4 billion.

Meanwhile, the United Auto Workers said it has reached a tentative agreement with Chrysler, GM and Ford on modifications to existing labor contracts.

Obama's press secretary, Robert Gibbs, told reporters aboard Air Force One he wouldn't rule out bankruptcy for the Detroit automakers. He also said the administration looks forward to reviewing GM's and Chrysler's restructuring plans.

The developments came as the nation was buffeted by bad economic news and world markets sank.

The Dow Jones Industrial average dropped 298 points and finished within a point of where it was last November, at its 10-year low.

World markets also closed down, as European bank stocks dropped amid concerns about exposure to bad loans in troubled Eastern European countries.

A survey of manufacturing in New York state also reached a new low.

"I don't want to pretend that today marks the end of our economic problems," Obama said in Denver, where he signed the stimulus bill into law. "Nor does it constitute all of what we're going to have to do to turn our economy around. But today does mark the beginning of the end."

Obama said the stimulus marked "the beginning of what we need to do to create jobs for Americans scrambling in the wake of layoffs."

Amid the grim economic news, the White House didn't rule out another stimulus package.

In a return to the campaign style that got him elected, Obama jetted to Colorado — a swing state he carried in November and where he accepted the Democratic nomination — to sign the measure.

He stood with Colorado Gov. Bill Ritter and Vice President Joe Biden before a row of flags. Nowhere to be seen was House Speaker Nancy Pelosi (D-Calif.), who is in Rome, or Senate Majority Leader Harry Reid, who was in his home state of Nevada.

House Minority Leader John Boehner (R-Ohio) called the stimulus a "raw deal for American families."

geoff.earle@nypost.com

**Opinion / P. 33-35**

12

# Sly's a Beverly Hills prince

New York Post, Wednesday, February 18, 2009 ~ nypost.com

## Page Six®

### Paula Froelich
paula.froelich@nypost.com

With Bill Hoffmann
bill.hoffmann@nypost.com

and Corynne Steindler
csteindler@nypost.com

Richard Johnson is on vacation.

SYLVESTER Stallone turned from macho movie star to mild-mannered model citizen when he nearly mowed down a "Rocky" fan in Beverly Hills this week.

Stallone, 62, was driving a "totally pimped, all-black VW Phaeton" Monday afternoon when a man "listening to his iPod started crossing Bedford Street with the light in his favor," a reliable witness told Page Six.

"The car skidded into the crosswalk, stopping just short of my buddy, who dove to the ground," our source continued. "When he looked up, he saw a guy wearing a shocked expression, in red leather bomber-type jacket, gripping the wheel with one hand as the other held his cell against his ear.

"Like the hot-headed New Yorker he is, my buddy started yelling, 'Are you [bleep]ing kidding me?'

"Then he realized it was Sly. He told me, 'How was I gonna yell at Stallone? I mean, I love the guy since I was a kid. It'd be almost an honor to say Rocky knocked me out at a Beverly Hills crosswalk.'"

The muscle-bound action hero "couldn't have been more of a gentleman. He jumped out immediately to see if my friend was all right. But he couldn't hear Sly's concern because he was still wearing his earphones," our source continued.

"This prompted Sly, with a smile, to twirl his index finger next to his temple to indicate maybe he was crazy to cross deafened by music. My pal immediately pointed at Sly's cell, still in his hand. They each looked at their devices and then both of them broke out laughing, realizing all parties were guilty as charged.

"Sly extended a hand, pulled my buddy up, and asked, 'You all right?' When my friend assured him he was. Sly offered, 'You sure, you need a ride or anything? Can I give you a lift?' My friend politely declined. They fist-bumped, then with a smile, Sly showed him he was sticking his cell in his jacket before jumping back into his VW."

Stallone's rep, Michelle Bega, had no comment.

## Just asking

WHICH movie producer is finding out bad habits die hard? Despite being married, he asked a gorgeous, dark-haired woman back to his hotel for a "late-night private audition" after a dinner at the Berlinal Film Festival. As the actress accepted, look for her to appear in his upcoming pictures ... WHICH kooky fashion figure asked for illegal substances on her contract rider? She said in order for her to appear at a fashion show, she needs two bottles of Cristal and "cocaine — a lot of it."



### Altar-bound

WILL wedding bells be ringing soon for **Rachel Bilson** (above)? A Page Six spy spotted Bilson on a Virgin America flight from LA to JFK Monday night with her mom and tells us the actress is engaged to longtime beau **Hayden Christensen**. "A man sitting in front of her on the plane saw a ring on her finger and asked if she was married," said our snitch, who overheard Bilson reply, "I'm not married yet, just engaged. I know I look like I'm 15, but I'm actually 27." Her rep didn't return calls.



### Sightings

DIANE Kruger, a star of the upcoming **Quentin Tarantino** flick "Inglourious Basterds" and a pal of **Tommy Hilfiger**, trying on outfits at the designer's Bleecker Street store for his Fashion Week show at the tents tomorrow ... **CLIVE Owen**, **Kirsten Dunst**, **Moby** and **John Leguizamo** clapping furiously after the Ferragamo-sponsored Cinema Society screening of **Gwyneth Paltrow**'s flick "Two Lovers" at the Cooper Square Hotel.

### Green's at home anywhere

MARK Green claims to be a real homeboy — but where his first home was depends on which campaign he's running. In a new video, Green appears on a Bensonhurst street unveiling his latest run for public advocate, saying the Brooklyn neighborhood is the place where he spent "my early" childhood. But in 2006, in a primary against current state Attorney General **Andrew Cuomo**, Green declared his candidacy in Great Neck, which he described as the place where he grew up. In fact, Green was born in Brooklyn and lived there until his family moved to Long Island when he was 3. Green strategist **Paul Rivera** told The Post's **Maggie Haberman** that what's more important than where people are from is "where they stand on issues and the fights they choose to wage on behalf of others, Mark Green has been completely consistent in describing his early childhood."



### Melting Lisa

WHO'S the one person who can turn hilariously foul-mouthed insult queen **Lisa Lampanelli** into a softie? Pop icon **Barry Manilow**, reports The Post's **Mandy Stadtmiller**. "No one is off-limits — no one except for Barry," Lampanelli told the Friars Club as Manilow became an Honorary Friar. "He provided the entire soundtrack to my life, and how can you thank someone for that? He's one of the three people I've ever been speechless in front of: [Don] Rickles, [Howard] Stern ... and then Barry." Manilow thanked the club for the tribute, adding, "Most of all, thank you so much for not roasting me. I have been roasted every day since 'Mandy' came out."



### Camera-shy

**Michael Phelps** (above) emerged from bong-gate without any criminal charges, but he's still wary of having his photo taken. A spy tells us the human dolphin recently had the windows of his Baltimore house tinted to prevent paparazzi from snapping shots of him at home. According to our source, Phelps has also been "hiding out at strip clubs," since they're the only places he can party with no pictures being taken. Phelps' agent didn't return calls or e-r seeking comment.