# Exhibit M

1

c5v2guzc

```
1    UNITED STATES DISTRICT COURT
1    SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
2
3    SANDRA GUZMAN, et al.,
3
4                  Plaintiffs,           New York, N.Y.
4
5            v.                          09 Civ. 9323(BSJ)(RLE)
5                                        09 Civ. 9832(BSJ)(RLE)
6    NEWS CORPORATION, et al.,
6
7                  Defendants.
7
8    ------------------------------x
8
9                                        May 31, 2012
9                                        2:40 p.m.
10
10   Before:
11
11                  HON. RONALD L. ELLIS,
12
12                                        Magistrate Judge
13
14
14                  APPEARANCES
15
15
16   THOMPSON WIGDOR, LLP
16        Attorneys for Plaintiffs
17   BY:  PAUL A. CLARK
17        SHAFFIN A. DATOO
18
18   KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
19        Attorneys for Defendants
19   BY:  MARK W. LERNER
20        BLYTHE E. LOVINGER
20        GARRETT D. KENNEDY
21
22   ALSO PRESENT:
23   J. JORDAN LIPPNER, News America, Incorporated
24
25
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

2

c5v2guzc

```
 1              THE DEPUTY CLERK:  In the matter of Sandra Guzman et
 2    al. v. News Corporation, et al.
 3              All counsel please identify yourselves for the record,
 4    starting with the plaintiffs.
 5              MR. CLARK:  Paul Clark and Shaffin Datoo for the
 6    plaintiff Sandra Guzman, from the law firm of Thompson Wigdor,
 7    your Honor.
 8              THE COURT:  Good afternoon.
 9              MR. LERNER:  Good afternoon, your Honor.  Mark Lerner
10    and Blythe Lovinger, of Kasowitz Benson, for the defendants.
11    Also present is Jordan Lippner, in-house counsel for the
12    defendants, and Garrett Kennedy, an associate at our firm.
13    Good afternoon.
14              THE COURT:  Good afternoon.
15              There are a number of issues that are pending before
16    the court, some of which I have ruled on but have not issued
17    opinions.
18              Let me begin with the issues that were decided and I
19    have not issued opinions.  The short answer to those is that
20    you will be getting written decisions shortly, I expect within
21    the next two weeks.  I try not to promise more than I can keep,
22    but sometimes other things come up.  That includes the
23    plaintiffs' application regarding documents and complaints
24    filed concerning pornography complaints in the work force.  It
25    also includes plaintiff requests to depose Murdoch, and
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

3

c5v2guzc

```
 1    plaintiffs' request to do an examination of the workplace of
 2    the New York Post premises.  Those were orally ruled upon, but
 3    I have been requested and do intend to issue a written opinion.
 4            MR. CLARK:  Thank you, your Honor.
 5            THE COURT:  With respect to the matters referring to
 6    the issues that the parties have submitted, I would like to
 7    know what progress you are making on depositions.
 8            MR. CLARK:  Your Honor, we hope and anticipate that
 9    all the depositions will be finished by the end of June.  It
10    has been slowed down quite a bit.  I think we have only taken a
11    couple of depositions in the last month.  The reason for that
12    was because Kenneth Thompson, the partner on the case, has had
13    some personal issues that has made it difficult for him to be
14    involved.  So we have not moved at quickly as we would like to.
15    But we are in the process of finishing those up, and we do
16    anticipate it will be done by the deadline, the last deadline
17    the court has set, and we don't anticipate we will have to ask
18    for any further continuances.
19            THE COURT:  My notes indicate that you indicated that
20    you would be finished by the 15th of June.  That may not have
21    been the deadline for discovery, but that's the date that my
22    notes indicate.  By the end of June I could live with.
23            MR. CLARK:  Very good, your Honor.
24            THE COURT:  I also signed a summary judgment briefing
25    schedule, although you understand that's before Judge Jones.
```

4

c5v2guzc

```
 1              MR. LERNER:  Yes, your Honor.
 2              MR. CLARK:  Yes, your Honor.
 3              THE COURT:  You are prepared to talk about Guzman and
 4    Fenner?
 5              MR. CLARK:  Yes, your Honor.
 6              THE COURT:  With respect to Guzman, there is a motion,
 7    defendants' motion for a protective order with respect to Col
 8    Allan?
 9              MR. LERNER:  Yes, your Honor.  There were a number of
10    questions that Mr. Allan was asked at his deposition that
11    related to the process by which the cartoon was decided to be
12    published.  It is a very limited number of questions.  I
13    believe the total number of questions were 11, and there may --
14    that 11 may have included a question about another publication
15    of a photograph and another regarding publication -- regarding
16    a columnist.  The defendants' position is that Mr. Allan
17    answered numerous questions regarding the cartoon, regarding
18    what it meant to him.  Other witnesses have as well.  And, your
19    Honor, I don't mean to overstep --
20              THE COURT:  Let me ask you this:  Is there anything
21    other than what's in the party's papers that they want to add?
22    I will be issuing a written ruling on that also hopefully
23    within the next couple of weeks.
24              MR. LERNER:  No, your Honor, there isn't.  And this is
25    an issue which was fully briefed.  We started with the exchange
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

5

c5v2guzc

```
 1    of letters, and then we actually moved on to full briefs.  So
 2    your Honor actually has quite a bit of material before you.
 3              MR. CLARK:  The only thing I would add, your Honor, I
 4    agree, I think it's been fully brief.  I don't have any legal
 5    argument to add.  But one thing that might not be entirely
 6    clear, Mr. Lerner speaks about the specific questions, but I
 7    just wanted to make sure the record was clear that the way they
 8    shut us down, when we were unable to ask certain questions,
 9    there may have been -- in fact, there would have been more than
10    just those 11 questions, because obviously we weren't going to
11    keep asking questions that they had made clear they weren't
12    going to answer.  So there are additional things we want to ask
13    along the lines of where they are claiming a privilege.  So
14    it's not just those 11 or so questions.  I just want that to be
15    clear.
16              THE COURT:  I will say that I believe that probably
17    would be the case, that it would not be limited to the 11
18    questions that were specifically asked.  Given the history of
19    this case, I think it would be a fair assumption that there
20    would be more questions at issue, so I will take that into
21    account in the ruling.
22              The next issue is the Rule 35 IME of the plaintiff;
23    and, with respect to that, I have gotten the parties'
24    submissions, and I believe we talked about it the last time.
25    It appears to me that, no matter how you slice it, the
```