USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SANDRA GUZMAN,                                              :
                                    Plaintiff,              :
                                                            :           09 Civ. 09323 (LGS)
            -against-                                       :
                                                            :           ORDER
NEWS CORPORATION et al,                                     :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      Whereas on April 10, 2013, counsel for Ms. Guzman submitted a letter requesting that the Court order third-party witness, Mary McLouglin, to appear for a deposition pursuant to subpoena. Counsel for Ms. McLouglin responded by letter dated April 11, 2013 requesting permission to move to quash the subpoena. Counsel for Ms. McLouglin further requested that the Court withhold decision until after reviewing Ms. McLoughlin's forthcoming letter and affidavit. It is hereby

      ORDERED that by April 16, 2013, counsel for Ms. McLouglin submit any letter, not to exceed three pages, explaining the basis to quash the subpoena. The letter shall be submitted in accordance with the Court's Individual Rules and Procedures ("Individual Rules") concerning communications with the Court (available at the Court's website, http://nysd.uscourts.gov/judge/Schofield). Counsel may append any affidavit from Ms. McLouglin to the letter.

      Counsel from Ms. Guzman shall submit any response, not to exceed three pages, by April 19, 2013. The Court will either resolve the issue on the letters or schedule a telephone conference if necessary.

Counsel for Ms. Guzman shall serve a copy of this order on counsel for Ms. McLoughlin.

SO ORDERED.

Dated: New York, New York
April 12, 2013

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE