KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Marc E. Kasowitz (mkasowitz@kasowitz.com)
Mark W. Lerner (mlerner@kasowitz.com)
Blythe E. Lovinger (blovinger@kasowitz.com)
Garrett D. Kennedy (gkennedy@kasowitz.com)
1633 Broadway
New York, New York 10019
Tel.:   (212) 506-1700

*Attorneys for Defendant*
News Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| SANDRA GUZMAN, | |
| Plaintiff, | Civil No.: 09 CV 9323 (LGS) |
| vs. | **Oral Argument Requested** |
| NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a/ THE NEW YORK POST, and COL ALLAN, in his official and individual capacities, | |
| Defendants. | |

-------------------------------------------------------------x

**DEFENDANT NEWS CORPORATION'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF SANDRA GUZMAN**

**PLEASE TAKE NOTICE** that, upon defendant News Corporation's Motion to the Court dated May 10, 2013, the accompanying Memorandum of Law, the accompanying Local Rule 56.1 Statement of Undisputed Facts, the attached Declaration of Mark W. Lerner, Esq., dated May 10, 2013, with supporting exhibits, as well as the sworn Affidavits of Michael Racano, dated May 8, 2013, and Amy Scialdone, dated May 7, 2013, defendant News Corporation hereby move this Court before the Honorable Lorna G. Schofield for the Southern

District of New York, 500 Pearl Street, New York, New York, for an order, pursuant to Federal Rule of Civil Procedure 56, granting summary judgment against plaintiff Sandra Guzman on her Amended Complaint in its entirety.

In accordance with the Court's March 28, 2013 order, moving papers shall be filed on or before May 10, 2013; answering papers shall be served on or before May 24, 2013; and any reply papers shall be served on or before May 31, 2013. Oral argument is hereby requested.

Dated: New York, New York
       May 10, 2013

KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP

By: /s/ Mark W. Lerner
Marc E. Kasowitz (mkasowitz@kasowitz.com)
Mark W. Lerner (mlerner@kasowitz.com)
Blythe E. Lovinger (blovinger@kasowitz.com)
Garrett D. Kennedy (gkennedy@kasowitz.com)

1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for Defendant*
News Corporation

To: Douglas H. Wigdor
Lawrence M. Pearson
Thompson Wigdor LLP
85 Fifth Avenue
New York, New York 10003
*Attorney for Plaintiff Sandra Guzman*