# **EXHIBIT 7**

Contains Confidential Portions

Page 1

```
 1                    JESSE ANGELO
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ----------------------------------------X
     SANDRA GUZMAN,
 4                    Plaintiff,
 5                    -against-    09CIV9323 (BSJ)(RLE)
 6   NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
     THE NEW YORK POST, and COL ALLAN, in his
 7   official and individual capacities,
 8
                      Defendants.
 9   ----------------------------------------X
     AUSTIN FENNER and IKIMULISA LIVINGSTON,
10
11                    Plaintiffs,
12                    -against-    09CIV9832 (BSJ)(RLE)
13   NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
     THE NEW YORK POST and DAN GREENFIELD and
14   MICHELLE GOTTHELF,
15                    Defendants.
     ----------------------------------------X
16
17
18          VIDEOTAPED DEPOSITION OF JESSE ANGELO
19                    New York, New York
20                 Wednesday, April 25, 2012
21
22   REPORTED BY:  BARBARA R. ZELTMAN
                   (BOBBIE)
23                 Professional Stenographic Reporter
24
25   Job Number:  48821
```

Contains Confidential Portions

Page 26

JESSE ANGELO

```
 1       JESSE ANGELO
 2       MR. LERNER:  Objection.
 3   A   Again, I don't know the ins and
 4   outs of the corporate structure.
 5   Q   So the answer is no, you don't know
 6   if that's a Rupert Murdoch newspaper?
 7       MR. LERNER:  Objection.
 8   A   Again, ultimately, it is part of
 9   News Corporation.  I do not know precisely
10   which entity owns The Daily Telegraph.
11   Q   So actually -- so The Daily
12   Telegraph is part of News Corporation?
13   A   Again, I don't know the ins and
14   outs of corporate structure.
15   Q   That's not the question.
16       Is The Daily Telegraph a News
17   Corporation entity?
18       MR. LERNER:  Objection.
19   A   Again, I don't know exactly what
20   the name of the entity that owns The Daily
21   Telegraph is.
22   Q   So your answer is you have no idea
23   if Rupert Murdoch is involved with The Daily
24   Telegraph?
25       MR. LERNER:  Objection.
         TSG Reporting - Worldwide    877-702-9580
```

Contains Confidential Portions

Page 27

```
 1       JESSE ANGELO
 2   That's not the question you've been
 3   asking.
 4   A   Right.  You asked me before is it
 5   part of News Corporation as a whole and I
 6   said yes.
 7       I don't know who precisely owns
 8   that entity.  I don't know the corporate
 9   structure.
10   Q   And by "that entity" you mean
11   The Daily Telegraph?
12   A   Correct.
13   Q   But Rupert Murdoch is involved with
14   The Daily Telegraph in some way, shape or
15   form?
16       MR. LERNER:  Objection.
17   A   I don't know.
18   Q   And you don't know if Rupert
19   Murdoch is involved with The Sun in any way?
20       MR. LERNER:  Objection.
21   A   Don't know.
22   Q   How long were you at The Daily
23   Telegraph?
24   A   About two and a half years, little
25   less than that.
         TSG Reporting - Worldwide    877-702-9580
```

Contains Confidential Portions

Page 28

```
 1       JESSE ANGELO
 2   Q   So what year would you have
 3   finished up with The Daily Telegraph?
 4   A   Late 1998.
 5   Q   And why did you leave The Daily
 6   Telegraph?
 7   A   To move back to New York.
 8   Q   Did you have a job offer in New
 9   York?
10   A   No.
11   Q   And what did you do when you came
12   back to New York.  When you first arrived in
13   New York, what was your job or did you have
14   a job?
15   A   I was a freelance journalist.
16   Q   For whom did you do freelance
17   journalism?
18   A   I did freelance journalism for Gear
19   Magazine, for a Website name which escapes
20   me -- New Style Business, and for The New
21   York Post.
22   Q   Did you subsequently begin working
23   for anyone in any capacity other than as a
24   freelance journalist?
25       MR. LERNER:  Objection.
         TSG Reporting - Worldwide    877-702-9580
```

Contains Confidential Portions

Page 29

```
 1       JESSE ANGELO
 2   Q   Does that make sense?
 3   A   No.
 4   Q   At some point did you stop being a
 5   freelance journalist?
 6   A   Yes.
 7   Q   When did that occur?
 8   A   In 1999.
 9   Q   And how did that occur?
10       MR. LERNER:  Objection.
11   A   I was offered a full-time job.
12   Q   By whom?
13   A   The New York Post.
14   Q   Who hired you?
15       MR. LERNER:  Objection.
16   A   Stu Marks.
17   Q   What position were you in when you
18   were first hired?
19   A   Sunday news reporter.
20   Q   Do you know Stu Moss {sic.} title
21   at that time?
22       MR. LERNER:  Objection.
23   A   That's not his name.
24   Q   I'm sorry.  What was the name of
25   the gentleman that hired you?
         TSG Reporting - Worldwide    877-702-9580
```

8 (Pages 26 to 29)

Contains Confidential Portions

Page 30

JESSE ANGELO
2  A   Stu Marks.
3  Q   Oh, Stu Marks.
4      So Stu Marks, do you know what his
5  job title was when he hired you?
6  A   I believe he was managing editor of
7  news.
8  Q   And how long did you work -- let me
9  make sure.
10     You said you were hired as a Sunday
11 news reporter?
12 A   Correct.
13 Q   How long did you work as a Sunday
14 news reporter?
15 A   About a year.
16 Q   And what did you do -- so this
17 would be approximately the year 2000?
18 A   It was 1999.
19 Q   And were you subsequently promoted
20 from news reporter?
21     MR. LERNER: Objection.
22 A   After I was a news reporter, I was
23 a business reporter.
24 Q   When did you become a business
25 reporter?

TSG Reporting - Worldwide    877-702-9580

Contains Confidential Portions

Page 31

JESSE ANGELO
2  A   Probably late 1999. I don't know
3  precisely the date.
4  Q   Who was your editor as a business
5  reporter?
6  A   John Auerbach.
7  Q   How long were you a business
8  reporter?
9  A   Maybe six months to a year.
10 Q   So this would take us to the year
11 2000?
12 A   About that. Probably maybe halfway
13 through the year 2000.
14 Q   And what did you do after you
15 finished as business reporter?
16 A   I became deputy business editor.
17 Q   How long were you deputy business
18 editor?
19 A   About a year.
20 Q   What did you do after you were
21 deputy business editor?
22 A   I was a City editor.
23 Q   So this was approximately 2001 you
24 became City editor?
25 A   Correct.

TSG Reporting - Worldwide    877-702-9580

Contains Confidential Portions

Page 32

JESSE ANGELO
2  Q   How long were you City editor?
3  A   About six years.
4  Q   Do you recall the date that you
5  stopped being City editor?
6  A   I don't recall the exact date.
7  Q   Do you know the year?
8  A   I think it was 2007 or end of 2006,
9  around there.
10 Q   And what did you do after you
11 finished being -- after you were finished
12 with your assignment as City editor?
13 A   I became managing editor.
14 Q   Are you still managing editor?
15 A   No.
16 Q   How long were you managing editor?
17 A   About two years.
18 Q   And after managing editor, what was
19 your position?
20 A   Executive editor.
21 Q   Are you still executive editor?
22 A   Yes.
23 Q   Just briefly, what are your job
24 responsibilities as executive editor?
25     MR. LERNER: Objection.

TSG Reporting - Worldwide    877-702-9580

Contains Confidential Portions

Page 33

JESSE ANGELO
2  A   I look after the digital products
3  of The New York Post.
4  Q   What does that mean?
5  A   The Website and the digital
6  applications.
7  Q   Do you supervise any employees as
8  executive editor?
9  A   Yes.
10 Q   How many employees do you
11 supervise, approximately?
12     MR. LERNER: Objection.
13 A   Four or five.
14 Q   Who are those four or five
15 employees?
16 A   Jim Delchapo, who is the digital
17 applications editor. Clemente Lisi, who is
18 the deputy editor of the nypost.com.
19     Tom Hinton, who I'm not sure what
20 his exact title is right now.
21     Arishal Mabisho Albany (ph.).
22 Q   What was the name again?
23 A   Arishal Mabisho Albany.
24 Q   Anyone else?
25 A   I believe those are all the direct

TSG Reporting - Worldwide    877-702-9580

## Page 14

J. ANGELO

Q. Apart from counsel, did you discuss today's deposition with anyone else?
A. No.
Q. And apart from counsel, following Ms. Livingston's termination from her employment, did you discuss that termination with anyone else?
A. No, not that I recall.
Q. Did you discuss the termination with Amy Scialdone since then?
A. I don't believe so.
Q. Okay. Did you conduct a -- did you personally conduct a search for any documents following Ms. Livingston's termination, in connection with that termination?
A. As I said previously, there was a discovery order, and I looked through all of my e-mails, and searched on all of the search terms that were specified, and I looked in my hard drive and searched under the specified terms.
Q. Right. And so, apart from that e-mail search, did you conduct any other search for documents?
A. Again, I also searched my hard drive for documents.

TSG Reporting - Worldwide    877-702-9580

## Page 15

J. ANGELO

Q. Okay. But any -- did you search any hard copy files?
A. I don't have any hard copy files related to the matter.
Q. Okay. You mentioned your business addresses as being offices of The New York Post. Are you currently employed by The New York Post?
A. Yes.
Q. Okay. Are you currently employed, in any capacity, by News Corp.?
A. No.
Q. Are you currently employed, in any capacity, by any other affiliate of News Corp., apart from The New York Post?
MR. LERNER: Like when you say "capacity," does he work for any other entity?
MR. PEARSON: Currently. Not in the past.
Q. But currently are you employed by any other affiliate?
A. No.
Q. Okay. And what is your current position at The New York Post?
A. I'm the publisher.

TSG Reporting - Worldwide    877-702-9580

## Page 16

J. ANGELO

Q. Okay. Did you hold that position in April of 2012?
A. No.
Q. Okay. When did you assume that position?
A. Mid-December 2012, the end of last year.
Q. Okay. And how did you obtain that position?
MR. LERNER: Objection. You can answer, if you understand it.
A. I don't quite understand it.
Q. Sure. Were you recruited by The New York Post to become publisher or did you independently apply for that position, or some other way?
MR. LERNER: Objection. You can answer.
THE WITNESS: I'm sorry. I can or I cannot?
MR. LERNER: You can.
A. I was approached with an offer for the job.
Q. Okay. By whom?

TSG Reporting - Worldwide    877-702-9580

## Page 17

J. ANGELO

A. By the chairman of The New York Post.
Q. And who is that?
A. Rupert Murdoch.
Q. Did you talk with anyone else at The New York Post, or any of its affiliates, prior to assuming duties as publisher?
MR. LERNER: Objection. I think you need to rephrase that question.
MR. PEARSON: That's fine. I can clarify that.
Q. So, apart from Mr. Murdoch, did you talk with any other employees of The New York Post, News Corp. or any of their affiliates, prior to assuming your position as publisher at The Post?
A. That's a strange time frame. Prior to me becoming publisher of The New York I spoke to, over a decade, many people at The New York Post. I don't get the question at all.
Q. Fair enough. After Mr. Murdoch approached you about the position -- understand these questions follow from one another --
A. Okay.

TSG Reporting - Worldwide    877-702-9580