# **EXHIBIT 8**

```
                                                              Page 1
 1

 2    UNITED STATES DISTRICT COURT

 3    SOUTHERN DISTRICT OF NEW YORK

 4    ----------------------------------------X

 5    SANDRA GUZMAN,

 6                     Plaintiff,

 7                -against-        09CIV9323

 8                                 (BSJ)(RLE)

 9    NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a

10    THE NEW YORK POST, and COL ALLAN, in his

11    official and individual capacities,

12                     Defendants.

13    ----------------------------------------X

14

15

16            DEPOSITION OF LES GOODSTEIN

17                  New York, New York

18                   June 15, 2012

19

20    Reported by:

21    MARY F. BOWMAN, RPR, CRR

22    JOB NO. 50553

23

24

25
```

Page 22

1          GOODSTEIN
2     A.   Yes.
3     Q.   What was that? What was the next
4  one?
5     A.   Executive vice president, executive
6  vice president.
7     Q.   Of the Daily News?
8     A.   Yes.
9     Q.   Do you recall what year you became
10 executive vice president?
11    A.   '96.
12    Q.   How long were you executive vice
13 president?
14    A.   About four years.
15    Q.   Did you have any other positions at
16 the Daily News after the four years as
17 executive vice president?
18    A.   Yes.
19    Q.   What was that?
20    A.   President, chief operating officer.
21    Q.   How long were you president and
22 chief operating officer?
23    A.   Five or six years.
24    Q.   Did you have any other positions at
25 the Daily News after president, chief

Page 23

1          GOODSTEIN
2  operating officer?
3     A.   That was it.
4     Q.   There was pretty much no place else
5  to go, right?
6          MR. LERNER: Objection.
7     Q.   Was there -- was there anyone above
8  you when you were president and chief
9  operating offer? Did you have a supervisor?
10    A.   Yes.
11         MR. LERNER: Objection.
12    Q.   Who was that?
13    A.   Mort Zuckerman.
14    Q.   Where did you go after you left as
15 president of the Daily News?
16    A.   News America Incorporated.
17    Q.   And tell me who Mort Zuckerman is?
18    A.   Mort Zuckerman was the owner of the
19 Daily News. He is also the chairman of the
20 Boston Properties.
21    Q.   You said after you left the Daily
22 News, you went to News America Incorporated?
23    A.   Yes.
24    Q.   Is that correct?
25         Who hired you for this position?

Page 24

1          GOODSTEIN
2     A.   Paul Carlucci.
3     Q.   And is, has your position changed
4  since Paul Carlucci hired you?
5          MR. LERNER: Objection.
6          You can answer.
7     A.   Repeat the question.
8     Q.   Let me back up. What year did Paul
9  Carlucci hire you?
10    A.   2005. Started in 2006.
11    Q.   So I believe you said before that
12 you have had the same position for the last
13 six and a half years, correct?
14    A.   Yes.
15    Q.   So my question is since Paul
16 Carlucci hired you in 2005, started in 2006,
17 has your job title changed in that period of
18 time?
19         MR. LERNER: Objection.
20         You can answer.
21    A.   No.
22    Q.   Who is your current supervisor at
23 your current position?
24    A.   Paul Carlucci.
25    Q.   Has anyone else ever been your

Page 25

1          GOODSTEIN
2  supervisor at your current position, other
3  than Paul Carlucci?
4     A.   No.
5     Q.   Have you ever known News
6  Corporation to mislead the public?
7          MR. LERNER: Objection.
8     A.   No.
9     Q.   Have you ever known News
10 Corporation to issue a false press release?
11         MR. LERNER: Objection.
12    A.   The answer is no.
13    Q.   Would you agree that if News
14 Corporation were to issue a false press
15 release, that would be unethical?
16         MR. LERNER: Objection.
17    A.   I don't understand your question.
18    Q.   Do you think it would be wrong to
19 issue a press release which was false?
20         MR. LERNER: Objection.
21    A.   The answer is no.
22    Q.   You don't believe it would be
23 wrong?
24    A.   Can I have the question again.
25    Q.   Read the question back.

Page 78

```
                GOODSTEIN
 1
 2       Q.   Did any employees other than News
 3   America marketing employees move to 1185
 4   sixth avenue?
 5       A.   I don't understand your question.
 6   What period of time, when?
 7       Q.   In October 2008, when you moved to
 8   1185 Sixth Avenue, was it, would anyone else
 9   from 1211 move to 1185 other than News
10   America Marketing employees?
11           MR. LERNER: Objection.
12       A.   Not that I'm aware of.
13       Q.   So the only office you ever had at
14   1211 was on the fifth floor?
15       A.   Yes.
16       Q.   Just briefly, can you tell me what
17   your duties were in terms of being an advisor
18   to the New York Post?
19       A.   I had -- I came from the Daily
20   News. I had a lot of experience in the
21   newspaper business, so as an advisor, I
22   helped the New York Post get accounts, for
23   example, advertising accounts that they were
24   having difficulty getting. I helped in some
25   strategies for the New York Post. I helped
```

Page 79

```
                GOODSTEIN
 1
 2   with Tempo. And I did basically what I was
 3   asked to do in areas that I could help.
 4       Q.   So when you say you did what you
 5   were asked to do, it was a fairly broad
 6   assignment? It could be a lot of different
 7   things?
 8       A.   Reasonably. Mostly confined to
 9   advertising. A little bit on circulation but
10   not a lot.
11       Q.   The second thing you mentioned was
12   acquired the community newspapers?
13       A.   Yes.
14       Q.   When did you acquire the community
15   newspapers?
16       A.   There were three dates that I
17   recall we acquired a whole series of
18   community newspapers. So the first date was
19   October of 2006, we acquired two groups. One
20   group was called the Times Ledger newspapers
21   which were located in Queens. The other
22   group was in Brooklyn called Courier Life.
23           We then made another acquisition in
24   July of '07, we acquired the Bronx Times, and
25   in about a year later, we acquired an entity
```

Page 80

```
                GOODSTEIN
 1
 2   known as the Brooklyn Paper.
 3       Q.   In your capacity as -- well, I
 4   guess, did you have like a specific title in
 5   reference to the community newspapers?
 6           MR. LERNER: Objection, form.
 7       Q.   In other words, did they call you
 8   something in particular, like you were the
 9   director of community newspapers, anything
10   like that?
11       A.   No.
12       Q.   In your capacity as -- well,
13   actually strike that.
14           You are said you acquired the
15   community newspapers. Did you have any
16   further role with respect to the community
17   newspapers once they were acquired?
18           MR. LERNER: Objection.
19           You can answer.
20       A.   Yes.
21       Q.   What was that?
22       A.   I ran the businesses. I am sorry,
23   I need another, a bathroom break. I am
24   terribly sorry. It will just take me a
25   minute.
```

Page 81

```
                GOODSTEIN
 1
 2           MR. LERNER: No apology necessary,
 3   Les.
 4           THE VIDEOGRAPHER: Going off the
 5   record, the time is 12:32.
 6           (Recess)
 7           THE VIDEOGRAPHER: Back on the
 8   record, the time is 12:35 p.m.
 9       Q.   Mr. Goodstein, who owns these
10   community newspapers?
11       A.   I don't know.
12       Q.   You don't know -- do you know who
13   owns any of them?
14       A.   I don't know.
15       Q.   Are they all owned by one entity or
16   owned by multiple entities?
17       A.   I'm not sure.
18       Q.   Do you know if they are owned by
19   one or more of the News Corp. conglomerate of
20   organizations?
21           MR. LERNER: Objection.
22       A.   I don't know. I don't know who
23   owns, which entity owns the papers.
24       Q.   But you don't even know if they are
25   a News Corp. product or -- strike that.
```