# **EXHIBIT 9**

Case 1:09-cv-09323-LGS   Document 140-9   Filed 05/10/13   Page 1 of 4

Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Mark W. Lerner (mlerner@kasowitz.com)
Blythe E. Lovinger (blovinger@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel:   (212) 506-1700
Fax:   (212) 506-1800

Attorneys for the News Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SANDRA GUZMAN,

                          Plaintiff,

                          Civil Action No.
      v.
                          09-CV-9323 (BSJ)

NEWS CORPORATION, NYP HOLDINGS,
INC., d/b/a THE NEW YORK POST, and COL
ALLAN, in his official and individual capacities,


                        Defendants.
-------------------------------------------------------------X

## DEFENDANT NEWS CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant News Corporation ("Defendant" or "News Corporation"), by its attorneys Kasowitz, Benson, Torres & Friedman LLP, hereby objects and responds to Plaintiff Sandra Guzman's ("Plaintiff") First Set of Interrogatories to Defendant News Corporation (hereinafter, the "Interrogatories").

**Interrogatory No. 19:** Identify each member of the Board of Directors of Defendants News Corporation and the Post.

**Objection and Response:** Defendant states that Jose Maria Aznar, Natalie Bancroft, Peter Barnes, Chase Carey, Kenneth E. Cowley, David F. Devoe, Viet Dinh, Roderick I. Eddington, Mark Hurd, James Rupert Murdoch, Andrew S. B. Knight, Keith Rupert Murdoch, Lachlan K. Murdoch, Thomas J. Perkins, Arthur M. Siskind, and John L. Thornton comprise the Board of Directors of Defendant News Corporation.

**Interrogatory No. 20:** Identify each and every person who has knowledge in any way relating to Plaintiff's allegations and claims as set forth in the Complaint.

**Objection and Response:** Defendant objects to Interrogatory No. 20 on the grounds that it is vague and ambiguous as to the meaning of "knowledge in any way." Defendant further objects on the grounds that this Interrogatory is overly broad, unduly burdensome and not reasonably limited in scope or time. Defendant further objects to this Interrogatory on the grounds that it seeks information which contains confidential and/or personal information concerning current and/or former employees. Defendant further objects to this Interrogatory to the extent that it seeks information that is protected from disclosure by the attorney-client privilege and/or work product doctrine.

**Interrogatory No. 21:** Identify each and every person who has knowledge in any way relating to any allegations, claims and/or defenses in the Answer in this action.

**Objection and Response:** Defendant objects to Interrogatory No. 21 on the grounds that it is vague and ambiguous as to the meaning of "knowledge in any way." Defendant further objects on the grounds that this Interrogatory is overly broad, unduly burdensome and not reasonably limited in scope or time. Defendant further objects to this Interrogatory on the grounds that it seeks information which contains confidential and/or personal information concerning current and/or former employees. Defendant further objects to this Interrogatory to

the extent that it seeks information that is protected from disclosure by the attorney-client privilege and/or work product doctrine.

Dated: New York, New York
       June 24, 2010

                            KASOWITZ, BENSON, TORRES
                            & FRIEDMAN LLP

                            By: _____
                                Marc E. Kasowitz (mkasowitz@kasowitz.com)
                                Hector Torres (htorres@kasowitz.com)
                                Mark W. Lerner (mlerner@kasowitz.com)
                                Blythe E. Lovinger (blovinger@kasowitz.com)

1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

Attorneys for Defendant News Corporation