# **EXHIBIT 11**

Page 1

```
 1
 2          UNITED STATES DISTRICT COURT
 3         SOUTHERN DISTRICT OF NEW YORK
 4    ----------------------------------X
      SANDRA GUZMAN,
 5
                      Plaintiff,
 6                          NO. 09 CIV. 9323 (BSJ)(RLE)
                  VS.
 7
      NEWS CORPORATION, NYP
 8    HOLDINGS, INC., d/b/a THE
      NEW YORK POST, and COL ALLAN,
 9    in his official and individual
      Capacities,
10
                      Defendants.
11    ----------------------------------X
12                    **REVISED**
13            VIDEOTAPED DEPOSITION
14                      OF
15               SANDRA GUZMAN
16             New York, New York
17          Thursday, October 13, 2011
18
19
20   Reported by:
     AYLETTE GONZALEZ, CLR
21   JOB NO. 42950
22
23
24
25
```

Page 250

1      SANDRA GUZMAN-10/13/11
2         MR. LERNER: All right. I think
3   we can take a short break.
4      A.  Okay.
5         THE VIDEOGRAPHER: The time is
6   5:07 p.m. We're going off the record.
7         (Whereupon, at this time, a
8   short break was taken.)
9         THE VIDEOGRAPHER: The time is
10  5:27 p.m. We're back on the record,
11  video number five.
12  BY MR. LERNER:
13     Q.  Ms. Guzman, when did you relocate
14  from the tenth floor to the ninth floor of The
15  Post?
16     A.  I'm not really sure what year.
17  Maybe it was -- can I -- 2000 -- I'm not
18  really sure.
19     Q.  Why were you why did you relocate?
20     A.  From the tenth floor to the ninth
21  floor?
22     Q.  Yes.
23     A.  Why was I relocated?
24     Q.  Yes.
25     A.  Space issues.

Page 251

1      SANDRA GUZMAN-10/13/11
2      Q.  And can you -- can you estimate how
3   many years you were located on the ninth floor
4   before your termination?
5      A.  In the news room?
6      Q.  Sorry, where was it that you had
7   your own office, ninth or tenth floor?
8      A.  Ninth floor.
9      Q.  That's where you ended -- that's
10  where you were when your employment ended,
11  right?
12     A.  Yes.
13     Q.  So, approximately how many years
14  were you in your ninth floor office?
15     A.  Before the office, I was in a
16  cubicle.
17     Q.  Okay.
18     A.  So, you mean in the ninth floor in
19  general?
20     Q.  Yes.
21     A.  Maybe five years.
22     Q.  Okay. So most of your time at The
23  Post, you were located on the ninth floor,
24  correct?
25     A.  Yes.

Page 252

1      SANDRA GUZMAN-10/13/11
2      Q.  And when you were located on the
3   tenth floor -- withdrawn.
4         Did your floor change because your
5   job changed or was it the same job and you
6   just changed offices?
7      A.  I've always been an associate. My
8   job did not change.
9      Q.  Did your assignment change?
10     A.  My assignment changed.
11     Q.  Is that why you went from the tenth
12  floor to the ninth floor?
13     A.  It was because of space. Space.
14     Q.  So, your assignment did not change?
15     A.  No, my assignment continued to
16  change as I evolved as I worked at The Post.
17     Q.  But the reason that you moved to
18  the ninth floor was space?
19     A.  That's what I was told, space.
20     Q.  And when you were on the tenth
21  floor, were you in a cubicle?
22     A.  On the tenth floor, no, it's an
23  open space.
24     Q.  Were you in a cubicle?
25     A.  No.

Page 253

1      SANDRA GUZMAN-10/13/11
2      Q.  Isn't a cubicle consistent with an
3   open space?
4      A.  No, it's an open space. It's an --
5   it's an open space. The newsroom where I was,
6   the news hub, is an open space.
7      Q.  So, you had a desk, but no
8   partitions?
9      A.  No partitions.
10     Q.  And when you were located on the
11  tenth floor at your desk, was that in the same
12  room as the newsroom?
13     A.  Yes.
14     Q.  And did you ever make a complaint
15  to human resources about the things you heard
16  in the newsroom when you were located on the
17  tenth floor?
18     A.  Did I complain to HR about the
19  things I heard in the newsroom?
20     Q.  Yes.
21     A.  No.
22     Q.  When you moved to the ninth floor
23  you started at a desk or cubicle?
24     A.  Yes.
25     Q.  Which?

Page 346

SANDRA GUZMAN-10/13/11
1
2    A. Where does to say that?
3    Q. The beginning of paragraph two, the
4 term of the agreement is from July 7, '03 to
5 July 6, '05, right?
6    A. Right.
7    Q. And this agreement was not renewed,
8 correct?
9    A. I didn't sign another agreement.
10    Q. And the agreement says that in that
11 paragraph, any continued employment with the
12 company will be on terms determined by the
13 company. And it will be at will of no fixed
14 term and may be terminated at any time by
15 either you or the company with or without
16 notice or any other no reason. Right?
17    A. Yes.
18    Q. So, after July 26, 2005, you became
19 an at-will employment -- at will-employee of
20 The Post right?
21    A. Right.
22    Q. Did Lachlan Murdoch tell you that
23 one of the reasons that you would be hired was
24 to increase readership among minorities and
25 Hispanics?

Page 347

SANDRA GUZMAN-10/13/11
1
2    A. Yes.
3    Q. You weren't an employee -- you were
4 an employee of The New York Post and NYP
5 Holdings right?
6    A. And News Corp.
7    Q. You weren't an employee of News
8 Corp., were you?
9    A. I was because I served on
10 committees and I frequently interacted with
11 News Corp. employees. We -- I mentioned the
12 two committees that I worked on, the Cool
13 Change and I worked on the Hispanic Diversity
14 Counsel. And I helped with the editing of
15 community newspapers that were owned by News
16 Corp.
17        So, I considered my employment also
18 with News Corp.
19    Q. But your employment agreement
20 states that your agreement is between NYP
21 Holdings and Sandra Guzman, right?
22    A. Yes.
23    Q. And your supervisors were
24 Mr. Robinowitz and Mr. Allan?
25    A. Yes.

Page 348

SANDRA GUZMAN-10/13/11
1
2    Q. New York Post employees, right?
3    A. Yes.
4    Q. And determination of your
5 termination was made by New York Post
6 employees, right?
7    A. As far as I understand, yes.
8    Q. And your paycheck was The New York
9 Post, right?
10    A. NYP Holdings.
11    Q. Were you ever paid by News Corp.?
12    A. I don't believe so, no.
13    Q. And your annual reviews were
14 conducted by your supervisors at The Post,
15 right?
16    A. Yes.
17    Q. And you sat your office was located
18 and on the premises of The New York Post
19 offices right?
20    A. Yes.
21    Q. Several months after you started --
22 withdrawn.
23        You testified earlier about Rick
24 Ramirez, a gentleman that works out of
25 California, right?

Page 349

SANDRA GUZMAN-10/13/11
1
2    A. Right.
3    Q. I believe you testified he's an
4 attorney?
5    A. Yes.
6    Q. Did you know that Mr. Ramirez's
7 position at 20th Century Fox was as an
8 employee and his title was VP of marketing?
9    A. Yes, he's an attorney.
10    Q. Is he functioning as an attorney
11 for the 20th Century Fox or was it as VP of
12 marketing?
13    A. He wasn't an attorney for the
14 company, but an attorney who was functioning
15 in a marketing capacity.
16    Q. So, he's -- he wasn't working as a
17 lawyer?
18    A. For the paper?
19    Q. Correct.
20    A. But, he is a lawyer. So, he wasn't
21 working for News Corp. as an attorney, but he
22 is an attorney.
23    Q. Does he work at all as an attorney
24 or is he full-time -- does he have full-time
25 job employment at 20th Century Fox as a VP of