# **EXHIBIT 13**

|  |  |  | 145468 | 05/20/09 | 84160 |
|---|---|---|---|---|---|
| BANK NUMBER | NAME OF BANK/SAVINGS & LOAN | ACCOUNT NUMBER |  | AMOUNT |  |
| REDACTED |  | **ending with** REDACTED |  | ********133.85 |  |

DEPOSITED FOR:

**NEW YORK POST**
1211 Avenue of the Americas
New York, NY 10036

**AUTOMATIC ACCOUNTS PAYABLE**
**BANK DEPOSIT**
**NON NEGOTIABLE**

SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

---

## PAYMENT ADVICE

| | | Advice No. : | 84160 |
|---|---|---|---|
| | | Advice Date : | 05/20/09 |
| | | Address No. : | 145468 |

| INVOICE NUMBER | INV. DATE | DESCRIPTION | CUSTOMER ACCOUNT # | PAYMENT |
|---|---|---|---|---|
| W/E 03/29 | 03/29/09 | EXPENSES | | 71.80 |
| W/E 04/05 | 04/05/09 | EXPENSES | | 18.90 |
| W/E 04/26 | 04/25/09 | EXPENSES | | 43.15 |
| | | | | 133.85 |

SG 1023

| BANK NUMBER | NAME OF BANK / SAVINGS & LOAN | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| REDACTED | | **ending with** REDACTED | **********556.59 |

145468   07/01/09   85084

**DEPOSITED FOR:**

SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

**NEW YORK POST**
1211 Avenue of the Americas
New York, NY 10036

**AUTOMATIC ACCOUNTS PAYABLE**
**BANK DEPOSIT**
**NON NEGOTIABLE**

## PAYMENT ADVICE

Advice No. :   85084
Advice Date :   07/01/09
Address No. :   145468

| INVOICE NUMBER | INV DATE | DESCRIPTION | CUSTOMER ACCOUNT # | PAYMENT |
|---|---|---|---|---|
| W/E 05/17/09 | 05/17/09 | EXPENSES | | 22.22 |
| W/E 05/24 | 05/24/09 | EXPENSES | | 47.80 |
| W/E 05/31 | 05/31/09 | EXPENSES | | 18.12 |
| W/E 06/07 | 06/07/09 | EXPENSES | | 27.00 |
| W/E 06/14 | 06/14/09 | EXPENSES | | 76.65 |
| W/E 06/21 | 06/21/09 | EXPENSES | | 364.80 |
| | | | | 556.59 |

SG 1024

|  |  |  | 145468 | 08/05/09 | 85814 |
|---|---|---|---|---|---|
| **BANK NUMBER** | **NAME OF BANK / SAVINGS & LOAN** | **ACCOUNT NUMBER** | | | **AMOUNT** |
| REDACTED | | **ending with** REDACTED | | | *********$1,698.17 |

DEPOSITED FOR:

**NEW YORK POST**
1211 Avenue of the Americas
New York, NY 10036

SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

**AUTOMATIC ACCOUNTS PAYABLE**
**BANK DEPOSIT**
**NON NEGOTIABLE**

**PAYMENT ADVICE**

Advice No. :   85814
Advice Date :   08/05/09
Address No. :   145468

| INVOICE NUMBER | INV DATE | DESCRIPTION | CUSTOMER ACCOUNT # | PAYMENT |
|---|---|---|---|---|
| W/E 06/28 | 06/28/09 | EXPENSES | | 1,698.17 |
|  |  |  |  | 1,698.17 |

SG 1025

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| KMT | 145456 | 071391 | | 00000190131 | 1 |

153-0001

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

## Earnings Statement — ADP

Period Beginning: 04/25/2009
Period Ending: 05/01/2009
Pay Date: 05/07/2009

00000000131
SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 6
  NY: 6
  New York Cit: 6

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 2,650.14 | 44,522.34 |
| Holiday | | | | 1,060.06 |
| Vacation | | | | 1,060.05 |
| **Gross Pay** | | | **$2,650.14** | 47,702.51 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -321.95 | 5,918.21 |
| Social Security Tax | | -162.43 | 2,924.21 |
| Medicare Tax | | -37.99 | 683.89 |
| NY State Income Tax | | -151.98 | 2,735.64 |
| New York Cit Income Tax | | -85.64 | 1,541.52 |
| NY SUI/SDI Tax | | -0.60 | 10.80 |
| **Other** | | | |
| Checking | | -1,742.17 | |
| Medical Plan | | -38.08* | 685.44 |
| Suppl Ltd | | -3.29 | 43.23 |
| 401K Pretax | | -106.01* | 1,908.18 |
| **Net Pay** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Excess Life | 7.81 | 147.62 |
| 401K Match | 66.26 | |
| Ytd Pretax 401K | | 1,908.18 |
| Ytd 401K Match | | 1,192.68 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,506.05

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

Advice number: 00000190131
Pay date: 05/07/2009

Deposited to the account of
SANDRA GUZMAN

| account number | transit ABA | amount |
|---|---|---|
| REDACTED | xxxx xxxx | $1,742.17 |

VOID VOID VOID
THIS IS NOT A CHECK
NON-NEGOTIABLE

SG 1026

```
CO.  FILE  DEPT.  CLOCK  VOHR NO.
KMT  145468 071321      000021 0181  1
                                152-0001
```

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

# Earnings Statement

**ADP**

Period Beginning:  05/09/2009
Period Ending:     05/15/2009
Pay Date:          05/21/2009

00000000131
SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:       6
  NY:            6
  New York Cit:  6

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular |  | 40.00 | 2,650.14 | 49,822.62 |
| Holiday |  |  |  | 1,060.06 |
| Vacation |  |  |  | 1,060.05 |
| **Gross Pay** |  |  | **$2,650.14** | 53,002.79 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -321.95 | 6,562.11 |
|  | Social Security Tax | -162.43 | 3,249.07 |
|  | Medicare Tax | -37.98 | 759.86 |
|  | NY State Income Tax | -151.98 | 3,039.60 |
|  | New York Cit Income Tax | -85.64 | 1,712.80 |
|  | NY SUI/SDI Tax | -0.60 | 12.00 |
|  | **Other** |  |  |
|  | Checking | -1,742.18 |  |
|  | Medical Plan | -38.08* | 761.60 |
|  | Suppl Ltd | -3.29 | 49.81 |
|  | 401K Pretax | -106.01* | 2,120.20 |
| **Net Pay** |  | **$0.00** |  |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Excess Life | 7.81 | 163.24 |
| 401K Match | 66.26 |  |
| Ytd Pretax 401K |  | 2,120.20 |
| Ytd 401K Match |  | 1,325.20 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,506.05

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

Advice number:  00000210131
Pay date:       05/21/2009

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SANDRA GUZMAN | REDACTED | xxxx xxxx | $1,742.18 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

SG 1027

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

153-0001

# Earnings Statement

**ADP**

Period Beginning: 07/11/2009
Period Ending: 07/17/2009
Pay Date: 07/23/2009

00000000129
SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 3
 NY: 3
 New York Cit: 3

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 2,650.14 | 67,843.56 |
| Holiday | | | | 2,120.12 |
| Vacation | | | | 4,770.24 |
| **Gross Pay** | | | **$2,650.14** | 76,854.03 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Excess Life | 7.81 | 233.53 |
| 401K Match | 66.26 | |
| Ytd Pretax 401K | | 3,074.29 |
| Ytd 401K Match | | 1,921.54 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -510.93 | 10,782.50 |
| | Social Security Tax | -162.43 | 4,710.96 |
| | Medicare Tax | -37.99 | 1,101.76 |
| | NY State Income Tax | -157.46 | 4,445.78 |
| | New York Cit Income Tax | -88.33 | 2,502.39 |
| | NY SUI/SDI Tax | -0.60 | 17.40 |
| | **Other** | | |
| | Checking | -1,545.02 | |
| | Medical Plan | -38.08* | 1,104.32 |
| | Suppl Ltd | -3.29 | 79.42 |
| | 401K Pretax | -106.01* | 3,074.29 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,506.05

---

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

Advice number: 00000300129
Pay date: 07/23/2009

Deposited to the account of
SANDRA GUZMAN

| account number | transit ABA | amount |
|---|---|---|
| REDACTED | xxxx xxxx | $1,545.02 |

**THIS IS NOT A CHECK**
**VOID**
**NON-NEGOTIABLE**

SG 1028

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| KM1 | 145468 | 071321 | | 0000170132 |

152-0001

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

**Earnings Statement** — ADP

Period Beginning: 04/11/2009
Period Ending: 04/17/2009
Pay Date: 04/23/2009

00000000132
SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 6
  NY: 6
  New York Cit: 6

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 32.00 | 2,120.11 | 39,222.06 |
| Sick Pay | | 8.00 | 530.03 | |
| Holiday | | | | 1,060.06 |
| Vacation | | | | 1,060.05 |
| **Gross Pay** | | | **$2,650.14** | 42,402.23 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -321.95 | 5,274.31 |
| | Social Security Tax | -162.44 | 2,599.35 |
| | Medicare Tax | -37.99 | 607.91 |
| | NY State Income Tax | -151.98 | 2,431.68 |
| | New York Cit Income Tax | -85.64 | 1,370.24 |
| | NY SUI/SDI Tax | -0.60 | 9.60 |
| | Other | | |
| | Checking | -1,742.16 | |
| | Medical Plan | -38.08* | 609.28 |
| | Suppl Ltd | -3.29 | 36.65 |
| | 401K Pretax | -106.01* | 1,696.16 |
| **Net Pay** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Excess Life | 7.81 | 132.00 |
| 401K Match | 66.26 | |
| Ytd Pretax 401K | | 1,696.16 |
| Ytd 401K Match | | 1,060.16 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,506.05



NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

Advice number: 00000170132
Pay date: 04/23/2009

Deposited to the account of
SANDRA GUZMAN

account number   transit ABA   amount
REDACTED                       $1,742.16

**NON-NEGOTIABLE**

VOID   VOID   VOID   THIS IS NOT A CHECK

SG 1029

**NEW YORK POST**
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

152-0001

**Earnings Statement** ADP

| | |
|---|---|
| Period Beginning: | 07/18/2009 |
| Period Ending: | 07/24/2009 |
| Pay Date: | 07/30/2009 |

00000000130
SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

Taxable Marital Status:  Single
Exemptions/Allowances:
 Federal: 3
 NY: 3
 New York Cit: 3

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 2,650.14 | 70,493.70 |
| Holiday | | | | 2,120.12 |
| Vacation | | | | 4,770.24 |
| **Gross Pay** | | | **$2,650.14** | 79,504.17 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Excess Life | 7.81 | 241.34 |
| 401K Match | 66.26 | |
| Ytd Pretax 401K | | 3,180.30 |
| Ytd 401K Match | | 1,987.80 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -510.93 | 11,293.43 |
| | Social Security Tax | -162.43 | 4,873.39 |
| | Medicare Tax | -37.99 | 1,139.75 |
| | NY State Income Tax | -157.46 | 4,603.24 |
| | New York Cit Income Tax | -88.33 | 2,590.72 |
| | NY SUI/SDI Tax | -0.60 | 18.00 |
| | **Other** | | |
| | Checking | -1,545.02 | |
| | Medical Plan | -38.08* | 1,142.40 |
| | Suppl Ltd | -3.29 | 82.71 |
| | 401K Pretax | -106.01* | 3,180.30 |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,506.05

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

Advice number: 00000310130
Pay date: 07/30/2009

Deposited to the account of
SANDRA GUZMAN

| account number | transit ABA | amount |
|---|---|---|
| REDACTED | xxxx xxxx | $1,545.02 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK  VOID

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

SG 1030

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| KM1 | 145408 | 011321 | | 00000260130 | 1 |

149-0001

**NEW YORK POST**
**1211 AVENUE OF AMERICAS**
**NEW YORK, NY 10036**

# Earnings Statement 

Period Beginning: 06/13/2009
Period Ending: 06/19/2009
Pay Date: 06/25/2009

00000000130
SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 3
 NY: 3
 New York Cit: 3

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 2,650.14 | 61,483.23 |
| Holiday | | | | 1,590.09 |
| Vacation | | | | 1,060.05 |
| **Gross Pay** | | | **$2,650.14** | 66,253.48 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -510.93 | 8,738.79 |
| | Social Security Tax | -162.43 | 4,061.23 |
| | Medicare Tax | -37.98 | 949.80 |
| | NY State Income Tax | -157.46 | 3,815.94 |
| | New York Cit Income Tax | -88.33 | 2,149.07 |
| | NY SUI/SDI Tax | -0.60 | 15.00 |
| | **Other** | | |
| | Checking | -1,545.03 | |
| | Medical Plan | -38.08* | 952.00 |
| | Suppl Ltd | -3.29 | 66.26 |
| | 401K Pretax | -106.01* | 2,650.25 |
| | **Net Pay** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Excess Life | 7.81 | 202.29 |
| 401K Match | 66.26 | |
| Ytd Pretax 401K | | 2,650.25 |
| Ytd 401K Match | | 1,656.50 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,506.05

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

Advice number: 00000260130
Pay date: 06/25/2009

Deposited to the account of: SANDRA GUZMAN

| account number | transit ABA | amount |
|---|---|---|
| REDACTED | xxxx xxxx | $1,545.03 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

SG 1031

# Earnings Statement 

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

152-0001

Period Beginning: 08/15/2009
Period Ending: 08/21/2009
Pay Date: 08/27/2009

00000000129
SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 3
 NY: 3
 New York Cit: 3

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 2,650.14 | 79,504.17 |
| Holiday | | | | 2,120.12 |
| Personal | | | | 530.03 |
| Vacation | | | | 5,830.29 |
| **Gross Pay** | | | **$2,650.14** | 90,104.72 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Excess Life | 7.81 | 272.58 |
| 401K Match | 66.26 | |
| Ytd Pretax 401K | | 3,604.34 |
| Ytd 401K Match | | 2,252.84 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -510.93 | | 13,337.14 |
| Social Security Tax | -162.43 | | 5,523.12 |
| Medicare Tax | -37.99 | | 1,291.70 |
| NY State Income Tax | -157.46 | | 5,233.08 |
| New York Cit Income Tax | -88.33 | | 2,944.04 |
| NY SUI/SDI Tax | -0.60 | | 20.40 |
| **Other** | | | |
| Checking | -1,545.02 | | |
| Medical Plan | -38.08* | | 1,294.72 |
| Suppl Ltd | -3.29 | | 95.87 |
| 401K Pretax | -106.01* | | 3,604.34 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,506.05

---

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

Advice number: 00000350129
Pay date: 08/27/2009

Deposited to the account of
SANDRA GUZMAN

| account number | transit ABA | amount |
|---|---|---|
| REDACTED | xxxx xxxx | $1,545.02 |

**NON-NEGOTIABLE**

SG 1032

152-0001

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

# Earnings Statement

ADP

Period Beginning: 07/25/2009
Period Ending: 07/31/2009
Pay Date: 08/06/2009

00000000130
SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 3
 NY: 3
 New York Cit: 3

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 2,650.14 | 73,143.84 |
| Holiday | | | | 2,120.12 |
| Vacation | | | | 4,770.24 |
| **Gross Pay** | | | **$2,650.14** | 82,154.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -510.93 | 11,804.36 |
| | Social Security Tax | -162.43 | 5,035.82 |
| | Medicare Tax | -37.98 | 1,177.73 |
| | NY State Income Tax | -157.46 | 4,760.70 |
| | New York Cit Income Tax | -88.33 | 2,679.05 |
| | NY SUI/SDI Tax | -0.60 | 18.60 |
| | **Other** | | |
| | Checking | -1,545.03 | |
| | Medical Plan | -38.08* | 1,180.48 |
| | Suppl Ltd | -3.29 | 86.00 |
| | 401K Pretax | -106.01* | 3,286.31 |
| | **Net Pay** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Excess Life | 7.81 | 249.15 |
| 401K Match | 66.26 | |
| Ytd Pretax 401K | | 3,286.31 |
| Ytd 401K Match | | 2,054.05 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,506.05

©1998, 2006, ADP, Inc. All Rights Reserved.

---

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

Advice number: 00000320130
Pay date: 08/06/2009

Deposited to the account of
SANDRA GUZMAN

| account number | transit ABA | amount |
|---|---|---|
| REDACTED | xxxx xxxx | $1,545.03 |

**NON-NEGOTIABLE**

SG 1033

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| KMT | 145458 | 071321 | | 00002701130 | 1 |

154-0001

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

**Earnings Statement**

Period Beginning: 06/20/2009
Period Ending: 06/26/2009
Pay Date: 07/02/2009

00000000130
SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  NY: 3
  New York Cit: 3

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.00 | | 1,060.05 | 62,543.28 |
| Vacation | | 24.00 | 1,590.08 | 2,650.13 |
| Holiday | | | | 1,590.09 |
| **Gross Pay** | | | **$2,650.13** | 68,903.61 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -510.92 | 9,249.71 |
| | Social Security Tax | -162.44 | 4,223.67 |
| | Medicare Tax | -37.99 | 987.79 |
| | NY State Income Tax | -157.46 | 3,973.40 |
| | New York Cit Income Tax | -88.33 | 2,237.40 |
| | NY SUI/SDI Tax | -0.60 | 15.60 |
| | Other | | |
| | Checking | -1,545.01 | |
| | Medical Plan | -38.08* | 990.08 |
| | Suppl Ltd | -3.29 | 69.55 |
| | 401K Pretax | -106.01* | 2,756.26 |
| **Net Pay** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Excess Life | 7.81 | 210.10 |
| 401K Match | 66.26 | |
| Ytd Pretax 401K | | 2,756.26 |
| Ytd 401K Match | | 1,722.76 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,506.04

---

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

Advice number: 00000270130
Pay date: 07/02/2009

Deposited to the account of
SANDRA GUZMAN

| account number | transit ABA | amount |
|---|---|---|
| REDACTED | xxxx xxxx | $1,545.01 |

**NON-NEGOTIABLE**

SG 1034

| | | | | |
|---|---|---|---|---|
| CO. FILE DEPT. CLOCK VCHR. NO. | | | | |
| KMT 145510 071121 00000180132 | | | | |
| | | | | 153-0001 |

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

**Earnings Statement**  ADP

Period Beginning: 04/18/2009
Period Ending: 04/24/2009
Pay Date: 04/30/2009

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 6
  NY: 6
  New York Cit: 6

00000000132
SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 2,650.14 | 41,872.20 |
| Holiday | | | | 1,060.06 |
| Vacation | | | | 1,060.05 |
| **Gross Pay** | | | **$2,650.14** | 45,052.37 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -321.95 | 5,596.26 |
| | Social Security Tax | -162.43 | 2,761.78 |
| | Medicare Tax | -37.99 | 645.90 |
| | NY State Income Tax | -151.98 | 2,583.66 |
| | New York Cit Income Tax | -85.64 | 1,455.88 |
| | NY SUI/SDI Tax | -0.60 | 10.20 |
| | **Other** | | |
| | Checking | -1,742.17 | |
| | Medical Plan | -38.08* | 647.36 |
| | Suppl Ltd | -3.29 | 39.94 |
| | 401K Pretax | -106.01* | 1,802.17 |
| **Net Pay** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Excess Life | 7.81 | 139.81 |
| 401K Match | 66.26 | |
| Ytd Pretax 401K | | 1,802.17 |
| Ytd 401K Match | | 1,126.42 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,506.05

© 1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

◉ VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM ◉

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

Advice number: 00000180132
Pay date: 04/30/2009

Deposited to the account of
SANDRA GUZMAN

account number    transit ABA       amount
REDACTED          xxxx xxxx         $1,742.17

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

SG 1035

## Earnings Statement

NEW YORK POST
1211 AVENUE OF AMERICAS
NEW YORK, NY 10036

Period Beginning: 08/08/2009
Period Ending: 08/14/2009
Pay Date: 08/20/2009

00000000137
SANDRA GUZMAN
420 WEST 24TH STREET
APT #6F
NEW YORK NY 10011

Taxable Marital Status: Single
Exemptions/Allowances:
- Federal: 3
- NY: 3
- New York Cit: 3

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.00 | | 1,060.05 | 76,854.03 |
| Personal | | 8.00 | 530.03 | 530.03 |
| Vacation | 16.00 | | 1,060.05 | 5,830.29 |
| Holiday | | | | 2,120.12 |
| **Gross Pay** | | | **$2,650.13** | 87,454.58 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Excess Life | 7.81 | 264.77 |
| 401K Match | 66.26 | |
| Ytd Pretax 401K | | 3,498.33 |
| Ytd 401K Match | | 2,186.58 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -510.92 | 12,826.21 |
| Social Security Tax | | -162.43 | 5,360.69 |
| Medicare Tax | | -37.99 | 1,253.71 |
| NY State Income Tax | | -157.46 | 5,075.62 |
| New York Cit Income Tax | | -88.33 | 2,855.71 |
| NY SUI/SDI Tax | | -0.60 | 19.80 |
| **Other** | | | |
| Checking | | -1,545.02 | |
| Medical Plan | | -38.08* | 1,256.64 |
| Suppl Ltd | | -3.29 | 92.58 |
| 401K Pretax | | -106.01* | 3,498.33 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,506.04

