# **EXHIBIT 14**

```
 1
 2      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
 3
        AUSTIN FENNER and IKIMULISA
 4      LIVINGSTON,
 5                 Plaintiffs,
 6            vs.                        09CIV9832
                                         (BSJ(RLE)
 7      NEWS CORPORATION, NYP HOLDINGS,
        INC., d/b/a THE NEW YORK POST,
 8      and DAN GREENFIELD and MICHELLE
        GOTTHELF,
 9
                   Defendants.
10      ----------------------------------
        SANDRA GUZMAN,
11
                   Plaintiff,
12
              vs.                        09CIV9323
13                                       (BSJ(RLE)
        NEWS CORPORATION, NYP HOLDINGS,
14      INC., d/b/a THE NEW YORK POST,
        and COL ALLAN, in his official
15      and individual capacities,
16                 Defendants.
        ----------------------------------
17            DEPOSITION OF JOE ROBINOWITZ
18                 New York, New York
19                   June 14, 2012
20
21      Reported by:
22          MARY F. BOWMAN, RPR, CRR
23      JOB NO. 50552
24
25
```

Page 50

ROBINOWITZ

1
2  A.  I don't know.
3  Q.  Isn't it true, Mr. Robinowitz, that
4  Les Goodstein works for News Corporation?
5      MS. LOVINGER:  Objection.
6  A.  I don't know.  I don't know who his
7  employer is.
8  Q.  Do you know if the New York Post
9  owns the community newspapers?
10      MS. LOVINGER:  Objection.
11  A.  I do not know.
12  Q.  Do you know what work Les Goodstein
13  performed in connection with the community
14  newspapers when Sandra Guzman worked at the
15  Post?
16      MS. LOVINGER:  Objection.
17  A.  I do not, other than that he was in
18  charge of them.
19  Q.  So when you went to speak to Les
20  Goodstein in his office, wasn't it in
21  connection with your employment at the New
22  York Post?
23      MS. LOVINGER:  Objection.
24  A.  No, sir.  It was in connection with
25  my overseeing the editorial operations of --

Page 51

ROBINOWITZ

1
2  Q.  OK.
3  A.  -- community newspaper --
4      MS. LOVINGER:  He has to finish
5  answering the question before you ask
6  another question.
7  Q.  Mr. Robinowitz, do you still spend
8  Fridays working with the editors of the
9  community newspapers?
10  A.  Yes, sir.
11  Q.  And when Sandra Guzman was one of
12  your direct reports, did you also spend
13  Fridays working with the editors of those
14  newspapers?
15      MS. LOVINGER:  Objection.
16  A.  I don't understand the question.
17  Q.  OK.  Have you spent most of your
18  Fridays since the acquisition of the
19  community newspapers working with the editors
20  at those newspapers?
21  A.  Most, yes.
22  Q.  Do you get a paycheck from any
23  other entity other than the New York Post?
24  A.  No, sir.  My paycheck is from --
25  Q.  OK.  So the work --

Page 52

ROBINOWITZ

1
2      MS. LOVINGER:  Again, he is still
3  speaking.  This is crazy.  I have never
4  seen a deposition where the attorney
5  taking the deposition keeps cutting him
6  off.
7      MR. THOMPSON:  Ms. Lovinger, don't
8  raise your voice at me.
9      MS. LOVINGER:  You are doing it
10  again and again and again.
11      MR. THOMPSON:  Look, don't ever
12  raise your voice at me.  I thought he was
13  finished.
14  Q.  Mr. Robinowitz, is it fair to say
15  that in connection with the work that you
16  perform relating to the community newspapers,
17  you are paid a salary by the New York Post?
18  Correct?
19  A.  My only salary is from the New York
20  Post.
21  Q.  So isn't it also fair to say that
22  part of your duties as a New York Post
23  employee is to work with the editors at the
24  community newspapers?
25  A.  Col Allan asked me to do that when

Page 53

ROBINOWITZ

1
2  we made this acquisition, and I accepted.
3  Q.  Do you recall when you became
4  Sandra Guzman's direct supervisor?
5  A.  Yes.  It was the latter half of
6  2007.
7  Q.  How did you end up becoming her
8  direct supervisor at the end of 2007?
9      MS. LOVINGER:  Objection.
10      You can answer if you understand
11  the question.
12  A.  The man that was supervising her,
13  Chris Shaw, was put in a different position
14  to run the NYPost.com website, so there
15  became a -- you know, an opening there, and
16  Col asked me to step in.  And again, I said
17  fine.
18  Q.  So when you say Col asked you to
19  step in, do you mean Col Allan asked you to
20  supervise Ms. Guzman?
21  A.  Yes, sir.
22  Q.  Did you have any interaction with
23  Ms. Guzman before you became her direct
24  supervisor?
25      MS. LOVINGER:  Objection.

```
                                        Page 54
 1              ROBINOWITZ
 2     A.   Very little.  Only to say hi, how
 3  are you doing, have a nice weekend.  That
 4  sort of thing.
 5     Q.   Do you know how long Chris Shaw
 6  served as Ms. Guzman's direct supervisor
 7  before you took over that position?
 8     A.   I do not recall.
 9     Q.   Did you have any interactions with
10  Chris Shaw?
11          MS. LOVINGER:  Objection.
12     Q.   Prior to becoming Ms. Guzman's
13  direct supervisor?
14     A.   Again, to say hi, how are you.
15  That's -- you know, pleasantries of the
16  office.  I know the people in the office.
17  But --
18     Q.   Did you find Chris Shaw to be an
19  honest person at the time?
20          MS. LOVINGER:  Objection.
21     A.   How would I know?  I don't know.
22     Q.   Did you ever know him to make false
23  statements?
24          MS. LOVINGER:  Objection.
25     A.   I wouldn't know.
```

```
                                        Page 55
 1              ROBINOWITZ
 2     Q.   Did he ever say anything to you
 3  about Sandra Guzman's work performance?
 4     A.   Not that I can recall.
 5     Q.   Before you became Sandra Guzman's
 6  direct supervisor, did you ask Chris Shaw to
 7  tell you anything about her work performance
 8  since you were going to be taking over that
 9  position?
10          MS. LOVINGER:  Objection.
11     A.   Not that I recall.
12     Q.   I am going to show you now what is
13  marked as Deposition Exhibit 2.  It is Bates
14  stamped SG391.
15          (Exhibit 2, document Bates stamped
16  SG391 marked for identification, as of
17  this date.)
18     Q.   Have you had a chance to look at
19  that?
20     A.   Yes, sir.
21     Q.   Was this the management structure
22  at the Post in place when you were Sandra
23  Guzman's direct supervisor?
24          MS. LOVINGER:  Objection.
25     A.   No.  I mean the first thing I see
```

```
                                        Page 56
 1              ROBINOWITZ
 2  is a line that goes straight from Rupert
 3  Murdoch to me.  I've never reported to Rupert
 4  Murdoch.  I don't know whether he -- as I
 5  said, I don't know whether he is chairman or
 6  president.
 7          I don't know who Col Allan reports
 8  to.  It looks like he reports to Carlucci.  I
 9  don't know if that's true.  I just don't
10  know.  I don't even know if he is
11  editor-in-chief or just editor.
12          Frank Zini's name is misspelled
13  down here.  This -- I don't -- you know, I
14  see a lot of things about this document
15  that --
16     Q.   Do you know who created this
17  document?
18          MS. LOVINGER:  He was still
19     speaking.
20     A.   I do not know who created this
21  document.
22     Q.   Did there come a time,
23  Mr. Robinowitz, when Sandra Guzman was
24  terminated?
25     A.   Yes, there did.
```

```
                                        Page 57
 1              ROBINOWITZ
 2     Q.   Why was she terminated?
 3     A.   Because the section that she was
 4  hired to edit, Tempo, was canceled.
 5     Q.   Was Tempo the only section
 6  Ms. Guzman was editing at the New York Post
 7  at the time of her termination?
 8     A.   No, sir.  She was editing other
 9  sections.
10     Q.   I want you to identify each and
11  every other section Ms. Guzman was editing at
12  the New York Post at the time of her
13  termination.
14     A.   I can do that to the best of my
15  recollection.
16     Q.   OK.
17     A.   The education sections, maybe four
18  or five of those a year.  The parade
19  sections.  Maybe there were three or four of
20  those a year.  Black History Month section,
21  once a year.  Harlem Week section, once a
22  year.  And Go Green section once a year.
23     Q.   Any other sections?
24     A.   None that I can recall.
25     Q.   Isn't it true, Mr. Robinowitz, that
```