# **EXHIBIT 15**

## AMENDMENT TO EMPLOYMENT AGREEMENT

THIS AMENDMENT (the "Amendment") to the Employment Agreement dated as of January 2, 2006 (the "Agreement") by and between News America Incorporated. (the "Company") and Les Goodstein ("you" or "your") is entered into as of October 27, 2008.

1. Paragraph 1(a) of the Agreement is hereby deleted in its entirety and replaced as follows:

"The Company hereby agrees to continue to employ you, and you agree to accept such continued employment as Senior Vice President, upon the terms and subject to the conditions contained herein, as of September 1, 2008, and ending on the close of business August 31, 2011 (the "*Term*"). If the Company desires to extend your employment beyond the Term, we shall so notify you not less than three months prior to its expiration, in order to permit you and the Company to enter into good-faith negotiations relating to such continued employment."

Redacted

4. All other terms and conditions of the Agreement shall remain unchanged and in full force and effect.

5. This Amendment may be executed in counterparts, each of which when taken together constitute a single agreement.

6. This Amendment, along with the Agreement, constitute the entire understanding between you and the Company as to your employment and supersede all prior and contemporaneous discussions and agreements between them relating thereto. This Amendment may not be modified or amended except by written agreement signed by you and an authorized executive of the Company.

7. This Amendment shall be governed by, construed and enforced in accordance with the laws of the State of New York applicable to agreements made within the State of New York, without regard to its conflicts of law principles. In the event of a dispute or controversy between you and the Company, you voluntarily and knowingly waive any right you may have to a trial by jury for any dispute or controversy arising under this Amendment or related to your employment and you expressly consent to trial by judge sitting without a jury.

[The remainder of this page has been intentionally left blank]

CONFIDENTIAL

NYP0004437

IN WITNESS WHEREOF, you and the Company have executed this Amendment as of the day and year first written above.

NEWS AMERICA INCORPORATED

By: *Paul Carlucci*

LES GOODSTEIN

*Les Goodstein*
10/31/08

2

CONFIDENTIAL

NYP0004438