KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Marc E. Kasowitz (mkasowitz@kasowitz.com)
Mark W. Lerner (mlerner@kasowitz.com)
Blythe E. Lovinger (blovinger@kasowitz.com)
Garrett D. Kennedy (gkennedy@kasowitz.com)
1633 Broadway
New York, New York 10019
Tel.:   (212) 506-1700

*Attorneys for Defendants*
NYP Holdings, Inc., d/b/a the
New York Post, and Col Allan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
SANDRA GUZMAN,                                               :   Civil Action No.: 09 CV 9323 (LGS)
                                                             :
                              Plaintiff,                     :
                                                             :
              vs.                                            :   **Oral Argument Requested**
                                                             :
NEWS CORPORATION, NYP HOLDINGS,                              :
INC., d/b/a/ THE NEW YORK POST,                              :
and COL ALLAN, in his official and individual                :
capacities,                                                  :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------x

**DEFENDANTS NYP HOLDINGS, INC. AND COL ALLAN'S NOTICE OF MOTION
FOR SUMMARY JUDGMENT AGAINST PLAINTIFF SANDRA GUZMAN**

PLEASE TAKE NOTICE that, upon defendants NYP Holdings, Inc., d/b/a the New York Post's and Col Allan's (together, "Defendants") Motion to the Court dated May 10, 2013, the accompanying Memorandum of Law, the accompanying Local Rule 56.1 Statement of Undisputed Facts, the attached Declaration of Mark W. Lerner, Esq., dated May 10, 2013, with supporting exhibits, as well as the sworn Affidavits of Michael Racano, dated May 8, 2013, with supporting exhibits, Michael Riedel, dated May 7, 2013, with supporting exhibits, and Carole

Sovocool, dated May 6, 2013, Defendants hereby move this Court before the Honorable Lorna G. Schofield for the Southern District of New York, 500 Pearl Street, New York, New York, for an order, pursuant to Federal Rule of Civil Procedure 56, granting summary judgment against plaintiff Sandra Guzman on her Amended Complaint in its entirety.

In accordance with the Court's March 28, 2013 order, moving papers shall be filed on or before May 10, 2013; answering papers shall be served on or before May 24, 2013; and any reply papers shall be served on or before May 31, 2013. Oral argument is hereby requested.

Dated: New York, New York
May 10, 2013

       KASOWITZ, BENSON, TORRES
         & FRIEDMAN LLP

By: /s/ Mark W. Lerner
    Marc E. Kasowitz (mkasowitz@kasowitz.com)
    Mark W. Lerner (mlerner@kasowitz.com)
    Blythe E. Lovinger (blovinger@kasowitz.com)
    Garrett D. Kennedy (gkennedy@kasowitz.com)

1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

Attorneys for Defendants News Corporation,
NYP Holdings, Inc., d/b/a the New York Post,
and Col Allan

To: Douglas H. Wigdor
    Lawrence M. Pearson
    Thompson Wigdor LLP
    85 Fifth Avenue
    New York, New York 10003
    *Attorney for Plaintiff Sandra Guzman*