# **EXHIBIT 3**

| | |
|---|---|
| **From:** | Haiman-Marrero, Sami <SHaiman@nypost.com> |
| **Sent:** | Wednesday, January 9, 2008 8:13 PM (GMT) |
| **To:** | Guzman, Sandra <sguzman@new york post.com> |
| **Cc:** | Judge, Patrick <pjudge@new york post.com>; Rallo, Cristina <cocampo@new york post.com> |
| **Subject:** | RE: February |

Pat - do we/you confirm a 12-page section for Feb? Otherwise, Sandra cannot commit to the Sexy Singles theme. We have 4 pages sold already need another 2.5 and have 3.5 weeks to sell. I say yes, but she needs your OK, too. Please advise asap because she will need to send out an email blast in search for this year's Sexy Singles. Thanks!

**Sami Haiman-Marrero**

Tempo Ad Manager

NEW YORK POST

321-235-1859 tel

321-235-0716 fax

917-589-4229 cell

shaiman@nypost.com

---

**From:** Haiman-Marrero, Sami
**Sent:** Wed 1/9/2008 12:10 PM
**To:** Guzman, Sandra
**Cc:** Judge, Patrick; Rallo, Cristina
**Subject:** RE: February

Hey, Pat! See below. To date have 4 pages confirmed for TEMPO for Feb 6 issue. Able to guarantee an 8 page section today. I think we will be able to deliver a 12 page section, but Sandra needs a confirmation from you too that Feb 6 issue will be a 12 page section so she can move forward in doing the Sexy Singles Search.

Please advise. Thanks.

NYP0001339

**Sami Haiman-Marrero**

Tempo Ad Manager

NEW YORK POST

321-235-1859 tel

321-235-0716 fax

917-589-4229 cell

shaiman@nypost.com

---

**From:** Guzman, Sandra
**Sent:** Wed 1/9/2008 12:08 PM
**To:** Haiman-Marrero, Sami
**Subject:** RE: February


Sami-


Really honest-- will there will 12 pages?


I know that if it was up you you would.

Since, I don't have the staff to go thru the search, etc to then have to kill the story, I need a guarantee from Pat Judge on that. Or Howard Adler.

Or, did you consult w them already?


-Sandra

---

**From:** Haiman-Marrero, Sami
**Sent:** 1/9/2008 11:06 AM
**To:** Guzman, Sandra
**Subject:** RE: February

NYP0001340

Hi, Sandra. Make sure to send me the email for the sexy singles serach so I can forward to everyone I know too. OK?

**Sami Haiman-Marrero**

Tempo Ad Manager

NEW YORK POST

321-235-1859 tel

321-235-0716 fax

917-589-4229 cell

shaiman@nypost.com

---

**From:** Guzman, Sandra
**Sent:** Tue 1/8/2008 5:20 PM
**To:** Haiman-Marrero, Sami
**Subject:** RE: February

S

I'm over it, going down to 10 pages that is. It is what it is...and you just move on. But, I do want to minimize any future 'let downs' for my team in particular, since its work that they have to undo every time we ship. And it demoralizes them to no end.

So, with an 8 page section, and a 60/40 ad/edit ratio, I am left w 3.5, including the cover-- it will be hard to feature 50 people!

I'm not really sure what you mean by " we have told clients it'll be the Sexy Singles issue since July. I even told the Dunkin Donuts client yesterday he should submit his photo and bio." DO we have to do it?

Unless I have the space to do it right -- if at all -- I just don't think its worth it.

We had a 12 page section last year!

NYP0001341

If you AND Patrick commit to giving me 12, I can work with that. Otherwise, in what space do we feature 50 people, appropriately?

-S

---

**From:** Haiman-Marrero, Sami
**Sent:** 1/8/2008 3:49 PM
**To:** Guzman, Sandra
**Subject:** RE: February

Hi, Sandra:

Not sure what to say. I feel pretty down right now...trying to keep it together. I wish I could find a way to express how much it means to me that the section does well. I'm in this with you. Profit wise we actually came in 16% more than we did last year. The decision to bring it down to 10 pages was out of my control. If it were up to me, I would have cut my loses this one issue and given you back the half page edit that was unsold, run some mail order that does bring in revenue and move on to February to make up the shortcoming in Jan. I do not have the power to do that...it's all about the bottom line ($). And going to 10 pages made the section break even at the very least. Have you seen the paper today...the entire paper is weak these past couple of days. And I'm hurt when you have this notion that I have not been able to sell TEMPO. I do every day because with every call I make and every trip I take I get closer and closer to breaking some new business. For the first time in the 3.5 years I have been here, the entire sales staff was told that they are required to book 2 meetings a week exclusively for TEMPO during our 8am slaes staff meeting. This is a step in the right direction...finally!

As for Feb theme, But do whatever you deem appropriate...just let me know. Right now we have 4 pages sold:

McD's

Dunkin Donuts

Johnnie

Infiniti

So GUARANTEED we have an 8 page section right this moment. I will continue to keep you updated as things change.

NYP0001342

Sami Haiman-Marrero
**TEMPO**
Ad Manager
tel 321-235-1859
cel 917-589-4229
fax 321-235-0716

-----Original Message-----
**From:** Guzman, Sandra
**Sent:** Tuesday, January 08, 2008 1:07 PM
**To:** Haiman-Marrero, Sami
**Subject:** February

Hi Sami

After the downsizing of today's Tempo, I am rethinking if it makes any sense to proceed w the annual sexy singles. Not sure if you are aware of the complicated nature of this shoot -- from the search, to managing entries, then weeding out good/bad, and the shoot -- only to find that we may not have the pages.

So, tell me, how many pages do you foresee February? How many sold?

Thanks

Sandra

**Sandra Guzmán**
*NEW YORK POST*
Associate Editor
sguzman@nypost.com
p: 212-930-8590
http://www.nypost.com
Save trees.
Think before you print!