# **EXHIBIT 4**

| | |
|---|---|
| **From:** | Allison, Beth <BAllison@nypost.com> |
| **Sent:** | Wednesday, March 19, 2008 9:08 PM (GMT) |
| **To:** | Guzman, Sandra <SGuzman@nypost.com>; Cordon, Evelyn <ECordon@nypost.com>; Monteleone, Marie <mmonteleone@nypost.com> |
| **Subject:** | Re: April 2nd Tempo |

WOW. That's small. What are you thinking for a cover? New music? Sabitini in her support girdle?

On 3/19/08 5:03 PM, "Guzman, Sandra" <SGuzman@nypost.com> wrote:

> Its a tiny one -- 8 pages. We get cover plus two and half for edit.
>
> Already in:
>
> --Travel (Sabitni's Argentina. I want more photos since its a newspaper format. I have some ideas. Lets chat) (in)
>
> Sidebar: Little Tennis tot
>
> --Eats-- Latin Veggie in the City (in)
>
> New stories:
>
> -Hot List - Grace Bastidas (grace@gracebastidas.com)
> (Grace will email list shorttly
>
> -Hot new music:
> short profiels of
> Girls Talk (new bachata group) GB
> Arianny Puello (Spanish (from Spain) rapper GB
> The D.E.Y. Latino Fugees SG
>
>  <http://www.nypost.com/>   **Sandra Guzmán**
> ***NEW YORK POST***
> Associate Editor
> sguzman@nypost.com <mailto:sguzman@nypost.com>
> p: 212-930-8590
> http://www.nypost.com <http://www.nypost.com/>

NYP0000657