# **EXHIBIT 5**

| | |
|---|---|
| **From:** | Armstrong, Paul <PArmstrong@nypost.com> |
| **Sent:** | Thursday, May 8, 2008 7:19 PM (GMT) |
| **To:** | Guzman, Sandra <sguzman@new york post.com>; Haiman-Marrero, Sami <shaiman@new york post.com> |
| **Cc:** | Travis, Laura <ltravis@new york post.com> |
| **Subject:** | Re: pr parade |

Sandra,

I understand your disappointment and I'm aware of the ongoing issues with the monthly sections, but we need to be realistic with year to year comparisons at this stage. The economy is tanking and we are down against last year in all sectors, it will be extremely unlikely that we will match ad pages to the previous issue, though not an excuse not to try.

PA


On 5/8/08 3:10 PM, "Guzman, Sandra" <SGuzman@nypost.com> wrote:

> Yes, but you have done very very well in the past w ROP Sami. Last year, 40 pages with most of the
> advertisers that you just mentioned.
> I'd rather do ROP for 12 pages, than a slim pamphlet looking 24/28 magazine. At that size, it's thin and really
> defeats the purpose.
> Almost makes no sense.
>
> I'm looking at last year's issue...And you were able to get so many gorgeous ads. I figured w a glossy you
> would get additional, different and a lot more... but its not the case. Was;t that the argument for glossy?
>
> Last year's issue and the year before were meaty pull outs that looked awesome, 40 pages, 32 pages...
>
> Give it some thought...
>
> --Sandra


**From:** Haiman-Marrero, Sami
**Sent:** 5/8/2008 3:02 PM
**To:** Guzman, Sandra
**Cc:** Armstrong, Paul; Travis, Laura
**Subject:** RE: pr parade

Because I have sold in Coors Light, Pepsi, State Farm, American Airlines, ABSOLUT, DELTA into the magazine and Laura closed on Time Warner too because of the mag format. The team is working on Perry Ellis, Wrigley's, Wachovia, Pathmark, Marshall's, MACY's, Jetblue, NY Yankees, Verizon, Chrysler, CITIZEN, HBO Latino, T-Mobile and many others based on the glossy format. It's all we got...no float, no promotions, no nada. Not easy to manage, but that's clearly my problem. Wish I could guarantee a higher page count today. Working on improving the situation by next week's closing.

If you want to go ROP, we can...it'll be 12 pages.

**Sami Haiman-Marrero**
Tempo Ad Manager
NEW YORK POST
321-235-1859 tel
321-235-0716 fax
917-589-4229 cell
shaiman@nypost.com

NYP0001778

**From:** Guzman, Sandra
**Sent:** Thu 5/8/2008 2:55 PM
**To:** Haiman-Marrero, Sami
**Cc:** Armstrong, Paul; Travis, Laura
**Subject:** RE: pr parade

Why not?

---

**From:** Haiman-Marrero, Sami
**Sent:** 5/8/2008 2:55 PM
**To:** Guzman, Sandra
**Cc:** Armstrong, Paul; Travis, Laura
**Subject:** RE: pr parade

Nope.

**Sami Haiman-Marrero**
Tempo Ad Manager
NEW YORK POST
321-235-1859 tel
321-235-0716 fax
917-589-4229 cell
shaiman@nypost.com

---

**From:** Guzman, Sandra
**Sent:** Thu 5/8/2008 2:53 PM
**To:** Haiman-Marrero, Sami
**Cc:** Armstrong, Paul; Travis, Laura
**Subject:** RE: pr parade

Hi Sami

Wait - we went from 56 to 28 pages?
Can we just go back to in paper Tempo?

---

**From:** Haiman-Marrero, Sami
**Sent:** 5/8/2008 2:40 PM
**To:** Guzman, Sandra
**Cc:** Armstrong, Paul; Travis, Laura
**Subject:** RE: pr parade

Hi, Sandra,

Welcome back! These are the deadlines I think we have to work with. Paul please confirm:

Issue closes - May 15th
Materials Due - May 22nd (some wiggle room till May 27)
Issue goes to printer - May 29th

This said, if we need to commit to a page count today, I would say it will be 28 pages (50/50 ad/edit ratio). To date we have 10.5 ads sold. We just sold a page and a half yesterday, and there are many prospects still TBD...we have till next week to close. We definitely are working towards having a much bigger issue, but this is what I have for you right this second.

As for the Centerspread gatefold, we are still trying to sell it. I think the World Class editorial piece is still a very interesting/compelling story whether we can sell it or not. If we are not able to sell it this year, do you still plan to do it? If so, this would give us a visual/ammo to sell with enough time for next year, since most

NYP0001779