# **EXHIBIT 6**

| | |
|---|---|
| **From:** | Guzman, Sandra |
| **Sent:** | Thursday, June 5, 2008 5:50 PM (GMT) |
| **To:** | Haiman-Marrero, Sami <SHaiman@nypost.com>; Travis, Laura <ltravis@nypost.com> |
| **Subject:** | RE: TEMPO Magazine |

I'm sorry Sami. I feel your pain. But the economy really is in the dumps- and you know when the general market sneezes, the ethnic market gets the flu. The timing is off-- for now.

July will rock. And so will Aug. and Sept

S

---

**From:** Haiman-Marrero, Sami
**Sent:** 6/5/2008 12:33 PM
**To:** Travis, Laura; Guzman, Sandra
**Subject:** FW: TEMPO Magazine

FYI: I put in a last pitch/fight for the mags. Glossy will never be more profitable than newsprint because it's more costly to produce - duh! I just don't get it...what a waste of my time.

**Sami Haiman-Marrero**
Tempo Ad Manager
NEW YORK POST
321-235-1859 tel
321-235-0716 fax
917-589-4229 cell
shaiman@nypost.com

---

**From:** Haiman-Marrero, Sami
**Sent:** Thu 6/5/2008 12:32 PM
**To:** Adler, Howard; Judge, Patrick
**Subject:** RE: TEMPO Magazine

I am really disappointed, frustrated, disheartened... I know we were off the goal for the issue, but we still came in at a profit. Granted, the issue could have been more profitable if it had been ROP, but it comes with the territory...a glossy is just more expensive to produce. I don't understand. Isn't this the challenge with Page Six magazine as well? So, right off the bat, whether the issue is 28 pages deep or 64 pages deep, if you have a 50/50 ad/edit ratio, it will be less profitable as a glossy vs. ROP. At least TEMPO magazine was profitable.

We should have nixed the entire thing the minute Les was out of the picture back in November 2007. Why continue with the magazines in the first place? I just placed an order for 1,000 return copies that serve no purpose. Can't send it to prospects because it's only for show now. Sorry, I'm venting...

OK, hear me out one last time - it took 2-3 years for TEMPO to be at a place where we have serious/solid schedules from prime advertisers. Not an easy task. This is the first year we have incorporated 3...just 3! glossies into the mix and they have been profitable. Not as profitable as ROP...but it never will be. It would be nice to give the TEMPO glossies a chance to flourish, too. Give it a chance to shine brighter!

If it's a definite NO, clients that have committed to a 2008 schedule in TEMPO expect 3 glossies in this calendar year. I will need a letter from you guys stating why September will not be a glossy so I can send it to the clients below. Also, we need to revisit the budget chart for Fiscal 2009 that I submitted April 15th because it includes the 3 glossies.

- State Farm
- INFINITI
- McDonald's

NYP0001335

- DELTA
- PEPSI
- Coors Light
- ABSOLUT
- Fidelis
- Johnnie Walker

**Sami Haiman-Marrero**
Tempo Ad Manager
NEW YORK POST
321-235-1859 tel
321-235-0716 fax
917-589-4229 cell
shaiman@nypost.com

---

**From:** Adler, Howard
**Sent:** Thu 6/5/2008 11:41 AM
**To:** Haiman-Marrero, Sami; Judge, Patrick
**Subject:** RE: TEMPO Magazine

I sent an email to everyone. There is no growth in revenue and added expense. I allowed this one because we were too close and would lose revenue. September is far off.  Sorry. But its a business decision. How much more would we have made in profit if we ran todays nagazine as rop?

Sent by Good Messaging (www.good.com)


-----Original Message-----
From:  Haiman-Marrero, Sami
Sent:   Thursday, June 05, 2008 11:28 AM Eastern Standard Time
To:    Adler, Howard; Judge, Patrick
Subject:     FW: TEMPO Magazine

Hi. Just got a call from Sandra re: my thank you email below. She said she had spoken to Howard a couple of weeks ago, and he said there will be no Sept TEMPO magazine. News to me! Is this so?

Sami Haiman-Marrero
Tempo Ad Manager
NEW YORK POST
321-235-1859 tel
321-235-0716 fax
917-589-4229 cell
shaiman@nypost.com

---

From: Haiman-Marrero, Sami
Sent: Thu 6/5/2008 11:13 AM
To: Advertising; Classified Advertising
Cc: Schettino, James; Guzman, Sandra
Subject: TEMPO Thanks!


Hello Everyone:

I want to thank you all for your support with the P.R. Day Parade issue of TEMPO that ran in today's paper as a magazine. I just got a couple of copies (thanks, Matt!), and I think it's a solid piece both editorially and advertising-wise. Next magazine is our Hispanic Heritage issue in September, the first of our new fiscal, and I feel confident in that we can make this baby bigger and better.  Sales sheet will follow shortly.

Again, mil gracias,

NYP0001336