# **EXHIBIT 7**

Just a suggestion. People who make history usually end up making enemies in the short term. You may be doing them a favor- once they read your column they may want to adjust their business strategy...

A thought

Sandra

---

**From:** Haiman-Marrero, Sami
**Sent:** 10/30/2007 12:03 PM
**To:** Guzman, Sandra
**Subject:** RE: Is Hispanic Advertising Dead

I'd love to! But I don't need enemies in the industries for the next 5 - 10 years. Unless I use a pseudonym?

**Sami Haiman-Marrero**

Tempo Ad Manager

NEW YORK POST

321-235-1859 tel

321-235-0716 fax

917-589-4229 cell

shaiman@nypost.com

---

**From:** Guzman, Sandra
**Sent:** Tue 10/30/2007 10:37 AM
**To:** Haiman-Marrero, Sami
**Subject:** RE: Is Hispanic Advertising Dead

Why dont you write a column abt that?

---

**From:** Haiman-Marrero, Sami
**Sent:** 10/30/2007 9:55 AM
**To:** Guzman, Sandra
**Subject:** RE: Is Hispanic Advertising Dead

NNope. It's a waste of time and money. Hispanic agencies are at the brink of extinction. I give it another 5 - 10 years.

NYP0001387

Sami Haiman-Marrero

Tempo Ad Manager

NEW YORK POST

321-235-1859 tel

321-235-0716 fax

917-589-4229 cell

shaiman@nypost.com

---

**From:** Guzman, Sandra
**Sent:** Mon 10/29/2007 2:03 PM
**To:** Haiman-Marrero, Sami
**Subject:** FW: Is Hispanic Advertising Dead

Are you going to this?

---

**From:** Kinnier, Elinor [mailto:ekinnier@cmgresults.com]
**Sent:** 10/29/2007 11:15 AM
**To:** Kinnier, Elinor
**Subject:** Is Hispanic Advertising Dead



ahaa'07 CREATIVE AND PLANNING CONFERENCE
OCTOBER 31 - NOVEMBER 2, 2007. CROWNE PLAZA HOTEL - NYC  www.ahaa.org
IS HISPANIC ADVERTISING DEAD?
THE BLOODY TRUTH ABOUT WHERE WE'RE GOING.

NYP0001388