# **EXHIBIT 8**

### Robinowitz, Joe

**From:** Allan, Col
**Sent:** 1/19/2009 2:08 PM
**To:** Robinowitz, Joe
**Cc:** Racano, Michael; Carlucci, Paul
**Subject:** RE: Note from Sandra....

**joe, given the current size of tempo the question is whether we should be spending anything on styling. in fact i believe you should closely examine all costs associated with this and other sections that fall under your responsibility with a view to eradicating all but the most essential costs as we continue to battle this miserable economic environment. cheers**

---

**From:** Robinowitz, Joe
**Sent:** 1/19/2009 2:04 PM
**To:** Allan, Col
**Subject:** RE: Note from Sandra....

Col:

According to Annie he's done four assignments for us in the past two years (one in 2007 for a total of $800 and three in 2008 for $4,420) for a two-year total of $5,220.

Robinowitz

---

**From:** Allan, Col
**Sent:** 1/19/2009 12:46 PM
**To:** Racano, Michael
**Cc:** Robinowitz, Joe
**Subject:** FW: Note from Sandra....

**mike, can you please check to see if we have paid the mr de oca mentioned in this email any monies over the past year for services rendered.**

---

**From:** Robinowitz, Joe
**Sent:** 1/16/2009 10:35 PM
**To:** Allan, Col
**Subject:** Fw: Note from Sandra....

11/10/2009

NYP0000263

Here's sandra's response to my request for an explanation. We should discuss.

---

**From:** Guzman, Sandra
**To:** Robinowitz, Joe
**Sent:** Fri Jan 16 20:18:44 2009
**Subject:** Note from Sandra....

Hi Robo,

I just spoke with Oscar Montes de Oca. And I asked him what, if anything, happened with Manolo Blahnik. He claims that there was a lack of communication between he and the reps. He further said that this miscommunication had to do with me -- he had approached them on my behalf -- which was news to me.

Mr.. Montes de Oca is a stylist. He is a young fashion talent that I have used in the past several years to style fashion stories for the Tempo section. He has pulled clothing for shoots for several Major League Baseball players and celebrities. There has never, ever been a problem with him. In fact, I have known him to be professional, mild-mannered, courteous, and respectful, which is why I was shocked to receive your call that he was strong holding anyone.

When I told Oscar that I had been invited to attend several of the Inaugural Balls he offered to help me find something cute to wear. I happily agreed. He offered to do this as a friend. I realize now that he was going the extra mile for me. And frankly, I am embarrassed by it.

As I mentioned to you earlier this week, I will be going to several Latino events in DC for the Presidential Inauguration and I will be blogging about it for the blog-- Tempo Espresso. When I mentioned this to you early this week, you seemed excited that I was providing original content for the web. I am thrilled too.

In fact, I am still in the office because I have spent the better part of the afternoon in an intensive training trying to learn this new web technology so that I can feed video from DC from a portable video and my camera to the Tempo blog! My head hurts from all this techno stuff-- but so what -- this is the future, right?

I'm looking forward to bringing our online readers a behind the scenes look at Latino events in DC -- some are historic in their own right. The first ever Latino Ball, has been one of the most controversial and exclusive galas that is taking place on Sunday evening in DC and is sponsored by five leading national Hispanic Organizations. (I've been feeding Page 6 stories about this event, see Page 6 Monday. In fact, my friend was able to get Paula media credentialed to the ball since they were weary of Page 6, and I called him to beg for her! As you know, people get scared of Page 6, especially after we reported the Jlo story that wasn't supposed to leak!)

Anyway, the story is that I've great sources on the inside, and I will be sitting at one of the main tables there and at other events too and this I thought would be a great way to give our online readers an inside peek into the events from a unique a Latino perspective. Of course, if there are quotes that I get that I think news can use, or Page 6, I will call them in-- as I have done in the past.

I secured my own travel via train, hotel (just this Tuesday I told you about finding a room for $199 thanks to a David Landsel story!) and am excited to start the DC blog.

I'm really sorry that my excitement to cover this story has been dampened.  Please let me know if there is anything else you need from me. Or, if I should call Col or Jesse. I am available via email or cell phone,

Have a great weekend.
Thanks Robo.


11/10/2009

NYP0000264