# **EXHIBIT 9**

```
                                                          Page 1
 1                        JENNIFER JEHN
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------------------X
      SANDRA GUZMAN,
 4                    Plaintiff,
 5                    -against-      09CIV9323 (BSJ)(RLE)
 6    NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
      THE NEW YORK POST, and COL ALLAN, in his
 7    official and individual capacities,
 8
                      Defendants.
 9    ----------------------------------------X
      AUSTIN FENNER and IKIMULISA LIVINGSTON,
10
11                    Plaintiffs,
12                    -against-      09CIV9832 (BSJ)(RLE)
13    NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
      THE NEW YORK POST and DAN GREENFIELD and
14    MICHELLE GOTTHELF,
15                    Defendants.
      ----------------------------------------X
16
17
18         VIDEOTAPED DEPOSITION OF JENNIFER JEHN
19                   New York, New York
20                  Tuesday, June 26, 2012
21
22    REPORTED BY:  BARBARA R. ZELTMAN
                    (BOBBIE)
23                  Professional Stenographic Reporter
24
25    Job Number:  51052
```

Page 54

```
 1         JENNIFER JEHN
 2      "Q. What other ways would be a way
 3   to retaliate against an employee other
 4   than losing their job?")
 5       (End of read-back.)
 6    A   If an employee had responsibilities
 7   taken away from them because they filed a
 8   complaint against their supervisor.
 9    Q   Any other ways?
10       MR. LERNER: Objection.
11    A   I don't remember.
12    Q   When you were head of HR in 2009,
13   were employees advised about how to file a
14   complaint of harassment or discrimination?
15       MR. LERNER: Objection.
16       You can answer if you understand
17   the question.
18    A   Employees were advised that they
19   can make a complaint to New York Post Human
20   Resources, they can complain to their
21   manager, they can report it to an alert
22   line.
23    Q   What is Alert Line?
24    A   An alert line is made available to
25   New York Post employees that they can file a
```

Page 55

```
 1         JENNIFER JEHN
 2   complaint or grievance.
 3    Q   Who runs this alert line that New
 4   York Post employees can call to complain
 5   about a complaint?
 6       MR. LERNER: Objection.
 7    Q   To complain about a grievance.
 8    A   I don't know who runs it.
 9    Q   Does The New York Post run it?
10       MR. LERNER: Objection.
11    A   I don't know.
12    Q   Is there one alert line for all of
13   the NewsCorp. subsidiaries?
14    A   I don't know.
15    Q   From what you described, are there
16   any other ways that an employee can complain
17   about employment discrimination?
18    A   An employee can complain to their
19   manager, to Human Resources, anyone in Human
20   Resources, and to the alert line.
21    Q   Could an employee of The New York
22   Post complain to an attorney?
23    A   Employees at The New York Post can
24   complain to HR, their manager, the alert
25   line. That's who they know they can
```

Page 56

```
 1         JENNIFER JEHN
 2   complain to.
 3    Q   Suppose an employee of The New York
 4   Post wanted to make a complaint to Jordan
 5   Lippner? Would that be acceptable, in your
 6   experience as head of HR for The New York
 7   Post?
 8       MR. LERNER: Objection.
 9       Do you understand the question?
10       THE WITNESS: Actually, I don't
11   understand the question.
12   BY MR. CLARK:
13    Q   Would it be an acceptable way to
14   complain about employment discrimination for
15   an employee of The New York Post to complain
16   to Jordan Lippner?
17       MR. LERNER: Objection.
18    A   New York Post employees can
19   complain to HR, their manager, an alert
20   line. That's who they can complain to.
21    Q   So your answer is no, it would
22   not -- complaining to Jordan Lippner would
23   not be an acceptable way in your view to
24   make a complaint about employment
25   discrimination as an employee of The New
```

Page 57

```
 1         JENNIFER JEHN
 2   York Post?
 3       MR. LERNER: Objection.
 4    A   Can you repeat the question?
 5       MR. CLARK: Could you read it
 6   back?
 7       (Requested portion of record read:
 8       "Q. So your answer is no, it would
 9   not -- complaining to Jordan Lippner
10   would not be an acceptable way in your
11   view to make a complaint about employment
12   discrimination as an employee of The New
13   York Post?")
14       (End of read-back.)
15    A   Jordan Lippner, as a resource to
16   Human Resources at The New York Post, a New
17   York Post employee could make a complaint to
18   him.
19    Q   So it would be an acceptable way to
20   make a complaint if you were an employee of
21   The New York Post?
22       MR. LERNER: Objection. I
23   think the issue is the word
24   "acceptable."
25       I don't know what it means but I
```

### Page 190

```
1        JENNIFER JEHN
2    Q    And had you ever seen her cry prior
3    to that day?
4    A    No.
5    Q    Was Sandra Guzman alone in the
6    office when you first arrived?
7    A    Yes.
8    Q    And were you two alone the entire
9    time you spoke with her that day?
10   A    Yes.
11   Q    Do you know if there was anyone
12   else in the area that might have overheard
13   the conversation?
14   A    I don't know.
15   Q    Was the door open or closed?
16       MR. LERNER:  During the
17   conversation?
18       MR. CLARK:  During the
19   conversation with Ms. Guzman.
20   A    Open.
21   Q    Did Ms. Guzman have a couch in her
22   office at the time?
23   A    Yes.
24   Q    Did either of you sit on the couch
25   during the meeting?
```

### Page 191

```
1        JENNIFER JEHN
2    A    I sat on the couch.
3    Q    Where did Ms. Guzman sit?
4    A    Behind her desk.
5    Q    In substance, what did Ms. Guzman
6    say to you about the cartoon during this
7    meeting?
8    A    Sandra said to me that the cartoon
9    was offensive.  She said the cartoon was
10   racist.  She was upset that The Post
11   published a racist cartoon.
12       She asked me if I knew who selected
13   the cartoon.  I said I don't know anything
14   about the cartoon selection.
15       She said -- she asked me if I had
16   heard that other editors thought the cartoon
17   was offensive before it was published.
18       I said I hadn't heard that.  I
19   asked her how she heard that.  And she said
20   she heard it.
21       I said I don't know how the cartoon
22   was published and I don't know how she knows
23   how it was published.  It's hearsay.
24       She asked me how -- she said she
25   was upset about being associated with the
```

### Page 192

```
1        JENNIFER JEHN
2    content of the offensive cartoon that was
3    published.  She did not want to be
4    associated with the cartoon.
5        She said she was getting e-mails
6    and phone calls and she wanted to respond.
7        I said I could feel however she
8    felt about the content of the cartoon and --
9    but I reminded her, as I did with other
10   managers, that she, you know, could not talk
11   to the press or to the media.
12       I explained that she could forward
13   the e-mails to the City Desk.
14       She mentioned that Paula Froelich
15   had put some response on her phone.  And she
16   asked me if I knew about that and I said I
17   didn't know anything about.
18       I said she could feel however she
19   felt and tell people however she felt about
20   the cartoon.
21       I asked her if she had talked to
22   other people that thought the cartoon was
23   offensive and people that didn't think the
24   cartoon was offensive.  She got upset and
25   said the cartoon was offensive and racist.
```

### Page 193

```
1        JENNIFER JEHN
2        I then said:  I can see you are
3    upset.  I'll let you calm down.  Come and
4    see me if there's anything you want to talk
5    about.
6        And she said that The Post was
7    going to have lawsuits.
8        I said:  If we do, I'll deal with
9    it.  Please send anybody to come and see me
10   or anybody else in the Human Resources
11   Department.
12   Q    Did Ms. Guzman tell you that the
13   cartoon reflected a racist work environment
14   at The Post?
15   A    She did not.
16   Q    Did she tell you that the cartoon
17   reflected a sexist work environment at The
18   Post?
19   A    She did not.
20   Q    Did you take her complaint to be --
21   strike that.
22       Did you take her statement to be a
23   complaint of employment discrimination?
24   A    I did not.
25   Q    Why not?
```

```
                                   Page 194
 1          JENNIFER JEHN
 2     A    She was complaining about the
 3  content of the cartoon that was published.
 4  She was upset about it.  She didn't want to
 5  be associated with it.  She was complaining
 6  all about the cartoon.
 7     Q    Did Sandra Guzman explain why she
 8  thought the cartoon was racist?
 9     A    She did not.
10     Q    Did she explain why she found the
11  cartoon offensive?
12     A    She did not.
13     Q    Did you ask the Sandra Guzman why
14  she found the cartoon to be racist?
15     A    I didn't.
16     Q    Why not?
17     A    I was listening.  She was
18  complaining about the cartoon.
19          I didn't ask her.
20     Q    Did you ask her why she thought the
21  cartoon was offensive?
22     A    I didn't ask her why.
23     Q    Why not?
24     A    She was complaining about the
25  content of the cartoon.  She was upset about
```

```
                                   Page 195
 1          JENNIFER JEHN
 2  the content of the cartoon.  I knew she was
 3  upset about with the cartoon.  I didn't ask
 4  her why.
 5     Q    Were you not concerned why she was
 6  upset about the cartoon?
 7          MR. LERNER:  Objection.
 8     A    I was concerned that she was upset.
 9          She had told me she was upset about
10  the content of the cartoon.
11          I was concerned that she was upset.
12     Q    But the question was:  Why didn't
13  you ask her more specifically why she was
14  upset about the cartoon?
15          MR. LERNER:  Objection.
16     A    I didn't ask her why she was upset
17  about the content of the cartoon because I
18  wasn't there to ask her questions.  I was
19  there to listen to her and hear why -- that
20  she was upset about the content of the
21  published cartoon.
22     Q    Now, during this conversation with
23  Ms. Guzman in her office, did she ever
24  complain at all about the work environment
25  at The New York Post?
```

```
                                   Page 196
 1          JENNIFER JEHN
 2     A    She did not.
 3     Q    Are you certain that Ms. Guzman
 4  never said that the cartoon reflected a
 5  racist environment at The Post?
 6     A    She said The Post published a
 7  cartoon that was offensive and racist.
 8     Q    I don't think you answered the
 9  question.
10          The question was:  Are you certain
11  that Ms. Guzman never said that the cartoon
12  reflected a racist environment at The Post?
13     A    Yes.
14     Q    And are you certain that Sandra
15  Guzman never said that the cartoon reflected
16  a sexist environment at The Post?
17     A    Yes.
18     Q    Did Ms. Guzman ever discuss --
19  strike that.
20          During this meeting with Ms. Guzman
21  in her office, did Ms. Guzman ever discuss
22  the work environment at The Post in any way?
23     A    I need you to repeat that question.
24          THE WITNESS:  Can I take a
25     drink of water for a second.
```

```
                                   Page 197
 1          JENNIFER JEHN
 2     Q    During the meeting we've been
 3  discussing, did Ms. Guzman ever make any
 4  comments about with the work environment at
 5  The Post?
 6     A    She did not.
 7     Q    Did she ever -- who is Michael
 8  Reidel?
 9     A    He works at The Post.
10     Q    Do you know what his position is?
11     A    I can't say for certain, but I
12  think he writes about the theatre.
13     Q    During this conversation with
14  Ms. Guzman that day, did Michael Riedel's
15  name ever come up?
16     A    No.
17     Q    Do you recall her ever mentioning
18  Michael Riedel singing songs from West Side
19  Story?
20     A    No.
21     Q    During this conversation with
22  Ms. Guzman, did she ever complain to you
23  about sexist behavior at The Post?
24     A    No.
25     Q    Did Sandra Guzman mention Col Allan
```

Page 198

```
1            JENNIFER JEHN
2    during this conversation?
3       A    No.
4       Q    So Sandra Guzman never complained
5    to you about Col Allan showing her a
6    photograph of a naked man?
7       A    No.
8       Q    Sandra Guzman never complained to
9    you about Col Allan showing other employees
10   photos of a naked man?
11      A    No.
12      Q    And when you say he never showed --
13   or she never complained about showing
14   pictures of a naked man to employees, he
15   never -- it's your testimony that she never
16   complained that Col Allan showed female
17   employees pictures of a naked man?
18      A    No, she never complained about
19   that.
20      Q    And you never took any notes during
21   this meeting with Ms. Guzman; is that
22   correct?
23      A    I did not.
24      Q    If Col Allan had shown Sandra
25   Guzman a photograph of a naked man, would
```

Page 199

```
1            JENNIFER JEHN
2    this violate the sexual harassment -- the
3    policy against sexual harassment at The New
4    York Post?
5       A    That would depend upon the
6    circumstances.
7       Q    Well, what circumstances would it
8    be appropriate for a supervisor to show a
9    subordinate a picture of a naked man to a
10   female employee?
11           MR. LERNER:  Objection.
12      A    It depends upon the circumstances.
13   I would have to investigate.
14      Q    And why didn't you take any notes
15   about this meeting with Ms. Guzman at the
16   time?
17      A    I was not conducting an
18   investigation about a complaint about the
19   workplace, and I was talking to Sandra about
20   being upset about the content published in
21   the paper of a cartoon.
22      Q    Did Sandra Guzman ever tell you
23   that she was hurt by the cartoon?
24      A    Sandra said she was upset about the
25   cartoon.
```

Page 200

```
1            JENNIFER JEHN
2       Q    Did she specifically say she was
3    hurt?
4       A    I don't recall specifically the
5    word "hurt."
6       Q    Did Sandra Guzman ever tell you
7    that she thought the cartoon illustrated The
8    Post having a racist work environment?
9       A    Can you repeat that, please.
10      Q    Did Sandra Guzman ever tell you
11   that she thought that the cartoon
12   illustrated The Post having a racist work
13   environment?
14      A    She didn't.
15      Q    And you are sure she made no
16   comments charging a racist work environment
17   at The Post during this conversation?
18      A    Sandra was complaining about the
19   content of the cartoon.
20      Q    So are you sure that she never said
21   that the cartoon illustrated The Post having
22   a racist work environment?
23      A    Yes.
24      Q    Are you certain?
25           MR. LERNER:  Objection.
```

Page 201

```
1            JENNIFER JEHN
2       A    I'm sorry.  I need you to repeat
3    the question.
4       Q    Are you certain?
5       A    Oh, yes.
6       Q    Did Sandra Guzman ever tell you
7    that she thought the cartoon illustrated The
8    Post having a sexist workplace?
9       A    She did not.
10      Q    Are you sure?
11      A    Yes.
12      Q    Ms. Jehn, are you aware that The
13   New York Post submitted a position statement
14   to the Equal Employment Opportunities
15   Commission in this case?
16      A    Yes, I am aware of that.
17      Q    Did you help to prepare that EEOC
18   statement?
19      A    I did not.
20      Q    Were you interviewed to get your
21   input with respect to putting together the
22   EEOC statement?
23           MR. LERNER:  Objection.
24      A    I talked to the lawyer.
25      Q    Did you review the position
```

Page 234

```
 1        JENNIFER JEHN
 2    A    It was a decision made by consensus
 3  by our Executive Committee that the Tempo
 4  section was going to be reduced in its
 5  frequency, which that decision resulted in
 6  the position elimination and that position
 7  was the editor's position.
 8    Q    Who participated in this decision
 9  to eliminate Sandra Guzman's position?
10    A    The Executive Committee.
11    Q    Who does that include?
12         Withdraw that.
13         Was this a decision made at a
14  specific meeting of the Executive Committee?
15         Strike the last question.
16         Who was on the Executive Committee
17  in 2009 when this decision to reduce Tempo
18  was made and to eliminate Sandra Guzman's
19  position?
20    A    I don't recall all the members of
21  Executive Committee on that day.
22    Q    Who do you recall being on the
23  Executive Committee in 2009?
24    A    I recall myself, Col Allan, Paul
25  Carlucci, Michael Racano, Howard Adler, Amy
```

Page 235

```
 1        JENNIFER JEHN
 2  Scaldone, Patrick Judge, Chris Shaw.
 3    Q    Was Les Goodstein on the Executive
 4  Committee in 2009?
 5    A    I don't know if Les Goodstein is a
 6  member of the Executive Committee.
 7    Q    Why do you not know if Les
 8  Goodstein is on the Executive Committee?
 9         MR. LERNER:  Objection.
10    A    He participants in Executive
11  Committee.  I don't know if he's a member of
12  Executive Committee.
13    Q    Was Les Goodstein present at the
14  committee meeting in which it was decided
15  that the frequency of Tempo would be reduced
16  which would result in the elimination of
17  Sandra Guzman's position?
18    A    I don't recall if he was present
19  specifically.
20    Q    What do you mean that "reducing the
21  frequency of the section would result in the
22  elimination of Sandra Guzman's position"?
23         MR. LERNER:  Objection.
24    A    The Tempo section was going to be
25  produced less, and the editor's position was
```

Page 236

```
 1        JENNIFER JEHN
 2  eliminated as a result of that.
 3    Q    So did the Executive Committee
 4  decide to eliminate Sandra Guzman's
 5  position?
 6    A    The Executive Committee, yes, did
 7  decide to eliminate the position of editor
 8  of Tempo.
 9    Q    Did the Executive Committee decide
10  to lay off Sandra Guzman?
11    A    We didn't talk specifically about
12  Sandra Guzman but we decided that the editor
13  position would be eliminated.
14    Q    What do you mean "we decided it
15  would be eliminated"?  Who are you talking
16  about?
17    A    The Executive Committee.
18    Q    Did Col Allan have a role in
19  determining to lay off Sandra Guzman?
20         MR. LERNER:  Objection.
21    A    Yes.  He was part of the Executive
22  Committee.
23    Q    What did he say at that meeting?
24    A    I don't recall.
25    Q    What did you say at the meeting?
```

Page 237

```
 1        JENNIFER JEHN
 2    A    I don't recall.
 3    Q    Do you recall Paul Carlucci saying
 4  anything?
 5    A    I don't recall what he said.
 6    Q    Do you recall anything said by
 7  anyone at that meeting with respect to Tempo
 8  and Sandra Guzman?
 9         MR. LERNER:  Objection.
10    A    I recall that we agreed that the
11  Tempo section was going to be reduced and
12  then that would result in the Tempo editor
13  position being eliminated.
14    Q    When you say the Tempo section and
15  the editor of Tempo being eliminated, does
16  that necessarily mean that Sandra Guzman
17  would be laid off?
18         MR. LERNER:  Objection.
19    A    That means that the position of the
20  Tempo editor would have been eliminated.
21  There are options when you have those
22  discussions.
23         We decided that the position, the
24  Tempo position, editor position, was going
25  to be eliminated.
```

Page 246

JENNIFER JEHN

2       And did Amy do that?  Did she look
3 at other options?
4       MR. LERNER:  Objection.
5     A     I believe she did.
6     Q     Did you speak to any other editor
7 at The New York Post about the possibility
8 of transferring Sandra Guzman to another
9 job?
10    A     I did not.
11    Q     Did you ever speak to Paul Carlucci
12 about the possibility of transferring Sandra
13 Guzman to another job?
14    A     I did not.
15    Q     Other than Amy, did you speak to
16 anyone else at all about the possibility of
17 transferring Ms. Guzman to another job?
18    A     I didn't.
19    Q     Did you ever tell Col Allan that
20 Sandra Guzman had complained about the
21 cartoon in February?
22    A     Yes.
23    Q     When did you tell Col Allan that?
24    A     Around after the cartoon.
25    Q     In February 2009?

Page 247

JENNIFER JEHN

2    A     Yes.
3    Q     How soon after the cartoon was
4 published do you think you had the
5 conversation?
6    A     Within a couple days.
7    Q     And what did you tell Col Allan
8 about Sandra Guzman's complaint?
9    A     I told Col Allan that Sandra
10 complained about the content of the cartoon
11 being published.
12    Q     And did you speak to Col Allan in
13 person?
14    A     No.
15    Q     Did you speak to him over the
16 phone?
17    A     Yes.
18    Q     Did he call you or did you call
19 him?
20    A     I don't recall.
21    Q     Do you recall anything else you
22 told Col Allan about Sandra Guzman's
23 complaint?
24    A     I told Col Allan that employees
25 were upset about the content of the cartoon.

Page 248

JENNIFER JEHN

2    Q     Did you name other employees in
3 addition to Sandra Guzman?
4    A     I don't recall.
5    Q     So as you sit here today, the only
6 employee you can recall specifically
7 speaking to Col Allan about in reference to
8 the cartoon was Sandra Guzman?
9    A     Yes.
10    Q     And what was Col Allan's reaction?
11    A     He said "Okay" and "Thank you."
12    Q     That's it?
13    A     Yes.
14    Q     Why did you tell Col Allan about
15 this situation with Sandra Guzman?
16       MR. LERNER:  Objection.
17    A     I told Col Allan about Sandra being
18 upset about the content of the cartoon
19 because she was upset.
20    Q     I don't follow.  Why did you tell
21 Col Allan that?
22    A     I told Col because Sandra was more
23 upset.
24    Q     I'm sorry.  I'm just not following
25 you.

Page 249

JENNIFER JEHN

2 What was your reasoning that you
3 thought that you should tell Col Allan as
4 opposed to everyone else at the paper?
5       MR. LERNER:  Objection.
6    A     I told Col Allan because he was/is
7 the editor of The New York Post.
8    Q     Do you think that he would want to
9 know about Sandra Guzman complaining about
10 the cartoon?
11    A     Yes.
12    Q     Why do you think he would want to
13 know about it?
14    A     I think he would want to know about
15 employees complaining about the content of
16 the cartoon and I think he would want to
17 know about Sandra complaining about the
18 cartoon.
19    Q     And specifically why would he want
20 to know about Sandra complaining about the
21 cartoon?
22       MR. LERNER:  Objection.
23    Q     If you know.
24    A     I don't know specifically why he
25 would want to know.  I don't know --

Page 286

```
1         JENNIFER JEHN
2    Q    So did the committee tell
3  Mr. Rabinowitz to add this sentence to the
4  APA?
5    A    The committee agreed that the
6  written warning was applicable to the
7  performance appraisal, and Joe agreed and he
8  wrote it into the review.
9    Q    You said Mr. Rabinowitz agreed with
10 that.
11        How did he express his agreement
12 that this should be added to the review?
13   A    I recall that when I asked him if
14 he was on final -- if Sandra was on final
15 warning, he said that --
16        MR. LERNER: Excuse me. Final?
17        THE WITNESS: Sorry. Written
18 warning.
19   A    -- she was on written warning and
20 he said that, he expressed he didn't -- at
21 the time when he was doing the review, he in
22 writing it he didn't remember that.
23        So when I brought up the question
24 if she was on it, he then agreed that the
25 written warning should be factored into the
```

Page 287

```
1         JENNIFER JEHN
2  review.
3    Q    Why was the fact that she had a
4  written warning relevant to her APA
5  evaluation?
6         MR. LERNER: Objection. In
7    Ms. Jehn's view?
8         MR. CLARK: Yes.
9    A    Could you repeat the question?
10   Q    Why was the fact that Ms. Guzman
11 had received a written warning relevant to
12 her APA rating?
13   A    Because Ms. Guzman had breached the
14 Business Code of Conduct and she was on
15 written warning for that and that's about
16 performance.
17   Q    So would anyone who received a
18 written warning automatically get knocked
19 down one point?
20        MR. LERNER: Objection.
21   A    It depends upon if the written
22 warning was already factored into the
23 review, into the rating. We'd have a
24 discussion about that.
25        In Sandra's review, it wasn't.
```

Page 288

```
1         JENNIFER JEHN
2    Q    So you are saying, yes, if you got
3  a written warning, you would automatically
4  have to have a lower rating.
5         Is that what you are saying?
6         MR. LERNER: Objection.
7         Go ahead. We didn't mean to
8    distract you. Do you need the question
9    repeated?
10        THE WITNESS: I do.
11        (Requested portion of record read:
12        "Q. So you are saying, yes, if you
13   got a written warning, you would
14   automatically have to have a lower
15   rating.
16        "Is that what you are saying?")
17        (End of read-back.)
18   A    It depends upon what it's being
19 compared to.
20   Q    So, no, just because you got a
21 written warning wouldn't necessarily mean
22 your APA would be lower for that year?
23   A    If someone was on a written
24 performance warning, they would not be rated
25 Exceeds Standard.
```

Page 289

```
1         JENNIFER JEHN
2    Q    Why not?
3    A    A written warning about someone's
4  performance means that they are not meeting
5  some criteria of their job responsibilities,
6  and so Exceeds Standards wouldn't be an
7  appropriate rating for that if someone isn't
8  doing their job functions, job
9  responsibilities well.
10   Q    What did Ms. Guzman receive a
11 written warning for in 2009?
12   A    She was on written warning for a
13 breach of the Business Code of Conduct.
14   Q    How did that affect her ability to
15 do her job?
16        MR. LERNER: Objection.
17        That wasn't her testimony.
18        MR. CLARK: I don't care what
19   her testimony is.
20   Q    The question is: How did the fact
21 that you alleged Ms. Guzman had breached the
22 standards of business conduct affect
23 Ms. Guzman's ability to do her job as
24 editor?
25        MR. LERNER: Objection.
```

Page 302

1  JENNIFER JEHN
2  MR. LERNER: Objection.
3  A He participated in the meetings.
4  Q Do you know how frequently you saw
5  Mr. Goodstein at meetings?
6  A I don't know the frequency.
7  Q Was it most of the time?
8  A I don't know the frequency.
9  Q Did you ever interact with Col
10 Allan outside of the Executive Committee
11 meetings?
12 A Yes.
13 Q How often would you interact with
14 Col Allan other than at the Executive
15 Committee meetings?
16     MR. LERNER: Objection. When?
17     MR. CLARK: In 2009.
18 A I don't recall.
19 Q Was it a common occurrence or was
20 it something that happened now and then?
21     MR. LERNER: Objection.
22 A I don't recall.
23 Q Have you ever heard Col Allan yell
24 at anyone?
25     MR. LERNER: Objection.

Page 303

1  JENNIFER JEHN
2  A Yes.
3  Q Who have you heard him yell at?
4  A Me.
5  Q And what did he yell at you?
6  A He yelled at me about a promotion
7  in The New York Post that didn't appear or
8  go the way that he expected.
9  Q Is that the only time he's yelled
10 at you?
11 A He yelled at me about a Management
12 Council newsletter I sent once.
13 Q Were those the only two times that
14 Col Allan has yelled at you?
15 A I don't remember any more.
16 Q Do you think it's appropriate for
17 Col Allan to yell at an employee?
18     MR. LERNER: Objection.
19 A I don't understand what you mean by
20 "appropriate."
21 Q Is it appropriate for Col Allan to
22 yell at employees at The New York Post?
23     MR. LERNER: Objection.
24 Q Is it proper?
25     MR. LERNER: Objection.

Page 304

1  JENNIFER JEHN
2  Q Is it something that as head of HR
3  you would condone?
4     MR. LERNER: Objection.
5     The question now is: Is it
6  something that as of HR you would
7  condone?
8  A It depends upon the circumstances.
9  Q When Col Allan yelled at you, did
10 he also curse at you?
11 A No.
12 Q Have you ever heard him curse at
13 anyone?
14 A I don't recall.
15 Q Do you know of any complaints by
16 employees that Col Allan yelled at them?
17 A No.
18 Q When Col Allan yelled at you, did
19 you have any conversations with him about
20 the propriety of him yelling at you?
21     MR. LERNER: Objection.
22     You can answer.
23 A Yes.
24 Q What did you tell him?
25 A I told him that I didn't appreciate

Page 305

1  JENNIFER JEHN
2  it when he yelled at me.
3  Q Is that all you said?
4  A Yes.
5  Q Were you head of HR when he yelled
6  at you?
7  A Yes.
8  Q And did you tell him, as head of
9  HR, that he should not be yelling at
10 employees?
11 A I told him in my capacity as the
12 person responsible for the promotion that I
13 didn't appreciate that he was yelling at me.
14 Q Have you ever told Col Allan that
15 he should not yell at employees?
16 A I don't recall.
17 Q Do you know if anyone has ever
18 complained to HR about Col Allan cursing at
19 them?
20 A I don't know.
21 Q Do you know if Col Allan ever
22 referred to an employee as a "damn girl"?
23 A Can you repeat that question?
24 Q Do you know if Col Allan ever
25 referred to an employee as a, quote, damn