# **EXHIBIT 10**

**From:** Huhn, Mary <marymhuhn@nypost.com>
**Sent:** Thursday, September 24, 2009 7:28 PM (GMT)
**To:** Guzman, Sandra <SGuzman@nypost.com>
**Subject:** RE:

i'll email kp and mackenzie.

---

**From:** Guzman, Sandra
**Sent:** 9/24/2009 3:25 PM
**To:** Huhn, Mary
**Subject:** RE:

Thanks. there is a huge problem w Tempo.

For the first time in the six years we have been publishing, the sales team hasn't been able to sell one page.
Since I hear that the size of the paper is based on ads, I am not even sure that it will publish.
If that happens, this is one of the stories that I would hate to see die.

You mentioned that you thought this might be a good Pulse story.
Can you try to place it? Or, shall I talk to Katherine?

I just hate for all your hard work, and the good story not appear in paper.

Sandra

PS
Alé (accent on the e)

---

**From:** Huhn, Mary
**Sent:** 9/24/2009 2:49 PM
**To:** Guzman, Sandra
**Subject:**

  hi there
  smits / latin music in e1. not sure of spelling for ricky martin's ale ale ale. maybe i just need accents.


Thanks!

mmh