# **EXHIBIT 15**

1

2          UNITED STATES DISTRICT COURT

3          SOUTHERN DISTRICT OF NEW YORK

4    --------------------------------X

SANDRA GUZMAN,

5

                    Plaintiff,

6                        NO. 09 CIV. 9323 (BSJ)(RLE)

          VS.

7

NEWS CORPORATION, NYP

8    HOLDINGS, INC., d/b/a THE

NEW YORK POST, and COL ALLAN,

9    in his official and individual

Capacities,

10

                    Defendants.

11   --------------------------------X

12                   **REVISED**

13          VIDEOTAPED DEPOSITION

14                      OF

15             SANDRA GUZMAN

16          New York, New York

17        Thursday, October 13, 2011

18

19

20   Reported by:

AYLETTE GONZALEZ, CLR

21   JOB NO. 42950

22

23

24

25

SANDRA GUZMAN-10/13/11

1
2      A.   My attorneys kept insisting,
3   Sandra, have you given us everything.
4          MR. THOMPSON:  Objection.  Do not
5      disclose anything that we have said to
6      you, Ms. Guzman.  It's protected by
7      the attorney/client privilege; okay?
8      A.   Can you please rephrase the
9   question?
10     Q.   My question was:  What caused you
11  yesterday to have that thought, and your
12  answer was it was a conversation with your
13  attorneys.
14     A.   Um-hum.
15     Q.   Is that correct?
16         MR. THOMPSON:  I'm sorry, you have
17     to answer verbally at all times.
18     A.   Yes.
19     Q.   But so the record is clear, your
20  attorneys had been pressing you to make sure
21  you had disclosed everything all along, right?
22     A.   My attorneys had been telling me to
23  keep searching all along.
24     Q.   Yesterday wasn't the first time
25  they brought it up, right?

SANDRA GUZMAN-10/13/11

1
2      A.   No, they kept --
3      Q.   Do any of the 13 notebooks cover
4   the conversations that were in the -- that
5   were going on during the morning editorial
6   staff meeting at The Post?
7      A.   I'm not sure.
8      Q.   All right.
9          You've seen already today an
10  exhibit marked Guzman Exhibit 7, which does
11  reflect notes that you took during those
12  meetings, right?
13     A.   Yes.
14     Q.   And as you sit here now, you don't
15  know if the notebooks that hadn't been
16  produced yet also contain things that you
17  heard during those meetings?
18     A.   I'm not sure.
19     Q.   You attended those meetings for
20  about two years, right?
21     A.   2003 till about 2000 -- yeah.
22     Q.   Approximately the end of '05?
23     A.   Um-hum.
24         MR. THOMPSON:  Answer verbally,
25     Ms. Guzman.

SANDRA GUZMAN-10/13/11

1
2      A.   Yes.
3      Q.   And did you attend them every day?
4      A.   Yes.
5      Q.   Did you work on a Monday through
6   Friday schedule?
7      A.   Technically, yes, but as a
8   journalist, sometimes I had to come in on
9   Saturdays and Sundays if I had an interview.
10     Q.   And what was the purpose of those
11  meetings?
12     A.   To discuss the daily news rundown.
13     Q.   What were the meetings called?  Was
14  there a name for them?
15     A.   Our news meetings.
16     Q.   News meetings.
17     A.   Um-hum.  Morning meeting, afternoon
18  meeting.
19     Q.   And how many people attended those
20  meetings?
21     A.   There was a representative editor
22  from each of the sections of the newspaper.
23     Q.   Roughly how many people were
24  present?
25     A.   So about anywhere from 15 to 20.

SANDRA GUZMAN-10/13/11

1
2      Q.   There was a free-flow of news story
3   ideas exchanged during those meetings, right?
4      A.   Yes.
5      Q.   People were encouraged to speak
6   candidly; is that correct?
7      A.   People were encouraged to talk
8   about their stories.
9      Q.   And were people encouraged to
10  express their opinion about the stories that
11  were being discussed?
12     A.   They were encouraged to sell the
13  story to make it a compelling case for making
14  sure that the story appeared in the next day's
15  paper.
16     Q.   And who were they selling it to?
17     A.   The editor, Col Allan.
18     Q.   And would people comment on the
19  different news stories as they were presented
20  by the editors?
21     A.   People would comment, but mostly
22  the stories were presented to Mr. Allan and he
23  would be the one doing most of the commenting
24  either accepting the story, denying the story
25  or commenting on whatever his opinion was on

Page 110

SANDRA GUZMAN-10/13/11

1  the story.
2  Q.  And The Post publishes stories
3  about -- well, withdrawn.
4  The Post is a tabloid newspaper,
5  correct?
6  A.  Yes.
7  Q.  It publishes stories about crime,
8  right?
9  A.  Yes.
10  Q.  Celebrities?
11  A.  Yes.
12  Q.  News and business, right?
13  A.  Yes.
14  Q.  Some of the stories that it
15  publishes are stories that have -- can have
16  sensational aspects to them, correct?
17  A.  Yes.
18  Q.  And these were editorial meetings
19  to decide what to publish, what angles to
20  pursue about these stories, correct?
21  A.  Yes.
22  Q.  It was necessary for people to
23  express their ideas about the stories
24  candidly, correct?
25

Page 111

SANDRA GUZMAN-10/13/11

1  A.  Yes.
2  Q.  Do you know derogatory words for --
3  that have been used for Hispanic Americans?
4  A.  Yes.
5  Q.  Did you ever hear anybody called a
6  derogatory word that's used for Hispanic
7  Americans used during those editorial
8  meetings?
9  A.  Yes.
10  Q.  What did you hear?
11  A.  So, for instance, there's a story
12  here.
13  MR. THOMPSON:  Let the record
14  reflect the witness is talking about
15  Guzman Exhibit 7.
16  A.  On Pedro Martinez who was a major
17  league pitcher, an ace pitcher.  And he was --
18  they made -- the sports editor talked about
19  Pedro potentially getting surgery.  And the
20  editor said if there are any crimes in New
21  York City, check them out, it might be Pedro;
22  referring to Pedro Martinez as a criminal.
23  Q.  Well, I asked you if you were aware
24  of derogatory names for that had been used for
25

Page 112

SANDRA GUZMAN-10/13/11

1  Hispanics.
2  A.  Well.
3  Q.  I didn't hear that in your answer,
4  and I'm going to move to strike the answer.
5  MR. THOMPSON:  Objection.
6  Q.  My question is, for example, did
7  you ever hear the term "spic", S-P-I-C used in
8  these meetings?
9  A.  No, I use -- when you equate a
10  major league baseball player to a criminal, if
11  the story had been about Andy Pettitte.
12  Q.  What page were you looking at?
13  A.  I was looking at page 347.  You
14  asked me if I heard the word, "spic".  No.
15  Q.  What is offensive to you about --
16  MR. THOMPSON:  She wasn't
17  finished.
18  A.  If you equate a Hispanic ballplayer
19  who's going to probably be inducted into the
20  Baseball Hall of Fame as a criminal, to me,
21  that is discrimination.
22  Q.  Okay.
23  If that had been said about Andy
24  Pettitte, as you just brought up a moment ago,
25

Page 113

SANDRA GUZMAN-10/13/11

1  would that be discrimination against white
2  males?
3  A.  I would not have considered that
4  discrimination against white males.
5  Q.  And if it had been said against --
6  if it would have been said about a person of
7  Chinese ancestry, would you consider that
8  discrimination against a Chinese person?
9  A.  Yes.  There's actually -- when you
10  mentioned Chinese, there's a reference to a --
11  Q.  Ms. Guzman, the question is would
12  you have considered that discrimination
13  against a Chinese person.
14  A.  Yes.
15  Q.  You would have.
16  Is there -- did Mr. Allan, when he
17  made that remark, mention Pedro Martinez's
18  Latin American heritage?
19  A.  No, but he's referring to Pedro
20  Martinez whose Latino, who is Dominican.
21  Q.  So, the fact that Pedro Martin is
22  Latino, made you think that the comment by Col
23  Allan must have been made because he is
24  Latino?

Page 114

SANDRA GUZMAN-10/13/11

1
2     A.   Yes.
3     Q.   Just the fact that Pedro is Latino
4  makes you think that?
5     A.   Yes.  It wasn't the first time.
6     Q.   What?
7        MR. THOMPSON:  She's not finished.
8     A.   It's not the first time he referred
9  to Pedro as a criminal at these morning
10 meetings.
11    Q.   Well, maybe Mr. Allan thinks
12 Mr. Pedro Martinez has aspects of his public
13 personality that have -- that are -- that open
14 him up to that criticism.
15    A.   Well, I think --
16    Q.   Could that be true?
17    A.   I think that I considered that a
18 discriminatory remark and it wasn't the first
19 time that Mr. Allan was referring to a major
20 league baseball player as a criminal.
21        On one occasion after I had secured
22 an exclusive interview with Mr. Martinez, he
23 asked me how it was.  And I said it was great.
24 He said, did he have a machete or a gun.  And
25 when you talk about machetes and switchblades

Page 115

SANDRA GUZMAN-10/13/11

1
2  and Latinos, these are heavily charged,
3  racially tinged discriminatory code words.
4  So, I thought it was discriminatory.
5     Q.   Did you ever hear Mr. Allan say
6  this remark about any other Latino person?
7        I'm going to remind you, you're
8  under oath.
9     A.   Have I ever heard Mr. Allan say any
10 other remark about any other Latino equating a
11 Latino to a criminal?
12    Q.   Yes.
13    A.   No, but he has said that all
14 Latinos look alike.
15    Q.   The answer is no, you haven't heard
16 Mr. Allan equate any other Latino besides
17 Pedro Martinez to a criminal, right?
18    A.   No.
19    Q.   And did you know that a few -- a
20 couple of months before you published your
21 interview of Pedro Martinez, Pedro Martinez
22 famously told a reporter that he'd blow the
23 reporter's head off for his catcher Mike
24 Piazza?
25        Did you know that?

Page 116

SANDRA GUZMAN-10/13/11

1
2     A.   No.
3     Q.   Did understand -- did you know
4  Pedro Martinez was reported in that incident
5  to have made a hand gesture of a gun with a
6  trigger finger with his hand when he did that?
7  Did you know that?
8     A.   No.
9     Q.   You didn't know that was reported?
10        You interviewed Mr. Martinez two
11 months after that happened, and you didn't you
12 didn't -- you didn't Google Mr. Martinez and
13 see what was recently -- had recently been
14 written about him?  No?
15    A.   I'm sorry, what are you showing me?
16    Q.   There's a question pending.
17        You didn't Google Mr. Martinez
18 before you interviewed him to see what had
19 been recently written about him?
20    A.   I researched.
21    Q.   Maybe your research would have
22 turned up Exhibit 11.
23        (Defendant's Guzman Exhibit 11,
24        New York Times article, dated
25        February 23, 2005, marked for

Page 117

SANDRA GUZMAN-10/13/11

1
2  identification, as of this date.)
3     Q.   Can you take a look at that,
4  please.
5        MR. THOMPSON:  Can you give us
6  extra copies for my associate?
7        Mr. Lerner, have you produced this
8  document to us?  There's no Bates
9  number on it.
10        MR. LERNER:  No, we haven't.  It's
11 because we just found it on the
12 internet.
13        MR. THOMPSON:  Okay.  Take your
14 time and review it since they haven't
15 produced this document.
16        Let the record reflect that that
17 document Mr. Lerner has put before
18 Ms. Guzman is dated October 11, 2011.
19 He maintains he just found it on the
20 internet, but this document was
21 printed days ago.
22        Let the record reflect they have
23 not turned this over until 30 seconds
24 ago when they showed it to Ms. Guzman
25 for the very first time.  And as her

Page 118

SANDRA GUZMAN-10/13/11

1
2   attorney, we have never seen this
3   document.  It has not been produced to
4   us despite the fact that the
5   Defendants have had this document for
6   days.
7       Q.   Were you aware, Ms. Guzman, in 2005
8   of this incident?
9       A.   No.
10      Q.   Is there any other comment that you
11  have any personal knowledge of Mr. Allan
12  making that references -- references, anything
13  derogatory toward Hispanics?
14      A.   Yes.
15      Q.   What is it?
16      A.   I had said earlier that he was
17  looking up protestors who were protesting a
18  racist monkey cartoon outside the offices of
19  the New York Post.
20      Q.   No.  I asked if you had heard
21  Mr. Allan say anything.
22          You already testified to that and
23  you did not hear him say that, correct?
24      A.   I did not hear him say that,
25  correct.

Page 119

SANDRA GUZMAN-10/13/11

1
2       Q.   You were told about that remark by
3   another individual, correct?
4       A.   Correct.
5       Q.   So, my question is:  Is there
6   anything that you personally heard Mr. Allan
7   say that is -- that was a derogatory comment
8   about Hispanics?
9       A.   Sure.  So, on page 348 of the
10  Exhibit 7, there was a story about a man named
11  Juan Rodriguez who was on the move.  "He had
12  checked out of his hotel.  He moved to the
13  Sheraton on Seven Avenue, where there,
14  housekeeper at last night's hotel says she's
15  pissed that he stayed for two weeks and left
16  no tip.  This is a man who apparently had won
17  the lotto."
18          The reporter was checking in with
19  cops about priors and domestic abuse
20  complaints and Col Allan said, we got one of
21  those in here, and they all probably look
22  alike.  And to me --
23      Q.   They all -- I'm sorry, I don't
24  think you read that.
25      A.   And they probably look alike.  We

Page 120

SANDRA GUZMAN-10/13/11

1
2   got one of those here and they probably look
3   alike is what Mr. Allan said about the another
4   man who works in the office who happens to be
5   Hispanic, who happens to have the same name.
6           He is saying that all Hispanics
7   look alike, and I found that offensive.  I
8   thought that was discriminatory to equate all
9   Hispanics as people who look alike.
10      Q.   Did you ask him what he meant by
11  that?
12      A.   No.
13      Q.   Did you tell him that you were
14  offended by that?
15      A.   No.
16      Q.   Do you know if this is a story
17  about somebody who spent two weeks in a hotel
18  and left no tip, right?
19      A.   Um-hum.
20      Q.   And Col Allan says, "We got one of
21  those in here," right?
22      A.   "We got one of those."
23      Q.   Do you know -- is it possible that
24  Col Allan --
25      A.   We got one of those people.

Page 121

SANDRA GUZMAN-10/13/11

1
2       Q.   -- is referring to --
3       A.   He was referring to Juan Rodriguez
4   that works at The Post.
5       Q.   Well, is it possible he was
6   referring to people who don't tip?
7       A.   He was referring to Juan Rodriguez
8   who works at The Post and he was saying they
9   all look alike.
10      Q.   Well did he say -- have you ever
11  heard somebody -- have you ever heard a white
12  person before say that all Latino people look
13  alike?
14      A.   Yes.
15      Q.   Is that something you've heard?
16      A.   Yes, I have.
17      Q.   And where have you heard that?
18      A.   In the -- in the news right here in
19  the news meeting.
20      Q.   No, I mean other than in this
21  incident you're describing.  Is that something
22  that is -- that you've heard as a derogatory
23  comment about Hispanic Americans?
24      A.   Yes.
25      Q.   When have you heard that?

SANDRA GUZMAN-10/13/11

1
2      A.   I've heard that throughout the
3  years.  Do you realize that Hispanic Americans
4  can be black Americans and do you realize that
5  that's one of the ways in which we have been
6  demeaned and we have been made fun of and
7  discriminated against by saying we all look
8  alike?
9      Q.   Do you think that Mr. Allan was
10  referring to Mr. Martinez as Latin American or
11  a black American?
12          MR. THOMPSON:  Do you mean
13      Martinez or Rodriguez?  Martinez and
14      Rodriguez are not the same.
15      Q.   Rodriguez.
16      A.   Juan Rodriguez happens to be a
17  black Latino, a dark-skinned Latino.
18      Q.   And you didn't say anything to
19  Mr. Allan when he said that?
20          MR. THOMPSON:  Objection.
21      A.   No.
22      Q.   How do you know he was referring to
23  the Juan Rodriguez that works at The Post?
24      A.   When the story was read by the news
25  editor, he said -- the editor started reading,

SANDRA GUZMAN-10/13/11

1
2  Juan Rodriguez is on the move.  And as soon as
3  he finished he says, hey, we got one of those
4  in here, and they probably look alike.
5          He was referring to Juan Rodriguez
6  who worked -- who works in the news room or
7  worked at the time in the news room.
8      Q.   Did you take -- and how do you know
9  that that's what Mr. Allan was thinking, if
10  you didn't ask him?
11      A.   I just know.
12      Q.   Did you take these notes --
13  withdrawn.
14          At the top of the page there are --
15  the pages are dated -- this one is dated
16  12/06/04.  Do you see that?
17      A.   Yes.
18      Q.   So, does that mean that this
19  conversation happened on 12/06/04?  You have
20  to answer verbally.
21      A.   Yes.  Oh, yes.
22      Q.   Are there any other comments by Col
23  Allan that you personally heard that you
24  regard as offensive to Hispanic people?
25      A.   Not that I can recall at this time.

SANDRA GUZMAN-10/13/11

1
2          MR. LERNER:  It's 2:37 -- I'm
3  sorry, 1:36.  We, collectively, have
4  not had lunch yet, although the lunch
5  has been served.  Do people want to
6  take a break?
7          MR. THOMPSON:  Yes.
8          MR. LERNER:  And get something to
9  eat?
10          MR. THOMPSON:  Yes.  All right.
11  So, let's take a break.  Okay.
12          MR. LERNER:  There's food here.
13  Do you feel like you need more than a
14  half-hour?
15          MR. THOMPSON:  No, no since we got
16  sort of sidetracked, let's resume in
17  30 minutes, if that's fine for the
18  Court Reporter, because she's most
19  important, and the videographer.
20          MR. LERNER:  Fine.
21          THE VIDEOGRAPHER:  The time is
22  1:39 p.m.  We're going off the record.
23          (Whereupon, at this time, a
24  lunch break was taken.)
25

SANDRA GUZMAN-10/13/11

1
2  A F T E R N O O N   S E S S I O N
3
4          (Time noted:  2:20 p.m.)
5
6          THE VIDEOGRAPHER:  The time is
7  2:20 p.m.  We're back on the record,
8  video number three.
9
10  S A N D R A   G U Z M A N,  resumed and
11  testified as follows:
12  EXAMINATION BY (Cont'd.)
13  MR. LERNER:
14      Q.   Ms. Guzman, when you started at The
15  Post, were you provided with a set of
16  standards of business conduct and policies
17  that were applicable at The Post?
18      A.   Yes.
19      Q.   I'm going to show you a form and
20  ask you if this is Guzman 8.  And it's NYP
21  '495.
22          (Defendant's Guzman Exhibit 8,
23      document Bates labeled NYP '495,
24      marked for identification, as of this
25      date.)

Page 126

SANDRA GUZMAN-10/13/11

1
2       Q.  Is that a document that you signed
3   at the commencement of your employment at the
4   New York Post?
5       A.  Yes.
6       Q.  Is that your signature?
7       A.  Yes.
8       Q.  And did you receive The Post's
9   standards of business conduct and EEO policy?
10      A.  Yes, I received them.
11      Q.  And this indicates at the top that
12  you acknowledge that you received and read
13  those materials?
14      A.  Yes.
15      Q.  Is that accurate?
16      A.  Yes.
17      Q.  Did you read them?
18      A.  Yes.
19      Q.  So, you were aware that The Post
20  had a policy against discrimination at the
21  workplace?
22      A.  Yes.
23      Q.  You were aware that The Post had a
24  policy against sexual harassment in the
25  workplace?

Page 127

SANDRA GUZMAN-10/13/11

1
2       A.  Yes.
3       Q.  And you were aware that The Post
4   had a policy against discrimination on the
5   base of gender in the workplace?
6       A.  Yes.
7       Q.  And that policy was, in effect, the
8   entire time you worked there, correct?
9       A.  Yes.
10      Q.  And you were aware that The Post
11  had a policy that persons who felt that they
12  were aggrieved by discrimination or harassment
13  should bring it to the attention of The Post
14  management?
15      A.  Yes.
16      Q.  And you knew if you wished to do
17  that, how you could do that; did you not?
18      A.  Yes.
19      Q.  And you knew that there was a --
20  there were personnel that worked for human
21  resources that could be approached with that
22  information, right?
23      A.  Yes.
24      Q.  And you were familiar with the
25  woman, Jennifer Jehn --

Page 128

SANDRA GUZMAN-10/13/11

1
2       A.  Yes.
3       Q.  -- vice-president of human
4   resources?
5       A.  Yes.
6       Q.  Did you know a woman by the name of
7   Linda Babajko?
8       A.  Yes.
9       Q.  She was also human resources?
10      A.  Yes.
11      Q.  And knew that The Post also had
12  something called "AlertLine"; are you familiar
13  with that?
14      A.  Yes, I actually -- yes.
15      Q.  So, you knew if you wanted to
16  complain about discrimination or harassment at
17  the New York Post, you knew how you could do
18  that, correct?
19      A.  Yes.
20      Q.  You feel strongly that people
21  should stand up to racism whenever they see
22  it, do you not?
23      A.  Yes.
24      Q.  And you believe that people should
25  not stay quiet if they witness or experience

Page 129

SANDRA GUZMAN-10/13/11

1
2   racism or sexism, correct?
3       A.  Yes.
4       Q.  And you believe that people that
5   experience or witness racism or discrimination
6   should have a response to them, correct?
7       A.  A response?
8       Q.  Should be prepared to respond to
9   it, correct?
10      A.  In what way?
11      Q.  Well, did you write in your book
12  that if persons witnessed racism, they should
13  stare it down diplomatically, but honestly and
14  always have a response?
15          MR. THOMPSON:  Objection.
16      A.  I did write that.
17      Q.  And you believe it to be true?
18      A.  And I believe it to be true.
19      Q.  And you also believe that you are
20  somebody who stands up to authority when you
21  need to, correct?
22      A.  Yes.
23      Q.  Did you write that when you see
24  something that is wrong, that you do not look
25  away in shame or fear, that you don't walk

Page 134

SANDRA GUZMAN-10/13/11

1
2  his Blackberry of a naked man?
3      A.  Unprovoked?  It was only one
4  occasion.  It was unprovoked and I found it
5  demeaning.  I found it disgusting that the
6  boss, the editor, for no apparent reason would
7  just flash out his Blackberry and show me a
8  photograph of a naked man.
9      Q.  Ms. Guzman --
10     A.  I'm sorry.
11     Q.  I'm trying to establish what
12  picture it is that you saw, so we're all
13  talking about the same thing.
14     A.  Okay.  It wasn't Iman Morales.
15     Q.  Because have you reviewed the
16  Affidavit that was submitted by Danica Lo in
17  this case?
18     A.  Yes.
19     Q.  And Ms. Lo recalls being with you
20  when Mr. Allan showed a picture on his
21  Blackberry of Iman Morales, correct?
22     A.  She must be confused.
23     Q.  That's what she wrote in her
24  Affidavit, right?
25     A.  Yes.

Page 135

SANDRA GUZMAN-10/13/11

1
2      Q.  And in what way do you think she
3  must be confused?
4      A.  Maybe he has a habit of showing
5  female co-workers, his staffers, naked
6  pictures of men.
7      Q.  And is it possible that you're
8  confused that the photograph that you saw was
9  the photograph of Iman Morales?
10     A.  Absolutely not.  Absolutely not.
11     Q.  Why didn't you say, in your
12  Affidavit, what the -- who the photograph --
13  what the source of the photograph was or in
14  your Complaint?
15     A.  I wasn't specific.  I said that he
16  showed me a picture of a naked man.  There are
17  a lot of specifics I didn't write in my
18  Federal Complaint.
19     Q.  And if Ms. Lo has no recollection
20  of ever seeing a photograph, other than that
21  of Ms. -- of Mr. Morales on Col Allan's
22  Blackberry, you think the explanation is that
23  she must be confused?
24     A.  Or lying.
25     Q.  You understand that when she filled

Page 136

SANDRA GUZMAN-10/13/11

1
2  out and executed that Affidavit, she was not
3  an employee of The Post?
4      A.  She was there.
5      Q.  She was not an employee of The Post
6  at the time she executed her Affidavit?
7      A.  Right.  She was not an employee at
8  The Post.  I understand that.  At the time she
9  was -- at the time that Mr. Allan showed me
10  the picture and Lacey Browne and Kirsten
11  Fleming, Danica Lo was an employee of The New
12  York Post.  In fact, yeah.
13     Q.  And was -- and was Danica Lo
14  present?
15     A.  Yes.
16     Q.  And Kirsten Fleming was present?
17     A.  Yes.
18     Q.  And Lacey Browne was present?
19     A.  Yes.
20     Q.  And you were present?
21     A.  Yes.
22     Q.  And where did this take place?
23     A.  At a place called Langan's.
24     Q.  And how did -- and who else was
25  present besides the four women that you've

Page 137

SANDRA GUZMAN-10/13/11

1
2  just named, including yourself?
3      A.  In terms of who else was at this
4  restaurant/bar?
5      Q.  Yes.
6      A.  There were lots of other people,
7  but --
8      Q.  My question really is:  Who was in
9  the conversation in which the image was
10  displayed on the Blackberry?
11     A.  Lacey Browne, Kirsten Fleming,
12  Danica Lo and myself.
13     Q.  And presumably Col Allan was there?
14     A.  Col Allan came in after we were
15  talking after work about stories -- after work
16  conversation.  Lacey Browne was my photo
17  editor at one point, so we were catching up.
18  And Mr. Allan walked in, I don't know, an hour
19  later after we -- I really don't remember how
20  long after we were there.  We were there
21  talking and he engaged us in conversation and
22  out of the blue, Mr. Allan pulled out his
23  Blackberry.  So, those were the three other
24  women who were present with me.
25     Q.  And who did he show it to first?

Page 138

SANDRA GUZMAN-10/13/11

1
2     A.  Me.
3     Q.  And what conversation had you had
4  before he showed it to -- before he showed it
5  to you?
6     A.  We were just talking about news of
7  the day.  We were talking -- I don't really
8  remember.  Maybe what would be the front page.
9  He would often talk about a news story that
10 was happening.
11    Q.  Was McGreevey's divorce news at the
12 time?
13    A.  McGreevey's divorce was news at the
14 time.
15    Q.  And the evidence that was coming
16 out in connection with McGreevey's divorce was
17 news as well, right?
18    A.  Yes.
19    Q.  And the picture that McGreevey had
20 on the wall that became evidence in his case,
21 that was news as well, right?
22    A.  Yes.
23    Q.  And did that picture run in The New
24 York Post the next day?
25    A.  It ran.  It was an exclusive for

Page 139

SANDRA GUZMAN-10/13/11

1
2  the weekend paper.  So, if it did not run the
3  next day, Friday, it must have run Saturday
4  with his genitalia covered.  It was a full
5  page photograph that ran.
6     Q.  And Mr. Allan gets these photos on
7  his Blackberry so he can make determinations
8  about publication or purchase --
9        MR. THOMPSON:  Objection.
10    Q.  -- correct?
11    A.  I don't know why he gets naked
12 photographs.  I'm assuming that that -- I
13 don't know why.  I don't know why.
14    Q.  Did he ask you your opinion about
15 the photograph?
16    A.  No, he just showed it to me and
17 laughed and smirked.
18    Q.  Did you -- and you were -- and you
19 were -- the conversation, you said, was about
20 what the headline might be the next day?
21    A.  Um-hum.
22    Q.  Did the headline the next day
23 relate to the McGreevey matter?
24    A.  No, not that I --
25    Q.  After he showed it to you, what did

Page 140

SANDRA GUZMAN-10/13/11

1
2  he do with his Blackberry?
3     A.  I gave it back to him.
4     Q.  And then what happened?
5     A.  He gave it to his assistant,
6  Kirsten, who was on the other side of him.
7     Q.  Well, did you tell Kirsten what the
8  picture was of?
9     A.  I was shocked.
10    Q.  Did you tell Kristen what the
11 picture was of?
12    A.  No, I was shocked.  I was just
13 like, that's creepy.
14    Q.  Well, if it offended you, didn't
15 you think it might offend the other women in
16 your group?
17    A.  You have to understand that this is
18 shocking to me, that here is the editor in
19 chief of a newspaper showing his female
20 editors and writers a picture of a naked man.
21 I didn't know where that was coming from.  I
22 was confused.  I was -- I was shocked.
23    Q.  Ms. Guzman, you gave a gift of a
24 sexual vibrator to a friend; did you not?
25    A.  What are you talking about?

Page 141

SANDRA GUZMAN-10/13/11

1
2     Q.  You've given a vibrator as a gift
3  to a friend; did you not?
4     A.  I'm not sure what you're talking
5  about.
6     Q.  I want to understand what is
7  shocking about a photograph from a divorce
8  case that displays a naked man to somebody who
9  gives vibrators as gifts to their friends.
10    A.  First of all, I don't know what
11 gift you're talking about, but if my boss --
12 what happens between my friends is between
13 friends; okay.  It is my personal space
14 between girlfriends.
15        What happens in the workplace is
16 something completely different.  So, if I have
17 my boss -- if I'm at a place having drinks and
18 talking and eating with my co-workers, my
19 female co-workers, and my boss comes to me and
20 shows me unprovoked and unexpected and
21 randomly, without telling me -- giving me a
22 sense of what this picture is about, it's very
23 different.  It's very different.
24    Q.  You wrote publicly about you giving
25 a vibrator as a gift?

Page 142

SANDRA GUZMAN-10/13/11
1
2     A.  Are you referring to my book?
3     Q.  Yes.
4     A.  You're referring to the sexuality
5  chapter where I give women information on
6  sexual health?
7     Q.  I'm referring to your public
8  description of the fact that you've given
9  vibrators as gifts.
10    A.  I write about sexual health, and if
11 that's what you're referring to, yes.
12    Q.  You were not so shocked that you
13 stopped your friend, Kirsten Fleming, from
14 looking at the picture, right?
15    MR. THOMPSON:  Objection.
16    A.  Okay.  So, this is the boss.  This
17 is the editor in chief coming up to a group of
18 his female employees and whipping out a
19 Blackberry and asking us to view a picture of
20 a naked man.
21    Q.  The question was; yes or no, you
22 didn't stop Kirsten Fleming from looking at
23 it, right?
24    A.  I didn't stop her.
25    Q.  You didn't stopped Danica Lo?

Page 143

SANDRA GUZMAN-10/13/11
1
2     A.  What I did was I gave him the
3  Blackberry back.  He gave them the Blackberry.
4  He gave his assistant his Blackberry.
5     Q.  But you did not warn them not to
6  look at the photo in the Blackberry, did you?
7     A.  I did not.
8     Q.  You didn't warn Danica or Lacey or
9  Kirsten did you?
10    A.  I did not.
11    Q.  All right.  That's because you were
12 not offended by it, right?
13    A.  I was offended.
14    Q.  It was a newsworthy photo that ran
15 in The New York Post and was part of the
16 evidence in a public and famous divorce case,
17 right?
18    A.  The picture that he showed us was
19 not the picture that was printed in the paper.
20 He showed us his penis.  He showed us the
21 man's genitalia.  He didn't show us the photo
22 that would be published where his genitalia
23 was covered.  Mr. Allan showed us a picture of
24 a naked man with his penis exposed.  The
25 picture that ran as news, his penis was

Page 144

SANDRA GUZMAN-10/13/11
1
2  blocked out.  That's not the picture he showed
3  us.
4     Q.  Well, the picture that was on the
5  wall was the full picture, right?
6     A.  Yes.
7     Q.  And do your notes record this
8  incident?
9     A.  I don't recall my notes recalling
10 this incident, no.  I can't -- I can't tell
11 you for sure.
12    Q.  Are you embarrassed by nudity,
13 Ms. Guzman?
14    A.  I'm not really sure what you mean.
15    Q.  Well, do you find nudity to be --
16 to make you uncomfortable?
17    A.  Like is the question is it
18 important when I see it?  I don't really --
19 can you rephrase it so I can understand and
20 answer you?
21    Q.  Well, you're comfortable with
22 sexual topics, aren't you?
23    A.  I'm comfortable talking about
24 sexual health.
25    Q.  Did you -- did you bring this

Page 145

SANDRA GUZMAN-10/13/11
1
2  incident where Mr. Allan showed this
3  photograph to you to anybody else's attention
4  after it happened?
5     A.  The day after, I told a member of
6  management what Mr. Allan had done.
7     Q.  Who did you tell?
8     A.  Paul Armstrong.
9     Q.  Why did you select Mr. Armstrong to
10 tell?
11    A.  He's part of management.  He's part
12 of the executive team, and I trusted him to do
13 something about it.
14    Q.  What did you ask him to do?  What
15 did you say to him?
16    A.  I said -- I told him -- I said
17 Paul, you're not going to believe what
18 Col Allan did last night.  And I told him what
19 I've told you today.  And Paul was just pretty
20 flabbergasted.
21    Q.  And did you ask Mr. Armstrong to do
22 anything in particular?
23    A.  I actually thought he would go to
24 HR or legal.
25    Q.  Did you ask him to go to HR or

Page 146

SANDRA GUZMAN-10/13/11

1
2  legal?
3      A.  No.
4      Q.  You did not go to HR or legal
5  yourself?
6      A.  Not right after.  I did speak with
7  HR later and I made HR aware of this incident.
8      Q.  Did you ever follow up with
9  Mr. Armstrong to ask him if he had done
10  anything with that information?
11      A.  No.
12      Q.  And you did not hear anything back
13  from him about it, did you?
14      A.  No.
15      Q.  What was Mr. Armstrong's position?
16  What was his title when you told him this
17  information?
18      A.  At the time, he was maybe a VP of
19  quality control.  I don't really know the
20  exact title, but he's in charge of making sure
21  that the paper is legible, that the pictures
22  are clear.  So I don't know the exact title,
23  but he's part of the -- he was part of the
24  executive management team.
25      Q.  And at the time you knew that

Page 147

SANDRA GUZMAN-10/13/11

1
2  Jennifer Jehn was the VP of human resources,
3  right?
4      A.  I'm not sure that Jennifer Jehn was
5  working at the time.
6      Q.  But you knew how to find human
7  resources, right?
8      A.  Yes.
9      Q.  Did you ever discuss this matter
10  with Lacey Browne, Kirsten Fleming or
11  Danica Lo after it happened?
12      A.  Yes.
13      Q.  And what did you discuss?
14      A.  Same thing; girls, can you believe
15  that this happened.  Actually, I never
16  discussed it with Kirsten Fleming.  I did with
17  Lacey and Danica Lo.  And I asked them, can
18  you believe this happened.  Can you believe
19  it.  Can you believe this behavior.
20      Q.  And what did they say to you, if
21  you recall?
22      A.  That's Col Allan.  Shrug, that's
23  Col Allan.
24      Q.  Did you ask them if they
25  complained?

Page 148

SANDRA GUZMAN-10/13/11

1
2      A.  I didn't ask them if they
3  complained.
4      Q.  Did you ask them to join your
5  complaint?
6      A.  I didn't ask them to join my
7  complaint.
8      Q.  And when is it your testimony that
9  this happened?
10      A.  April of 2007.
11      Q.  And other than saying to Mr. Allan,
12  that's creepy, did you say anything else to
13  Mr. Allan about this incident?
14      A.  No.
15      Q.  And other than what you told us you
16  said to Mr. Armstrong, did you say anything
17  else to Mr. Armstrong about it?
18      A.  Did I say anything else besides
19  telling him what happened?
20      Q.  Yes.
21      A.  I told him how I felt as a woman.
22  I felt this was inappropriate behavior.  That
23  this was offensive.  That this was demeaning
24  and humiliating to me.  I told him that I
25  didn't think this was okay.

Page 149

SANDRA GUZMAN-10/13/11

1
2      Q.  What did Mr. Armstrong say?
3      A.  He listened.
4      Q.  And did you have -- other than the
5  fact that Mr. Armstrong had the position that
6  he had, was there any other reason why you
7  chose Mr. Armstrong?  Did you have a certain
8  level of confidence with him?
9      A.  I trusted him.  He was a dignified
10  and upstanding member of the management team,
11  and I didn't know him to be a sexist or bigot.
12  I worked closely with him, so I felt confident
13  that I could share with him something like
14  that and that I hoped that he would be able to
15  do something about it.
16      Q.  But you didn't ask him to do
17  anything about it, right?
18      A.  No.
19      Q.  And how did you expect him to know
20  that you -- without asking him to do something
21  about it, Ms. Guzman, how did you expect him
22  to know that you wanted him to take action on
23  your behalf?
24      A.  Well, he's a member of the
25  management team.  I assumed that he is very

Page 150

SANDRA GUZMAN-10/13/11

1   SANDRA GUZMAN-10/13/11
2   familiar with the rules of conduct.  And I
3   actually thought that he would think it was so
4   outrageous that he wouldn't bat an eye to, at
5   least, report it as something that was
6   reportable.
7       Q.  So, you just assumed that he would?
8       A.  Um-hum.  And I hoped that he would.
9       Q.  And when there was no follow-up by
10  Mr. Armstrong or anybody else on this, you did
11  not go to the HR department, which was all
12  women, and pursue it there, correct?
13      A.  Not immediately.
14      Q.  Well, did you at some point?
15      A.  I did.
16      Q.  When was that?
17      A.  February of 2009.
18      Q.  After the publication of the
19  cartoon?
20      A.  After the publication of the racist
21  monkey cartoon.
22      Q.  Did you specifically describe the
23  incident that you've talked about here during
24  your discussions after the cartoon was
25  published?

Page 151

1   SANDRA GUZMAN-10/13/11
2       A.  Jennifer Jehn was in my office and
3   I made her aware of several sexist and
4   racially discriminatory incidents, and I did
5   tell her.
6       Q.  You told her about this incident
7   with the McGreevey photograph?
8       A.  I told her -- I'm sorry; please
9   finish.
10      Q.  You told also Jehn about the
11  McGreevey photograph incident on Col Allan's
12  Blackberry after the publication of the
13  cartoon?
14      A.  I did.
15      Q.  You're sure?
16      A.  I'm positive that I told her that
17  Col Allan shows female workers pictures of
18  naked men.
19      Q.  That's what you said?
20      A.  Um-hum.
21      MR. THOMPSON:  You have to answer
22  verbally, just remember.
23      A.  Yes.  Okay, yes.
24      Q.  And when you said that, this was
25  the incident we just discussed was the

Page 152

1   SANDRA GUZMAN-10/13/11
2   incident that you had in mind?
3       A.  I'm sorry?
4       Q.  When you said -- when you told her
5   that Col Allan shows females pictures of naked
6   men, it was the incident described in
7   paragraph 35 of your Complaint that you were
8   referring to, right?
9       A.  Yes.
10      Q.  And did you specifically give her
11  the facts of where the incident of paragraph
12  35 of your Complaint during that discussion?
13      A.  Not the specific facts of the date
14  and the photograph.  I said -- I told her that
15  Col Allan had shown pictures of naked men.  He
16  showed me a picture of a naked man.
17      Q.  Did you tell her anything else
18  about that?
19      A.  About that?
20      Q.  Yes.
21      A.  No.  I don't recall telling her
22  anything else about that.
23      Q.  Did you ever put that complaint in
24  writing?
25      A.  No.

Page 153

1   SANDRA GUZMAN-10/13/11
2       Q.  So, that complaint was verbal?
3       A.  Yes.
4       Q.  And was that your first complaint
5   to human resources?
6       A.  My first complaint to human
7   resources?
8       Q.  Yes.
9       A.  I had complained to the diversity
10  members of the team of News Corp. diversity
11  office.
12      Q.  My question was:  Was that your
13  first complaint to human resources?
14      A.  No, that was not my first complaint
15  to human resources.
16      Q.  What was your first complaint to
17  human resources?
18      A.  To Mitsy Wilson and to Rick
19  Ramirez, they're members of News Corp.'s
20  diversity team.  And as I understood it, they
21  were part of the human resources because
22  they -- part of what they do is they recruit
23  people of color to work at the different News
24  Corp. companies.
25      Q.  What was -- okay.  And when did you

SANDRA GUZMAN-10/13/11

1
2      Q.  I'm going to show you, Ms. Guzman,
3   a document which is the called the Standards
4   of Business Conduct marked Guzman 10.
5          (Defendant's Guzman Exhibit 10,
6          Standards of Business Conduct, marked
7          for identification, as of this date.)
8      MR. THOMPSON:  I don't want you
9   getting confused.  Try to keep these
10   in order.
11      THE WITNESS:  Okay.
12      Q.  Ms. Guzman, is this a document you
13   had access to when you were an employee of The
14   Post?
15      A.  Yes.
16      Q.  And these are the policies that
17   were in effect at The Post while you were
18   there?
19      A.  Yes.
20      Q.  Turn to page -- this is document
21   Bates numbered NYP '58 through NYP '199.
22          Could you turn to page NYP '69,
23   please.  And can you look at the last sentence
24   on the page.  It reads, "Accordingly,
25   employees who feel aggrieved because of

SANDRA GUZMAN-10/13/11

1
2   harassment or discrimination have an
3   obligation to immediately notify a manager in
4   the human resources department or an attorney
5   in the legal department."
6          Do you see that?
7      A.  Yes.
8      Q.  Did you do either of those things?
9      A.  No.  In February of 2009, I
10   complained to Jennifer Jehn.
11      Q.  Prior to February of 2009, though,
12   you didn't do either of those things, right?
13      A.  Right.
14      Q.  You have an allegation in your
15   Complaint about an incident that occurred,
16   allegedly, at a party that had dancing it is
17   paragraph 37 of your Complaint.
18      A.  What page?
19      Q.  Page 9.  Talking about Exhibit 3 of
20   the Amended Complaint?
21      A.  What paragraph?
22      Q.  Paragraph 37.
23      A.  Okay.
24      Q.  After you look at that paragraph, I
25   have a few questions about it.

SANDRA GUZMAN-10/13/11

1
2      A.  Okay.
3      Q.  Did you personally see the dancing
4   that you described in Paragraph 37?
5      A.  Did I personally --
6      MR. THOMPSON:  Objection.
7      A.  Rubbed his penis?  Rubbed?  There's
8   no dancing here.
9      Q.  Fine.  Did you personally see this
10   occur?
11      A.  No.
12      Q.  Were you present at the location at
13   that place on that night?
14      A.  I was present, yes.
15      Q.  And what is the source of your
16   information and belief for the information
17   that's contained in paragraph 37?
18      A.  The following day, the female in
19   question came to my office and asked to speak
20   with me privately.  And we went into my office
21   and she told me that, in a very distraught
22   manner, that Mr. Col Allan rubbed his erect
23   penis on her buttocks, and was making lewd
24   remarks about how great her breasts looked
25   after she had lost weight.  And she felt

SANDRA GUZMAN-10/13/11

1
2   scared to be alone with him.
3      Q.  And who's the person?
4      A.  Her name is Nicole Faux, Nikki
5   Faux.
6      Q.  Did you tell Ms. Faux that you
7   thought that she had looked like she lost
8   weight?
9      A.  Did I?
10      Q.  Yes.
11      A.  No.  Mr. Allan told her how great
12   she looked since she lost weight.  How great
13   her breasts looked since she looked -- since
14   she lost weight.
15      Q.  In fact, you've commented to
16   Ms. Faux about her breasts, haven't you?
17      A.  When?
18      Q.  You've told Ms. Faux that you've
19   complimented her on her breasts, haven't you?
20      A.  When?
21      Q.  At any time.
22      A.  I don't remember.
23      Q.  You're under oath, Ms. Guzman.
24          Did you call her hot?  Did you tell
25   her she was hot?

Page 170

SANDRA GUZMAN-10/13/11

1
2    A.  I know I'm under oath.  And I --
3  you have to tell me.  You have to tell me
4  what -- what are these conversations you're
5  talking about?  I don't understand them.
6    Q.  The question is:  Did you ever
7  compliment Ms. Faux on her breasts and call
8  her hot?
9    A.  I may have complimented her on many
10  things, including how beautiful she is as a
11  friend does, as a colleague does.
12    Q.  Well, Ms. Faux has told us that you
13  did that.  It's true, right?
14    A.  Is there an Affidavit?
15    Q.  It's true; is it not?
16    MR. THOMPSON:  Objection.
17    A.  I can't tell you if it's true or
18  not.  I need to know when and in what context
19  are these women having a conversation?  And is
20  she asking me how do I look, you know, she's
21  on Weight Watchers.  She's trying to lose
22  weight.  It's a very general question that I
23  can't answer.
24    Q.  And did Ms. Faux tell you that she
25  was fearing to be alone with Mr. Allan?

Page 171

SANDRA GUZMAN-10/13/11

1
2    A.  That's what she told me at the
3  time.
4    Q.  What were her words?
5    A.  She said, I'm scared to be alone
6  with him.
7    Q.  Did you hear Mr. Allan say anything
8  to Ms. Faux on that night?
9    A.  No.
10    Q.  Did you hear him make sexually
11  suggestive comments about her body or her
12  breasts?
13    A.  No.
14    Q.  Did you see Ms. Faux that night at
15  the party?
16    A.  Yes.
17    Q.  When you saw her, did she appear
18  uncomfortable?
19    A.  I don't remember.
20    Q.  Was anybody else with you when
21  Ms. Faux told you this?
22    A.  No.  She told me this in private.
23  She actually asked me to go into my office and
24  close the door.
25    Q.  Did you -- did you tell anybody

Page 172

SANDRA GUZMAN-10/13/11

1
2  else about this incident after she told you?
3    A.  Maybe I did, but I don't remember.
4    Q.  Did you bring it to HR's attention?
5    A.  I did not.
6    Q.  Did you take any notes about it?
7    A.  I did not take notes.
8    Q.  In paragraph 38 of your Amended
9  Complaint, you indicate that Mr. Allan took
10  two Australian political leaders to a strip
11  club called Scores?
12    You weren't with them, right?
13    A.  No.
14    Q.  Did you ever talk to Mr. Allan
15  about it?
16    A.  No.
17    Q.  Were you ever invited to Scores
18  with Mr. Allan?
19    A.  No.
20    Q.  Do you know if any visit by
21  Mr. Allan to Scores was reimbursed by The
22  Post?
23    A.  I don't know.
24    Q.  Pardon?
25    A.  I don't know.

Page 173

SANDRA GUZMAN-10/13/11

1
2    Q.  When did you learn that Mr. Allan
3  had gone to Scores with two Australian
4  political leaders?
5    A.  When it was reported on in the
6  newspapers and other colleagues, coworkers
7  were talking about it.
8    Q.  Is that in connection with the Paul
9  Jared Stern case?
10    A.  No that was -- actually, I don't
11  remember.  Maybe it was.  But I don't -- I
12  don't know if it's in connection with anything
13  other than news that he was doing this.
14    Q.  That he was doing this or that he
15  did this?
16    A.  Well, Col Allan would -- he was
17  known in the newsroom that Scores was one of
18  his favorite places.  That he would go there
19  in the middle of the day and come back for
20  news meetings in the evening.
21    Q.  When did you learn that?
22    A.  It was sort of common knowledge in
23  the newsroom.
24    Q.  When did you learn it?
25    A.  Exactly when?

Page 182

SANDRA GUZMAN-10/13/11

1
2  cancel Tempo?
3      A.  No.
4      Q.  Do you know why Tempo was not
5  canceled in 2006?
6      MR. THOMPSON:  Objection.
7      A.  I think that there's some people on
8  staff that really felt very passionate about
9  the section.
10     Q.  And that was Les Goodstein, right?
11     A.  Les Goodstein and Sami Haiman,
12  Patrick Judge on the sales side.  These are
13  people who are in charge of selling Tempo.
14     Q.  Do you know who's responsible for
15  convincing The Post not to cancel Tempo?
16     A.  Who was responsible?
17     Q.  Yes.
18     A.  I don't.
19     Q.  Do you know it was Mr. Goodstein?
20     A.  You're telling me that it was.
21     Q.  You didn't know that until now?
22     A.  I don't recall.  I do know he was
23  an advocate of the section.
24     Q.  A passionate advocate of the
25  section, correct?  Would you agree with that?

Page 183

SANDRA GUZMAN-10/13/11

1
2      A.  I agree.
3      Q.  Mr. Goodstein had experience
4  working at The Daily News targeting and
5  serving the Hispanic community, correct?
6      A.  Yes.
7      Q.  So, when he got involved with
8  Tempo, that experience was relevant to Tempo,
9  right?
10     A.  To selling Tempo, yes.
11     Q.  Did Mr. Goodstein complain to
12  Col Allan that you weren't working with him on
13  Tempo?
14     MR. THOMPSON:  Objection.
15     A.  I don't know what he complained to
16  Mr. Allan about.
17     Q.  Did Col Allan call you in his
18  office to instruct you after Les Goodstein
19  started working on Tempo that you should try
20  to work with -- that you were to work with
21  Les?
22     A.  He called me into his office and he
23  berated me, yes.
24     Q.  And he told you that you needed to
25  work with Les, right?

Page 184

SANDRA GUZMAN-10/13/11

1
2      A.  I needed to be nice with Les were
3  the words that I remember.
4      Q.  And what did you say?
5      A.  I didn't understand.  I told him I
6  did not understand what he meant by being
7  nice.  That's exactly what I told Mr. Allan.
8      Q.  And do you know what prompted
9  Mr. Allan to call you in?
10     A.  I suspected that it was because I
11  was complaining about Mr. Les Goodstein's
12  lascivious and disgusting behavior toward me.
13     Q.  When had you done that?
14     A.  When had I complained?
15     Q.  Yes.
16     A.  Immediately after Mr. Les Goodstein
17  and I had our initial meeting.
18     Q.  And when was that?
19     A.  So, if he arrived in 2006, it was
20  around 2006.  If he arrived -- yeah, a few
21  months.
22     Q.  Ms. Guzman, who did you complain to
23  in the middle of 2006 about Les Goodstein?
24     A.  To Paul Armstrong, to Lisa Barnett
25  and to DeDe Brown.

Page 185

SANDRA GUZMAN-10/13/11

1
2      Q.  You did not complain to Paul
3  Armstrong about Les Goodstein in 2006, did
4  you, Ms. Guzman?
5      A.  I did.
6      Q.  What was your complaint?
7      A.  On the first meeting when I first
8  met Mr. Les Goodstein, we met on the third
9  floor in the cafeteria and he introduced
10  himself.  And we were having a conversation
11  about Tempo.  And as soon as a woman would
12  walk by, Les Goodstein would follow that woman
13  and look at the woman's butt and breast and
14  body up and down.  And then he would turn back
15  to me and he would say, I'm sorry, what was I
16  saying.
17     Mr. Goodstein licked his lips on a
18  number of occasions.  The first meeting I had
19  with Mr. Goodstein, he displayed grotesque
20  behavior and I told Paul about it.
21     Q.  And it's the behavior you just
22  described, correct?
23     A.  That was one of many behaviors.
24     Q.  Well, so, at the first meeting, he
25  looked at other women in the cafeteria; is

Page 186

SANDRA GUZMAN-10/13/11

1
2  that right?
3      MR. THOMPSON:  Objection.
4      A.  The first meeting, we would be
5  having a conversation just like you and I are
6  having a conversation, and if a woman would
7  walk by, he would take his eyes off me and
8  look at the women's butt and breasts and
9  follow them and then get back to the
10  conversation.  The very first meeting.  My
11  very first meeting with Mr. Les Goodstein on
12  the third floor.
13      Q.  And is that what you complained to
14  Mr. Armstrong about?
15      A.  That was one of the first things
16  that I complained about.  I met with Mr.
17  Goodstein on many occasions after that, and
18  Mr. Goodstein -- there were other complaints
19  that I made about him.
20      Q.  To whom?
21      A.  To Paul.
22      Q.  How many times did you complain to
23  Paul?
24      A.  I can't tell you the exact number,
25  many times.

Page 187

SANDRA GUZMAN-10/13/11

1
2      Q.  More than three?
3      A.  I cannot tell you.  I can't guess.
4  I can tell you that there were many times.
5  Many, many times.  Dozens of times.
6      Q.  You complained to Paul dozens of
7  times?
8      A.  Yes.
9      Q.  Did you ever go to HR to complain
10  about Mr. Goodstein while you were working
11  with him?
12      A.  I told you that in February of
13  2009, I spoke to Jennifer Jehn about the
14  sexist behavior of some members of The New
15  York Post and News Corp. and --
16      Q.  How long did Mr. Goodstein and you
17  work together on Tempo?
18      A.  I can't tell you the exact -- how
19  many years, but a year and a half.  A year and
20  a half.
21      Q.  So, from roughly June '06 until the
22  latter part of '07?
23      A.  I can't tell you specifics.
24      Q.  Your best recollection is a year
25  and a half?

Page 188

SANDRA GUZMAN-10/13/11

1
2      A.  I cannot tell you specifics.  I
3  don't -- I want to be right and I can't tell
4  you specifics.
5      Q.  And during that period of time that
6  you and Mr. Goodstein were working together on
7  Tempo, you did not go to HR to complain,
8  right?
9      A.  No.
10      Q.  But The Post EEO policy says that
11  you should go to HR or the legal department,
12  right?
13      A.  Yes.
14      Q.  And you did neither?
15      A.  No, not --
16      Q.  And --
17      MR. THOMPSON:  Are you finished?
18      THE WITNESS:  No, I wasn't
19  finished.
20      MR. THOMPSON:  Finish please.
21      A.  I complained to HR in 2009 when
22  Jennifer Jehn and I met.
23      Q.  Okay, I understand.  Thank you.
24      A.  Okay.
25      Q.  Did you tell Col Allan when he

Page 189

SANDRA GUZMAN-10/13/11

1
2  called you into his office to say that you
3  should work with Les, did you tell Col Allan
4  at that time that the reason you were not
5  working with Les was because of this conduct?
6      MR. THOMPSON:  Objection.
7      A.  I did not.
8      Q.  So, you did not bring this conduct
9  to Col Allan's attention during that
10  conversation, right?
11      A.  No.
12      Q.  You never told Col Allan directly
13  about this conduct, right?
14      A.  No.
15      Q.  Did Mr. Goodstein ever try to touch
16  you?
17      A.  No.
18      Q.  And you indicated that at some
19  point, he referred to you as a cha-cha -- as a
20  cha-cha girl or something like that?
21      A.  Yes, myself and a colleague were
22  both Latinas.
23      Q.  And did you let him know that you
24  did not appreciate that remark?
25      A.  Yes.

Page 190

SANDRA GUZMAN-10/13/11

1
2     Q.   And did he stop calling you
3  cha-cha?
4     A.   He stopped calling me cha-cha.
5     Q.   Did you ever tell him that you
6  prefer that he not look at other women in the
7  way you described when you were working with
8  him?
9     A.   No.
10    Q.   Do you know that Mr. Goodstein was
11 the only non-Hispanic, non-black person on the
12 National Board of Hispanic Federation?
13    A.   Yes.  I didn't know he was the
14 only -- I knew he was on the board.
15    Q.   And he was given the leadership
16 award by the Hispanic Federation in May of
17 2009, right?
18    A.   Yes.
19    Q.   There was a dinner that honored
20 him?
21    A.   Yes.
22    Q.   And you went to that dinner?
23    A.   Yes.
24    Q.   Did you meet his wife?
25    A.   Yes.

Page 191

SANDRA GUZMAN-10/13/11

1
2     Q.   Did you tell his wife that he was a
3  great guy?
4     A.   I don't remember saying that.  I
5  didn't even know he was married.
6     Q.   Isn't it true that you told Les
7  that you thought that their sons should get
8  together?
9     A.   Yes.
10    Q.   And did they -- did Les' son and
11 your son get together socially?
12    A.   Never.
13    Q.   You indicated that he told you that
14 you on some occasion or occasions that you
15 looked sexy or beautiful, right?  Is that
16 something he said to you?
17    A.   He frequently commented on what I
18 wore and my shoes and how sexy they were and
19 how beautiful my dress was and how beautiful I
20 looked.
21    Q.   Did you tell him -- did you tell
22 him that you didn't want him to say that?
23    A.   I told him if you want to borrow my
24 shoes, you can.
25    Q.   So, you made a joke about it?

Page 192

SANDRA GUZMAN-10/13/11

1
2     A.   I wanted him to stop.
3     Q.   But you didn't tell him to stop?
4     A.   No.
5     Q.   You made a joke about it?
6     A.   I wanted him to stop.
7     Q.   But you made a joke about it?
8     A.   I made a comment about it.
9     Q.   Did anybody else hear Mr. Goodstein
10 say that you looked sexy or beautiful?
11    A.   Yes.
12    Q.   Who?
13    A.   Sami Haiman-Marrero.
14    Q.   And you've told colleagues that you
15 think they look sexy or beautiful; have you
16 not?
17    A.   It depends on the context.  I
18 can't --
19    Q.   It's a yes or no.  You told people
20 that?
21    A.   I can't tell you.  I don't know if
22 it's a yes or no answer.  It's such an
23 open-ended question.  I may have.
24    Q.   Well --
25    A.   It's hard for me to answer that yes

Page 193

SANDRA GUZMAN-10/13/11

1
2  or no if you don't give me names and if you
3  don't give me context.  I'm happy to answer
4  that question for you.
5     Q.   And you knew based on the fact that
6  he stopped calling you cha-cha when you let it
7  be known to him that you didn't like that, you
8  knew he'd stop doing something if you asked
9  him, right?
10    A.   I knew he stopped calling me
11 cha-cha after he was told not to.
12    Q.   So, why did you not tell him to
13 stop remarking that you looked sexy or
14 beautiful?
15    A.   What I instead tried to do was
16 limit our meetings.
17    Q.   And did you, in fact, limit the
18 meetings?
19    A.   I met with him when I had to meet
20 with him.
21    Q.   And how often was that during the
22 year 2007?
23    A.   So, if Tempo was coming out on a
24 monthly basis, we would meet once a month.
25    Q.   And where was his office?

Page 202

SANDRA GUZMAN-10/13/11

1    portion of the section.
2        Q.  Did he supervise editorial?
3        A.  No.
4        Q.  You were responsible for editorial?
5        A.  Yes.
6        Q.  And your supervisor from editorial
7    standpoint was always Joe Robinowitz at that
8    time, right?
9        A.  What year was that?
10       Q.  In '06, '07.
11       A.  I believe it was Joe Robinowitz.
12       Q.  Were you ever looking to leave The
13   New York Post while you were an employee
14   there?
15       A.  I may have.
16       Q.  Well, I'm not asking you to guess.
17   I'm asking you what your -- what the facts
18   are.  Did you ever look for a job to leave The
19   New York Post while you were employed there?
20       A.  I don't remember that, that I
21   actively looked for a job.
22       Q.  And when you went to the dinner
23   that honored Les Goodstein, you were -- was he
24   still working on Tempo at the time?

Page 203

SANDRA GUZMAN-10/13/11

1        A.  I don't remember.
2        Q.  Were you required to go to that
3    dinner?
4        A.  Yeah, I was.  It was a News Corp.
5    event.  And they gave away tickets as it was a
6    Hispanic event and the editor of Hispanic
7    section, one of the many sections that I
8    edited, they asked me to go.
9        Q.  An editor of what?
10       A.  One of the Hispanic sections.  It
11   was a Hispanic organization that was having a
12   celebration.
13       Q.  So, it wasn't a News Corp. event,
14   right?
15       A.  He gave money as I understand it as
16   a representative of News Corp. corporation,
17   not as New York Post.
18       Q.  The National Hispanic Federation is
19   not a News Corp. organization, is it?
20       A.  It's not.  It's a Hispanic
21   organization that News Corp. gave money to
22   through Les Goodstein.
23       Q.  Do you recall that event being in
24   May of 2009?

Page 204

SANDRA GUZMAN-10/13/11

1        A.  Maybe, I'm not really sure.
2        Q.  Guzman Exhibit 14 is NYP '792.
3            (Defendant's Guzman Exhibit 14,
4        document bearing Bates numbers NYP
5        '792, marked for identification, as of
6        this date.)
7        Q.  Ms. Guzman, I'm going to tell you
8    that this is a document from your calendar
9    which you don't have to accept.  That's just
10   my representation.
11           But does this refresh your
12   recollection as to when that event was?
13       A.  Yes.
14       Q.  So, was it May of 2009?
15       A.  Yes.
16       Q.  And was Les Goodstein finished
17   working on Tempo by May of 2009?
18       A.  I believe so.
19       Q.  Could you have elected not to
20   attend that event?
21       A.  Yes.
22       Q.  Were you -- when you went, were you
23   proud that Les Goodstein, a News Corp.
24   affiliated person, was being honored by the

Page 205

SANDRA GUZMAN-10/13/11

1    National Hispanic Federation?
2        A.  Proud?
3        Q.  Yes.
4        A.  I don't know if I would say proud.
5        Q.  How did you feel about it?
6        A.  I was happy that a great Hispanic
7    organization that helps the impoverished and
8    the needy was receiving monies to do their
9    work.
10       Q.  How did you feel about Les
11   Goodstein being honored that night?
12       A.  Kind of surprised.
13       Q.  But did you think that he didn't
14   warrant being honored by the Hispanic
15   Federation?
16       A.  No, if I --
17       Q.  If you'd known he was responsible
18   for saving Tempo from closure in 2006, would
19   that have changed your mind?
20           MR. THOMPSON:  Objection.
21       A.  This man sexually harassed me every
22   opportunity he got and he did it on repeated
23   occasions and helping save Tempo didn't give
24   him the right to do that to me.

Page 206

```
 1          SANDRA GUZMAN-10/13/11
 2      Q.  Ms. Guzman, my question was if
 3  you'd known he was responsible for saving
 4  Tempo from closure in 2006, would that have
 5  changed your mind about him being honored?
 6          MR. THOMPSON:  Objection.
 7      A.  It's my opinion, no.
 8      Q.  And to be clear, the sexual
 9  harassment by Les Goodstein that you're
10  referring to is the way he looked at you and
11  the way he looked at other women and his
12  calling you sexy and beautiful?
13      A.  And commenting on my shoes and on
14  my body, on my body.
15      Q.  Okay.
16          Conduct that you never asked him to
17  stop doing, right?
18      A.  I was afraid to ask him to stop
19  doing it.
20      Q.  So, you didn't ask him to stop,
21  right?
22      A.  No.
23      Q.  Did you know somebody named Michael
24  Riedel?
25      A.  Yes.
```

Page 207

```
 1          SANDRA GUZMAN-10/13/11
 2      Q.  He's The New York Post Broadway
 3  critic?
 4      A.  Yes.
 5      Q.  Would you consider him a likeable
 6  person?
 7      A.  Yes.
 8      Q.  Would you consider him your friend?
 9      A.  No.
10      Q.  Well, is he someone you're
11  comfortable asking a favor of?
12      A.  I'm not sure what do you mean by
13  favor.
14      Q.  You asked to speak to him about a
15  friend of yours who was an actress as to
16  whether or not he could help her when a
17  production West Side Story was being cast,
18  didn't you?
19      A.  No.
20      Q.  Please take a look at Guzman
21  Exhibit 15.
22          This is an e-mail Bates number NYP
23  '1781.
24          (Defendant's Guzman Exhibit 15,
25          document bearing Bates number NYP
```

Page 208

```
 1          SANDRA GUZMAN-10/13/11
 2  '1781, marked for identification, as
 3  of this date.)
 4          MR. THOMPSON:  Could you give him
 5  another copy?
 6      Q.  Ms. Guzman, is this an e-mail that
 7  you sent to Michael Riedel on October 2008?
 8      A.  Yes.
 9      Q.  And did you say "PS, do you know
10  whose casting the show?  My friend, the
11  actress that I mentioned to you, is
12  interested"?
13      A.  Yes.
14      Q.  And you told him that you wanted to
15  chat about West Side Story, right?
16      A.  Yes.
17      Q.  So, you were comfortable talking to
18  him; were you not?
19      A.  I was comfortable talking to him.
20      Q.  And you were comfortable asking him
21  about who was casting West Side Story, right?
22      A.  Yes.
23      Q.  Did you ever call him baby in the
24  office?
25      A.  I'm not sure I called him baby.
```

Page 209

```
 1          SANDRA GUZMAN-10/13/11
 2      Q.  You're here to be deposed about
 3  this case and you're going to need to state
 4  your recollection as to whether or not you --
 5      A.  I understand.
 6      Q.  -- you called him baby?
 7          MR. THOMPSON:  Objection.
 8      A.  And I'm telling you that I'm not
 9  sure if I called him baby.
10      Q.  Ms. Guzman, it is not -- it is not
11  avoiding lying under oath by saying you don't
12  recall something --
13          MR. THOMPSON:  Objection.
14      Q.  That you don't want to give the
15  answer to.
16          MR. THOMPSON:  Objection.
17      Q.  If you did something and you say --
18  and you know it and you say that you don't
19  remember, that's lying, Ms. Guzman.
20          MR. THOMPSON:  Objection.
21      A.  If I would recall having called him
22  babe, I would tell you yes, but because I
23  don't recall, I can't tell you yes.  And
24  that's an honest answer.
25      Q.  Were you friendly with him in the
```

Page 210

SANDRA GUZMAN-10/13/11

1
2  office?
3      A.  Yes.
4      Q.  Did you consider him somebody that
5  harassed you?
6      A.  Yes.
7      Q.  And that harassment stemmed from
8  his singing a song from West Side Story; is
9  that correct?
10     A.  He sang in a Spanish accent, "I
11  want to live in America" every time he would
12  walk past my office or into my office.
13     Q.  And you consider that racial
14  harassment, Ms. Guzman?
15     A.  Yes.
16     Q.  From the Broadway critic, from The
17  New York Post, right?
18     A.  Was he singing that to other
19  people?
20     Q.  Ms. Guzman, you don't get to ask
21  questions.
22        MR. THOMPSON:  She was explaining
23     her answer, Mr. Lerner.  You don't get
24     to cut her off in the middle of an
25     answer.

Page 211

SANDRA GUZMAN-10/13/11

1
2      Q.  Did he sing other songs in the
3  office besides songs from West Side Story?
4      A.  The only tunes he sang were from
5  West Side Story, and he did it in a Spanish
6  ascent.
7      Q.  You never heard him sing from other
8  musicals in the office, Ms. Guzman?
9      A.  Not to me.
10     Q.  Not to you, but what about to
11  himself or to other people.  You never heard
12  him sing another song from another musical?
13        MR. THOMPSON:  You have to answer
14     verbally.
15     A.  No.
16     Q.  Isn't it a fact that he would sing
17  songs from lots of Broadway musicals?
18     A.  Not to me.
19     Q.  Where was he when he was singing
20  songs from West Side Story?
21     A.  On the ninth floor in front of my
22  office or inside my office, as he was walking
23  into my office.
24     Q.  Did you and he talk about how much
25  you both liked West Side Story?

Page 212

SANDRA GUZMAN-10/13/11

1
2      A.  He talked about how much he liked
3  West Side Story.  I'm not such a big fan of
4  West Side Story.
5      Q.  And did you think, Ms. Guzman, when
6  he was doing this that Michael Riedel was
7  doing this to harass you in a racially
8  harassing way, in a hateful way?
9      A.  Yes.
10        MR. THOMPSON:  Objection.
11     Q.  You believe that Mr. Riedel hated
12  you because you were Hispanic?
13        MR. THOMPSON:  Objection.
14     A.  I think he was making fun of my
15  people and he didn't sing any Jewish tunes.
16  He didn't sing any other tunes to me.  So, he
17  wasn't expressing his knowledge of all these
18  Broadway tunes.  Why was he specifically
19  singing to me in the Spanish accent, the tunes
20  of West Side Story?
21     Q.  Well, did you know that West Side
22  Story -- that the production of West Side
23  Story that was most recently brought on
24  Broadway was a production that utilized
25  Spanish speaking actors and was much more

Page 213

SANDRA GUZMAN-10/13/11

1
2  heavy -- much more heavy used Spanish than
3  prior productions of West Side Story?  Did you
4  know that?
5      A.  Yes.
6      Q.  And the actors and actresses spoke
7  their lines with Spanish accent?
8      A.  In the original version they did.
9      Q.  And in the current production of
10  West Side Story that was current at that time,
11  they did as well; did they not?
12     A.  I did not see it.
13     Q.  But wasn't that sort of a famously
14  talked about, about this particular
15  production, that it heavily emphasized the
16  Spanish language?
17        MR. THOMPSON:  Objection.
18     A.  West Side Story is famously racist
19  and stereotypical of Puerto Ricans.
20     Q.  Did you tell Mr. Riedel that you
21  believed that?
22     A.  Yes.
23     Q.  What did you say to him?
24     A.  I said, do you realize how racist
25  West Side Story is.

Page 214

SANDRA GUZMAN-10/13/11

1
2    Q.  And when did you say that?
3    A.  When he would sing these songs.
4    Q.  Did you ask him to stop singing
5  these songs?
6    A.  I did not.
7    Q.  And did you think he was -- did he
8  seem happy when he was singing these songs?
9        MR. THOMPSON:  Objection.
10    A.  I don't know.
11    Q.  I mean, was he in a good mood when
12  he was singing them or was he in a bad mood
13  when he was singing them?
14        MR. THOMPSON:  Objection.
15    A.  I don't know.
16    Q.  What was your impression of him?
17    A.  That he was making fun of my
18  culture.  That he was making fun of my people.
19    Q.  Why; why?
20        MR. THOMPSON:  Objection.  She's
21    not finished answering.  You must let
22    her answer.  Please don't interrupt
23    her.  Are you finished, Ms. Guzman?
24        THE WITNESS:  No.
25        MR. THOMPSON:  Please continue.

Page 215

SANDRA GUZMAN-10/13/11

1
2    A.  When you choose one of the racially
3  controversial Broadway musicals in the history
4  of Broadway where Puerto Ricans are portrayed
5  as criminals.  Where they speak -- where they
6  show switchblades, okay, and it's the only
7  Broadway show, and the only Broadway tune that
8  you choose to sing to the only Hispanic female
9  editor every time you approach her, I
10  thought -- I thought this man is making fun of
11  my people.  I thought this is discriminatory.
12    Q.  How many times did he do it?
13    A.  Many, many times.
14    Q.  How many?
15    A.  Many, many times.
16    Q.  How many?
17    A.  I'm not going to give you a number
18  because he did it many, many times.
19    Q.  And other than the fact that he did
20  it many times, what makes you think that he
21  was doing it to make fun of you?
22    A.  Because he did not choose any other
23  Broadway musical to sing to me.  The only
24  musical that he sang to me -- the only song he
25  kept singing to me was "How I Want To Live in

Page 216

SANDRA GUZMAN-10/13/11

1
2  America".  And he sang it with a stupid
3  Spanish accent.
4    Q.  Well, isn't that -- isn't that
5  accent, the accent that was used by the
6  actresses that sang that song in the Broadway
7  production that was cast at this time?
8    A.  We're talking about the way he was
9  singing.  It was the way the original
10  version -- I did not see the -- I don't
11  remember seeing the new musical, the new --
12    Q.  Go ahead.
13    A.  The new musical.  I was offended
14  that every time Michael went into my office
15  that's the song that he chose to sing to me in
16  a Spanish accent.  He never chose to sing a
17  song from Phantom of the Opera.  He never
18  chose to a sing a song from Wicked or Rent.
19        Why did he choose to sing "I Want
20  To Live In America" where, you know, on this
21  Broadway show, Puerto Ricans are depicted in
22  such a negative light.
23    Q.  Perhaps because it's one of the
24  famous tunes to come out of Broadway.
25    A.  I don't know.  I felt it was

Page 217

SANDRA GUZMAN-10/13/11

1
2  racist.
3    Q.  Ms. Guzman, you never saw "I Want
4  To Live In America" performed by the cast of
5  West Side Story in the last few years?
6    A.  I don't remember if I saw -- I may
7  have seen -- I don't really remember if I saw
8  the original version.  Maybe I have seen it.
9    Q.  Isn't it --
10    A.  Yeah.
11    Q.  You were the editor of the
12  Thanksgiving parade issue -- the last
13  Thanksgiving parade issue before you left The
14  Post; were you not?
15    A.  I believe so.
16    Q.  Was "I Want To Live In America"
17  performed by the cast of West Side Story
18  during the Thanksgiving Day parade?  Did you
19  see that?
20    A.  The performance?  Did I see the
21  performance?
22    Q.  Yes.
23    A.  Of the West Side Story?
24    Q.  Of "I Want To Live In America" by
25  the cast of West Side Story?

Page 218

SANDRA GUZMAN-10/13/11
1
2    A.   I didn't go to the parade.
3    Q.   Did you watch it on television?
4    A.   Probably not.  I was probably
5  cooking.
6    Q.   Aren't you a fan of Chita Rivera's
7  performance in the role in the original Broadway
8  production?
9    A.   I'm a fan of Chita Rivera in
10  general.
11    Q.   Isn't she famously known to for her
12  performance in the role of singing "I Want To
13  Live In America"?
14    A.   It's not one of my favorite roles
15  that she did.
16    Q.   Has Mr. Riedel ever done anything
17  else to offend you besides this?
18    A.   Not that I can think of at this
19  time.
20    Q.   And was he the Broadway critic for
21  the Washington -- for the -- sorry; New York
22  Post for the entire time that you were at The
23  New York Post?
24    A.   There was an another theater
25  critic.

Page 219

SANDRA GUZMAN-10/13/11
1
2    Q.   But Mr. Riedel was there?
3    A.   He was the main -- the main
4  Broadway theater critic.
5    Q.   And you were there for seven years,
6  correct?
7    A.   I was there from 2003 to 2009.
8    Q.   And in all of that time, this is
9  the one thing that he did that offended you,
10  right?
11    A.   Every time I saw him that's the --
12  these are the songs that he chose to sing to
13  me.
14    Q.   But you never asked him to stop?
15    A.   I would just steer him in a
16  different kind of conversation.  What's up.
17  Tell me about what's happening on Broadway.
18    Q.   Did you ever socialize with him
19  outside the workplace?
20    A.   I don't remember, no.
21    Q.   Did you ever go to Langan's with
22  him?
23    A.   No, I never walked out and -- maybe
24  I was at Langan's and I was there, but I don't
25  remember.

Page 220

SANDRA GUZMAN-10/13/11
1
2    Q.   Did you ever do karaoke night at
3  Langan's?
4    A.   I never did karaoke night at
5  Langan's, no.
6    Q.   Did you ever sing with Mr. Riedel
7  at Langan's?
8    A.   No.
9    Q.   Where -- how far away was his
10  office -- from your office on the ninth floor
11  of The Post?
12    A.   So, Mr. Riedel did not have an
13  office.  He had a cubicle.  So, I had an
14  office.  And if I yelled at him to come to me
15  standing in my office, he probably would not
16  have been able to hear me.  That's how far it
17  was.  Or if he yelled at me to come to him or
18  asked me to come from his cubicle, I would not
19  be able to hear him.
20    Q.   Did you have to pass him on your
21  way to the restroom?
22    A.   No.
23    Q.   Did he have to pass you on the way
24  to his restroom?
25    A.   Yes.

Page 221

SANDRA GUZMAN-10/13/11
1
2    Q.   And did he sing -- your testimony
3  is that he sang every time he passed by your
4  office?
5    A.   Most of the time he would peek in
6  and that was his favorite thing to say to me.
7  Instead of saying, hi, Sandra, how are you
8  today, he would sing the stupid song in a
9  stupid accent.
10    Q.   And can you give us your best
11  estimate as to how many times he did that?
12    MR. THOMPSON:  Objection.
13    A.   I don't want to estimate, Mr.
14  Lerner.  I think I don't want to be wrong.
15  But it was many, many times when he was in the
16  office and I was in the office and my door was
17  open.
18    Q.   Well, was it more or less than a
19  dozen times?
20    A.   I'm not going to give you a number.
21    Q.   You cannot tell us that it was more
22  or less than a dozen?
23    A.   I could tell you it was many, many
24  times.
25    Q.   But it could be less than a dozen?

Page 222

SANDRA GUZMAN-10/13/11

1
2     A.   No, I could tell you that it was
3  many, many times.
4     Q.   You couldn't tell us if it was more
5  or less than a dozen?
6     A.   Less than a dozen is not many
7  times.  Many, many times.
8     Q.   You said in 54 of the Amended
9  Complaint that a woman you later identified as
10 Anne --
11        MR. THOMPSON:  Paragraph 54, page
12 12.
13    Q.   Ms. Guzman, I have one more
14 question regarding Mr. Riedel.
15    A.   Okay.
16    Q.   Did you ever complain to human
17 resources about Mr. Riedel singing songs from
18 West Side Story to you?
19    A.   I complained to Rick Ramirez about
20 this.
21    Q.   Rick Ramirez is not near post HR?
22    A.   Rick Ramirez is a lawyer for News
23 Corp. and he works in the diversity Counsel.
24    Q.   Based in California?
25    A.   And he would often call me and

Page 223

SANDRA GUZMAN-10/13/11

1
2  often visit.
3     Q.   Based in California, right?
4     A.   Yes.
5     Q.   And did you ever tell Jennifer Jehn
6  or Amy Scialdone, Linda Babajko or anybody
7  else in New York Post HR that you were
8  offended by Mr. Riedel singing this song?
9     A.   When I met with Jennifer Jehn in
10 February, it was my opportunity to tell her
11 about many different incidents, and I believe
12 I mentioned that incident to her.
13    Q.   Prior to the publication of the
14 cartoon, did you ever tell anybody about it,
15 anybody from HR?
16    A.   No, but I told this lawyer who
17 worked for News Corp.
18    Q.   Did you ask him to follow-up about
19 it?
20    A.   I told him.  I didn't ask him.  You
21 keep showing me these News Corp. employment
22 rules.  It says that you have to report it.
23 Does it say that I have to ask them to report
24 it?  Does it say that I have to ask them to
25 report it or just to notify?

Page 224

SANDRA GUZMAN-10/13/11

1
2     Q.   Ms. Guzman, I'm not here to answer
3  any questions from you.
4     A.   Oh, okay.  Okay.
5     Q.   You just need to answer the
6  questions that are put to you?
7     A.   Okay, okay.
8     Q.   Did you ever put anything about
9  Mr. Riedel offending you in a written
10 complaint?
11    A.   No.
12    Q.   So, in 54 of the Amended Complaint,
13 you state that, "A woman asked you if scented
14 candles in your office were related to the
15 religion of Santería, right?
16    A.   Yes.
17    Q.   That was Anne Aquilina?
18    A.   Yes.
19    Q.   Can you tell us who Anne Aquilina
20 is?
21    A.   She is an editor at The New York
22 Post.
23    Q.   And how old is Ms. Aquilina?
24        MR. THOMPSON:  Objection.
25    A.   I'm not really sure.  She's maybe

Page 225

SANDRA GUZMAN-10/13/11

1
2  in her sixties.  I'm not really sure.
3     Q.   Do you practice in your personal
4  life elements of the religion of Santería?
5     A.   Elements of the Santería?  What do
6  you mean?
7     Q.   Yes.  You practice -- you engage in
8  practices that are related to the religion of
9  Santería, correct?
10    A.   I don't understand the question.
11 What are you --
12    Q.   Do you practice the religion,
13 Santería?
14    A.   I do not practice the religion.
15 I'm not an initiate of Santería.
16    Q.   But do you have some practices that
17 derive from that religion?
18    A.   Do I have some practices?  I'm not
19 really sure what you're asking me.  Am I a
20 practitioner of Santería, no.
21    Q.   My question was, and I can read it
22 back, do you have some practices that derive
23 from that religion?
24        MR. THOMPSON:  Objection.
25    A.   I have different practices and

SANDRA GUZMAN-10/13/11

1
2  that's one of them.
3     Q.  Santería was your religion in early
4  childhood, right?
5     A.  No.
6     Q.  Well, did you write in The Latina's
7  Bible that Santería was your religion in your
8  early childhood?
9     A.  Catholicism was my grandmother --
10 practiced it.
11    Q.  Well, your grandmother practiced
12 Santería?
13    A.  Um-hum.
14       MR. THOMPSON:  You have to answer
15 verbally.
16    A.  Yes, yes.
17    Q.  Did you write, "my emerging faith
18 also brought me back to the African roots of
19 my early childhood religion, Santería, and
20 Espiritsmo?
21    A.  Yes, I wrote that.
22    Q.  So, Santería is one of your early
23 childhood religions?
24    A.  It brought me back to it, but that
25 doesn't mean that I practiced it.

SANDRA GUZMAN-10/13/11

1
2     Q.  Well, the question was what you --
3  whether it was part of your early childhood?
4     A.  Yes.
5     Q.  And have you written that your
6  lifestyle reflects a culmination of old world
7  beliefs and new American ways and that you
8  light candles to your Santos and Virginsitas?
9     A.  Yes.
10    Q.  And that you have a spiritual
11 practice that borrows from Santería?
12    A.  Yes.
13    Q.  When did the conversation with
14 Ms. Aquilina you referred to in the Complaint
15 occur?
16    A.  I don't remember the exact date.
17    Q.  Do you remember the year?
18    A.  I'm not really sure.
19    Q.  Was anyone else present?
20    A.  She was walking by my office.
21    Q.  What did she say?
22    A.  I had lit a candle, a scented
23 candle because the office was smelly and she
24 peered in she said, oh, is that a Santería
25 candle.  Is that voodoo.

SANDRA GUZMAN-10/13/11

1
2       Kind of, like, again, making fun of
3  a scented candle that was lit in the office to
4  make the office smell better.  She equated it
5  to something mysterious and kind of, like,
6  weird.
7     Q.  And your testimony is that you
8  thought she was making fun of you?
9     A.  I thought she was making fun of a
10 religion, a legitimate religion.
11    Q.  Was she making fun of you?
12    A.  And I felt she was making fun of me
13 because I had lit the candle and it was in my
14 office.
15    Q.  You think she meant to say
16 something that disturbed you or do you think
17 she meant it innocently?
18    A.  I don't think she meant to law it,
19 to celebrate it.  I she meant it to make fun
20 of me.
21    Q.  In your Complaint, paragraph 54,
22 you write that a high ranking white editor
23 falsely accused you of engaging in Santería, a
24 term intended to demean certain Hispanic and
25 African religions by suggesting that her

SANDRA GUZMAN-10/13/11

1
2  scented candles represented witchcraft and
3  voodoo.
4       Do you see that?
5     A.  I see it.
6     Q.  Do you believe that this term
7  "Santería" itself is intended to demean
8  certain Hispanic and African religion?
9     A.  It depends what context it's used,
10 but, yes.
11    Q.  Do you have reason to believe that
12 Ms. Aquilina used the word "Santería" to
13 demean the Hispanic and African religion?
14    A.  If she -- the way she said it and
15 if she equates it with voodoo, yes.
16    Q.  Well, you didn't quote her in the
17 Complaint as referring to voodoo, did you?
18    A.  It's not in the Complaint.
19    Q.  Ms. Guzman, is it common to see
20 employees at The New York Post burn candles in
21 their office?
22    A.  Common?  What do you mean by
23 "common"?
24    Q.  Well, I mean when you walk around
25 an office, you know, an office situation,

Page 230

SANDRA GUZMAN-10/13/11

1
2  typically, do you see people burning candles
3  in their offices?
4      A.   Some in the features department did
5  on the ninth floor.
6      Q.   Did you think it was appropriate to
7  light a candle in your office?
8      A.   Yes.  A scented candle, yes.
9      Q.   Was Ms. Aquilina aware that you
10 practiced Santería?
11         MR. THOMPSON:  Objection.
12     A.   I don't know.
13     Q.   Did you ask her what she meant by
14 her comment?
15     A.   No.
16     Q.   Did you tell her you were offended
17 by it?
18     A.   No.
19     Q.   Did it ever happen again?
20     A.   No.
21     Q.   Did you complain to anybody about
22 it when it happened?
23     A.   This is part of the patterns that I
24 kept seeing coming up in my experience in the
25 environment at The Post.  Yes, I did.

Page 231

SANDRA GUZMAN-10/13/11

1
2      Q.   Who did you complain to?
3      A.   I mention I complained about the
4  incident to Rick, to Mitsy, actually, Wilson
5  and several other people.
6      Q.   You specifically mentioned
7  Ms. Aquilina in your conversations with Rick
8  and Mitsy?
9      A.   Yes.
10     Q.   And did you tell them that you
11 thought this was some sort of harassment?
12     A.   I thought it was discriminatory
13 because --
14     Q.   No, no, no.  My question is:  Did
15 you tell them that you thought that it was
16 harassment?
17     A.   Yes.
18     Q.   Did they agree with you?  Did they
19 react?
20         MR. THOMPSON:  Objection.
21     A.   They seemed to at the time.
22     Q.   Did you ever complain in writing
23 about it?
24     A.   No.
25     Q.   Did you take any notes about it?

Page 232

SANDRA GUZMAN-10/13/11

1
2      A.   I don't remember taking notes about
3  it.
4      Q.   Did you ever take any notes about
5  your complaint about Michael Riedel and West
6  Side Story?
7      A.   I don't remember, no.
8      Q.   You testified that a female editor
9  referred to Henry Louis Gates as an angry
10 black man in the office; do you recall that?
11     A.   What paragraph is that?
12     Q.   I don't know, but do you recall
13 making that allegation?
14     A.   Oh, yes.
15     Q.   Were you present for her statement?
16     A.   I was not.
17     Q.   Did you hear any part of the
18 statement?
19     A.   No.
20     Q.   Did somebody tell you about it?
21     A.   Someone told me about it.
22     Q.   Who was that?
23     A.   Ebony Clark.
24     Q.   Have you ever worked with
25 Ms. Ramsby?

Page 233

SANDRA GUZMAN-10/13/11

1
2      A.   No.
3      Q.   Do you know her position at The
4  Post?
5      A.   She was the Sunday editor at the
6  time where I worked.  And I believe she was
7  promoted to -- I don't know the exact title,
8  but to work in The Daily News paper.
9      Q.   Have you ever spoken to her about
10 Henry Louis Gates?
11     A.   No.
12     Q.   Have you ever spoken to her about
13 race?
14     A.   No.
15     Q.   Has she ever called you a racial
16 name?
17     A.   No.
18     Q.   Have you ever filed any complaints
19 about her?
20     A.   No.
21     Q.   Are you aware of anybody else
22 complaining about Ms. Ramsby?
23     A.   I'm sorry, I didn't hear the
24 question.
25     Q.   Are you aware of anybody else

59

Page 246

SANDRA GUZMAN-10/13/11

1
2　　A.　Mr. Riedel was making fun of me and
3　my culture.
4　　Q.　And you're not making fun of rich,
5　clueless white women?
6　　A.　No, I'm not making fun of them, I'm
7　commenting.
8　　Q.　And you're calling them biatches
9　right? Isn't that sexist, Ms. Guzman? Isn't
10　that sexist?
11　　A.　You have to understand the context
12　that I was saying this in. It's difficult for
13　me to answer it. So, if you give me the paper
14　trail about this, I can tell you more about
15　it. This happened in 2008 and it seemed like
16　an exchange between Paul Armstrong and I and
17　I'm trying to understand the entire context.
18　　Q.　Me too, Ms. Guzman.
19　　　　MR. THOMPSON: Objection.
20　　Q.　Is there any context, Ms. Guzman,
21　in which it would be appropriate to refer to
22　the ridiculousness of rich, clueless Hispanic
23　women or rich, clueless African-American
24　women, a context when that would be
25　appropriate?

Page 247

SANDRA GUZMAN-10/13/11

1
2　　A.　When I'm making an observation
3　about a story and I don't know of rich
4　celebrities that adopt babies and don't take
5　care of them. And they're wealthy, and they
6　don't treat their babies right. They don't
7　take care of them. I can see myself saying
8　something like that. They're Hispanic.
9　They're white.
10　　Q.　But their race would be irrelevant
11　to that, wouldn't it?
12　　A.　Like I said, this would -- this is,
13　apparently, referring to a piece where the
14　women were white.
15　　Q.　So when Col Allan made an
16　observation about Pedro Martinez, it wasn't
17　okay, but it's okay for you to stereotype?
18　　A.　Col Allan is the editor of a paper
19　and setting the standard for how everybody is
20　going to behave and think. I think he gives
21　them clues.
22　　Q.　So, you hold him to a different
23　standard than you hold yourself; is that
24　correct?
25　　A.　He is leading a newspaper.

Page 248

SANDRA GUZMAN-10/13/11

1
2　　Q.　Ms. Guzman, one of the other
3　allegations is that you would hear men on
4　the -- men at The Post make comment about
5　female body parts. You recall that
6　allegation?
7　　A.　Yes.
8　　Q.　So, who made remarks other than
9　what you've testified here today, about Mr.
10　Goodstein earlier, can you tell us who made
11　remarks about female body parts at The Post?
12　　A.　I would be walking by the newsroom
13　and it would be banter in the newsroom talking
14　about Jenna Jameson's breasts and other
15　celebrities. Lindsay Lohan's breasts, were
16　they real or were they not. Talking about
17　stripper jokes. These -- this was an
18　environment where lewd and vulgar exchange
19　between mostly men happened.
20　　Q.　They included women sometimes?
21　　A.　I'm not sure.
22　　Q.　And did you -- and did you ever
23　hear somebody make -- in the newsroom make a
24　comment about another employee's breasts?
25　　A.　Not that I can recall.

Page 249

SANDRA GUZMAN-10/13/11

1
2　　Q.　Did you ever hear anyone make a
3　comment about your breasts?
4　　A.　In the newsroom as I was walking
5　about by?
6　　Q.　Yes.
7　　A.　Not that I can recall, but the
8　environment felt very uncomfortable to me as a
9　woman.
10　　Q.　And did anybody -- as you walked
11　through the newsroom, did you ever have the
12　experience of somebody calling out to you and
13　making a comment about your body or your body
14　parts?
15　　A.　No.
16　　Q.　Did you ever ask anybody who you
17　overheard talking about a celebrity's body to
18　stop talking about it because it offended you?
19　　A.　No.
20　　Q.　Prior to your conversation with
21　Ms. Jehn after the monkey cartoon was
22　published, did you ever complain to HR about
23　that?
24　　A.　No.
25　　　　MR. THOMPSON: Objection.

Page 250

SANDRA GUZMAN-10/13/11

1
2       MR. LERNER:  All right.  I think
3   we can take a short break.
4       A.  Okay.
5       THE VIDEOGRAPHER:  The time is
6   5:07 p.m.  We're going off the record.
7       (Whereupon, at this time, a
8   short break was taken.)
9       THE VIDEOGRAPHER:  The time is
10  5:27 p.m.  We're back on the record,
11  video number five.
12  BY MR. LERNER:
13      Q.  Ms. Guzman, when did you relocate
14  from the tenth floor to the ninth floor of The
15  Post?
16      A.  I'm not really sure what year.
17  Maybe it was -- can I -- 2000 -- I'm not
18  really sure.
19      Q.  Why were you why did you relocate?
20      A.  From the tenth floor to the ninth
21  floor?
22      Q.  Yes.
23      A.  Why was I relocated?
24      Q.  Yes.
25      A.  Space issues.

Page 251

SANDRA GUZMAN-10/13/11

1
2       Q.  And can you -- can you estimate how
3   many years you were located on the ninth floor
4   before your termination?
5       A.  In the news room?
6       Q.  Sorry, where was it that you had
7   your own office, ninth or tenth floor?
8       A.  Ninth floor.
9       Q.  That's where you ended -- that's
10  where you were when your employment ended,
11  right?
12      A.  Yes.
13      Q.  So, approximately how many years
14  were you in your ninth floor office?
15      A.  Before the office, I was in a
16  cubicle.
17      Q.  Okay.
18      A.  So, you mean in the ninth floor in
19  general?
20      Q.  Yes.
21      A.  Maybe five years.
22      Q.  Okay.  So most of your time at The
23  Post, you were located on the ninth floor,
24  correct?
25      A.  Yes.

Page 252

SANDRA GUZMAN-10/13/11

1
2       Q.  And when you were located on the
3   tenth floor -- withdrawn.
4       Did your floor change because your
5   job changed or was it the same job and you
6   just changed offices?
7       A.  I've always been an associate.  My
8   job did not change.
9       Q.  Did your assignment change?
10      A.  My assignment changed.
11      Q.  Is that why you went from the tenth
12  floor to the ninth floor?
13      A.  It was because of space.  Space.
14      Q.  So, your assignment did not change?
15      A.  No, my assignment continued to
16  change as I evolved as I worked at The Post.
17      Q.  But the reason that you moved to
18  the ninth floor was space?
19      A.  That's what I was told, space.
20      Q.  And when you were on the tenth
21  floor, were you in a cubicle?
22      A.  On the tenth floor, no, it's an
23  open space.
24      Q.  Were you in a cubicle?
25      A.  No.

Page 253

SANDRA GUZMAN-10/13/11

1
2       Q.  Isn't a cubicle consistent with an
3   open space?
4       A.  No, it's an open space.  It's an --
5   it's an open space.  The newsroom where I was,
6   the news hub, is an open space.
7       Q.  So, you had a desk, but no
8   partitions?
9       A.  No partitions.
10      Q.  And when you were located on the
11  tenth floor at your desk, was that in the same
12  room as the newsroom?
13      A.  Yes.
14      Q.  And did you ever make a complaint
15  to human resources about the things you heard
16  in the newsroom when you were located on the
17  tenth floor?
18      A.  Did I complain to HR about the
19  things I heard in the newsroom?
20      Q.  Yes.
21      A.  No.
22      Q.  When you moved to the ninth floor
23  you started at a desk or cubicle?
24      A.  Yes.
25      Q.  Which?

Page 266

SANDRA GUZMAN-10/13/11

1  tell you not to come to any of them or did he
2  dismiss you from a particular meeting and you
3  stopped going after that?
4      A.  He dismissed me from that meeting.
5      Q.  From that meeting?
6      A.  And I understood that he didn't
7  need me at those meetings anymore.
8      Q.  Did you follow up with him and
9  say -- and ask him?
10     A.  No.
11     Q.  So, based on his dismissal of you
12 from a particular meeting, you concluded that
13 he didn't need you at any of the other
14 meetings and you stopped going?
15     A.  Yes.
16     Q.  Did you ever discuss your decision
17 to stop going to those meetings with
18 Mr. Robinowitz?
19     A.  No.
20     Q.  Did you ever discuss it with
21 Mr. Allan?
22     A.  No.
23     Q.  Did you -- did you agree with
24 Mr. Allan that your presence at those meetings

Page 267

SANDRA GUZMAN-10/13/11

1  was not necessary?
2      A.  No.
3      Q.  Did you think you were contributing
4  to those meetings?
5      A.  Yes.
6      Q.  In what way?
7      A.  Stories that came up.  I may have
8  known some of the people and I could have made
9  phone calls regarding stories.  I could have
10 met -- I could have contributed to story
11 angles.  There's -- I could have contributed
12 by helping edit, by helping write.  I could
13 have contributed by sourcing, researching.
14     Q.  Okay, but you don't need to be at
15 the editorial staff meeting to provide
16 those -- that assistance, right?  That's all
17 assistance to the actual generating of the
18 article, correct?
19     A.  Well, if I'm in there and the
20 different angles are being discussed and
21 there's a potential person that I may know, it
22 would be important for me to be at those
23 meetings or potential angle to explore.
24     Q.  Okay, but by that -- by that

Page 268

SANDRA GUZMAN-10/13/11

1  standard, Ms. Guzman, any associate at The New
2  York Post could contribute to the editorial
3  staff meetings, right?
4      A.  Well, when I was first hired, I was
5  asked to contribute at that level.
6      Q.  Did you give -- at those meetings,
7  did you ever give your opinion as to whether
8  or not a story should be run or not run?
9      A.  I did.
10     Q.  How many times?
11     A.  I can't tell you how many times.
12     Q.  Would you say frequently or
13 occasionally?
14     A.  Occasionally.  I can tell you one
15 that I remember.
16     Q.  Ms. Guzman, I want to talk to you
17 about some of your personal views about
18 various topics and ask you some questions.
19         You think there are two kinds of
20 Latino men; those you only sleep with and
21 those you sleep with and talk to, correct?
22     A.  Are you talking about the chapter
23 that I wrote in my Latinas Bible?
24     Q.  Yes.  I'm talking about -- I'm

Page 269

SANDRA GUZMAN-10/13/11

1  talking about statements that you have written
2  and published about your views on men, Latino
3  men and sex.
4      A.  Okay.  I need to see those written
5  statements so that I can explain them.
6      Q.  I will show you those statements,
7  but is it the case that you believe there are
8  two kinds of Latino men, those that you only
9  sleep with and those that you sleep with and
10 talk to?
11     A.  Again, I need to see the chapter I
12 wrote about relationships and I wrote about
13 dating in my book.  And if you're telling me
14 that I've made these statements, I'd like to
15 see them because I don't want the statements
16 to be not explained in the context of how I
17 was referring to them.
18     Q.  Well, I'm going to ask you if you
19 made in this -- I'm giving you Defendant's
20 Exhibit 17.
21     MR. LIPPNER:  Take a break.  Go
22 off the record.
23     THE VIDEOGRAPHER:  The time is
24 5:50 p.m.  We're going off the record.

SANDRA GUZMAN-10/13/11

1
2    direct vision to you. You're smirking
3    and laughing and I find it
4    disrespectful.
5    Q.  Ms. Guzman, you're familiar with
6  Langan's, right?
7    A.  I am.
8    Q.  And you go to Langan's with friends
9  after work, right?
10    A.  On occasion I did.
11    Q.  And you were at Langan's one night
12  with Julie Frady, Mackenzie Dawson and Mandy
13  Stadtmiller, when you, Mandy and Mackenzie,
14  but not Julie, became competitive about your
15  breast and nipples and then lifted up your
16  blouses in front of a mirror to compare and
17  show your breasts to one another?
18    A.  We were in the bathroom and we were
19  washing our hands and it was Mandy and it was
20  me. Mackenzie was not there. And by the way,
21  Mandy is a comedian.
22    Q.  Isn't it a fact that you were in a
23  conversation with them at the bar and there
24  was a discussion about breasts and that you --
25  the three of you went to the bathroom to

SANDRA GUZMAN-10/13/11

1
2  reveal yourself to one another and compare
3  your breasts and nipples?
4    A.  Not the three of us.
5    Q.  Do you consider that conduct
6  appropriate?
7    A.  It was an exchange between two
8  colleagues and she's a comedian and it was --
9  she's a comedian. It's sort of the way I
10  communicated with Mandy.
11    Q.  Did you claim to have the best
12  nipples in the group?
13    A.  I claimed to. Maybe I did. I
14  don't remember.
15    Q.  And Mackenzie -- if Mackenzie
16  recalls standing in front of the mirror
17  lifting up her shirt with you and Mandy and
18  the three of you having this contest, she's
19  lying?
20    A.  I don't remember Mackenzie being
21  there.
22    Q.  Could she have been there?
23    A.  I could tell you she was at the
24  bar, but she wasn't in the bathroom.
25    Q.  You recall she was at the bar, but

SANDRA GUZMAN-10/13/11

1
2  didn't go to the bathroom with you and Mandy?
3    A.  Yes.
4    Q.  Did you go to the bathroom with
5  Mandy to compare your breast and nipples?
6    A.  No. Mandy is a sex health writer
7  and many of the conversations and jokes were
8  sexually suggestive.
9    Q.  Did you tell male colleagues that
10  you worked with after you did it that you had
11  shown your breasts to one another?
12    A.  No.
13    Q.  When you came out of the bathroom
14  after comparing your breasts with Mandy, did
15  you tell anybody about what you had done?
16    A.  No.
17    Q.  So, other people that described
18  those conversations of your telling people
19  about it would be lying?
20    A.  I don't know what they said. I
21  don't know what they revealed.
22    Q.  Well, they revealed all the facts
23  that I'm asking questions about.
24    A.  Can you tell me what they said?
25  Can you show me was there an Affidavit, a

SANDRA GUZMAN-10/13/11

1
2  document that I can read?
3    Q.  Well, Ms. Guzman, we've established
4  that you stood in front of the mirror at a bar
5  after work with Mandy Stadtmiller, a work
6  colleague, and bared your breasts.
7    MR. THOMPSON: Objection.
8    Q.  With Ms. Stadtmiller, right?
9    MR. THOMPSON: Objection.
10  Objection.
11    Q.  Is that correct?
12    A.  What is the question?
13    MR. THOMPSON: Objection.
14    Q.  The question is: Well, Ms. Guzman
15  we've established that you stood in front of
16  the mirror at a bar after work with Mandy
17  Stadtmiller, a work colleague, and bared your
18  breasts.
19    A.  Not at the bar.
20    Q.  Well, the bathroom in the bar.
21    A.  In the bathroom.
22    Q.  And this is the same bar where you
23  claim you were offended by seeing a picture of
24  a naked man on a Blackberry screen?
25    A.  Shown by my boss, yes.