# EXHIBIT 16

### Robinowitz, Joe

**From:** Guzman, Sandra
**Sent:** 9/4/2009 12:59 PM
**To:** Robinowitz, Joe
**Subject:** RE: Supreme Court Investiture

I am going to take a personal day and go cover it.
It's historic and I want to be there to record history.

Also, wanted to let you know that I will be writing freelance story for two non-competitive media -- style.com and Latina magazine.

Thanks
Sandra

---

**From:** Robinowitz, Joe
**Sent:** 9/4/2009 12:51 PM
**To:** Guzman, Sandra
**Subject:** Re: Supreme Court Investiture

I think not. That's what we've got a washington bureau for.

---

**From:** Guzman, Sandra
**To:** Robinowitz, Joe
**Sent:** Fri Sep 04 12:42:12 2009
**Subject:** Supreme Court Investiture

Hi Robo,

On Sept. 8th, Supreme Court Justice Sonia Sotomayor will be seated officially -- the ceremony is called an investiture. Its a pretty bid deal for Supreme Court watchers-- for the nation.

I'd like to go to DC and cover the story for Tempo. (9/16)

I need authorization to travel for the day to Washington DC.
(Cost of tickets will be around $350 round trip.)

Please let me know ASAP since I will need to buy train tickets.

Thank you.
Sandra


**Sandra Guzmán**
*NEW YORK POST*
Associate Editor

NYP0000906