# **EXHIBIT 17**

# NEW YORK POST

| | |
|---|---|
| DATE: | JANUARY 27, 2009 |
| TO: | SANDRA GUZMAN |
| FROM: | JOE ROBINOWITZ |
| CC: | C. ALLAN, A. SCIALDONE |
| RE: | WRITTEN WARNING |

Sandra, as we discussed, you used extremely poor judgment and violated the Post's conflicts of interests rules when you had a stylist, who is contracted to provide professional services on behalf of the Post, assist you for your personal benefit – namely, using him to dress you for inauguration parties. Making matters worse, as a direct result of your having engaged in this misconduct, the stylist himself then engaged in inappropriate conduct in trying to obtain for you items of clothing from fashion retailers/designers, clothing which you were going to use for your personal benefit.

As you are well aware, having completed our online ethics training, Compass, and based on the Company's Standards of Business Conduct manual, misrepresenting yourself or using your professional position to obtain gifts/merchandise violates Post policy and will not be tolerated. As the Editor of Tempo, you are held to the highest standards of the Company and are required to uphold these standards in all your business dealings. You should ensure the people you work with do the same.

Please make sure this does not happen again; failure to achieve and maintain the required Company standards will result in further disciplinary action up to and including termination of your employment at The New York Post. We certainly hope that it does not come down to that, it is however up to you.

_____         _1-27-09_____
Joe Robinowitz                                   Date

The above memo has been reviewed with me.

_____         _1/27/09_____
Sandra Guzman                                  Date

NYP0000528

## Robinowitz, Joe

**From:** Robinowitz, Joe
**Sent:** 1/16/2009 7:23 PM
**To:** Allan, Col
**Subject:** Re: Manolo Blahnik

This is outrageous. I've asked sandra for an explanation and will get back to you once I've heard back from her.. She told me last week she was going down to the inaug because she had been invited to one of the balls and said she would do a blog from there. But if someone, acting on her behalf, is trying to outfit her in shoes using the post's good name, it's conduct we should clearly not tolerate.

---

**From:** Allan, Col
**To:** Robinowitz, Joe
**Sent:** Fri Jan 16 18:13:51 2009
**Subject:** Fw: Manolo Blahnik

Sorry mate. Can u call ms guzman and ask her what gives. I would like written explanation.

---

**From:** Angelo, Jesse
**To:** Allan, Col
**Sent:** Fri Jan 16 18:03:21 2009
**Subject:** FW: Manolo Blahnik

This doesn't smell good at all - at bottom is an email sent from manolo blahnik to serena french after sandra guzman (or someone on her behalf) was apparently demanding freebie shoes for her to wear to some inauguration function??? we can discsuss monday but wanted to alert you.
if you want me to do anything today, let me know.

---

**From:** Pushkar, Katherine
**Sent:** 1/16/2009 5:43 PM
**To:** Angelo, Jesse
**Subject:** FW: Manolo Blahnik

ugh. sandra's flunkie pitches hissy-fit @ manolo blahnik, cause she wants to borrow shoes for inauguration -- all in name of nypost. I know she doesn't work for me, but if it's ok w/you, I'd like to say something to her about not pulling this kind of crap again. it could really blow up in our faces, in terms of relationships we work hard to maintain & especially if it ended up somewhere like gawker.

---

**From:** Katie Reppert
**Sent:** Friday, January 16, 2009 11:47 AM
**To:** 'sfrench@nypost.com'
**Subject:** Manolo Blahnik

Hi Serena,
Thank you again for getting back to me about this so quickly, we really appreciate the swift reply!

There was a bit of an incident this morning with Oscar Montes de Oka that I just wanted to run by you. He had requested

11/9/2009

NYP0000247

shoes for Sandra Guzman to wear to the inaugural ball, but unfortunately it's our policy that we can only lend out shoes for editorial purposes and are unable to give shoes for events. We put him in touch with our shop manager to arrange a pull with her on the condition that if they decide to use a pair, then they would have to be purchased with an editorial discount. He pulled the shoes, but it seems there was a miscommunication somehow between him and our press office and it was not clear to him that he would have to buy the shoes from our shop's stock if he used them.

We thought we were clear about it over the phone and through email, but we apologized for the misunderstanding and offered him a twenty-five percent discount instead of the normal fifteen percent editorial discount for his trouble. However, he insisted to Annelie Hofstrom, our director, that this circumstance is unacceptable and that this will damage our relationship with the New York Post as a consequence. She offered to bring the matter up with George Malkemus, our President, if he would put it in writing but Oscar insisted that he would contact our London office so that he could bring his complaint up with Mr. Blahnik directly.

I just wanted to run all of this by you because it was not clear if he was pulling on behalf of the Post or if he was just styling one of your editors, but he was using the Post's name and threatening our relationship with you. It seemed extreme to us to behave that way over a misunderstanding regarding shoes that we would not give to him for free- so we just wanted you to be aware of this. Most importantly, we love the Post and our relationship with you is very important to us so of course no one would want to hurt that!

Thanks so much for being so helpful with this! I'm so sorry about the whole thing.
All my best,
Katie

Katie Reppert
MANOLO BLAHNIK
31 West 54th Street
New York, NY 10019
T: 212.582.1583 ext. 133
F: 212.582.5778

11/9/2009

NYP0000248

| From: | Guzman, Sandra |
|---|---|
| Sent: | Wednesday, January 14, 2009 5:05 PM (GMT) |
| To: | 'godlovefashion2@aol.com' |
| Subject: | LOR |



**Sandra Guzmán**
*NEW YORK POST*
Associate Editor
sguzman@nypost.com
p: 212-930-8590
http://www.nypost.com
Save trees.
Think before you print!

January 14, 2008

**Letter of Responsibility**

To whom it may concern:

This letter is to verify that **Oscar Montes De Oca** is an approved stylist for the New York Post. Mr. Montes de Oca is pulling pieces for the Sandra Guzman, Associate Editor of the New York Post.

Please allow him to pull clothes and accessories for Ms Guzman on our behalf. She will be participating several of the Inaugural Events, including the Latino Presidential Gala. She will cover the event for the paper and its website.

If you have any further questions, please do not hesitate to reach me at the numbers below.

Thank you for your help,

Sandra

---

*Sandra Guzman*

*Associate Editor*

*New York Post*

*1211 Ave. Of the Americas*

*10th floor, NY, NY 10036*

NYP0001585