# **EXHIBIT 20**

New York Post, Sunday, April 22, 2007 nypost.com

3

# WHAT'S THAT, DADDY?



**BED FELLOWS:** Jim McGreevey (right), here with lover Mark O'Donnell, is under fire for letting his 5-year-old daughter see the nude pic hanging in his bedroom.

## McG's gay poster boy

### EXCLUSIVE

**By ELIZABETH WOLFF**

This is the full-frontal nude photograph that hung in the bedroom of New Jersey's disgraced love gov, Jim McGreevey, when his 5-year-old daughter came for sleepovers — and the source of his estranged wife's claims that he's an unfit parent.

The 50-by-60-inch print in the master bedroom of the Plainfield, N.J., home of McGreevey and partner Mark O'Donnell is part of a series called "Naked Gay Friends" by Manhattan photographer Richard Renaldi, and was featured in Blue, a gay men's magazine.

According to Renaldi, 38, and the Yossi Milo Gallery, which sells his work, O'Donnell purchased the print for $3,000 in 2004.

The shot was taken in 2000, on the shores of Lake Michigan, where Renaldi was vacationing with his partner of nine years, Seth Boyd.

"[Seth] had just gotten out of the water. It's a lovely portrait," Renaldi told The Post.

Last week, McGreevey's estranged wife, Dina Matos



**TELL ALL:** Dina Matos McGreevey's coming book.

McGreevey, filed a motion seeking full custody of their daughter, Jacqueline. Her argument took specific issue with the "life-size photograph of a nude model" hanging in the bedroom.

The suit questioned whether it "was appropriate for his 'little girl' — to use his description of our child — to be viewing the photograph in question."

She also asked that Jacqueline be forbidden to share a bed with her dad and his boyfriend during sleepovers.

"It is one thing for children to sleep with a parent or parents," she said in a written response to McGreevey's divorce filing. "It is quite another for children to sleep with a parent and a third party."

The former governor, who has filed for joint custody of Jacqueline, claims in court papers that his wife has "seemingly irrational fears" about his sexuality.

Matos McGreevey — whose tell-all book about being a gay man's wife, "Silent Partner," comes out on May 1 — has blasted back at McGreevey's "insinuations" that she's homophobic.

McGreevey said last week he has taken down the photograph and that his daughter does not sleep in bed with him and his partner.

Renaldi believes Mrs. McGreevey's stance "is an overreaction." "It's a very natural portrait of a young man who happens to be naked. It's a piece of art, no different than a sculpture you would see of a naked man," he said.

O'Donnell, an Australian money manager and millionaire art collector, owns two other Renaldi prints, both images of bull riders in a series on the West, the photographer said. Said Renaldi of the cowboys: "No, no they're not naked."

elizabeth.wolff@nypost.com

**WELL HUNG:** Portrait by Richard Renaldi is part of a series, "Naked Gay Friends."

NYP0003998