# EXHIBIT 23

**From:** Soldwedel, Steve <ssoldwedel@nypost.com>
**Sent:** Friday, October 31, 2008 4:55 PM (GMT)
**To:** Guzman, Sandra <sguzman@new york post.com>
**Subject:** Re: Totally unappreciated

I have no desire to opt out of the story, just to be treated with a modicum of respect.

```
Steve Soldwedel
Web Developer / Producer, Reporter
The New York Post Online Edition
ssoldwedel@nypost.com
212.930.8243
```

Guzman, Sandra wrote:

> Steve,
>
> I regret that anything I have said to you in anyway was felt as offensive to you. It is not my intention nor is it my style.
> Thank you for participating in the DNA story. I want to offer you the chance to opt out of the story if you so wish.
>
> --Sandra
>
> ----
>
> **From:** Soldwedel, Steve
> **Sent:** 10/31/2008 12:33 PM
> **To:** Guzman, Sandra
> **Subject:** Totally unappreciated
>
> Sandra,
>
> You may think sexual harassment is something only men can do to women, but you crossed the line twice today. You don't know me nearly well enough to make aspersions about my sexuality. You may find it funny, but I find it tasteless, rude and utterly disrespectful, particularly for you to make your remarks in the company of others. Be thankful I have the tact to hold my tongue; you would not have liked to be on the receiving end of what your comments inspired me to say. If you continue to speak of me in such a base and disgusting manner, I'll continue not to retort, but this will become a matter for Human Resources.
>
> ```
> --
> Steve Soldwedel
> Web Developer / Producer, Reporter
> The New York Post Online Edition
> ssoldwedel@nypost.com
> 212.930.8243
> ```

NYP0001379

| | |
|---|---|
| **From:** | Guzman, Sandra |
| **Sent:** | Tuesday, September 2, 2008 4:21 PM (GMT) |
| **To:** | Hegedus, Eric <EHegedus@nypost.com> |
| **Subject:** | RE: I don't know if you need anything for the next Tempo, but ... |

Did you ever read his Erotica Series that I gave you?

---

**From:** Hegedus, Eric
**Sent:** 9/2/2008 12:20 PM
**To:** Guzman, Sandra
**Subject:** I don't know if you need anything for the next Tempo, but ...

... This has diversity written all over it!   :->


http://www.gaycenter.org/node/1610

**CENTER VOICES PRESENTS EMMANUEL XAVIER, MARIPOSAS: A MODERN ANTHOLOGY OF QUEER LATIN**

**Thursday, September 25 2008 : 6:30pm – 9:00pm**
**The LGBT Community Center, 208 W. 13th Street in NYC**

**RECEPTION 6:30PM, PROGRAM 7:30PM-9PM**

Join the Center for an evening with the newly published ground-breaking poetry collection entitled, Mariposas: A Modern Anthology of Queer Latino Poetry edited by Emanuel Xavier. The collection features the work of 17 poets from across the United States and Buenos Aires including: Francisco Aragon, Lorenzo Herrera y Lozano, Brandon Lacy Campos, Dino Foxx, Andres "Chulisi" Rodriguez, Urayoan Noel, Yosimar Reyes, Robert Ortiz, Walter Viegas, Joe Jimenez, Will Sierra, Rane Arroyo, Pol Ajenjo, Daniel Torres, Carlos T. Mock, M.D., Xuan Carlos Espinoza-Cuellar and Emanuel Xavier. Featured poems will be published in English and Spanglish with several translated into or from Spanish.

For an advanced review copy, please write to Emanuel Xavier at letters@emanuelxavier.com. For environmental purposes, a PDF copy of the full manuscript could be emailed to read directly from a computer. PDF copies may also be printed or mailed upon request. Emanuel Xavier is author of two collections of poetry, Pier Queen and Americano, and a fiction novel, Christ Like. He also ed¬ited Bullets & Butterflies: queer spoken word poetry and selected finalists for Best Gay Erotica 2008.

**Price**
**$10**


--
**Eric Hegedus**
**New York Post**
Editorial Art / 9th floor
1211 Avenue of the Americas
New York, NY 10036
ehegedus@nypost.com
(212) 930-8056

NYP0003954

| | |
|---|---|
| **From:** | Hegedus, Eric <ehegedus@nypost.com> |
| **Sent:** | Tuesday, November 4, 2008 9:09 PM (GMT) |
| **To:** | Guzman, Sandra <sguzman@new york post.com> |
| **Subject:** | Re: Even Babeland is getting on the freebie give-away action ... |

No, I didn't have the bravery to look!

On 11/4/08 4:40 PM, "Guzman, Sandra" <SGuzman@nypost.com> wrote:

> Babeland! Did you see the Maverick vibrators?
>
> **From:** Hegedus, Eric
> **Sent:** 11/4/2008 4:38 PM
> **To:** Guzman, Sandra
> **Subject:** Even Babeland is getting on the freebie give-away action ...
>
> http://wonkette.com/404121/a-hobos-guide-to-profiting-from-the-election

--
**Eric Hegedus**
**New York Post**
Features Department / Editorial Art / 9th floor
1211 Avenue of the Americas
New York, NY 10036
ehegedus@nypost.com
(212) 930-8056

NYP0003933

Redacted

Redacted

---

**From:** Guzman, Sandra
**Sent:** 3/31/2009 6:37 PM
**To:** Stadtmiller, Mandy; Pushkar, Katherine; Dawson, Mackenzie
**Subject:** RE: Women who know of my indiscretion

Hang in there tight sister!
And if all else fails, remember, I have El Bestia's business card!

--Sandra

---

**From:** Stadtmiller, Mandy
**Sent:** 3/31/2009 6:25 PM
**To:** Pushkar, Katherine; Dawson, Mackenzie; Guzman, Sandra
**Subject:** Women who know of my indiscretion

After not having heard from Elijah all day, I texted Elijah "hey am guessing ur prolly wanting to chill on ur own so won't drop by 2nite - so gimme a shout when u wanna hang. Am sending lots of love ur way, Elijah."

Yes.

I have no been reduced To the Girl who Updates Her Girlfriends On Mundane Fucking Shit Like This.

FUCK.

I know it'll work out however it's meant to. My big prayer of late is "Thank you, God." That's a good prayer. Simple, clean, easy.

Thank you, God.

I'm blessed -- thanks for your friendship and making me laugh and love and smile and listen and liking me. I really appreciate that.

Love,
mandy


///

Mandy Stadtmiller
Entertainment Writer
The New York Post
1211 Avenue of the Americas
New York, NY 10036-8790
direct (212) 930-8018
email mstadtmiller@nypost.com

**This message and its attachments may contain legally privileged and/or confidential information. If you are not the intended recipient (or responsible for delivery of the message to the intended recipient), you are hereby notified that you have received this transmission in error; any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us at 212-930-8000) and immediately delete this message and all its attachments. Any content of this message and its attachments that does not relate to the official business of NYP Holdings, Inc. must be taken not to have been sent or endorsed by any of them. No warranty is made that the e-mail or attachment(s) are free from computer viruses or other defects.**

NYP0003904

**From:** godlovefashion2@aol.com
**Sent:** Thursday, May 7, 2009 6:01 PM (GMT)
**To:** Guzman, Sandra <SGuzman@nypost.com>
**Subject:** Re: hernan lander look book

---

hola Linda ,
Im bless keeping my heard above water. dime de Sandra, how are you doing.


Oscar


-----Original Message-----
From: Guzman, Sandra <SGuzman@nypost.com>
To: godlovefashion2@aol.com
Sent: Thu, 7 May 2009 10:42 am
Subject: RE: hernan lander look book

Thanks babe, and how are you these days?

---

**From:** godlovefashion2@aol.com [mailto:godlovefashion2@aol.com]
**Sent:** 5/3/2009 1:51 PM
**To:** Guzman, Sandra; siempresandra@gmail.com
**Subject:** Fwd: hernan lander look book

Hola Linda,
Hope this e-mail finds you well.
Im sending you this cause i know your always looking for Latin designers. Hernan is a Dominican designer based here in NY. I love his collection. His e-mail is at the bttm of this e-mail just in case.


Thanks,
Oscar MDO


-----Original Message-----
From: hernan lander <hernanlander@gmail.com>
To: godlovefashion2@aol.com
Sent: Sun, 3 May 2009 1:41 pm
Subject: hernan lander look book

hey oscar aqui esta el look book si quiere te puedo enviar del show tambien

--
Hernan Lander
646-316-9740

NYP0001638

| | |
|---|---|
| **From:** | Guzman, Sandra |
| **Sent:** | Wednesday, March 26, 2008 7:46 PM (GMT) |
| **To:** | 'godlovefashion2@aol.com' |
| **Subject:** | RE: Pics #3 |

Lindo, like you

-----Original Message-----
From: godlovefashion2@aol.com [mailto:godlovefashion2@aol.com]
Sent: 3/25/2008 6:43 PM
To: Guzman, Sandra
Subject: Re: Pics #3

Lol! That's jose a "friend" lol
Sent via BlackBerry by AT&T

-----Original Message-----
From: "Guzman, Sandra" <SGuzman@nypost.com>

Date: Tue, 25 Mar 2008 18:10:35
To:<godlovefashion2@aol.com>
Subject: RE: Pics #3


cutey pies in the sjy drunk guzman
and who is the cutey pie in the last pic
s



----------------
From: godlovefashion2@aol.com [mailto:godlovefashion2@aol.com]
Sent: 3/25/2008 5:59 PM
To: Guzman, Sandra
Subject: Fwd: Pics #3




-----Original Message-----
From: Amanda Montes de Oca <amanda@ericwmusic.com>
To: godlovefashion2@aol.com <godlovefashion2@aol.com>
Cc: lavishstyles@aol.com; SNYB2509@allstate.com
Sent: Mon, 17 Mar 2008 8:34 pm
Subject: Pics #3


-- Best regards, Amanda Montes de Oca Music Licensing Associate Eric Weissman Music Licensing Inc. 500 7th Avenue, Suite 1016 New York, NY 10018 (212) 707-8804 (ph) (212) 707-8952 (fax)


[Image Removed] <http://webmail.aol.com/35304/aol/en-us/Mail/get-attachment.aspx?uid=1.19053601&folder=Old+Mail&partId=2>

| | |
|---|---|
| **From:** | Guzman, Sandra |
| **Sent:** | Wednesday, September 15, 2004 4:41 PM (GMT) |
| **To:** | Landsel, David <DLandsel@nypost.com>; Cunningham, Joseph <JCunningham@nypost.com> |
| **Subject:** | RE: niiiice |

gracias guapo! and thanks for the 'joey' tip

-----Original Message-----
**From:** Landsel, David
**Sent:** 9/15/2004 11:32 AM
**To:** Guzman, Sandra; Cunningham, Joseph
**Subject:** niiiice

hoy was muy caliente.


David Landsel
New York Post/Travel
1211 Sixth Avenue 10th Fl
New York, NY 10036
dlandsel@nypost.com

| | |
|---|---|
| **From:** | Guzman, Sandra |
| **Sent:** | Tuesday, March 25, 2008 9:44 PM (GMT) |
| **To:** | Landsel, David <DLandsel@nypost.com>; Bunting, Christopher <CBunting@nypost.com> |
| **Subject:** | RE: Robo came down looking |

K watching your back baby

-----Original Message-----
From: Landsel, David
Sent: 3/25/2008 5:35 PM
To: Guzman, Sandra; Bunting, Christopher
Subject: RE: Robo came down looking

we spoke tx


-----Original Message-----
From: Guzman, Sandra
Sent: Tue 3/25/2008 5:32 PM
To: Bunting, Christopher; Landsel, David
Subject: Robo came down looking

for you (Chris) but who he really wanted to you (Landsel) I gave him your Post email address, which I realized lated (duh) he had!


S

<http://www.nypost.com/>        Sandra Guzmán
NEW YORK POST
Associate Editor
sguzman@nypost.com <mailto:sguzman@nypost.com>
p: 212-930-8590
http://www.nypost.com <http://www.nypost.com/> P  Save trees.
Think before you print!

NYP0003950

| | |
|---|---|
| **From:** | Guzman, Sandra |
| **Sent:** | Tuesday, December 11, 2007 6:31 PM (GMT) |
| **To:** | Hegedus, Eric <EHegedus@nypost.com> |
| **Subject:** | RE: In case you haven't heard : Ricky Martin Reportedly Outed by Hollywood Skincare Guru Ole Henriksen |

That guy w Ricky in the pic on towleroad site is HOT...
s

---

**From:** Hegedus, Eric
**Sent:** 12/10/2007 6:21 PM
**To:** Guzman, Sandra
**Subject:** In case you haven't heard : Ricky Martin Reportedly Outed by Hollywood Skincare Guru Ole Henriksen


http://www.towleroad.com/2007/12/ricky-martin-ou.html

http://miamiherald.typepad.com/gaysouthflorida/2007/12/skin-care-exper.html

http://www.news.com.au/dailytelegraph/story/0,22049,22897774-5001026,00.html?from=mostpop

http://www.thesun.co.uk/sol/homepage/showbiz/bizarre/article565566.ece

| | |
|---|---|
| From: | Guzman, Sandra |
| Sent: | Wednesday, January 24, 2007 3:18 PM (GMT) |
| To: | Lo, Danica <dlo@new york post.com>; Mirchandani, Raakhee <rmirchandani@new york post.com> |
| Subject: | RE: TIMELY: For Black History Month |

Are you back? I am in Miami waiting for the Jlo interview. This sounds great. R, you gonna pitch a black history month story to Steve? I am editing a section that comes out on Feb 6th. D, can you call in the products to see if they are even worth it?

Thanks chicas
PS
JLo looked extraoridinarly beautiful last night at the launch of her Spanish album, That bitch is fierce. And aging so damn well. I figure it cant all be make up (since by my assumpton, all the rich divas have access to the best) she is glowing from the inside. Marc becomes her!


-----Original Message-----
From: Lo, Danica
Sent: Tue 1/23/2007 1:50 PM
To: Mirchandani, Raakhee; Guzman, Sandra
Subject: FW: TIMELY: For Black History Month

this is weird, no? especially because she is pitching it for black history month. ???????


-----Original Message-----
From: Catherine@OrcaCommunications.com [mailto:Catherine@OrcaCommunications.com]
Sent: Tue 23-Jan-07 13:46
To: Lo, Danica
Subject: TIMELY: For Black History Month

Hi Danica

I think this would make a great addition to any Black History Month stories you may have on tap. These two black female friends who met in law school have created and developed this great new product. Let me know if you'd like images, samples, or to set up an interview. Thanks!

Shed the winter skin your in! Now an easy-to-use helper lets you apply lotion to the hard to reach places on your body. Get rid of the dull, flaky, dry skin that winter leaves behind. Now you can address skin care needs everywhere! The Back Valet offers an easy solution for men and women who had all but given up on being able to apply lotion to their backs. The Back Valet is a functional and fashionable lotion applicator made available by Joy Unlimited Perfect for home use and beach use! Sold at www.thebackvalet.com

For more information, hi-res images, or samples please contact Catherine Arthur, Publicist, Orca Communications Unlimited at Catherine@orcacommunications.com or (602)284-8931.

| | |
|---|---|
| From: | Guzman, Sandra |
| Sent: | Friday, July 20, 2007 4:16 PM (GMT) |
| To: | 'Raakhee Mirchandani' <raakhee.mirchandani@gmail.com> |
| Subject: | Michelle Rodriguez is H-O-T |

Who else has birthdays in 5 cities? With an ankle bracelet on her sexy leg?



**Sandra Guzmán**
*NEW YORK POST*
Associate Editor
sguzman@nypost.com
p: 212-930-8590
http://www.nypost.com

Save trees.
Think before you print!

| | |
|---|---|
| **From:** | Guzman, Sandra |
| **Sent:** | Tuesday, May 20, 2008 8:46 PM (GMT) |
| **To:** | Cordon, Evelyn <ECordon@nypost.com>; Faux, Nicole <FNicole@nypost.com>; Allison, Beth <BAllison@nypost.com> |
| **Subject:** | RE: nina sky.. |

sweet

-----Original Message-----
From: Cordon, Evelyn
Sent: 5/20/2008 4:45 PM
To: Guzman, Sandra; Faux, Nicole; Allison, Beth
Subject: nina sky..

They kept trucking.

Lippman making magic in the rain. The sisters decided to hang in




-----Original Message-----
From: Guzman, Sandra
Sent: 5/20/2008 4:44 PM
To: Cordon, Evelyn; Faux, Nicole; Allison, Beth
Subject: RE: REY VALENTIN- one pager

What are you talking abt? The fashion shoot? How did that end?

-----Original Message-----
From: Cordon, Evelyn
Sent: 5/20/2008 4:42 PM
To: Faux, Nicole; Allison, Beth
Cc: Guzman, Sandra
Subject: RE: REY VALENTIN- one pager

Cool- il wait till Wed to see all.

I feel bad they went out of there way to get us 3 options (covers and inside) so def want to see all options,

thx



-----Original Message-----
From: Guzman, Sandra
Sent: 5/20/2008 3:32 PM
To: Cordon, Evelyn; Faux, Nicole; Allison, Beth
Subject: RE: REY VALENTIN- one pager

He is gorgeous. Beth and I love nu 13

-----Original Message-----
From: Cordon, Evelyn

| | |
|---|---|
| From: | Guzman, Sandra |
| Sent: | Wednesday, November 7, 2007 10:20 PM (GMT) |
| To: | Guzman, Isaac <IGuzman@nypost.com> |
| Subject: | Penelope Cruz |

Don't forget to ask Bardem how he feels that he is the latest co star that Penelope has slept with... a long list of men:

Tom Cruise
Mathew
Salma Hayek
Orlando Bloom

Bloggers in Spain are calling her a big puta!



**Sandra Guzmán**
*NEW YORK POST*
Associate Editor
sguzman@nypost.com
p: 212-930-8590
http://www.nypost.com

 Save trees.
Think before you print!