# **EXHIBIT 24**

ZoSHbA list for thurs dec. 16   ZALLCALL   22 11:15:15 12/15/04   B

List for Thursday, Dec. 16

**CAR ACCIDENT**
Doyle/Bulliet/Delfiner
AN Upper East Side doctor and his wife and son driving in Queens. Get into car accidnet with cop car. Wife/mom is dead. Dad and son at Elmhurst Hospital. Doctor was arrested in 89 for prescribing meds.

**BIRDBRAIN**
Singer/Weiss/Italiano
Being arraigned today. Trying for Lincoln Karim's life story. He's got pics of Pale male on his front door. Neighbors say he's the nicest man. Talking to family.

**PELOSI**
Crowley
Trying again for Danny's father. Likely to get it tomorrow. Also trying for girlfriend. It's Pelosi forever. He's already spending life in prison - but his other legal battles are piling up.

**KERIK**
Orin/Montero/Bishop
Trying for interview with Rudy. Implications for him and how did he make this corrupt man police commisioner???Still looking for Bernie's first wife in North Carolina. Trying for pics of her and Kerik. Also trying for Pinero, the first affair woman.

**APARTMENTS**
Courts
Checking for any criminal probes into battery Park City and Bronx apartments.

w/INSIDE DC
Orin
Addressing rumors Bush/Rove did it onpurporse to cash in favor for Rudy. Now they don't owe Rudy a thing. Now they can get Bill Frist in.

**PEDRO**
Sports
He may be getting MRI at NYH for Special Surgery.

**BASKETBRAWL**
Olshan
Peter Vallone Jr. introducing a bill today that would make it a crime for fans to throw, punch, kick, etc at a game -- after the brouhaha in Detroit. He was respoisible for the "Calvin Klein" bill to toughen fines for spilling out onto playing field.

**ODB**
Schram/Livingston
Autopsy results say he died from an overdose of cocaine and prescription painkiller Tremadol. Deemed an accident.

**APPRENTICE**
Kaplan
Tonight (Thursday) is the Apprentice finale. A look at the remaining 2.

w/TALE OF THE TAPE

**INSURANCE**
Lovett/exclu
Geico, which represents 15 percent of auto insurance in NY state is rolling back its rates 6 percent/ Effects about 1 million people.

**CHEMISTRYTEACH**
Andreatta
A high school chemistry teacher was fired this month. He had colected paychecks for 15 years - despite probes into sexual harassamnet, incompetent teaching, making lewd and racist remarks to students.

**GOTTI**
Campanile
Boring today. But tomorrow is closings.

**TYSON**
Buffa
Mike Tyson sentenced. He plead guilty to disorderly conduct.

**WACKYTICKETS**
Gaskell
Small business owners protesting the wacky tickets they get from the city. One guy is supposed to tell a tale about being given a ticket for slicing a watermelon on the street when it was over 50 degrees?!?!

**FERER**
Seifman
New Marist poll gives Freddie Ferrer his biggest lead yet over Bloomie. 51 to 39. He's usually ahead by 5 - so this is weird.

w/CHART

**QUEENSFIRE**
Doyle/Olshan/Schram
A fire in Queens apt. building killed one person and left 23 injured. Started at 2:45 am in a 6-story building in Jackson Heights.

**BUSH**
Warner
Speaks at an economic conference.

**BRONX APT**
McGurk
A building in the Bronx holding a presser to talk about the 7481I housing violations it has against it. Peeling paint, mold and mildew, broken windows, rats.

**STADIUM**
Topousis
City Council discusses financing of West Side stadium.

**IRAQ**
Wires
"Chemical Ali" will be the first leader of the former regime to be tried for war crimes.

**JAMES BEARD**
Fagen
Talking to member of board of trustees about how they're going to clean the place up.

**CITYCOUNCIL**
Edozien
Wrap-up of proposals. 2 competing UN proposals over the expansion plans; one campaign-finance bill.

**TRANSIT WORKER**
Gittens
More on Harold Dozier. Funeral arrangements.

**PATAKI**
Dicker
Holding an end of year presser.

**BLOOMIE**
Seifman
Speaks at some FDNY counterterroirsm raduation class. Makes an announcement Bx Stuy.

**CREDITCARDS**
D. Smith
Cops holding a presser to show vi and stills of hospital workers stealing cr cards from a hospital.

**MEDALS**
Gaskell
Sept. 11 public safety officers to receive the Medal of Valor on City Hall steps at 2pm.

**GREECE**
Wires
Two armed men hijacked a bus carrying more than 2 dozen passengers threatening to blow it up with explosives unless they were taken to the airport and put on a plane.

**UKRAINE**
Wires
New tests reveal the level of dioxin in the blood of Yushchenko is more than 6000 times higher than normal. It's the 2nd highest ever recorded in human histroy.

**BLOTTER**

**WBT**

*If true, cut any times on NYC, check them out it might be pedro. C Allen*

ZS4897A list for tues. dec.7  ZALLCALL  22  11:09:47  12/06/04  B

List for Tuesday, Dec. 7

**FOX**
Calabrese/JeanneMac
Prime Suspect Dimitri Sheinman tells us (and the Daily News) he's innocent. His wife sez her husband didn't do it. Then he goes for a walk in the park with his dog. We follow. Trying for family of Sarah Fox in NJ. Talking to his lawyers. More from cops.

**LOTTOMAN**
Olshan/Weiss
Juan Rodriguez is on the move. Checked out of his hotel. Moved to the Sheraton on 7th Ave. We're there. Housekeeper at last night's hotel says she's pissed he stayed for 2 weeks - and left no tip! Checking with cops about priors and domestic abuse complaints.

w/PEYSER
Trying for wife's lawyers. Talking to divorce lawyers about how/why she's allowed to delay the lotto proceedings.

**PELOSI**
Crowley
The housekeeper that wore a wire and recorded the nanny saying bad things about Danny and the kids on the stand.

**GOTTI**
Campanile
Could get star witness Michael "Scars" Di-leonardo - Gambino captain who flipped to become a govt witness.

w/DUNLEAVY

**LOGOS**
Seifman/exclusive
City's marketing agency looking to do a deal that would put agency logos, like FDNY and NYPD, on home furnishings, presumably things like clocks and lamps, etc. Developing.

**BONUSES**
Kadison
Talking to restaurants/clubs/stores about how the Wall Street bonus bonanza will effect sales. What the Wall Streeters will spend it all on.

**HOMELESS**
Edozien/exclusive
For first time, city looking to hire an outside contractor to ship — by means of a one-way ticket — non-NYC homeless people back to wherever they came from, even if that's abroad.

**SAUDI**
wires
Terrorists attack consulate. 5 non-Americans killed. Saudi's shot three attackers. Several Americans lightly injured. Bush says it shows terrorists still on the move.

**CBS**
tv
Waiting for the results of memogate investigation.

**STEROIDS**
Sports/Geller
The MLBPA will begin its annual executive board meeting today. Steroids on the agenda. Still trying for Giambi in Nevada.

**LEGISLATURE**
Dicker/Lovett
Possible override of Pataki's minimum wage veto and/or possible deal of Javits expansion.

**DOLAN**
Albany/Topousis
Getting reax to Cablevision's special cut-rate power bill

**RYE**
Sujo/McGurk
Mass hysteria hits the tri-state area. Parents in Westchester and Conn. are in a panic over a pair of black-clad ghouls in a swamp-green SUV who stalk the burbs in search of innocent kids.

w/GRAPHIC
Timeline of events.

**TURKEYWOMAN**
D. Smith
Hospital holding a presser to update her condition.

**INTELL**
Bishop
The White House, Congress trying for a deal on the reform bill.

**BUSH**
Orin
Meets Iraqi president at the WH and both call for on-time elex.

**ISRAEL**
Dan/Soltis
Abbas, Barghouti tied in latest polls; Fatah considers ousting Barghouti.

**BLOOMBERG**
Seifman
Appearing tonite with wackjob Lenora Fulani and the annual Independence Party gathering.

**SNACKATTACK**
Italiano
Trial starts in case of father/son team accused of shooting a fellow Greenwich Village construction worker in the head in a fight over an apple. IN July, the two were working at a downtown site. Son went to get snacks. Forgot to bring an apple for fellow worker. They fought.

**UKRAINE**
Wires
Outgoing president says he will honor court ruling for a another runoff. Developing.

**BIKEKID**
Mollica
Update on 12yo kid riding home on his bike from Xmas tree lighting. He's fighting for his life.

**TANKLEFF**
D. Smith
Hearings continue.

**PETERSON**
Breuer
More old friends of Scott.

**TOMATOES**
tbd
You say tomato - I say forget it. Prices for the tomato have gone up so much - restaurants are taking strict measures. Some McD's are charting for extra ketchup; Wendys are holding the tomatoes on sandwiches.

**BLOTTER**

**WBT**

*[handwritten annotations:]* "We got one of those in here... And they probably look alike"

*[handwritten:]* "Can we get them here? NYC? No - only by IK Underground"