# EXHIBIT 25

| | |
|---|---|
| **From:** | Guzman, Sandra |
| **Sent:** | Sunday, January 28, 2007 6:28 PM (GMT) |
| **To:** | Goodstein, Les <LGoodstein@newscorp.com> |
| **Subject:** | RE: DUNKIN DONUTS - New Biz |

thanks. she was fabulous, and fierce and even more gorgeous in person

-----Original Message-----
From: Goodstein, Les [mailto:LGoodstein@newscorp.com]
Sent: Sat 1/27/2007 1:01 PM
To: Guzman, Sandra
Subject: Re: DUNKIN DONUTS - New Biz

Exclusive with jlo!! Wow. Nice going. Les
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Guzman, Sandra ( NYPost )
To: Judge, Patrick ( NYPost ); Goodstein, Les; Haiman, Sami ( NYPost ); Adler, Howard ( NYPost ); DOnofrio, Ralph ( NYPost ); Smith, Peter ( NYPost ); Kiczales, Kenneth ( NYPost ); Ralles, Andrew ( NYPost ); Barnett, Lisa ( NYPost )

CC: Dvorin, Sari ( NYPost ); Keating, Jordan ( NYPost )
Sent: Fri Jan 26 19:24:42 2007
Subject: RE: DUNKIN DONUTS - New Biz

i thought my landing an exclusive sit down interview w jennifer lopez yesterday was good, this is icing on cake
blog is ready to roll
congrats sami, well done mommy
s

-----Original Message-----
From: Judge, Patrick
Sent: Fri 1/26/2007 6:05 PM
To: Goodstein, Les ( Newscorp ); Haiman-Marrero, Sami; Adler, Howard; D'Onofrio, Ralph; Smith, Peter; Kiczales, Kenneth; Ralles, Andrew; Barnett, Lisa

Cc: Dvorin, Sari; Keating, Jordan; Guzman, Sandra
Subject: RE: DUNKIN DONUTS - New Biz

Sami

That's FANTASTIC! Great, great job.


From: Goodstein, Les [mailto:LGoodstein@newscorp.com]

CONFIDENTIAL
NYP0002312

Sent: Friday, January 26, 2007 3:48 PM
To: Haiman-Marrero, Sami; Adler, Howard; Judge, Patrick; D'Onofrio, Ralph; Smith, Peter; Kiczales, Kenneth; Ralles, Andrew; Barnett, Lisa

Cc: Dvorin, Sari; Keating, Jordan; Guzman, Sandra
Subject: RE: DUNKIN DONUTS - New Biz

What a great sale!!!!!! Congrats Sami!! Let's do 400k for the PR Parade section!!

Les

---

From: Haiman, Sami ( NYPost )
Sent: Friday, January 26, 2007 10:37 AM
To: Adler, Howard ( NYPost ); Judge, Patrick ( NYPost ); DOnofrio, Ralph ( NYPost ); Smith, Peter ( NYPost ); Kiczales, Kenneth ( NYPost ); Goodstein, Les; Ralles, Andrew ( NYPost ); Barnett, Lisa ( NYPost )

Cc: Dvorin, Sari ( NYPost ); Keating, Jordan ( NYPost ); Guzman, Sandra ( NYPost )
Subject: DUNKIN DONUTS - New Biz

Hello, Hello!!!

I just got word from ABECE Agency (Dunkin Donuts' Hispanic agency) that they will commit to a 6X FP4C package pitched for TEMPO. TOTAL: $128,994 Gross = $109,645 NET (at $18,274 Net Per Month). They will be running in TEMPO from March - August 2007. For 3 months, $1,500 Net of their monthly commitment will go to Andrew's team for Dunkin Donuts' TEMPO BLOG page exclusive 3-month sponsorship (Andrew, I need specs ASAP for this).   Sari will be handling the print logistics and Jordan the online logistics of this biz with my assistance moving forward. Lisa, we'll need your team's help with a couple of sweeps and e-newsletter banners. Sandra...we have a sponsor for the online BLOG!!!!! Yippee!!!!

We are putting together the contract and sending over to them today!  And it's a GREAT DAY!!!!

Ciao!

Sami Haiman-Marrero

Tempo Ad Manager

| | |
|---|---|
| **From:** | Guzman, Sandra |
| **Sent:** | Wednesday, June 13, 2007 3:37 PM (GMT) |
| **To:** | Haiman-Marrero, Sami <shaiman@new york post.com>; Goodstein, Les ( Newscorp ) <goodstein, les ( newscorp )1@new york post.com> |
| **Subject:** | RE: Lunch Meeting 7/11 |

Can't wait. Lets have lunch at Sofrito.

-----Original Message-----
From: Haiman-Marrero, Sami
Sent: Wed 6/13/2007 11:01 AM
To: Goodstein, Les ( Newscorp ); Guzman, Sandra
Subject: Lunch Meeting 7/11

Hello Les and Sandra:

I wanted to make sure we write down on our calendars a date for us to sit down and strategize/share thoughts for TEMPO as we start our 2008 fiscal. I've checked with both of you and it seems Wed. July 11th is good for us all. Please confirm that this is still the case...and we have a DATE!!

Gracias!

Sami Haiman-Marrero
Tempo Ad Manager
NEW YORK POST
321-235-1859 tel
321-235-0716 fax
917-589-4229 cell
shaiman@nypost.com

NYP0002315