# **EXHIBIT 28**

Page 1

1                          N. FAUX
2              UNITED STATES DISTRICT COURT
3              SOUTHERN DISTRICT OF NEW YORK
4    SANDRA GUZMAN,                       )
                                          )
5              Plaintiff,                 )
                                          ) 09-CIV-9323
6         vs.                             ) (BSJ)(RLE)
                                          )
7    NEWS CORPORATION, NYP HOLDINGS,      )
     INC., d/b/a THE NEW YORK POST,       )
8    and COL ALLAN, in his official       )
     and individual capacities,           )
9                                         )
               Defendants.                )
10   -------------------------------------)
11
12       VIDEOTAPED DEPOSITION OF NICOLE FAUX
13                  New York, New York
14                   March 19, 2012
15
16
17
18
19
20
21
22
23   Reported by:
24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25   JOB NO. 47774

Page 18

N. FAUX

```
 1        N. FAUX
 2        MR. LERNER:  Objection.
 3        Go ahead.
 4   A.   Like has someone invited you out, is
 5  there like a -- a work outing, a function or,
 6  you know, social event, you know.  I'm not sure
 7  I'm clear what you're asking.
 8   Q.   Okay.  Well, let me try and clarify.
 9        Have you ever spoken to Col Allan
10  face-to-face at any event outside of work other
11  than at Langan's?
12   A.   Yes.
13   Q.   Where else would you have spoken with
14  him?
15   A.   The Plumm.
16   Q.   What is The Plumm?
17   A.   The Plumm is a nightclub in New York
18  City.  I'm not sure where.
19   Q.   How many times have you spoken with
20  him at The Plumm?
21   A.   Once.
22   Q.   And when was that?
23   A.   It was for the Page Six Magazine
24  launch.
25   Q.   Okay.  What is Page Six?
```

Page 19

```
 1        N. FAUX
 2   A.   Page Six is the gossip column in the
 3  New York Post and they tried to make it a
 4  magazine and so we did the prototypes before it
 5  became a weekly.  So I was a part of that design
 6  and art direction.
 7   Q.   How did you end up being at The Plumm
 8  for this Page Six party?
 9   A.   I'm not sure how I was invited, but --
10  I don't know, but I was there.
11   Q.   Was Sandra Guzman there?
12   A.   Yes.
13   Q.   Who else was at this party?
14   A.   Maybe a couple dozen New York Post
15  employees, and I believe it was more for the
16  advertisers.  The party was more geared to
17  inviting them to get them interested in the
18  magazine, so it wasn't a huge cast, you know,
19  for Post employees.
20   Q.   How many people would you say, just an
21  estimate, how many people were there?
22   A.   Maybe two dozen, but, you know, I
23  didn't count.
24   Q.   And what did you and Col Allan talk
25  about at The Plumm?
```

Page 20

```
 1        N. FAUX
 2   A.   He congratulated me on a great job on
 3  the magazine, thought it was fantastic, and
 4  thanks for my hard work.
 5   Q.   Did he make any other comments to you
 6  that day?
 7   A.   Congratulated me on my weight loss.
 8   Q.   What did he say about your weight
 9  loss?
10   A.   That I looked fantastic and
11  congratulations.
12   Q.   Do you remember anything else he said?
13   A.   No.
14   Q.   Did you discuss this party at The
15  Plumm with Sandra Guzman after the fact?
16   A.   Yes, I did.
17   Q.   What did you tell her about it?
18   A.   Stopped in her office and remember
19  laughing, demonstrating, you know, my dancing.
20  Also making jokes about his dancing.
21   Q.   Making jokes about whose dancing?
22   A.   Col Allan.
23   Q.   Did you dance with Col Allan?
24   A.   I did.
25   Q.   How many times did you dance with him?
```

Page 21

```
 1        N. FAUX
 2   A.   Once.
 3   Q.   What kind of dancing was it?
 4   A.   Goofy.  Funny.  Nothing crazy.
 5  Nothing serious.
 6   Q.   I mean, was it like a slow dance?  A
 7  fast dance?
 8   A.   It was fast.  It was not even like 20
 9  seconds, 30 seconds long.  Just it was a -- just
10  dancing.
11   Q.   Was there any physical contact between
12  you and Col Allan during this dance?
13   A.   Yes.
14   Q.   Describe the contact.
15   A.   At one point when I was dancing, our
16  backs touched, and then when I had turned
17  around -- I'm sorry, not to use visuals --
18  turned around, my knees were slightly bent when
19  I was dancing, and they knocked into his leg.
20   Q.   Okay.  Did he ask you to dance?
21   A.   No, I approached him.
22   Q.   Why did you approach him?
23   A.   Because it was Col Allan.  Old face,
24  name, you know, girl from Indiana, having a good
25  time, first New York party.
```

N. FAUX

THE VIDEOGRAPHER: The time is 11:37 A.M. We are back on the record.

MR. CLARK: Okay. Ms. Faux, that's all the questions I have for you today. Thank you very much for coming.

THE WITNESS: Okay. Thanks.

THE VIDEOGRAPHER: The time is 11:37 A.M. We're going off the record.

(Pause in the proceedings.)

THE VIDEOGRAPHER: The time is 11:45 A.M. We're back on the record.

EXAMINATION BY

MR. LERNER:

Q. Ms. Faux, good morning.

A. Good morning.

Q. Ms. Faux, you testified earlier today about a party at The Plumm in which you danced with Col Allan. Do you recall that?

A. Yes.

Q. At the party at The Plumm, how long did your dance with Mr. Col Allan last?

A. Maybe 30 seconds.

Q. Who initiated the dance, your dancing with Col Allan?

N. FAUX

A. I did.

Q. Did Mr. Col Allan -- did Mr. Allan ever press his body into you?

A. No.

Q. Did he ever press his genitals into you?

A. No.

Q. Did you ever feel his genitals?

A. No.

Q. Did you ever feel his penis?

A. No.

Q. Were you aware during the dancing of his penis at any time?

A. No.

Q. Did you feel his testicles?

A. No.

Q. Did you ever feel heat from his testicles?

A. No.

Q. And when you used the term "balls" earlier in your testimony, that was a vernacular for "testicles," right?

A. Vernacular?

Q. It was a slang for "testicles"?

N. FAUX

A. Correct.

Q. So at no time did you feel the heat of his testicles or his balls?

A. No.

Q. Did Mr. Allan do anything inappropriate while you were dancing?

A. No.

Q. Did he make you feel uncomfortable while you were dancing?

A. No.

Q. Did you ever feel uncomfortable while you were dancing?

A. No.

Q. Did you complain to Ms. Guzman about the dancing?

A. No.

Q. Did you complain to Ms. Guzman about Mr. Allan's conduct during the dancing?

A. No.

Q. Why did you have the conversation with Ms. Guzman that you described earlier?

A. We were recapping the night. I was making fun of him and I had -- I went too far with it. I was making jokes about him, and then

N. FAUX

it turned into a sexual nature, but it wasn't. It was my -- it was my humor and it didn't -- was not meant to be taken literally, and it was just what I thought a private conversation between friends, co-workers, that -- and that's how we had a rapport. A lot of time it was -- sometimes it was very sexual between -- not we were sexual, but, you know, sexual jokes or talking about sex, and it was just I got a reaction out of her and it was -- we were both laughing.

Q. Did you ever tell Ms. Guzman that Mr. Allan made you feel uncomfortable?

A. No, I never told her.

Q. Did you ever tell Ms. Guzman that you were afraid to be alone with Mr. Allan?

A. No.

Q. Did you ever tell Ms. Guzman that you were afraid to be with him under any circumstances?

A. No.

Q. Did you ever tell anybody that?

A. No.

Q. Did you ever ask Ms. Guzman to

Page 38

```
 1                N. FAUX
 2  complain on your behalf about that event?
 3       A.  No.
 4       Q.  Did you ever make a complaint about
 5  Mr. Allan's behavior on the night of The Plumm
 6  party?
 7       A.  No.
 8       Q.  Have you ever been uncomfortable
 9  during a meeting or a conversation with Mr.
10  Allan at any time?
11       A.  No.
12          MR. LERNER:  I have no further
13       questions.
14  FURTHER EXAMINATION BY
15  MR. CLARK:
16       Q.  Just a couple things real briefly, Ms.
17  Faux.  I don't want you to tell me what you
18  discussed, but did you have a chance to consult
19  with your attorneys prior to coming back and
20  giving the testimony you just gave?
21       A.  I'm unclear what you're asking me.
22       Q.  Were you able to consult with your
23  attorneys during the break we just took?
24       A.  What do you mean, "consult"?  Like --
25       Q.  Talk to them?
```

Page 39

```
 1                N. FAUX
 2       A.  Just standing around.  Just standing
 3  there.  You know, they were talking.
 4       Q.  So you didn't talk to them?
 5       A.  Well, I said, "How did I do?"
 6       Q.  That's fine.  I don't want to know
 7  what you said.  I'm not asking what you said to
 8  them or what they said to you.  I'm just
 9  wanted -- was asking if you were speaking to
10  them during the break?
11       A.  Words were exchanged.
12       Q.  Are you changing your testimony that
13  you said to Ms. Guzman that, "I felt the heat of
14  his balls"?
15       A.  What do you mean, am I changing my
16  testimony?
17       Q.  Let me take a step back.  Did you
18  testify earlier you said to Ms. Guzman, "I felt
19  the heat of his balls"?
20       A.  Right, and I explained it was an
21  expression; it was not to have been taken
22  literally.
23       Q.  So you're not backing off from that
24  statement?  In other words, you made the
25  statement to Ms. Guzman, "I felt the heat of his
```

Page 40

```
 1                N. FAUX
 2  balls"?
 3       A.  Like I said, I was making a joke.  It
 4  was an expression.  I did not feel the heat of
 5  his balls.
 6       Q.  But you told her, "I felt the heat
 7  from his balls"; is that correct?
 8       A.  I told her, "I felt the heat of his
 9  balls" as an expression.  I was making jokes.  I
10  was -- we were laughing.  No one was crying.  I
11  wasn't shaking underneath a desk.  It was a
12  joke.  It was something that I said, not
13  something that actually happened.
14          (Continued on the next page to include
15       the jurat.)
```

Page 41

```
 1                N. FAUX
 2          MR. CLARK:  Okay.  Thank you.
 3          THE WITNESS:  Thank you.
 4          MR. CLARK:  That's all I have.  We can
 5       go off the record.
 6          THE VIDEOGRAPHER:  The time is 11:50
 7       A.M.  We're going off the record.
 8                    oOo
```

```
                    _____
                        NICOLE FAUX

Subscribed and sworn to
before me this     day
of        2012.

                    _____
```