# **EXHIBIT 29**

Page 1

1                       SHARI LOGAN
2     UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
3     ----------------------------------------X
      SANDRA GUZMAN,
4                   Plaintiff,
5                   vs.         09 CIV 9323 (BSJ)(RLE)
6     NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
      THE NEW YORK POST, and COL ALLAN, in his
7     official and individual capacities,
8
                    Defendants.
9     ----------------------------------------X
10
11            VIDEOTAPED DEPOSITION OF SHARI LOGAN
12                      New York, New York
13                     Friday, March 9, 2012
14
15    REPORTED BY:  BARBARA R. ZELTMAN
                    (BOBBIE)
16                  Professional Stenographic Reporter
17
18    Job Number:  47340
19
20
21
22
23
24
25

Page 58

```
                SHARI LOGAN
 1
 2        I mean, I don't see why any person,
 3   black, white, Chinese, Asian, I don't see
 4   why any person who is looking at the story
 5   from the outside couldn't sympathize with
 6   someone who was arrested in their own home.
 7      Q   How do you know that Frank Zini and
 8   Lauren Ramsby didn't sympathize with someone
 9   who was arrested in their own home?
10      A   Because -- well, one, Lauren just
11   didn't know who he was and then even -- she
12   didn't say much -- she said that part. She
13   was like. "Who is this guy?"
14        And then Frank was just basically
15   saying, you know, that he should have
16   listened to authorities, that the professor
17   should have listened to authorities, and if
18   someone says, you know, go right, go left,
19   you just listen.
20        And I remember being so amazed that
21   he couldn't understand why this professor
22   was upset and why this professor was -- you
23   know, to me his civil rights were violated
24   for getting arrested in his home.
25        And I didn't get it.
         TSG Reporting - Worldwide   877-702-9580
```

Page 59

```
                SHARI LOGAN
 1
 2        You know, I will say at the same
 3   time, you know, Lauren, Frank, Robo, they're
 4   good people. They're family people, so --
 5   but those comments, though, the certain
 6   comments and certain things I would hear, I
 7   just always figured -- I just always thought
 8   why would they believe that.
 9      Q   Well, these callous comments that
10   you overheard, just to be clear, did they
11   all relate to news stories?
12      A   Yeah, they all related to news
13   stories.
14      Q   And did you have a direct
15   conversation with Frank Zini about the Henry
16   Louis Gates story?
17      A   No.
18      Q   Did you have a direct conversation
19   with Lauren Ramsby about the Henry Louis
20   Gates story?
21      A   No, un-un.
22      Q   So the conversation that you were
23   just describing, is that a conversation that
24   you overheard?
25      A   Yes, it's a conversation I
         TSG Reporting - Worldwide   877-702-9580
```

Page 60

```
                SHARI LOGAN
 1
 2   overheard.
 3      Q   Did you have any conversation with
 4   Frank Zini about the Henry Louis Gates
 5   story?
 6      A   No.
 7      Q   Did you have any conversation with
 8   Lauren Ramsby about the Henry Louis Gates
 9   story?
10      A   No, just the comments that I heard.
11      Q   And are you one hundred percent
12   certain that you heard every statement that
13   Frank Zini made about the Henry Louis Gates
14   story?
15      A   No, I'm not one hundred percent
16   certain that I -- every statement he made,
17   no, because there were times that, you know,
18   I probably wasn't sitting next to him or
19   whatever he said was low. But the things
20   that I did just recall to you, that's what I
21   heard with my own ears.
22      Q   But did you hear the entire
23   conversation that Frank Zini had about Henry
24   Louis Gates?
25      A   No, because it's possible I don't
         TSG Reporting - Worldwide   877-702-9580
```

Page 61

```
                SHARI LOGAN
 1
 2   know when he began, I don't know when he
 3   ended it.
 4        So what I heard is what I just told
 5   you.
 6      Q   Right.
 7      A   Right.
 8      Q   And did you hear the entire
 9   conversation that Lauren Ramsby had about
10   the Henry Louis Gates story?
11      A   No, because the same answer, you
12   know. I don't know when it began, I don't
13   know when it ended. I just know what I
14   heard.
15      Q   Do you know if Lauren Ramsby, when
16   she first heard of Henry Louis Gates, was
17   aware of his race?
18      A   No, because she didn't even know
19   who he was, so I don't think she would be
20   aware of his race.
21      Q   Going back to the cartoon, at any
22   point, Shari, did you try to speak to Col
23   Allan about the cartoon?
24      A   Yeah. Like one time I had to bring
25   in whatever paper I was bringing into his
         TSG Reporting - Worldwide   877-702-9580
```

Page 62

SHARI LOGAN

office at the time, I was saying, you know -- I just said, "Can we talk about this?" And he was like, "Oh, absolutely not."

Q   How many days after the cartoon was published did you try to talk to Col Allan about the cartoon?
A   That, I don't remember, but if I remember correctly I think what prompted me to ask him that question that day was the fact that I think there was -- I think people were demonstrating outside in front of The Post.
    So if that date is known to anyone, I really believe I asked him that day, because as I'm coming in to the office, I'm hearing the crowd or I'm seeing the fact that the crowd was either, you know, disbursing. So I really felt a need at that time to say, you know, can we talk about it.
    But he didn't want to talk about that. He had other things to think about that day.

Q   Do you know what Col was working on

TSG Reporting - Worldwide   877-702-9580

Page 63

SHARI LOGAN

when you asked him if you can talk to him about the cartoon?
A   No, un-un. It was no way for me to know that.
Q   Is that the only time you asked Col Allan to discuss the cartoon?
A   Yes.
Q   And that was pretty soon after it was published, because the protesters were outside?
A   Yeah, I believe it was that same day as the demonstration.
Q   Was that a pretty hectic day at the office?
    MR. CLARK:  Objection.
A   No. It was pretty usual. No one seemed fazed by it. Col Allan may have been a little bit distracted by it because his office is like the closest to the street and he, from his office he could look down and see the demonstrators.
    But everyone else that works on the floor, you know, they weren't that close to that process -- I mean to that

TSG Reporting - Worldwide   877-702-9580

Page 64

SHARI LOGAN

demonstration.
Q   But you think Col Allan -- I'm sorry.
A   And also -- I'm sorry to cut you off.
    MR. CLARK:  Go ahead finish.
Q   By the way, yeah, you can finish.
A   And the people that worked in the Sports section, they may have seen that crowd as well because that side of the office is on the Sixth Avenue.
Q   But from Col's office you can see the protesters on the street?
A   Uh-huh, yes.  Yes.
Q   Were there a lot of protesters on the street?
A   Yeah, I would say it was a good-size crowd. It was probably like a hundred at any given moment. But I'm sure like a lot of people were coming in and out, so it was probably even more than that.
Q   And people in the newsroom weren't talking about the fact that there was a protest going on outside?

TSG Reporting - Worldwide   877-702-9580

Page 65

SHARI LOGAN

A   Nope. Business as usual.
Q   How do you know that there was a protest going on outside?
A   Because I heard it and because before that day, you know, the news stations and Websites and radio stations that I listened to, they spoke about we're going down to The Post and you-all come out and support. So I knew it was taking place that day.
    And it's also possible that I may have gone outside that day at that time to, you know, maybe get my lunch or breakfast or run an errand for them so I saw it, too.
Q   Do you recall your exact words to Col Allan when you went into his office and asked him if you can discuss the cartoon with him?
A   Just what I said previously.
    It was no more than, you know, can we talk about this or -- yeah, can we talk about this. And you know, at that time, he probably didn't even realize that I was referring to the cartoon. I said "this."

TSG Reporting - Worldwide   877-702-9580

## Page 118

SHARI LOGAN

Q  Did you hold any other jobs, any intern, between the Houston Defender when you left in November 2007 and your resuming work at The Post in 2008?
A  No.
Q  Have you worked with Sandra Guzman since she left The Post?
A  No.
Q  Are you aware that she's now the editor and chief at Heart & Soul magazine?
    MR. CLARK: Objection.
A  No. I wasn't aware, un-un.
Q  Before the break we were talking for a while about the cartoon, Logan Exhibit 1.
A  Yes, Logan Exhibit 1.
Q  Did you ever hear any of the managing editors at The New York Post make jokes about that cartoon?
A  No. Just other than -- just the conversation I heard of: I don't know why anybody would be offended and it's not a big deal. Just those comments.
    That, to me, was considered in a

TSG Reporting - Worldwide    877-702-9580

## Page 119

SHARI LOGAN

joking manner too because if someone expresses that they're offended and, you know, to continue to say oh, I don't get it, I don't understand, to me they were just kind of joking about it still.
Q  Who did you hear make a statement along the lines of "We can't believe anyone would be offended by the cartoon"?
A  Frank. I remember Frank specifically.
Q  Frank Zini?
A  Frank Zini, yes. And I just remember there being agreement in his whole -- the four of them, they would sit together, the four that I mentioned earlier.
    So -- and then there was agreement among them. They were just like, yeah, I don't get it either.
Q  When you say the four you mentioned earlier, can you just identify those people by name?
A  Frank Zini, Lauren Ramsby, Joe Robinowitz and Jesse Angelo.
Q  So are you saying that all four of

TSG Reporting - Worldwide    877-702-9580

## Page 120

SHARI LOGAN

them -- you heard all four of them say "I don't understand why people are offended by the cartoon"?
A  No. I only heard Frank say that and the other three just seemed to be in agreement with him, because it's not like they ever would -- it's not like I ever heard any of them say, well, they're offended because of the racial implications or because -- you know, they didn't give any reason.
    So to me, their silence to me meant that they were in agreement that people shouldn't be offended by it.
Q  Did you ever hear any of the managing editors make any jokes about complaints about the cartoon?
A  No. I can't recall, no.
Q  And you didn't hear any editors, any editors at The Post make any jokes about complaints about the cartoon; is that right?
A  No. I can't recall.
Q  Shari, did you personally --
    I'm sorry. Let's go back.

TSG Reporting - Worldwide    877-702-9580

## Page 121

SHARI LOGAN

And you didn't hear any editors at The Post make any jokes about complaints about the cartoon; is that right?
A  Correct. I don't remember hearing any jokes about that.
    MR. CLARK: Objection.
Q  Did you ever speak to Frank Zini about the cartoon?
A  No.
Q  Did you ever speak to Lauren Ramsby about the cartoon?
A  No.
Q  Did you ever speak with Joe Robinowitz about the cartoon?
A  No.
Q  Did you ever speak with Jesse Angelo about the cartoon?
A  Yeah, that time when -- the day of or the day after. I think it was the day of when I was like oh, what are you going to do about this. Yeah. Something to that effect to him.
Q  And that's when he gave you a copy of the apology.

TSG Reporting - Worldwide    877-702-9580

Page 150

SHARI LOGAN

you walked into his office the day you tried to discuss the cartoon with him?
 A   Other than the fact that he was in his office, I cannot remember if he was standing up or if he was sitting down, but one thing that I do remember is that I wanted to talk to him about the demonstrations and the cartoon and he said "Absolutely not."
     And that's one thing I'm absolutely positive of.
     I had to leave because it wasn't my office.
     Did he walk away?  I don't remember that a hundred percent sure for now, but if that's what I wrote at the time, you know, it was fresher in my head at the time.
     MR. CLARK:  Let her finish.
 A   Because you said that's from Sandra's Complaint, so that isn't what I wrote.  But I do remember him saying "Absolutely not."
 Q   Okay.
     I just want to be clear.  In your

TSG Reporting - Worldwide    877-702-9580

Page 151

SHARI LOGAN

affidavit, you didn't say anything about him walking away.
 A   Oh, okay.  Good.  Okay.
 Q   So don't be worried about that.
     You didn't say anything about Col Allan walking away in your affidavit.
     MR. CLARK:  Is that a question?
 Q   In the Complaint, in the paragraph I just read to you, Paragraph 83 --
 A   That was from Sandra's affidavit.
 Q   Right.
     -- it states that "Col Allan refused to engage in such discussion with the employee, stating simply 'Absolutely not' and walking away."
     So those are not your words.  I was asking if you believe that allegation relates to you.
     MR. CLARK:  Objection.
 A   Okay.  Good.  Yeah, because I don't remember any walking away part.  I just remember him not wanting to discuss it with me.
 Q   Okay.

TSG Reporting - Worldwide    877-702-9580

Page 152

SHARI LOGAN

     Do you know if Frank Zini played any role in the selection of the cartoon that appeared on February 18, 2009 in The Post?
 A   No, I don't believe so because, as I said earlier, Col Allan is the one that approves it or declines it.
     However, I do know that the proofs for next day's paper goes to a number of editors, and I think that -- I mean, I don't know which pages each editor looks at closely.  Most of times they're probably just looking at the proof for their section and what they wrote up.
     But he did see it because it was part of the proofs from the day before.
     I mean everyone that gets proofs see these, to my knowledge.
 Q   Do you know if Frank Zini saw the cartoon that was published on February 18, 2009 in the proof?
 A   No, I'm not one hundred percent certain.
     But as I said, from the time I was

TSG Reporting - Worldwide    877-702-9580

Page 153

SHARI LOGAN

there, each -- a number of editors, they see the proofs for several sections and pages the day before, and there's no telling what they pay particular attention to that day. But it was a proof that several other people besides Col Allan get to see.
 Q   Do you know if Frank Zini ever discussed the cartoon with Col Allan?
 A   No, I don't know.
 Q   Is there any other comment or act that you witnessed or experienced at The New York Post that you found inappropriate, offensive or degrading that we have not discussed yet here today?
 A   I can't think of any at this time, no.
 Q   When was the last time you spoke with Sandra?
 A   Oh, over the summer.  I spoke to her over the summer.  Yeah, I remember that.
 Q   So you haven't spoken to her in over six months?
 A   Correct.
 Q   Have you e-mailed with Sandra in

TSG Reporting - Worldwide    877-702-9580

39 (Pages 150 to 153)

Page 214

SHARI LOGAN

he is he was."
    So like, you know, when she first I guess, you know, because they would read like the wire stories, so like when the wire story first came out it was just like a name of a person, of a professor that was arrested in his home.
    And then like as they began to talk about it some more and it began to develop, that's what she said, that, you know, apparently he's an angry black man.
Q   What tone of voice did she say, "Apparently he's an angry black man."
    MS. LOVINGER: Objection.
A   Oh, she just said it in a kind of a normal tone. Her voice wasn't raised, like she wasn't yelling or anything like that.
Q   So I mean was she being sarcastic or was she being serious?
    MS. LOVINGER: Objection.
A   I mean, I guess it was a little bit of both, like serious and being sarcastic.
Q   I'm sorry. Are you finished?
A   No. Because like I said, a lot of

TSG Reporting - Worldwide    877-702-9580

Page 215

SHARI LOGAN

people characterized him as that, as him being an angry black man.
Q   What do you mean by "a lot of people"?
    MS. LOVINGER: Objection.
A   Well, I mean -- other people, too, outside of The Post when they found out about the story. A lot of people just felt again, well, whether it's your house or not, that if the authorities, the cops say something, just listen.
Q   Did anyone else at The Post that you know of describe Dr. Gates as an angry black man?
A   No.
    MS. LOVINGER: Objection.
Q   When Ms. Ramsby made this comment, "Nice," what was her tone of voice when she said that?
    MS. LOVINGER: Objection.
A   It was just the same tone that, you know, of seriousness because like at that point she -- if I remember the events correctly, Jesse was reading the wire story

TSG Reporting - Worldwide    877-702-9580

Page 216

SHARI LOGAN

and she just heard this professor being arrested, and, you know, those are the stories that The Post likes, the fact that, you know, when people of a certain profession get into this kind of trouble, so she was just saying "Nice."
    And then when she began to hear who he was and what he did, I don't know if it was Jesse describing it to her or if it was Jesse, Robo and Frank telling her all the stuff he had done, and then she said, well, apparently he's an angry black man.
Q   So your testimony is she actually said "Nice" first, and then later on she said "Apparently he's an angry black man."
    MS. LOVINGER: Objection.
A   Yeah, that's how I remember it.
Q   Did you have any idea when she said "Nice," was she happy when she said that?
    MS. LOVINGER: Objection.
A   I don't think she was happy. I think they just knew it was going to be a good headline for them, a good story for them.

TSG Reporting - Worldwide    877-702-9580

Page 217

SHARI LOGAN

Q   So when she said "Nice," was it your understanding that she was commenting this was a nice story? Or was she commenting that it was nice that a black man had been arrested.
    MS. LOVINGER: Objection. One question at a time, Paul. You've been doing this consistently.
A   I think just that it was a nice story, yeah. It was a nice story.
Q   Could you read 23 for me, please.
A   "I have not described in this affidavit every offensive, degrading or improper comment or act that I have witnessed or experienced at The Post."
Q   Did you believe that to be a true statement when you signed the affidavit?
A   Yes, but please don't ask me to expound because I really can't remember anything other than the what I discussed specifically in the papers that preceded that. So ...
Q   Fair enough.
    But when you signed this, did you

TSG Reporting - Worldwide    877-702-9580

55 (Pages 214 to 217)

**Page 274**

```
 1              SHARI LOGAN
 2   The Post believed that the chimpanzee
 3   represented Congress; is that right?
 4       A    Yes.
 5       Q    And that the chimpanzee in the
 6   cartoon was not meant to represent Barack
 7   Obama?
 8       A    Yes.
 9       Q    In your affidavit, you say that
10   Frank Zini claimed that the cartoon was
11   merely intended to be a joke? That's
12   Paragraph 13.
13       A    Uh-huh.
14       Q    Is this the explanation you were
15   referring to?
16       A    Right. When he was just talking
17   about -- yeah, when he was speaking about
18   the chimp referred to Congress.
19       Q    Did Frank Zini use the word "joke"?
20       A    I can't remember right -- did he
21   use the word "joke"? I don't remember if he
22   used the word "joke," but I remember him
23   something to the effect of -- okay. I can
24   say joke, and "I can't believe people are
25   taking it that seriously." I remember that.
         TSG Reporting - Worldwide   877-702-9580
```

**Page 275**

```
 1              SHARI LOGAN
 2       Q    Tell me exactly what you remember
 3   Frank Zini saying.
 4       A    Yeah, just what I said, that "It's
 5   not that serious. It was meant to be a
 6   joke. It wasn't meant to offend anyone. I
 7   can't believe anyone taking it that
 8   serious." I remember that language being
 9   said that day by him, yes.
10       Q    Was the joke that Congress was
11   being depicted as the chimpanzee?
12            MR. CLARK: Objection.
13       A    Yeah. Right.
14       Q    Shari, in your affidavit in
15   Paragraph 22, you make a reference to
16   something you overheard Lauren Ramsby saying
17   relating to Henry Louis Gates?
18       A    Yes, I did.
19       Q    You didn't hear the entire
20   conversation that Lauren Ramsby was having
21   about Henry Louis Gates; is that right?
22       A    No. But I heard those parts.
23       Q    And you said also that other news
24   stories described Henry Louis Gates as an
25   angry black man; isn't that right?
         TSG Reporting - Worldwide   877-702-9580
```

**Page 276**

```
 1              SHARI LOGAN
 2       A    No, I don't remember saying that.
 3       Q    Well, are you aware that other news
 4   sources outside of The Post described Henry
 5   Louis Gates as an angry black man?
 6            MR. CLARK: Objection.
 7       A    I'm sure they did. I'm sure they
 8   did, yeah.
 9       Q    You testified earlier that Leonard
10   Greene complained about the cartoon.
11            What is the basis of your statement
12   that Leonard Greene complained?
13       A    I believe one time that we spoke
14   about it and he said he spoke to one of his
15   editors.
16            Who that editor was, I don't
17   remember.
18       Q    What did he -- what did Leonard
19   Greene tell you he spoke -- what did Leonard
20   Greene tell you he said to the editor about
21   the cartoon?
22       A    He just used words like he was
23   "offended." I don't really remember it too
24   well. I don't remember that part too well.
25   But I remember us talking about that, that
         TSG Reporting - Worldwide   877-702-9580
```

**Page 277**

```
 1              SHARI LOGAN
 2   he said he was offended and that he brought
 3   it up to one of his editors.
 4       Q    Was the editor Leonard Greene spoke
 5   with Sandra Guzman?
 6       A    No. I think he was talking about
 7   most likely one of the editors that he
 8   reports to on a daily basis.
 9       Q    Do you know that for sure?
10       A    No, I don't know that for sure.
11       Q    So are you guessing right now?
12            MR. CLARK: Objection.
13       Q    It's the end of the day, but we
14   don't want to guess. We only want you to
15   testify about what you have personal
16   knowledge of.
17       A    Right. Well, I don't know who the
18   editor was that he brought it up to.
19            MR. CLARK: Objection.
20            Ms. Lovinger, you asked a lot of
21   hearsay questions which is fine, but
22   you're obviously not just asking about
23   stuff that she has personal knowledge of.
24       Q    Well, Shari, do you know for sure
25   that Leonard Greene spoke to an editor about
         TSG Reporting - Worldwide   877-702-9580
```