# **EXHIBIT 30**

1

2              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

3

SANDRA GUZMAN,                        )
4                                     )
              Plaintiff,              )
5                                     )
              vs.                     )  09CIV9323
6                                     )  (BSJ(RLE)
NEW YORK CORPORATION, NYP HOLDINGS,)
7  INC., d/b/a THE NEW YORK POST, )
and COL ALLAN, in his official )
8  and individual capacities,        )
                                      )
9              Defendants.            )
   ------------------------------)

10

11

12

13       VIDEOTAPED DEPOSITION OF EBONY CLARK

14              New York, New York

15           Wednesday, May 30, 2012

16

17

18

19

20

21

22

23

   Reported by:
24  Philip Rizzuti
   JOB NO. 50101

25

Clark

1
2  said; is that right?
3      A.   Yes.  What I wrote at the time.
4         MR. LOVINGER:  Let's go off the
5  record.
6         THE VIDEOGRAPHER:  The time is
7  1:02 p.m., we are off the record.
8         (Luncheon recess:  1:02 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Clark

1
2  A F T E R N O O N   S E S S I O N
3         (Time noted: 2:13 p.m.)
4  E B O N Y   C L A R K,   resumed and
5      testified as follows:
6  EXAMINATION BY (Cont'd.)
7  MR. LOVINGER:
8         THE VIDEOGRAPHER:  The time is
9  2:13 p.m., we are on the record.
10     Q.   Ebony, right before we broke for
11  lunch I was asking you about Col Allan's
12  statements shortly after the cartoon was
13  published and you said I don't remember what
14  he said.  Do you recall?
15     A.   Yes.
16     Q.   So I would like to show you a
17  document you drafted shortly after the cartoon
18  appeared in The Post, and we are going to mark
19  this document as Clark Exhibit 11.  Its Bates
20  stamped NYP 1653 through 1657, and please take
21  a couple of minutes to look at that document.
22         (Clark Exhibit 11, document Bates
23      stamped NYP 1653 through 1657, marked
24      for identification, as of this date.)
25     A.   Uh-hum.

Clark

1
2      Q.   Ebony, you wrote the text in what
3  has been marked as Clark Exhibit 11 five days
4  after the cartoon appeared in the New York
5  Post on February 18, 2009; is that correct?
6      A.   Yes.
7      Q.   Does reviewing the document marked
8  as Clark Exhibit 11 refresh your recollection
9  as to what was said that day?
10     A.   Yes.
11     Q.   I am just going to ask you some
12  general questions now so you don't need to
13  read the document.  If you are not done
14  reading it I can wait.
15     A.   That is fine.
16     Q.   So can you please let me know what
17  your recollection is as to what Col Allan said
18  following the publication of the cartoon that
19  you personally heard?
20     A.   I remember when I went into his
21  office to I believe give him a paper, and at
22  the time the protest was going on outside that
23  I went to be a part of, but at the time I had
24  to come back upstairs to finish doing my job,
25  Myron was nice enough to let us go for a

Clark

1
2  little while to see -- meaning myself and
3  Shari -- go to the protest, you know, because
4  it was a lot of people from News Corp. there
5  as well as people who were opposing it and
6  people who were for it.  So he let us go for a
7  little while, he told us we could go outside
8  for about 15 or 20 minutes.
9         So we went outside, and then when
10  I came back we had to resume our duties, and
11  when I went into his office he was on the
12  phone, but he was looking towards the window,
13  outside of the window, and he made a comment
14  about the people who were outside protesting,
15  saying that they weren't smart and the
16  majority of them are minorities that are out
17  there.
18     Q.   Do you know who Col Allan was
19  speaking to on the telephone?
20     A.   I am not certain who he was
21  speaking to.
22     Q.   Do you have any idea who Col Allan
23  was speaking to on the phone?
24     A.   No.
25     Q.   And is it true that you didn't

Page 138

Clark
hear Mr. Allan's entire conversation?
   A.   I did not.  But after he made that
comment he was laughing and I guess poking fun
at what he said himself.
   Q.   Well you didn't hear what the
person on the other end of the line was
saying, did you?
   A.   No.
   Q.   So how can you possibly know what
Mr. Allan was laughing at when you only heard
one side of a conversation?
   A.   I can imply from where he was
sitting and the way he was looking out the
window toward the protest that he was
referring to the protest, because that was
basically the big topic in the office for the
day.
   Q.   You had no idea though what Col
Allan was laughing at; is that right?
   A.   No.  I know he made that comment
and started laughing after he made the
comment.
   Q.   How do you know that the comment
you overheard him making was in reference to

Page 139

Clark
the protesters outside the building?
   A.   I said that I did not know, I can
only imply from the way that he was sitting
and how he was looking out the window that he
was referring to the protest because he was
looking down outside the window.
   Q.   Where were the protesters located
exactly?
   A.   They were in front of the News
Corp. building, I believe they had a portion
of the street blocked off on Sixth Avenue
right in front of the building.
   Q.   And when you walked into Col
Allan's office where was he standing?
   A.   Near the window.
   Q.   What direction was he facing?
   A.   This way (indicating).
   Q.   Can you see his face?
   A.   As I am walking in I could see the
side profile of his face, yes.
   Q.   Okay.  Two minutes ago Ebony you
testified that when you walked in Col Allan
was sitting and you saw how he was looking out
the window.  Now you are saying that he was

Page 140

Clark
standing when you walked in the office?
   A.   When I walked in he stood -- he
was sitting down -- okay, the way that his
office is set up, its glass so you can see
through it.  And then it is an office within
the office, and then you go into an office and
then his office is there and it is glass.  So
when I first initially go to the office right
there I can hear that he is talking on the
phone and he is having a conversation, and I
can visibly see him, right, and he is looking
down.
   Q.   Is it your testimony that --
   MS. DATOO:  I don't think she was
finished answering the question.
   THE WITNESS:  I wasn't.
   Q.   Okay.
   A.   And he is physically looking down
and I can see him.  And then as I am walking
towards him he is standing, and then that is
when I put the paper or whatever it is that I
had to give to him.  I don't remember what it
was that I was giving him, but I gave it to
him.  And as I am walking in that is when he

Page 141

Clark
makes that comment.
   Q.   And did Mr. Allan see you enter
his office?
   A.   Yes, he could see that I was
coming towards him through his office.
   Q.   Did he acknowledge your presence
when you walked in?
   A.   Acknowledge; what do you mean by
acknowledge?
   Q.   Did he motion for you to enter his
office?
   A.   Usually when we have to take him
something we can enter, he doesn't tell us
whether we can come in or not.
   Q.   Did you make eye contact with Mr.
Allan?
   A.   I did.
   Q.   So you know for certain that he
saw you?
   A.   Uh-hum.
   Q.   So he was sitting when you walked
into his office and then he looked at you,
stood up and walked over to the window?
   A.   No, no, no.  The way that it is

Page 146

```
1              Clark
2  first office and he was sitting down, like I
3  said he was looking out the window.  When I
4  went into his office he was standing up
5  looking out the window, he made the comment, I
6  did what I had to do and then I left.
7      Q.    What position was he in when he
8  made the comment?
9      A.    I believe he was looking out the
10  window.
11     Q.    Do you know for sure that he was
12  looking at the window?
13     A.    From my memory, yes, he was
14  looking out the window.
15     Q.    Was he sitting or standing when he
16  made the comment?
17     A.    He was standing.
18     Q.    Was that after or before you made
19  eye contact with Mr. Allan?
20     A.    I don't remember.
21     Q.    And tell me again what you heard
22  Mr. Allan say?
23     A.    I heard him say that the -- that
24  the people were not smart and that the
25  majority of them are minorities.
```

Page 147

```
1              Clark
2      Q.    And is this your best recollection
3  of what Mr. Allan said?
4      A.    Yes.
5      Q.    And that is what you wrote in this
6  document that has been marked as Clark Exhibit
7  11; right?
8      A.    Uh-hum.
9      Q.    We actually need a verbal answer
10  to the last question, Ebony.
11           This is your best recollection of
12  what Mr. Allan said?
13     A.    Yes.
14     Q.    And that is what you wrote in the
15  document that has been marked as Clark Exhibit
16  11?
17     A.    Yes.
18     Q.    I would like you to look at Clark
19  Exhibit 11, the page that is the second to
20  last page, it is Bates stamped NYP 1656, do
21  you see that towards the bottom?
22     A.    Yes.
23     Q.    You said:  Midday as I entered
24  Col's office I heard him speaking into the
25  phone to an unknown person quote, number 1,
```

Page 148

```
1              Clark
2  many of these people are not smart.  And
3  second, the majority of them are minorities,
4  end quote.
5           Is that your best recollection of
6  what Col Allan said that day?
7      A.    Yes.
8      Q.    In the first page of this document
9  you wrote, it is the second paragraph:
10  Delonas, Col Allan, Jesse Angelo, Frank Zini,
11  Joseph Robinowitz and many other insensitive
12  editors defends this quote, art, end quote.
13           Do you see that?
14     A.    Yes.
15     Q.    What did you hear Sean Delonas
16  say?
17     A.    I didn't hear him say anything,
18  however Shari was exchanging words with those
19  editors that I mentioned here, except for Col
20  Allan, I don't know if she exchanged words
21  with him.  But I was present when they were
22  exchanging words, and basically she was just
23  telling them how do they think that that is
24  art, and that it is offensive and stuff like
25  that.  And they were going back and forth
```

Page 149

```
1              Clark
2  about the cartoon and what they felt and she
3  said what she felt.
4      Q.    Shari Logan has already been
5  deposed in this matter and we have her
6  personal recollection, and today I want to
7  find out your personal recollection of what
8  happened.  So tell me what you personally
9  heard Sean Delonas say?
10     A.    I didn't hear Sean say anything.
11     Q.    Have you ever met Sean Delonas?
12     A.    I have not.
13     Q.    Is Sean Delonas an employee of the
14  New York Post?
15     A.    I believe so, yes.  He is the
16  cartoon artist.
17     Q.    Do you know for sure that he is
18  employed by the New York Post?
19     A.    From what I remember when I was
20  doing the work for Carolyn like I said when
21  she was not there on certain days and I would
22  go to get the cartoon, I believe that he did
23  call in one time because I think he was late
24  with delivering the cartoon and he wanted to
25  make sure that I received it.  So I may have
```

Page 330

```
1                  Clark
2   Robinowitz.
3       Q.   If I can direct your attention to
4   paragraph 15: Moreover high level editors at
5   The Post have repeatedly made racist, sexist
6   and offensive comments in my presence.
7            Can you give me the names of some
8   of those high level editors?
9            MS. LOVINGER: Objection.
10      A.   Yes.  I am referring to Jesse
11  Angelo, Joe Robinowitz and Frank Zini, as well
12  as Col Allan.
13      Q.   Once again can you give me
14  examples of any specific comments that were
15  made?
16      A.   I cannot give you specific as far
17  as that, but the only one that I can give you
18  specifics is the one from Col Allan
19  referencing a majority of the people outside
20  being minorities and uneducated people.
21      Q.   Is that the only one that you
22  remember?
23      A.   Yes.
24      Q.   You were asked questions earlier
25  today about answering Col Allan's phone or not
```

Page 331

```
1                  Clark
2   answering Col Allan's phone, do you recall
3   that?
4            MS. LOVINGER: Objection.
5       A.   Yes.
6       Q.   If I can direct your attention to
7   paragraph 19 on page 3, it reads: Rather than
8   informing me of this fact Mr. Allan stormed
9   out of his office and yelled at the deputy
10  editor who was sitting directly next to me,
11  will you tell that damn girl to answer the
12  damn phone.
13           Is that what Col Allan said?
14      A.   Yes.
15           MS. LOVINGER: Objection.
16      Q.   Is that what Col Allan said?
17      A.   Yes.
18      Q.   And who was the deputy editor that
19  was sitting directly next to you?
20      A.   Greg, he is the sports deputy
21  editor.
22      Q.   Just so I am clear, why didn't you
23  answer the phone?
24      A.   It was not clear to me that I had
25  to answer his phone at the time.  I didn't
```

Page 332

```
1                  Clark
2   know that Carolyn was not present in the
3   office.  And not only that, but I also -- the
4   phones were ringing in the sports section as
5   well, so I didn't realize that his phone was
6   ringing at the time because so many lines were
7   ringing.  I was picking up the sports calls
8   which was the duty that was described to me to
9   do for that day.  I wasn't aware that I had to
10  pick up his phone as well.
11      Q.   Because you didn't know his
12  administrative assistant was there; is that
13  correct?
14      A.   Yes.
15           MS. LOVINGER: Objection.
16      Q.   When Mr. Allan yelled at you how
17  did that make you feel?
18           MS. LOVINGER: Objection.
19      A.   Embarrassed.  I felt like he was
20  belittling me.
21      Q.   Why?
22      A.   Because of the way that he went
23  about doing it, and I don't think that it was
24  that serious.  It was a phone call like.  It
25  is not like I made them miss a deadline for an
```

Page 333

```
1                  Clark
2   important news story or something like that.
3   Its just the way that he went about doing it,
4   it just wasn't professional.  And he cannot --
5   we are not his children there, you can't treat
6   your employees that way.
7       Q.   Do you think if a man didn't pick
8   up his call he would have said the same thing?
9            MS. LOVINGER: Objection.
10      A.   I really don't think he would have
11  done that if it was a man.
12      Q.   Do you think he would have yelled
13  if it was a man?
14           MS. LOVINGER: Objection.
15      A.   Not as loud as he did.
16      Q.   Did you complain about that
17  incident?
18      A.   I did.
19      Q.   To who?
20      A.   To Greg.
21      Q.   What did you tell Greg?
22      A.   I was just telling him that I felt
23  uncomfortable and that I don't think that it
24  was fair to me because I wasn't aware that I
25  was supposed to answer his phone.  And that it
```