# **EXHIBIT 31**



**PULSE**

New York Post, Monday, October 1, 2007 — nypost.com — 31

# Hat's amore

## Flip your lid over new fall styles

THE key accessory this fall? One word: Hats. And before you say "I'm just not a hat person," know this: "Anyone who's anyone will have a hat," says hip milliner Eugenia Kim. Though there are some trendy shapes to keep in mind, this fall "anything goes." Check out these next few pages of headwear for every face shape, head size and era.

**CLOCKWISE FROM TOP LEFT:** Deanna Gibbons violet felt "Minna Street" cloche with chain-link band, $250, at brimmingover.com; Philip Treacy button beret, $660, at Saks Fifth Avenue; yellow knit beret, $88, at Alice + Olivia, 80 W. 40th St.; Helen Kaminski "Zin" cap, $140, at Bloomingdale's; Louise Green black felt velour cloche with sequin band, $275, at Medici, 420 Columbus Ave.; wool blend "Boiled Dot" beret, $28, at echodesign.com; houndstooth print newsboy cap, $9.99, at Target; Patricia Underwood velour felt hat, $500, at Bergdorf Goodman.

CONFIDENTIAL

NYP0000034


CONFIDENTIAL

NYP0000035