# **EXHIBIT 33**

Page 22

```
 1        Gotthelf - CONFIDENTIAL
 2   20 times each.
 3        A.  Perhaps 20 times each?
 4        Q.  In other words who are you
 5   talking about?  Who have you heard him
 6   curse at?
 7        A.  I think I've overestimated
 8   because I'm trying to put a number on this,
 9   and there is no number to be put on it.  So
10   20 times --
11        Q.  Well, just tell me who --
12        A.  If the yell number is 20, maybe
13   it's five or so times for each editor on
14   the cursing.  I'm just trying to be
15   accurate.
16        Q.  No, I appreciate that, but just
17   putting aside the number issue, can you
18   name any editor you have heard Col Allan
19   curse at any number of times?
20        A.  Yes.  Joe Robinowitz, Frank Zini,
21   Michael Shain, Chris Shaw, sorry, I'm just
22   going through the -- visualizing the
23   newsroom.  Rich Wilner, that's pretty much
24   the people.
25        Q.  Okay.  Tell me how Col Allan
```

Page 23

```
 1        Gotthelf - CONFIDENTIAL
 2   cursed at you.  What did Col Allan say to
 3   you that we're talking about, just to make
 4   sure we're on the same page?
 5        A.  Well, he may use an expletive if
 6   we're talking about a news story that the
 7   Post has missed or as I said before, a fact
 8   that I didn't inform him on.  He may just
 9   curse, like everyday cursing.
10        Q.  So give me an example of
11   something he has said to you.
12        A.  Something he has said to me, with
13   the expletive in it?
14        Q.  I'm sorry, say again?
15        A.  With the expletive in it?
16        Q.  Yeah, in other words tell me,
17   what's the first curse you remember Col
18   Allan speaking to you.
19        A.  Oh, I don't recall.  I can give
20   you an example.
21        Q.  Well, let's start with that.
22   Give us an example of something he said to
23   you.
24        A.  You should have had that fucking
25   story.
```

Page 24

```
 1        Gotthelf - CONFIDENTIAL
 2        Q.  Has he used that phrase with you
 3   more than once?
 4        A.  A handful.
 5        Q.  Can you remember any other
 6   examples of specific curses that Col Allan
 7   has used with you?
 8        A.  I'm sorry, I'm just trying to be
 9   accurate.  Can you state the question
10   again?
11        Q.  Can you think of any other
12   examples of cursing that Col Allan has used
13   in speaking to you?
14        A.  He may have used the word, your
15   excuse is bullshit, I've heard him say
16   that.  Nothing offensive, just words that
17   come out when you're frustrated.
18        Q.  When you say nothing offensive,
19   would you agree that some people could be
20   offended if somebody used the term bullshit
21   talking to them in a conversation?
22            MR. LERNER:  Objection.
23        A.  I'm not.  I can't speak for other
24   people.
25        Q.  Do you believe that talking to
```

Page 25

```
 1        Gotthelf - CONFIDENTIAL
 2   someone using the word bullshit could be
 3   offensive to a normal person?
 4            MR. LERNER:  Objection.
 5        A.  I can't speak for other people
 6   other than myself and I'm not offended by
 7   it.
 8        Q.  Well, you are a journalist,
 9   right?
10        A.  Yes, exactly.
11        Q.  You've spoken to a lot of people
12   in your career, right?
13        A.  I have.
14        Q.  So when you are out on a beat
15   interviewing just a normal Joe on the
16   street, would you use the word bullshit
17   with that person?
18            MR. LERNER:  Objection.
19        A.  I might.
20        Q.  But you might not?
21        A.  And I might not.
22        Q.  Why might you not?
23            MR. LERNER:  Objection.
24        A.  Was it warranted.
25        Q.  And you also said he said to you
```