# Exhibit 1A

Page 1

1

2              UNITED STATES DISTRICT COURT

3              SOUTHERN DISTRICT OF NEW YORK

4     ------------------------------X

      SANDRA GUZMAN,

5

                          Plaintiff,

6                         NO. 09 CIV. 9323 (BSJ)(RLE)

                 VS.

7

      NEWS CORPORATION, NYP

8     HOLDINGS, INC., d/b/a THE

      NEW YORK POST, and COL ALLAN,

9     in his official and individual

      Capacities,

10

                          Defendants.

11    ------------------------------X

12

13             VIDEOTAPED DEPOSITION

14                     OF

15                SANDRA GUZMAN

16             New York, New York

17         Thursday, October 13, 2011

18

19

20    Reported by:

      AYLETTE GONZALEZ, CLR

21    JOB NO. 42950

22

23

24

25

Page 98

1           SANDRA GUZMAN-10/13/11
2       A.  Did I read them while I was in the
3   process?  Some of them I have, yeah.
4       Q.  And do they contain evidence of
5   sexual harassment?
6       A.  I'm sorry, I don't recall if they
7   do.
8       Q.  Did anybody besides you write in
9   these notebooks?
10      A.  No.
11      Q.  Have you ever shown them to anybody
12  besides giving them to your lawyer this
13  morning?
14      A.  No.
15      Q.  Have you ever shown them to your
16  lawyer before?
17      A.  I discovered this morning I hadn't.
18  They were not part of the original.
19      Q.  Have you ever read from them to
20  your lawyer?
21      A.  Read from them?
22      Q.  Yes.
23      A.  To my lawyer, yes.
24      Q.  And when did you do that?
25      A.  This morning.

Page 99

1           SANDRA GUZMAN-10/13/11
2       Q.  In person or over the phone?
3       A.  In person.
4       Q.  Were you here or somewhere else?
5       A.  I was here.
6       Q.  Was it before or after the
7   beginning of your deposition?
8       A.  It was after.
9       Q.  And what was the material that you
10  read?
11      A.  I read from the material.  What I
12  read was about a guidance conference I was
13  going to speak at, and some of the remarks I
14  was going to give.  And one of the passages
15  that I was going to talk to women about was
16  how to be -- that it's important to be
17  impeccable with your words because the
18  universe will respond in kind.  I read some
19  meditations that I had been reciting.
20      Q.  Have you ever made copies of these
21  books?
22      A.  No.
23      Q.  And you understand it's important
24  to be impeccable with your words at this
25  deposition; do you not?

Page 100

1           SANDRA GUZMAN-10/13/11
2       A.  Here and anywhere.
3       Q.  Yet, you changed your testimony
4   several times as you've been sitting here.
5           MR. THOMPSON:  Objection.
6       A.  How so?
7       Q.  Do you think you've been impeccable
8   with your words at this deposition?
9       A.  I have.
10      Q.  You think that being asked if you
11  kept journals and answering no was being
12  impeccable with your words?
13      A.  I answered no because I
14  misunderstood, in my mind, what the question
15  was.
16          As I said, I thought you meant the
17  traditional way of keeping journals and I
18  should have asked you can you please explain
19  what you mean.
20      Q.  So, as I understand your testimony
21  a moment ago, you did review these notebooks
22  back in late 2009 when the Complaint in this
23  case was being drafted, correct?
24      A.  Yes.
25      Q.  And did you provide information to

Page 101

1           SANDRA GUZMAN-10/13/11
2   your lawyer that came from those notebooks in
3   connection with the drafting of the Complaint?
4       A.  I don't remember.  I know that I
5   provided my lawyer with a lot of information.
6   Some of it was from those notebooks and
7   other -- others were from my experiences that
8   I personally experienced.
9       Q.  What is the information that came
10  from the notebooks that you supplied?
11      A.  I don't recall.  I don't recall.
12          Oh, wait a minute, I just
13  remembered there are -- these notebooks that I
14  jotted down that Col Allan was looking down at
15  demonstrators who were protesting a racist
16  monkey cartoon.  And he told Ebony Clark and
17  Ebony Clark told me that the people who were
18  protesting outside were minorities and
19  uneducated anyway.  So I recall that that
20  was -- now, I'm not sure if it's in those 13
21  notebooks or other notebooks that I gave to my
22  attorneys.
23      Q.  Other than the 13 notebooks, how
24  many other notebooks did you give to your
25  attorneys?

Page 110

SANDRA GUZMAN-10/13/11

1
2    Q.   And The Post publishes stories
3  about -- well, withdrawn.
4         The Post is a tabloid newspaper,
5  correct?
6    A.   Yes.
7    Q.   It publishes stories about crime,
8  right?
9    A.   Yes.
10   Q.   Celebrities?
11   A.   Yes.
12   Q.   News and business, right?
13   A.   Yes.
14   Q.   Some of the stories that it
15 publishes are stories that have -- can have
16 sensational aspects to them, correct?
17   A.   Yes.
18   Q.   And these were editorial meetings
19 to decide what to publish, what angles to
20 pursue about these stories, correct?
21   A.   Yes.
22   Q.   It was necessary for people to
23 express their ideas about the stories
24 candidly, correct?
25   A.   Yes.

Page 111

SANDRA GUZMAN-10/13/11

1
2    Q.   Do you know derogatory words for --
3  that have been used for Hispanic Americans?
4    A.   Yes.
5    Q.   Did you ever hear anybody called a
6  derogatory word that's used for Hispanic
7  Americans used during those editorial
8  meetings?
9    A.   Yes.
10   Q.   What did you hear?
11   A.   So, for instance, there's a story
12 here.
13       MR. THOMPSON:  Let the record
14    reflect the witness is talking about
15    Guzman Exhibit 7.
16   A.   On Pedro Martinez who was a major
17 league pitcher, an ace pitcher.  And he was --
18 they made -- the sports editor talked about
19 Pedro potentially getting surgery.  And the
20 editor said if there are any crimes in New
21 York City, check them out, it might be Pedro;
22 referring to Pedro Martinez as a criminal.
23   Q.   Well, I asked you if you were aware
24 of derogatory names for that had been used for
25 Hispanics.

Page 112

SANDRA GUZMAN-10/13/11

1
2    A.   Well.
3    Q.   I didn't hear that in your answer,
4  and I'm going to move to strike the answer.
5       MR. THOMPSON:  Objection.
6    Q.   My question is, for example, did
7  you ever hear the term "spic", S-P-I-C used in
8  these meetings?
9    A.   No, I use -- when you equate a
10 major league baseball player to a criminal, if
11 the story had been about Andy Pettit.
12   Q.   What page were you looking at?
13   A.   I was looking at page 347.  You
14 asked me if I heard the word, "spic".  No.
15   Q.   What is offensive to you about --
16       MR. THOMPSON:  She wasn't
17    finished.
18   A.   If you equate a Hispanic ballplayer
19 who's going to probably be inducted into the
20 Baseball Hall of Fame as a criminal, to me,
21 that is discrimination.
22   Q.   Okay.
23       If that had been said about Andy
24 Pettit, as you just brought up a moment ago,
25 would that be discrimination against white

Page 113

SANDRA GUZMAN-10/13/11

1
2  males?
3    A.   I would not have considered that
4  discrimination against white males.
5    Q.   And if it had been said against --
6  if it would have been said about a person of
7  Chinese ancestry, would you consider that
8  discrimination against a Chinese person?
9    A.   Yes.  There's actually -- when you
10 mentioned Chinese, there's a reference to a --
11   Q.   Ms. Guzman, the question is would
12 you have considered that discrimination
13 against a Chinese person.
14   A.   Yes.
15   Q.   You would have.
16       Is there -- did Mr. Allan, when he
17 made that remark, mention Pedro Martinez's
18 Latin American heritage?
19   A.   No, but he's referring to Pedro
20 Martinez whose Latino, who is Dominican.
21   Q.   So, the fact that Pedro Martin is
22 Latino, made you think that the comment by Col
23 Allan must have been made because he is
24 Latino?
25   A.   Yes.

Page 114

SANDRA GUZMAN-10/13/11

1
2      Q.   Just the fact that Pedro is Latino
3   makes you think that?
4      A.   Yes.  It wasn't the first time.
5      Q.   What?
6         MR. THOMPSON:  She's not finished.
7      A.   It's not the first time he referred
8   to Pedro as a criminal at these morning
9   meetings.
10      Q.   Well, maybe Mr. Allan thinks
11   Mr. Pedro Martinez has aspects of his public
12   personality that have -- that are -- that open
13   him up to that criticism.
14      A.   Well, I think --
15      Q.   Could that be true?
16      A.   I think that I considered that a
17   discriminatory remark and it wasn't the first
18   time that Mr. Allan was referring to a major
19   league baseball player as a criminal.
20         On one occasion after I had secured
21   an exclusive interview with Mr. Martinez, he
22   asked me how it was.  And I said it was great.
23   He said, did he have a machete or a gun.  And
24   when you talk about machetes and switchblades
25   and Latinos, these are heavily charged,

Page 115

SANDRA GUZMAN-10/13/11

1
2   racially tinged discriminatory code words.
3   So, I thought it was discriminatory.
4      Q.   Did you ever hear Mr. Allan say
5   this remark about any other Latino person?
6         I'm going to remind you, you're
7   under oath.
8      A.   Have I ever heard Mr. Allan say any
9   other remark about any other Latino equating a
10   Latino to a criminal?
11      Q.   Yes.
12      A.   No, but he has said that all
13   Latinos look alike.
14      Q.   The answer is no, you haven't heard
15   Mr. Allan equate any other Latino besides
16   Pedro Martinez to a criminal, right?
17      A.   No.
18      Q.   And did you know that a few -- a
19   couple of months before you published your
20   interview of Pedro Martinez, Pedro Martinez
21   famously told a reporter that he'd blow the
22   reporter's head off for his catcher Mike
23   Piazza?
24         Did you know that?
25      A.   No.

Page 116

SANDRA GUZMAN-10/13/11

1
2      Q.   Did understand -- did you know
3   Pedro Martinez was reported in that incident
4   to have made a hand gesture of a gun with a
5   trigger finger with his hand when he did that?
6   Did you know that?
7      A.   No.
8      Q.   You didn't know that was reported?
9         You interviewed Mr. Martinez two
10   months after that happened, and you didn't you
11   didn't -- you didn't Google Mr. Martinez and
12   see what was recently -- had recently been
13   written about him?  No?
14      A.   I'm sorry, what are you showing me?
15      Q.   There's a question pending.
16         You didn't Google Mr. Martinez
17   before you interviewed him to see what had
18   been recently written about him?
19      A.   I researched.
20      Q.   Maybe your research would have
21   turned up Exhibit 11.
22         (Defendant's Guzman Exhibit 11,
23   New York Times article, dated
24   February 23, 2005, marked for
25   identification, as of this date.)

Page 117

SANDRA GUZMAN-10/13/11

1
2      Q.   Can you take a look at that,
3   please.
4         MR. THOMPSON:  Can you give us
5   extra copies for my associate?
6         Mr. Lerner, have you produced this
7   document to us?  There's no Bates
8   number on it.
9         MR. LERNER:  No, we haven't.  It's
10   because we just found it on the
11   internet.
12         MR. THOMPSON:  Okay.  Take your
13   time and review it since they haven't
14   produced this document.
15         Let the record reflect that that
16   document Mr. Lerner has put before
17   Ms. Guzman is dated October 11, 2011.
18   He maintains he just found it on the
19   internet, but this document was
20   printed days ago.
21         Let the record reflect they have
22   not turned this over until 30 seconds
23   ago when they showed it to Ms. Guzman
24   for the very first time.  And as her
25   attorney, we have never seen this

Page 130

SANDRA GUZMAN-10/13/11
1
2  with your head bowed like peasants made famous
3  by the artist, Diego Rivera? Did you write
4  that?
5      A. Yes.
6      Q. And that you have learned over time
7  to challenge those in positions of power when
8  you are not treated fairly?
9      A. Yes.
10      Q. And you believe that? You live by
11  that, right?
12      A. Yes.
13      Q. Do you recall making an allegation
14  that you saw a photograph of a naked man on
15  Col Allan's Blackberry on one occasion?
16      A. Yes.
17      Q. I'd like to show you some pages
18  that ran in The New York Post. They're Guzman
19  Exhibit 9, and they're NYP '574 through '576?
20      (Defendant's Guzman Exhibit 9,
21      document bearing Bates numbers NYP
22      '574 through '576, marked for
23      identification, as of this date.)
24      Q. Ms. Guzman, these are pages from
25  The Post, Thursday, September 25, 2008. Have

Page 131

SANDRA GUZMAN-10/13/11
1
2  you had a chance to look at this?
3      A. Yes.
4      Q. Do you recall this story running in
5  The New York Post in 2008?
6      A. Yes.
7      Q. It's a story about a man who was
8  standing naked on a ledge acting in a mentally
9  imbalanced manner who was Tasered by the
10  police which -- and then fell to his death as
11  a result, right?
12      A. Yes.
13      Q. Is the photograph -- is one of the
14  photographs here in this story, the photograph
15  that you saw on Col Allan's Blackberry during
16  the incident that you described?
17      A. No.
18      Q. It's not?
19      A. No.
20      Q. What did you see on Col Allan's
21  Blackberry?
22      Let's back up. Can I have the
23  Complaint, please.
24      MR. KENNEDY: Exhibit 3?
25      Q. Ms. Guzman, is the man -- other

Page 132

SANDRA GUZMAN-10/13/11
1
2  than the fact the photograph is altered, is
3  the man, Iman Morales, who was the man who
4  died in this incident, was the picture you saw
5  on Col Allan's Blackberry a photograph of Iman
6  Morales?
7      A. No.
8      Q. If you could open up the Complaint
9  to paragraph 35 on page 8. Page -- paragraph
10  35 says that, "By way of example only, on one
11  occasion when Ms. Guzman and three female
12  employees of The Post were sharing drinks at
13  after work function, Defendant, Allan,
14  approached a group of women, pulled out his
15  Blackberry and asked what do you think of
16  this? On his Blackberry was a picture of a
17  naked man lewdly and openly displaying his
18  penis. Ms. Guzman, and the other female
19  employees expressed their shock and disgust at
20  being made to view the picture and Defendant,
21  Allan, just smirked."
22      Can you describe the photograph
23  that you're referring to in paragraph 35 of
24  the Complaint?
25      A. It's a photograph of a naked man --

Page 133

SANDRA GUZMAN-10/13/11
1
2  frontal naked man with his penis exposed and
3  it was a photograph that was on Governor
4  McGreevey's wall that was part of evidence in
5  his divorce proceedings.
6      And the photograph was -- I felt
7  offended by it and shocked and demeaned that
8  the editor of the newspaper, my boss, would
9  show me a naked picture of a man with his
10  genitalia exposed.
11      Q. Did you express shock to Mr. Allan
12  at that time?
13      A. Yes.
14      Q. How did you express shock?
15      A. I told him that that was creepy.
16      Q. And were you there at this occasion
17  with Danika Lowe, Lacey Brown and Kristin
18  Flemming?
19      A. Yes.
20      Q. Did Col Allan ever show you a
21  picture of Iman Morales, the man depicted in
22  Exhibit 9, on his Blackberry?
23      A. No.
24      Q. So, there was only one occasion
25  when Col Allan showed a photograph to you on

Page 134

SANDRA GUZMAN-10/13/11

1  SANDRA GUZMAN-10/13/11
2  his Blackberry of a naked man?
3      A.  Unprovoked?  It was only one
4  occasion.  It was unprovoked and I found it
5  demeaning.  I found it disgusting that the
6  boss, the editor, for no apparent reason would
7  just flash out his Blackberry and show me a
8  photograph of a naked man.
9      Q.  Ms. Guzman --
10     A.  I'm sorry.
11     Q.  I'm trying to establish what
12 picture it is that you saw, so we're all
13 talking about the same thing.
14     A.  Okay.  It wasn't Iman Morales.
15     Q.  Because have you reviewed the
16 Affidavit that was submitted by Danika Lowe in
17 this case?
18     A.  Yes.
19     Q.  And Ms. Lowe recalls being with you
20 when Mr. Allan showed a picture on his
21 Blackberry of Iman Morales, correct?
22     A.  She must be confused.
23     Q.  That's what she wrote in her
24 Affidavit, right?
25     A.  Yes.

Page 135

1  SANDRA GUZMAN-10/13/11
2      Q.  And in what way do you think she
3  must be confused?
4      A.  Maybe he has a habit of showing
5  female co-workers, his staffers, naked
6  pictures of men.
7      Q.  And is it possible that you're
8  confused that the photograph that you saw was
9  the photograph of Iman Morales?
10     A.  Absolutely not.  Absolutely not.
11     Q.  Why didn't you say, in your
12 Affidavit, what the -- who the photograph --
13 what the source of the photograph was or in
14 your Complaint?
15     A.  I wasn't specific.  I said that he
16 showed me a picture of a naked man.  There are
17 a lot of specifics I didn't write in my
18 Federal Complaint.
19     Q.  And if Ms. Lowe has no recollection
20 of ever seeing a photograph, other than that
21 of Ms. -- of Mr. Morales on Col Allan's
22 Blackberry, you think the explanation is that
23 she must be confused?
24     A.  Or lying.
25     Q.  You understand that when she filled

Page 136

1  SANDRA GUZMAN-10/13/11
2  out and executed that Affidavit, she was not
3  an employee of The Post?
4      A.  She was there.
5      Q.  She was not an employee of The Post
6  at the time she executed her Affidavit?
7      A.  Right.  She was not an employee at
8  The Post.  I understand that.  At the time she
9  was -- at the time that Mr. Allan showed me
10 the picture and Lacey Brown and Kristin
11 Flemming, Danika Lowe was an employee of The
12 New York Post.  In fact, yeah.
13     Q.  And was -- and was Danika Lowe
14 present?
15     A.  Yes.
16     Q.  And Kristin Flemming was present?
17     A.  Yes.
18     Q.  And Lacey Brown was present?
19     A.  Yes.
20     Q.  And you were present?
21     A.  Yes.
22     Q.  And where did this take place?
23     A.  At a place called Lanigan's.
24     Q.  And how did -- and who else was
25 present besides the four women that you've

Page 137

1  SANDRA GUZMAN-10/13/11
2  just named, including yourself?
3      A.  In terms of who else was at this
4  restaurant/bar?
5      Q.  Yes.
6      A.  There were lots of other people,
7  but --
8      Q.  My question really is:  Who was in
9  the conversation in which the image was
10 displayed on the Blackberry?
11     A.  Lacey Brown, Kristin Flemming,
12 Danika Lowe and myself.
13     Q.  And presumably Col Allan was there?
14     A.  Col Allan came in after we were
15 talking after work about stories -- after work
16 conversation.  Lacey Brown was my photo editor
17 at one point, so we were catching up.  And
18 Mr. Allan walked in, I don't know, an hour
19 later after we -- I really don't remember how
20 long after we were there.  We were there
21 talking and he engaged us in conversation and
22 out of the blue, Mr. Allan pulled out his
23 Blackberry.  So, those were the three other
24 women who were present with me.
25     Q.  And who did he show it to first?

Page 138

SANDRA GUZMAN-10/13/11
1
2     A.  Me.
3     Q.  And what conversation had you had
4  before he showed it to -- before he showed it
5  to you?
6     A.  We were just talking about news of
7  the day.  We were talking -- I don't really
8  remember.  Maybe what would be the front page.
9  He would often talk about a news story that
10 was happening.
11    Q.  Was McGreevey's divorce news at the
12 time?
13    A.  McGreevey's divorce was news at the
14 time.
15    Q.  And the evidence that was coming
16 out in connection with McGreevey's divorce was
17 news as well, right?
18    A.  Yes.
19    Q.  And the picture that McGreevey had
20 on the wall that became evidence in his case,
21 that was news as well, right?
22    A.  Yes.
23    Q.  And did that picture run in The New
24 York Post the next day?
25    A.  It ran.  It was an exclusive for

Page 139

SANDRA GUZMAN-10/13/11
1
2  the weekend paper.  So, if it did not run the
3  next day, Friday, it must have run Saturday
4  with his genitalia covered.  It was a full
5  page photograph that ran.
6     Q.  And Mr. Allan gets these photos on
7  his Blackberry so he can make determinations
8  about publication or purchase --
9        MR. THOMPSON:  Objection.
10    Q.  -- correct?
11    A.  I don't know why he gets naked
12 photographs.  I'm assuming that that -- I
13 don't know why.  I don't know why.
14    Q.  Did he ask you your opinion about
15 the photograph?
16    A.  No, he just showed it to me and
17 laughed and smirked.
18    Q.  Did you -- and you were -- and you
19 were -- the conversation, you said, was about
20 what the headline might be the next day?
21    A.  Um-hum.
22    Q.  Did the headline the next day
23 relate to the McGreevey matter?
24    A.  No, not that I --
25    Q.  After he showed it to you, what did

Page 140

SANDRA GUZMAN-10/13/11
1
2  he do with his Blackberry?
3     A.  I gave it back to him.
4     Q.  And then what happened?
5     A.  He gave it to his assistant,
6  Kristin, who was on the other side of him.
7     Q.  Well, did you tell Kristin what the
8  picture was of?
9     A.  I was shocked.
10    Q.  Did you tell Kristen what the
11 picture was of?
12    A.  No, I was shocked.  I was just
13 like, that's creepy.
14    Q.  Well, if it offended you, didn't
15 you think it might offend the other women in
16 your group?
17    A.  You have to understand that this is
18 shocking to me, that here is the editor in
19 chief of a newspaper showing his female
20 editors and writers a picture of a naked man.
21 I didn't know where that was coming from.  I
22 was confused.  I was -- I was shocked.
23    Q.  Ms. Guzman, you gave a gift of a
24 sexual vibrator to a friend; did you not?
25    A.  What are you talking about?

Page 141

SANDRA GUZMAN-10/13/11
1
2     Q.  You've given a vibrator as a gift
3  to a friend; did you not?
4     A.  I'm not sure what you're talking
5  about.
6     Q.  I want to understand what is
7  shocking about a photograph from a divorce
8  case that displays a naked man to somebody who
9  gives vibrators as gifts to their friends.
10    A.  First of all, I don't know what
11 gift you're talking about, but if my boss --
12 what happens between my friends is between
13 friends; okay.  It is my personal space
14 between girlfriends.
15       What happens in the workplace is
16 something completely different.  So, if I have
17 my boss -- if I'm at a place having drinks and
18 talking and eating with my co-workers, my
19 female co-workers, and my boss comes to me and
20 shows me unprovoked and unexpected and
21 randomly, without telling me -- giving me a
22 sense of what this picture is about, it's very
23 different.  It's very different.
24    Q.  You wrote publicly about you giving
25 a vibrator as a gift?

Page 142

SANDRA GUZMAN-10/13/11

1
2     A.   Are you referring to my book?
3     Q.   Yes.
4     A.   You're referring to the sexuality
5  chapter where I give women information on
6  sexual health?
7     Q.   I'm referring to your public
8  description of the fact that you've given
9  vibrators as gifts.
10    A.   I write about sexual health, and if
11 that's what you're referring to, yes.
12    Q.   You were not so shocked that you
13 stopped your friend, Kristin Flemming, from
14 looking at the picture, right?
15         MR. THOMPSON:  Objection.
16    A.   Okay.  So, this is the boss.  This
17 is the editor in chief coming up to a group of
18 his female employees and whipping out a
19 Blackberry and asking us to view a picture of
20 a naked man.
21    Q.   The question was; yes or no, you
22 didn't stop Kristin Flemming from looking at
23 it, right?
24    A.   I didn't stop her.
25    Q.   You didn't stopped Danika Lowe?

Page 143

SANDRA GUZMAN-10/13/11

1
2     A.   What I did was I gave him the
3  Blackberry back.  He gave them the Blackberry.
4  He gave his assistant his Blackberry.
5     Q.   But you did not warn them not to
6  look at the photo in the Blackberry, did you?
7     A.   I did not.
8     Q.   You didn't warn Danika or Lacey or
9  Kristin did you?
10    A.   I did not.
11    Q.   All right.  That's because you were
12 not offended by it, right?
13    A.   I was offended.
14    Q.   It was a newsworthy photo that ran
15 in The New York Post and was part of the
16 evidence in a public and famous divorce case,
17 right?
18    A.   The picture that he showed us was
19 not the picture that was printed in the paper.
20 He showed us his penis.  He showed us the
21 man's genitalia.  He didn't show us the photo
22 that would be published where his genitalia
23 was covered.  Mr. Allan showed us a picture of
24 a naked man with his penis exposed.  The
25 picture that ran as news, his penis was

Page 144

SANDRA GUZMAN-10/13/11

1
2  blocked out.  That's not the picture he showed
3  us.
4     Q.   Well, the picture that was on the
5  wall was the full picture, right?
6     A.   Yes.
7     Q.   And do your notes record this
8  incident?
9     A.   I don't recall my notes recalling
10 this incident, no.  I can't -- I can't tell
11 you for sure.
12    Q.   Are you embarrassed by nudity,
13 Ms. Guzman?
14    A.   I'm not really sure what you mean.
15    Q.   Well, do you find nudity to be --
16 to make you uncomfortable?
17    A.   Like is the question is it
18 important when I see it?  I don't really --
19 can you rephrase it so I can understand and
20 answer you?
21    Q.   Well, you're comfortable with
22 sexual topics, aren't you?
23    A.   I'm comfortable talking about
24 sexual health.
25    Q.   Did you -- did you bring this

Page 145

SANDRA GUZMAN-10/13/11

1
2  incident where Mr. Allan showed this
3  photograph to you to anybody else's attention
4  after it happened?
5     A.   The day after, I told a member of
6  management what Mr. Allan had done.
7     Q.   Who did you tell?
8     A.   Paul Armstrong.
9     Q.   Why did you select Mr. Armstrong to
10 tell?
11    A.   He's part of management.  He's part
12 of the executive team, and I trusted him to do
13 something about it.
14    Q.   What did you ask him to do?  What
15 did you say to him?
16    A.   I said -- I told him -- I said
17 Paul, you're not going to believe what
18 Col Allan did last night.  And I told him what
19 I've told you today.  And Paul was just pretty
20 flabbergasted.
21    Q.   And did you ask Mr. Armstrong to do
22 anything in particular?
23    A.   I actually thought he would go to
24 HR or legal.
25    Q.   Did you ask him to go to HR or

SANDRA GUZMAN-10/13/11

1
2  legal?
3      A.  No.
4      Q.  You did not go to HR or legal
5  yourself?
6      A.  Not right after.  I did speak with
7  HR later and I made HR aware of this incident.
8      Q.  Did you ever follow up with
9  Mr. Armstrong to ask him if he had done
10 anything with that information?
11     A.  No.
12     Q.  And you did not hear anything back
13 from him about it, did you?
14     A.  No.
15     Q.  What was Mr. Armstrong's position?
16 What was his title when you told him this
17 information?
18     A.  At the time, he was maybe a VP of
19 quality control.  I don't really know the
20 exact title, but he's in charge of making sure
21 that the paper is legible, that the pictures
22 are clear.  So I don't know the exact title,
23 but he's part of the -- he was part of the
24 executive management team.
25     Q.  And at the time you knew that

SANDRA GUZMAN-10/13/11

1
2  Jennifer Jane was the VP of human resources,
3  right?
4      A.  I'm not sure that Jennifer Jane was
5  working at the time.
6      Q.  But you knew how to find human
7  resources, right?
8      A.  Yes.
9      Q.  Did you ever discuss this matter
10 with Lacey Brown, Kristin Flemming or
11 Danika Lowe after it happened?
12     A.  Yes.
13     Q.  And what did you discuss?
14     A.  Same thing; girls, can you believe
15 that this happened.  Actually, I never
16 discussed it with Kristin Flemming.  I did
17 with Lacey and Danika Lowe.  And I asked them,
18 can you believe this happened.  Can you
19 believe it.  Can you believe this behavior.
20     Q.  And what did they say to you, if
21 you recall?
22     A.  That's Col Allan.  Shrug, that's
23 Col Allan.
24     Q.  Did you ask them if they
25 complained?

SANDRA GUZMAN-10/13/11

1
2      A.  I didn't ask them if they
3  complained.
4      Q.  Did you ask them to join your
5  complaint?
6      A.  I didn't ask them to join my
7  complaint.
8      Q.  And when is it your testimony that
9  this happened?
10     A.  April of 2007.
11     Q.  And other than saying to Mr. Allan,
12 that's creepy, did you say anything else to
13 Mr. Allan about this incident?
14     A.  No.
15     Q.  And other than what you told us you
16 said to Mr. Armstrong, did you say anything
17 else to Mr. Armstrong about it?
18     A.  Did I say anything else besides
19 telling him what happened?
20     Q.  Yes.
21     A.  I told him how I felt as a woman.
22 I felt this was inappropriate behavior.  That
23 this was offensive.  That this was demeaning
24 and humiliating to me.  I told him that I
25 didn't think this was okay.

SANDRA GUZMAN-10/13/11

1
2      Q.  What did Mr. Armstrong say?
3      A.  He listened.
4      Q.  And did you have -- other than the
5  fact that Mr. Armstrong had the position that
6  he had, was there any other reason why you
7  chose Mr. Armstrong?  Did you have a certain
8  level of confidence with him?
9      A.  I trusted him.  He was a dignified
10 and upstanding member of the management team,
11 and I didn't know him to be a sexist or bigot.
12 I worked closely with him, so I felt confident
13 that I could share with him something like
14 that and that I hoped that he would be able to
15 do something about it.
16     Q.  But you didn't ask him to do
17 anything about it, right?
18     A.  No.
19     Q.  And how did you expect him to know
20 that you -- without asking him to do something
21 about it, Ms. Guzman, how did you expect him
22 to know that you wanted him to take action on
23 your behalf?
24     A.  Well, he's a member of the
25 management team.  I assumed that he is very

Page 150

SANDRA GUZMAN-10/13/11

1
2  familiar with the rules of conduct.  And I
3  actually thought that he would think it was so
4  outrageous that he wouldn't bat an eye to, at
5  least, report it as something that was
6  reportable.
7      Q.  So, you just assumed that he would?
8      A.  Um-hum.  And I hoped that he would.
9      Q.  And when there was no follow-up by
10 Mr. Armstrong or anybody else on this, you did
11 not go to the HR department, which was all
12 women, and pursue it there, correct?
13     A.  Not immediately.
14     Q.  Well, did you at some point?
15     A.  I did.
16     Q.  When was that?
17     A.  February of 2009.
18     Q.  After the publication of the
19 cartoon?
20     A.  After the publication of the racist
21 monkey cartoon.
22     Q.  Did you specifically describe the
23 incident that you've talked about here during
24 your discussions after the cartoon was
25 published?

Page 151

SANDRA GUZMAN-10/13/11

1
2      A.  Jennifer Jane was in my office and
3  I made her aware of several sexist and
4  racially discriminatory incidents, and I did
5  tell her.
6      Q.  You told her about this incident
7  with the McGreevey photograph?
8      A.  I told her -- I'm sorry; please
9  finish.
10     Q.  You told also Jane about the
11 McGreevey photograph incident on Col Allan's
12 Blackberry after the publication of the
13 cartoon?
14     A.  I did.
15     Q.  You're sure?
16     A.  I'm positive that I told her that
17 Col Allan shows female workers pictures of
18 naked men.
19     Q.  That's what you said?
20     A.  Um-hum.
21         MR. THOMPSON:  You have to answer
22 verbally, just remember.
23     A.  Yes.  Okay, yes.
24     Q.  And when you said that, this was
25 the incident we just discussed was the

Page 152

SANDRA GUZMAN-10/13/11

1
2  incident that you had in mind?
3      A.  I'm sorry?
4      Q.  When you said -- when you told her
5  that Col Allan shows females pictures of naked
6  men, it was the incident described in
7  paragraph 35 of your Complaint that you were
8  referring to, right?
9      A.  Yes.
10     Q.  And did you specifically give her
11 the facts of where the incident of paragraph
12 35 of your Complaint during that discussion?
13     A.  Not the specific facts of the date
14 and the photograph.  I said -- I told her that
15 Col Allan had shown pictures of naked men.  He
16 showed me a picture of a naked man.
17     Q.  Did you tell her anything else
18 about that?
19     A.  About that?
20     Q.  Yes.
21     A.  No.  I don't recall telling her
22 anything else about that.
23     Q.  Did you ever put that complaint in
24 writing?
25     A.  No.

Page 153

SANDRA GUZMAN-10/13/11

1
2      Q.  So, that complaint was verbal?
3      A.  Yes.
4      Q.  And was that your first complaint
5  to human resources?
6      A.  My first complaint to human
7  resources?
8      Q.  Yes.
9      A.  I had complained to the diversity
10 members of the team of News Corp. diversity
11 office.
12     Q.  My question was:  Was that your
13 first complaint to human resources?
14     A.  No, that was not my first complaint
15 to human resources.
16     Q.  What was your first complaint to
17 human resources?
18     A.  To Mitsy Wilson and to Rick
19 Ramirez, they're members of News Corp.'s
20 diversity team.  And as I understood it, they
21 were part of the human resources because
22 they -- part of what they do is they recruit
23 people of color to work at the different News
24 Corp. companies.
25     Q.  What was -- okay.  And when did you

Page 154

SANDRA GUZMAN-10/13/11
1
2  speak with Ms. Wilson and Mr. Rich Ramirez?
3      A.  I can't tell you the exact day, but
4  I can tell you that Rick and Mitsy would
5  travel often to New York.  I was on a
6  committee with them and we would meet for
7  lunch and discuss many issues, and I remember
8  telling them.
9      Q.  Telling them what?  What was your
10  complaints to them?
11      A.  I told them -- I told them that
12  Col Allan was a sexist.  And I told them that
13  Col Allan was racist and that I had personally
14  experienced discrimination and sexism in the
15  workplace.  And I gave them the example of him
16  showing me a naked picture on his Blackberry.
17      Q.  And you understood that they were
18  not employees of The New York Post, right?
19      A.  I understood they were employees of
20  News Corp.
21      Q.  It's a yes or no answer.
22          MR. THOMPSON:  I'm going to object
23  to the question.  It calls for a legal
24  conclusion.
25          You can answer.

Page 155

SANDRA GUZMAN-10/13/11
1
2      A.  No, I didn't understand that they
3  were not employees of The New York Post.
4      Q.  Did you understand they were
5  employees of News Corp.?
6      A.  Yes.
7      Q.  News Corp.'s a different entity of
8  The New York Post?
9      A.  It's the umbrella.
10      Q.  And what committee were you on with
11  them?
12      A.  I was on the Hispanic diversity
13  committee.
14      Q.  So, you were always talking to them
15  about Hispanic issues in the workplace, right?
16      A.  We were always talk -- we were
17  talking about ways in which the company can
18  appeal to the fastest growing segment of the
19  American population.  So, we would meet on a
20  regular basis to talk about what efforts were
21  being had at Fox television, at the -- just
22  the different subsidiaries under News Corp.
23  and ways to recruit more Hispanic and black
24  and Asian and women to the organizations.
25      Q.  You understood, though, that they

Page 156

SANDRA GUZMAN-10/13/11
1
2  didn't have HR responsibilities at New York
3  Post, right?
4      A.  I understood that they had.
5      Q.  Where were they based?
6      A.  In L.A.
7      Q.  So, they're in Los Angeles and come
8  to New York to talk to you about diversity in
9  the entire News Corp. organization?
10      A.  Yes.
11      Q.  And who else was on that committee?
12      A.  I can recall Gerald Acantar, Rick
13  Ramirez and Mitsy Wilson.  And there were
14  representatives of different subsidiaries of
15  News Corp.  Everyone from Paramount, from Fox
16  Searchlight to the marketing division that --
17  News America marketing that Paul Carlucci led.
18      There were about 25 different
19  representatives on that committee.  Mitsy
20  Wilson headed that committee and she was the
21  head of diversity for News Corp.
22      Q.  And did you ask Ms. Wilson or
23  Mr. Ramirez to take action on your behalf with
24  respect to your -- what you told her and what
25  you told them about Col Allan?

Page 157

SANDRA GUZMAN-10/13/11
1
2      A.  No.
3      Q.  Did they tell you that they had
4  authority to take action at The New York Post
5  on behalf of your complaint?
6      A.  No, they didn't tell me.
7      Q.  And other than Mr. Allan was a
8  racist and a sexist, what else did you tell
9  them about Col Allan?
10      A.  That his behavior created a sense
11  in the newsroom that gave men the freedom to
12  treat women as sex objects.
13      Q.  Ms. Guzman, I'm asking you to
14  recall what you told Mitsy Wilson and Rick
15  Ramirez.
16      A.  Yes.
17      Q.  This is what you told them?
18      A.  You mean incidents?
19      Q.  I'm asking you what you told them.
20      A.  Right.
21      Q.  And this is what you told them?
22      A.  I told them that I think this
23  behavior kind of showed the whole newsroom was
24  sexist and racist.
25      Q.  Did you ever document this

| Page 158 |
|---|

SANDRA GUZMAN-10/13/11

1
2 conversation with Ms. Wilson or Mr. Ramirez?
3     A.  Document it, no.
4     Q.  Did you ever document it with
5 news -- with New York Post HR?
6     A.  Sexism?  Did I document what
7 exactly?
8     Q.  Did you ever put any complaint of
9 this nature in writing?
10     A.  Sexism or racism?
11     Q.  Either.
12     A.  Yes.
13     Q.  When?
14     A.  In February of 2009, I sent a
15 letter an internal letter responding to the
16 monkey cartoon, yes.
17     Q.  Other than the monkey cartoon.
18     A.  Other than the monkey cartoon?
19     Q.  Yes.
20     A.  No.
21     Q.  So, you had a conversation with
22 Mitsy Wilson and Rick Ramirez and you had a
23 conversation with Jennifer Jane.  When was the
24 conversation with Mitsy Wilson and Rick
25 Ramirez?

| Page 159 |
|---|

SANDRA GUZMAN-10/13/11

1
2     A.  I don't recall the exact.
3     Q.  What year?
4     A.  Year?  It's probably several months
5 later or a year later.
6     Q.  Later than what?
7     A.  Than the incident happened.  It was
8 later.  So that if the incident happened in
9 the spring of 2007, it was whenever they
10 called or came to New York.
11     Q.  So, your best estimate is the
12 spring of 2008?
13     A.  I can't -- I don't want to give you
14 a date if I don't -- if I'm not sure and I
15 can't recall the date.
16     Q.  But it wasn't in close proximity to
17 that event?
18     A.  I really --
19         MR. DATOO:  Objection.  What do
20 you mean by close proximity?
21     Q.  There was a -- you said there was
22 about a year that went by after the McGreevey
23 incident.  Is that your best recollection
24 today?
25     A.  I told you that I didn't want to

| Page 160 |
|---|

SANDRA GUZMAN-10/13/11

1
2 give you a date because I'm not really sure
3 exactly when or even the proximity of the
4 date.  I know I had a conversation with Mitsy
5 and I know I had a conversation with Rick and
6 I know I told them about Col Allan's behavior.
7     Q.  Was that the same conversation?  In
8 other words, was the conversation with Rick
9 and Mitsy one conversation together or two
10 separate conversations?
11     A.  Two separate conversations.
12     Q.  And were they -- were they close
13 together in time?
14     A.  I don't remember the, you know, the
15 time span of when these conversations took
16 place.  But they took place for sure after the
17 incidents had happened.
18     Q.  Are there any other times when you
19 or -- withdrawn.
20         Other than your conversation with
21 Jennifer Jane after the publication of the
22 monkey cartoon, did you have any other
23 conversations with anybody at the The Post in
24 which you pursued a Complaint of
25 discrimination?

| Page 161 |
|---|

SANDRA GUZMAN-10/13/11

1
2     A.  I complained about discrimination
3 to Lisa Barnett.
4     Q.  Is she a supervisor?
5     A.  She's part of the -- she's not my
6 supervisor.  She works -- she's part of the
7 management team as well.  And she's been
8 there -- she was working there when I worked
9 there, so I've known her for some time.  And I
10 also made another member of the executive
11 team, Dee Dee Brown, aware of the
12 discrimination and sexism I was being
13 subjected to.
14     Q.  Did you ask them to pursue these
15 complaints on your behalf?
16     A.  I hoped.
17     Q.  But did you ask them to?
18     A.  I did not ask them to.  I hoped.
19     Q.  Is it fair to say, Ms. Guzman, that
20 these were just candid conversations with
21 women that you considered colleagues in which
22 you expressed how you were feeling at the
23 time?  Isn't that what that was?
24     A.  You haven't asked me about what
25 else I was telling them about what other

Page 162

SANDRA GUZMAN-10/13/11

1  experiences, and if you do, I'll tell you.
2  Q. Could you answer my question,
3  Ms. Guzman?
4  A. Can you repeat the question?
5  Q. These were conversations with
6  female colleagues in which you were exchanging
7  views these were not complaints you intended
8  to elevate to post management by virtue of
9  these conversations, correct?
10  A. These were conversations I was
11  having with members of the executive team that
12  I hoped would do something about the sexual
13  harassment that I was experiencing at the
14  workplace.
15  Q. You never went to Jennifer Jane,
16  the vice-president of human resources, whose
17  primary responsibility was to act upon these
18  complaints?
19  MR. DATOO: Objection. She
20  testified.
21  Q. Apart from your conversation of the
22  cartoon, right?
23  A. I went to Jennifer Jane in February
24  2009.

Page 163

SANDRA GUZMAN-10/13/11

1  Q. Actually, she went to you; is that
2  right?
3  A. She came to my office.
4  Q. Right, but you did not ask her to
5  come to your office. She came on her own,
6  correct?
7  A. Yes.
8  Q. We'll get back to that.
9  A. Okay.
10  Q. Is there a reason why you didn't
11  complain to human resources of The Post until
12  February 2009?
13  A. I didn't feel comfortable
14  complaining to HR.
15  Q. So, you complained to a bunch of
16  people that were not charged with the task of
17  dealing with employee's complaints, right?
18  MR. DATOO: Objection. Assumes
19  facts not in evidence.
20  MR. LERNER: You can make an
21  objection. That's it.
22  MR. DATOO: When you're going to
23  mislead the witness --
24  MR. LERNER: You're not allowed

Page 164

SANDRA GUZMAN-10/13/11

1  to --
2  MR. DATOO: You're taking the
3  deposition or?
4  MR. LERNER: You're allowed to
5  object and that's it.
6  MR. DATOO: Well, you're going to
7  mislead the witness. I'm going to
8  state the objection.
9  MR. LERNER: No. You're
10  actually -- Shaffin, you're not
11  permitted to clarify or force me to
12  ask clearer questions. I'm entitled
13  to phrase the questions the way I
14  want.
15  MR. DATOO: You're absolutely
16  right, but --
17  MR. LERNER: You're permitted to
18  object, and that's it.
19  A. Could you please restate the
20  question?
21  Q. Why weren't you comfortable going
22  to HR?
23  A. I had experienced a co-worker who
24  went to HR and she complained about sexism and

Page 165

SANDRA GUZMAN-10/13/11

1  a few months later, she was no longer working
2  for the company.
3  Q. Who was that?
4  A. Poochie Meir. So I had a feeling
5  that I couldn't trust them.
6  Q. Well, did you have some kind of
7  understanding, Ms. Guzman, that a complaint of
8  sexism, racism and discrimination actually
9  wouldn't get to HR? Is that what your
10  expectation was?
11  A. I wanted it to get to HR.
12  Q. But you thought that -- I'm trying
13  to understand what you're thinking was that
14  the Complaint would get to HR, but because you
15  didn't bring it to HR, somehow it would be
16  handled differently?
17  A. I expected an investigation to take
18  place. I hoped an investigation would take
19  place.
20  Q. But you didn't ask for an
21  investigation, right?
22  A. I hoped for an investigation.
23  Q. You did not ask for an
24  investigation?

**Page 166**

SANDRA GUZMAN-10/13/11
1
2     A.  I did not ask for an investigation.
3     Q.  I'm going to show you, Ms. Guzman,
4   a document which is the called the Standards
5   of Business Conduct marked Guzman 10.
6         (Defendant's Guzman Exhibit 10,
7     Standards of Business Conduct, marked
8     for identification, as of this date.)
9     MR. THOMPSON:  I don't want you
10  getting confused.  Try to keep these
11  in order.
12    THE WITNESS:  Okay.
13    Q.  Ms. Guzman, is this a document you
14  had access to when you were an employee of The
15  Post?
16    A.  Yes.
17    Q.  And these are the policies that
18  were in effect at The Post while you were
19  there?
20    A.  Yes.
21    Q.  Turn to page -- this is document
22  Bates numbered NYP '58 through NYP '199.
23        Could you turn to page NYP '69,
24  please.  And can you look at the last sentence
25  on the page.  It reads, "Accordingly,

**Page 167**

SANDRA GUZMAN-10/13/11
1
2   employees who feel a grief because of
3   harassment and discrimination have an
4   obligation to immediately notify a manager in
5   the human resources department or an attorney
6   in the legal department."
7         Do you see that?
8     A.  Yes.
9     Q.  Did you do either of those things?
10    A.  No.  In February of 2009, I
11  complained to Jennifer Jane.
12    Q.  Prior to February of 2009, though,
13  you didn't do either of those things, right?
14    A.  Right.
15    Q.  You have an allegation in your
16  Complaint about an incident that occurred,
17  allegedly, at a party that had dancing it is
18  paragraph 37 of your Complaint.
19    A.  What page?
20    Q.  Page 9.  Talking about Exhibit 3 of
21  the Amended Complaint?
22    A.  What paragraph?
23    Q.  Paragraph 37.
24    A.  Okay.
25    Q.  After you look at that paragraph, I

**Page 168**

SANDRA GUZMAN-10/13/11
1
2   have a few questions about it.
3     A.  Okay.
4     Q.  Did you personally see the dancing
5   that you described in Paragraph 37?
6     A.  Did I personally --
7     MR. THOMPSON:  Objection.
8     A.  Rubbed his penis?  Rubbed?  There's
9   no dancing here.
10    Q.  Fine.  Did you personally see this
11  occur?
12    A.  No.
13    Q.  Were you present at the location at
14  that place on that night?
15    A.  I was present, yes.
16    Q.  And what is the source of your
17  information and belief for the information
18  that's contained in paragraph 37?
19    A.  The following day, the female in
20  question came to my office and asked to speak
21  with me privately.  And we went into my office
22  and she told me that, in a very distraught
23  manner, that Mr. Col Allan rubbed his erect
24  penis on her buttocks, and was making lewd
25  remarks about how great her breasts looked

**Page 169**

SANDRA GUZMAN-10/13/11
1
2   after she had lost weight.  And she felt
3   scared to be alone with him.
4     Q.  And who's the person?
5     A.  Her name is Nicole Fox, Nicky Fox.
6     Q.  Did you tell Ms. Fox that you
7   thought that she had looked like she lost
8   weight?
9     A.  Did I?
10    Q.  Yes.
11    A.  No.  Mr. Allan told her how great
12  she looked since she lost weight.  How great
13  her breasts looked since she looked -- since
14  she lost weight.
15    Q.  In fact, you've commented to
16  Ms. Fox about her breasts, haven't you?
17    A.  When?
18    Q.  You've told Ms. Fox that you've
19  complimented her on her breasts, haven't you?
20    A.  When?
21    Q.  At any time.
22    A.  I don't remember.
23    Q.  You're under oath, Ms. Guzman.
24        Did you call her hot?  Did you tell
25  her she was hot?

Page 174

SANDRA GUZMAN-10/13/11

1        SANDRA GUZMAN-10/13/11
2        Q.   Yes.
3        A.   Exactly -- what year exactly, what
4    date?
5        Q.   And who told you?
6        A.   And exactly who told me, I cannot
7    tell you. I can tell you that this was common
8    knowledge in the newsroom.
9        Q.   And were you ever assigned to work
10   in the newsroom?
11       A.   Yes.
12       Q.   When was that?
13       A.   When I first began there.
14       Q.   For how long?
15       A.   I was stationed in the newsroom for
16   about six months, but I was always in the
17   newsroom. I hired reporters to write for my
18   different sections who worked in the newsroom.
19   I had to go up to the newsroom to talk to
20   photo because they're right in the middle of
21   the newsroom. I had --
22       Q.   Ms. Guzman, I just asked when you
23   were assigned to work there.
24       A.   I'm sorry, I was trying to describe
25   for you that I wasn't physically stationed,

Page 175

SANDRA GUZMAN-10/13/11

1        SANDRA GUZMAN-10/13/11
2    but that my job involved my visiting, very
3    often, throughout the day.
4        Q.   I understand. I need you to answer
5    the question that I asked.
6        A.   Okay. I'm sorry.
7        Q.   Do you have any personal knowledge
8    of Mr. Allan going to Scores by personal
9    knowledge? I mean, did you ever see him at
10   Scores or have him tell you that he went to
11   Scores?
12       A.   No.
13       Q.   In your Complaint -- in your
14   Complaint, in paragraph 39, you describe a
15   remark by Col Allan in which he yelled at --
16   yelled at -- asking somebody he refers to as a
17   damn girl to answer his phone.
18            Can you take a look at paragraph
19   39, please.
20       A.   Yes.
21       Q.   How did you learn about this
22   incident?
23       A.   Ebony Clark told me about the
24   incident.
25       Q.   You weren't present for it, right?

Page 176

SANDRA GUZMAN-10/13/11

1        SANDRA GUZMAN-10/13/11
2        A.   No.
3        Q.   What did she tell you?
4        A.   Exactly what it says here.
5        Q.   Did you hear about it from anybody
6    else besides Ms. Clark?
7        A.   No.
8        Q.   Other than the statement that's
9    quoted on the bottom of page 9 of your Amended
10   Complaint, are you aware of any other
11   statement that Mr. Allan made during the
12   incident?
13       A.   No.
14            MR. THOMPSON:  Page 9.
15       A.   Page 9, paragraph 39?
16       Q.   Yes.
17            MR. THOMPSON:  Paragraph 39 is not
18   on page 9, Mr. Lerner.
19            MR. LERNER:  You may be in the
20   wrong document, Mr. Thompson. I'm in
21   the Amended Complaint.
22            MR. THOMPSON:  Oh, you're right.
23       Q.   Any other statement that you're
24   aware of besides the one that's on the bottom
25   of page 9?

Page 177

SANDRA GUZMAN-10/13/11

1        SANDRA GUZMAN-10/13/11
2        A.   Regarding this paragraph?
3        Q.   Yes.
4        A.   No.
5        Q.   Your Complaint contains allegations
6    that relate to an individual named Les
7    Goodstein; does it not?
8        A.   Yes.
9        Q.   And you're aware that in 2006, The
10   New York Post executive committee was
11   discussing closing down Tempo; are you not?
12       A.   Maybe.
13       Q.   In fact, the -- Paul Carlucci made
14   a decision to close Tempo in 2006; did he not?
15       A.   I'm not really sure.
16       Q.   Were you aware of that?
17       A.   No. I don't remember closing down
18   of Tempo.
19       Q.   Ms. Guzman, I'm going to show you
20   two documents, Exhibit Guzman 12 and Guzman
21   13. Guzman 12 is NYP '447 through '448 and
22   Guzman 13 is NYP '459 through '46 -- hold on.
23   Scratch that.
24            Guzman 13 is NYP 462.
25       A.   This is 13?

Page 182

SANDRA GUZMAN-10/13/11

1
2  cancel Tempo?
3     A.  No.
4     Q.  Do you know why Tempo was not
5  canceled in 2006?
6        MR. THOMPSON:  Objection.
7     A.  I think that there's some people on
8  staff that really felt very passionate about
9  the section.
10    Q.  And that was Les Goodstein, right?
11    A.  Les Goodstein and Semi Hayman,
12 Patrick Judge on the sales side.  These are
13 people who are in charge of selling Tempo.
14    Q.  Do you know who's responsible for
15 convincing The Post not to cancel Tempo?
16    A.  Who was responsible?
17    Q.  Yes.
18    A.  I don't.
19    Q.  Do you know it was Mr. Goodstein?
20    A.  You're telling me that it was.
21    Q.  You didn't know that until now?
22    A.  I don't recall.  I do know he was
23 an advocate of the section.
24    Q.  A passionate advocate of the
25 section, correct?  Would you agree with that?

Page 183

SANDRA GUZMAN-10/13/11

1
2     A.  I agree.
3     Q.  Mr. Goodstein had experience
4  working at The Daily News targeting and
5  serving the Hispanic community, correct?
6     A.  Yes.
7     Q.  So, when he got involved with
8  Tempo, that experience was relevant to Tempo,
9  right?
10    A.  To selling Tempo, yes.
11    Q.  Did Mr. Goodstein complain to
12 Col Allan that you weren't working with him on
13 Tempo?
14       MR. THOMPSON:  Objection.
15    A.  I don't know what he complained to
16 Mr. Allan about.
17    Q.  Did Col Allan call you in his
18 office to instruct you after Les Goodstein
19 started working on Tempo that you should try
20 to work with -- that you were to work with
21 Les?
22    A.  He called me into his office and he
23 berated me, yes.
24    Q.  And he told you that you needed to
25 work with Les, right?

Page 184

SANDRA GUZMAN-10/13/11

1
2     A.  I needed to be nice with Les were
3  the words that I remember.
4     Q.  And what did you say?
5     A.  I didn't understand.  I told him I
6  did not understand what he meant by being
7  nice.  That's exactly what I told Mr. Allan.
8     Q.  And do you know what prompted
9  Mr. Allan to call you in?
10    A.  I suspected that it was because I
11 was complaining about Mr. Goodstein's
12 lascivious and disgusting behavior toward me.
13    Q.  When had you done that?
14    A.  When had I complained?
15    Q.  Yes.
16    A.  Immediately after Mr. Les Goodstein
17 and I had our initial meeting.
18    Q.  And when was that?
19    A.  So, if he arrived in 2006, it was
20 around 2006.  If he arrived -- yeah, a few
21 months.
22    Q.  Ms. Guzman, who did you complain to
23 in the middle of 2006 about Les Goodstein?
24    A.  To Paul Armstrong, to Lisa Barnett
25 and to Dee Dee Brown.

Page 185

SANDRA GUZMAN-10/13/11

1
2     Q.  You did not complain to Paul
3  Armstrong about Les Goodstein in 2006, did
4  you, Ms. Guzman?
5     A.  I did.
6     Q.  What was your complaint?
7     A.  On the first meeting when I first
8  met Mr. Les Goodstein, we met on the third
9  floor in the cafeteria and he introduced
10 himself.  And we were having a conversation
11 about Tempo.  And as soon as a woman would
12 walk by, Les Goodstein would follow that woman
13 and look at the woman's butt and breast and
14 body up and down.  And then he would turn back
15 to me and he would say, I'm sorry, what was I
16 saying.
17       Mr. Goodstein licked his lips on a
18 number of occasions.  The first meeting I had
19 with Mr. Goodstein, he displayed grotesque
20 behavior and I told Paul about it.
21    Q.  And it's the behavior you just
22 described, correct?
23    A.  That was one of many behaviors.
24    Q.  Well, so, at the first meeting, he
25 looked at other women in the cafeteria; is

Page 186

SANDRA GUZMAN-10/13/11
1
2  that right?
3       MR. THOMPSON: Objection.
4       A.   The first meeting, we would be
5  having a conversation just like you and I are
6  having a conversation, and if a woman would
7  walk by, he would take his eyes off me and
8  look at the women's butt and breasts and
9  follow them and then get back to the
10 conversation. The very first meeting. My
11 very first meeting with Mr. Les Goodstein on
12 the third floor.
13      Q.   And is that what you complained to
14 Mr. Armstrong about?
15      A.   That was one of the first things
16 that I complained about. I met with Mr.
17 Goodstein on many occasions after that, and
18 Mr. Goodstein -- there were other complaints
19 that I made about him.
20      Q.   To whom?
21      A.   To Paul.
22      Q.   How many times did you complain to
23 Paul?
24      A.   I can't tell you the exact number,
25 many times.

Page 187

SANDRA GUZMAN-10/13/11
1
2       Q.   More than three?
3       A.   I cannot tell you. I can't guess.
4  I can tell you that there were many times.
5  Many, many times. Dozens of times.
6       Q.   You complained to Paul dozens of
7  times?
8       A.   Yes.
9       Q.   Did you ever go to HR to complain
10 about Mr. Goodstein while you were working
11 with him?
12      A.   I told you that in February of
13 2009, I spoke to Jennifer Jane about the
14 sexist behavior of some members of The New
15 York Post and News Corp. and --
16      Q.   How long did Mr. Goodstein and you
17 work together on Tempo?
18      A.   I can't tell you the exact -- how
19 many years, but a year and a half. A year
20 and a half.
21      Q.   So, from roughly June '06 until the
22 latter part of '07?
23      A.   I can't tell you specifics.
24      Q.   Your best recollection is a year
25 and a half?

Page 188

SANDRA GUZMAN-10/13/11
1
2       A.   I cannot tell you specifics. I
3  don't -- I want to be right and I can't tell
4  you specifics.
5       Q.   And during that period of time that
6  you and Mr. Goodstein were working together on
7  Tempo, you did not go to HR to complain,
8  right?
9       A.   No.
10      Q.   But The Post EEO policy says that
11 you should go to HR or the legal department,
12 right?
13      A.   Yes.
14      Q.   And you did neither?
15      A.   No, not --
16      Q.   And --
17           MR. THOMPSON: Are you finished?
18           THE WITNESS: No, I wasn't
19 finished.
20           MR. THOMPSON: Finish please.
21      A.   I complained to HR in 2009 when
22 Jennifer Jane and I met.
23      Q.   Okay, I understand. Thank you.
24      A.   Okay.
25      Q.   Did you tell Col Allan when he

Page 189

SANDRA GUZMAN-10/13/11
1
2  called you into his office to say that you
3  should work with Les, did you tell Col Allan
4  at that time that the reason you were not
5  working with Les was because of this conduct?
6           MR. THOMPSON: Objection.
7       A.   I did not.
8       Q.   So, you did not bring this conduct
9  to Col Allan's attention during that
10 conversation, right?
11      A.   No.
12      Q.   You never told Col Allan directly
13 about this conduct, right?
14      A.   No.
15      Q.   Did Mr. Goodstein ever try to touch
16 you?
17      A.   No.
18      Q.   And you indicated that at some
19 point, he referred to you as a cha-cha -- as a
20 cha-cha girl or something like that?
21      A.   Yes, myself and a colleague were
22 both Latinas.
23      Q.   And did you let him know that you
24 did not appreciate that remark?
25      A.   Yes.

Page 190

SANDRA GUZMAN-10/13/11

1
2      Q.   And did he stop calling you
3   cha-cha?
4      A.   He stopped calling me cha-cha.
5      Q.   Did you ever tell him that you
6   prefer that he not look at other women in the
7   way you described when you were working with
8   him?
9      A.   No.
10     Q.   Do you know that Mr. Goodstein was
11  the only non-Hispanic, non-black person on the
12  National Board of Hispanic Federation?
13     A.   Yes. I didn't know he was the
14  only -- I knew he was on the board.
15     Q.   And he was given the leadership
16  award by the Hispanic Federation in May of
17  2009, right?
18     A.   Yes.
19     Q.   There was a dinner that honored
20  him?
21     A.   Yes.
22     Q.   And you went to that dinner?
23     A.   Yes.
24     Q.   Did you meet his wife?
25     A.   Yes.

Page 191

SANDRA GUZMAN-10/13/11

1
2      Q.   Did you tell his wife that he was a
3   great guy?
4      A.   I don't remember saying that. I
5   didn't even know he was married.
6      Q.   Isn't it true that you told Les
7   that you thought that their sons should get
8   together?
9      A.   Yes.
10     Q.   And did they -- did Les' son and
11  your son get together socially?
12     A.   Never.
13     Q.   You indicated that he told you that
14  you on some occasion or occasions that you
15  looked sexy or beautiful, right? Is that
16  something he said to you?
17     A.   He frequently commented on what I
18  wore and my shoes and how sexy they were and
19  how beautiful my dress was and how beautiful I
20  looked.
21     Q.   Did you tell him -- did you tell
22  him that you didn't want him to say that?
23     A.   I told him if you want to borrower
24  my shoes, you can.
25     Q.   So, you made a joke about it?

Page 192

SANDRA GUZMAN-10/13/11

1
2      A.   I wanted him to stop.
3      Q.   But you didn't tell him to stop?
4      A.   No.
5      Q.   You made a joke about it?
6      A.   I wanted him to stop.
7      Q.   But you made a joke about it?
8      A.   I made a comment about it.
9      Q.   Did anybody else hear Mr. Goodstein
10  say that you looked sexy or beautiful?
11     A.   Yes.
12     Q.   Who?
13     A.   Semi Hayman Morrero.
14     Q.   And you've told colleagues that you
15  think they look sexy or beautiful; have you
16  not?
17     A.   It depends on the context. I
18  can't --
19     Q.   It's a yes or no. You told people
20  that?
21     A.   I can't tell you. I don't know if
22  it's a yes or no answer. It's such an
23  open-ended question. I may have.
24     Q.   Well --
25     A.   It's hard for me to answer that yes

Page 193

SANDRA GUZMAN-10/13/11

1
2   or no if you don't give me names and if you
3   don't give me context. I'm happy to answer
4   that question for you.
5      Q.   And you knew based on the fact that
6   he stopped calling you cha-cha when you let it
7   be known to him that you didn't like that, you
8   knew he'd stop doing something if you asked
9   him, right?
10     A.   I knew he stopped calling me
11  cha-cha after he was told not to.
12     Q.   So, why did you not tell him to
13  stop remarking that you looked sexy or
14  beautiful?
15     A.   What I instead tried to do was
16  limit our meetings.
17     Q.   And did you, in fact, limit the
18  meetings?
19     A.   I met with him when I had to meet
20  with him.
21     Q.   And how often was that during the
22  year 2007?
23     A.   So, if Tempo was coming out on a
24  monthly basis, we would meet once a month.
25     Q.   And where was his office?

Page 198

SANDRA GUZMAN-10/13/11

1
2  time.
3       If Ms. Guzman needs water, wants
4  to take a break, there was no question
5  pending.  You were talking to your
6  colleagues.
7       MR. LERNER:  If the issue,
8  Mr. Thompson, is not did you interrupt
9  the flow of the deposition.  The
10  question is did you have an improper
11  communication with Ms. Guzman about
12  the subject matter of her testimony
13  during the testimony and the record is
14  clear that you did.
15       MR. THOMPSON:  It is not clear.
16  BY MR. LERNER:
17       Q.  The clarification that you just
18  made, Ms. Guzman, when you came back on the
19  record and say you wanted to make a
20  clarification, was that something that you
21  discussed during the break with Counsel?
22       MR. THOMPSON:  Objection.  Don't
23  disclose what you talked to Counsel
24  about during the break.
25       Q.  Was your clarification a matter of

Page 199

SANDRA GUZMAN-10/13/11

1
2  your discussion with Counsel?
3       A.  I've been instructed by my attorney
4  not to answer your question.
5       Q.  Ms. Guzman, could you look at
6  paragraph 41 of your Amended Complaint,
7  please.
8       A.  This is the Amended Complaint?
9       MR. THOMPSON:  Yes.
10       A.  What page?
11       Q.  Page 10.
12       A.  Yes.
13       Q.  Paragraph 41, you stated,
14  "Mr. Goodstein also routinely stared at the
15  breasts and butt of other female employees in
16  Ms. Guzman's presence and often licked his
17  lips while doing so."
18       Do you see that?
19       A.  I do, yes.
20       Q.  Nowhere in your Complaint do you
21  state that Mr. Goodstein looked at your body
22  in a lascivious way, correct?
23       A.  He would repeatedly look at me and
24  tell me that I look sexy and beautiful.
25       Q.  No, but --

Page 200

SANDRA GUZMAN-10/13/11

1
2       A.  In paragraph 40.
3       Q.  You're not reading from your
4  Complaint though, correct?
5       A.  I'm telling you that that's what he
6  did and to be able to say --
7       Q.  That's not what your complaint
8  says --
9       MR. THOMPSON:  Objection.
10       Q.  -- right?
11       A.  Okay.
12       Q.  Your Complaint says that, "Les
13  Goodstein, senior vice-president, repeatedly
14  told Ms. Guzman that she looked sexy and
15  beautiful."
16       You did not state, in your
17  Complaint that he looked at you and told you
18  that you looked sexy and beautiful, right?
19       A.  He looked at me and told me that I
20  looked sexy and beautiful.
21       Q.  To be clear, you're not reading
22  from the Complaint now, right?
23       A.  I'm just telling you if we're
24  looking at the Complaint in paragraph 40, it's
25  very clear that he looked at me and he said --

Page 201

SANDRA GUZMAN-10/13/11

1
2  looking at me, he said I looked sexy and
3  beautiful.
4       Q.  Well, you came into the deposition
5  room a moment ago with a clarification where
6  you added something and what you added was
7  that he would often stare at my breasts and
8  body parts and comment on how sexy I looked.
9       A.  Right.
10       Q.  Staring at your breasts and body
11  parts is not an allegation you made in your
12  Complaint, right?
13       A.  When he looked at me and said I was
14  sexy and beautiful, he was staring at my body
15  parts.
16       Q.  But you didn't say in your
17  Complaint that he stared at you right?
18       A.  I didn't specifically state it.
19       Q.  And when you were working with
20  Mr. Goodstein on Tempo, Joe Robinowitz was
21  your supervisor; is that accurate?
22       A.  I believe so.
23       Q.  What was Mr. Goodstein's role on
24  Tempo when you were working together?
25       A.  He was supervising the sales

Page 202

SANDRA GUZMAN-10/13/11

1  portion of the section.
2
3        Q.   Did he supervise editorial?
4        A.   No.
5        Q.   You were responsible for editorial?
6        A.   Yes.
7        Q.   And your supervisor from editorial
8  standpoint was always Joe Robinowitz at that
9  time, right?
10       A.   What year was that?
11       Q.   In '06, '07.
12       A.   I believe it was Joe Robinowitz.
13       Q.   Were you ever looking to leave The
14  New York Post while you were an employee
15  there?
16       A.   I may have.
17       Q.   Well, I'm not asking you to guess.
18  I'm asking you what your -- what the facts
19  are.  Did you ever look for a job to leave The
20  New York Post while you were employed there?
21       A.   I don't remember that, that I
22  actively looked for a job.
23       Q.   And when you went to the dinner
24  that honored Les Goodstein, you were -- was he
25  still working on Tempo at the time?

Page 203

SANDRA GUZMAN-10/13/11

1
2        A.   I don't remember.
3        Q.   Were you required to go to that
4  dinner?
5        A.   Yeah, I was.  It was a News Corp.
6  event.  And they gave away tickets as it was a
7  Hispanic event and the editor of Hispanic
8  section, one of the many sections that I
9  edited, they asked me to go.
10       Q.   An editor of what?
11       A.   One of the Hispanic sections.  It
12  was a Hispanic organization that was having a
13  celebration.
14       Q.   So, it wasn't a News Corp. event,
15  right?
16       A.   He gave money as I understand it as
17  a representative of News Corp. corporation,
18  not as New York Post.
19       Q.   The National Hispanic Federation is
20  not a News Corp. organization, is it?
21       A.   It's not.  It's a Hispanic
22  organization that News Corp. gave money to
23  through Les Goodstein.
24       Q.   Do you recall that event being in
25  May of 2009?

Page 204

SANDRA GUZMAN-10/13/11

1
2        A.   Maybe, I'm not really sure.
3        Q.   Guzman Exhibit 14 is NYP '792.
4            (Defendant's Guzman Exhibit 14,
5            document bearing Bates numbers NYP
6            '792, marked for identification, as of
7            this date.)
8        Q.   Ms. Guzman, I'm going to tell you
9  that this is a document from your calendar
10  which you don't have to accept.  That's just
11  my representation.
12            But does this refresh your
13  recollection as to when that event was?
14       A.   Yes.
15       Q.   So, was it May of 2009?
16       A.   Yes.
17       Q.   And was Les Goodstein finished
18  working on Tempo by May of 2009?
19       A.   I believe so.
20       Q.   Could you have elected not to
21  attend that event?
22       A.   Yes.
23       Q.   Were you -- when you went, were you
24  proud that Les Goodstein, a News Corp.
25  affiliated person, was being honored by the

Page 205

SANDRA GUZMAN-10/13/11

1
2  National Hispanic Federation?
3        A.   Proud?
4        Q.   Yes.
5        A.   I don't know if I would say proud.
6        Q.   How did you feel about it?
7        A.   I was happy that a great Hispanic
8  organization that helps the impoverished and
9  the needy was receiving monies to do their
10  work.
11       Q.   How did you feel about Les
12  Goodstein being honored that night?
13       A.   Kind of surprised.
14       Q.   But did you think that he didn't
15  warrant being honored by the Hispanic
16  Federation?
17       A.   No, if I --
18       Q.   If you'd known he was responsible
19  for saving Tempo from closure in 2006, would
20  that have changed your mind?
21            MR. THOMPSON:  Objection.
22       A.   This man sexually harassed me every
23  opportunity he got and he did it on repeated
24  occasions and helping save Tempo didn't give
25  him the right to do that to me.

Page 206

SANDRA GUZMAN-10/13/11
1
2    Q.   Ms. Guzman, my question was if
3  you'd known he was responsible for saving
4  Tempo from closure in 2006, would that have
5  changed your mind about him being honored?
6       MR. THOMPSON:  Objection.
7    A.   It's my opinion, no.
8    Q.   And to be clear, the sexual
9  harassment by Les Goodstein that you're
10  referring to is the way he looked at you and
11  the way he looked at other women and his
12  calling you sexy and beautiful?
13    A.   And commenting on my shoes and on
14  my body, on my body.
15    Q.   Okay.
16       Conduct that you never asked him to
17  stop doing, right?
18    A.   I was afraid to ask him to stop
19  doing it.
20    Q.   So, you didn't ask him to stop,
21  right?
22    A.   No.
23    Q.   Did you know somebody named Michael
24  Ridell?
25    A.   Yes.

Page 207

SANDRA GUZMAN-10/13/11
1
2    Q.   He's The New York Post Broadway
3  critic?
4    A.   Yes.
5    Q.   Would you consider him a likeable
6  person?
7    A.   Yes.
8    Q.   Would you consider him your friend?
9    A.   No.
10    Q.   Well, is he someone you're
11  comfortable asking a favor of?
12    A.   I'm not sure what do you mean by
13  favor.
14    Q.   You asked to speak to him about a
15  friend of yours who was an actress as to
16  whether or not he could help her when a
17  production West Side Story was being cast,
18  didn't you?
19    A.   No.
20    Q.   Please take a look at Guzman
21  Exhibit 15.
22       This is an e-mail Bates number NYP
23  '1781.
24       (Defendant's Guzman Exhibit 15,
25    document bearing Bates number NYP

Page 208

SANDRA GUZMAN-10/13/11
1
2  '1781, marked for identification, as
3  of this date.)
4       MR. THOMPSON:  Could you give him
5    another copy?
6    Q.   Ms. Guzman, is this an e-mail that
7  you sent to Michael Ridell on October 2008?
8    A.   Yes.
9    Q.   And did you say "PS, do you know
10  whose casting the show?  My friend, the
11  actress that I mentioned to you, is
12  interested"?
13    A.   Yes.
14    Q.   And you told him that you wanted to
15  chat about West Side Story, right?
16    A.   Yes.
17    Q.   So, you were comfortable talking to
18  him; were you not?
19    A.   I was comfortable talking to him.
20    Q.   And you were comfortable asking him
21  about who was casting West Side Story, right?
22    A.   Yes.
23    Q.   Did you ever call him baby in the
24  office?
25    A.   I'm not sure I called him baby.

Page 209

SANDRA GUZMAN-10/13/11
1
2    Q.   You're here to be deposed about
3  this case and you're going to need to state
4  your recollection as to whether or not you --
5    A.   I understand.
6    Q.   -- you called him baby?
7       MR. THOMPSON:  Objection.
8    A.   And I'm telling you that I'm not
9  sure if I called him baby.
10    Q.   Ms. Guzman, it is not -- it is not
11  avoiding lying under oath by saying you don't
12  recall something --
13       MR. THOMPSON:  Objection.
14    Q.   That you don't want to give the
15  answer to.
16       MR. THOMPSON:  Objection.
17    Q.   If you did something and you say --
18  and you know it and you say that you don't
19  remember, that's lying, Ms. Guzman.
20       MR. THOMPSON:  Objection.
21    A.   If I would recall having called him
22  babe, I would tell you yes, but because I
23  don't recall, I can't tell you yes.  And
24  that's an honest answer.
25    Q.   Were you friendly with him in the

Page 210

SANDRA GUZMAN-10/13/11

1
2   office?
3       A.   Yes.
4       Q.   Did you consider him somebody that
5   harassed you?
6       A.   Yes.
7       Q.   And that harassment stemmed from
8   his singing a song from West Side Story; is
9   that correct?
10      A.   He sang in a Spanish accent, "I
11  want to live in America" every time he would
12  walk past my office or into my office.
13      Q.   And you consider that racial
14  harassment, Ms. Guzman?
15      A.   Yes.
16      Q.   From the Broadway critic, from The
17  New York Post, right?
18      A.   Was he singing that to other
19  people?
20      Q.   Ms. Guzman, you don't get to ask
21  questions.
22          MR. THOMPSON:  She was explaining
23      her answer, Mr. Lerner.  You don't get
24      to cut her off in the middle of an
25      answer.

Page 211

SANDRA GUZMAN-10/13/11

1
2       Q.   Did he sing other songs in the
3   office besides songs from West Side Story?
4       A.   The only tunes he sang were from
5   West Side Story, and he did it in a Spanish
6   ascent.
7       Q.   You never heard him sing from other
8   musicals in the office, Ms. Guzman?
9       A.   Not to me.
10      Q.   Not to you, but what about to
11  himself or to other people.  You never heard
12  him sing another song from another musical?
13          MR. THOMPSON:  You have to answer
14      verbally.
15      A.   No.
16      Q.   Isn't it a fact that he would sing
17  songs from lots of Broadway musicals?
18      A.   Not to me.
19      Q.   Where was he when he was singing
20  songs from West Side Story?
21      A.   On the ninth floor in front of my
22  office or inside my office, as he was walking
23  into my office.
24      Q.   Did you and he talk about how much
25  you both liked West Side Story?

Page 212

SANDRA GUZMAN-10/13/11

1
2       A.   He talked about how much he liked
3   West Side Story.  I'm not such a big fan of
4   West Side Story.
5       Q.   And did you think, Ms. Guzman, when
6   he was doing this that Michael Ridell was
7   doing this to harass you in a racially
8   harassing way, in a hateful way?
9       A.   Yes.
10          MR. THOMPSON:  Objection.
11      Q.   You believe that Mr. Ridell hated
12  you because you were Hispanic?
13          MR. THOMPSON:  Objection.
14      A.   I think he was making fun of my
15  people and he didn't sing any Jewish tunes.
16  He didn't sing any other tunes to me.  So, he
17  wasn't expressing his knowledge of all these
18  Broadway tunes.  Why was he specifically
19  singing to me in the Spanish accent, the tunes
20  of West Side Story?
21      Q.   Well, did you know that West Side
22  Story -- that the production of West Side
23  Story that was most recently brought on
24  Broadway was a production that utilized
25  Spanish speaking actors and was much more

Page 213

SANDRA GUZMAN-10/13/11

1
2   heavy -- much more heavy used Spanish than
3   prior productions of West Side Story?  Did you
4   know that?
5       A.   Yes.
6       Q.   And the actors and actresses spoke
7   their lines with Spanish accent?
8       A.   In the original version they did.
9       Q.   And in the current production of
10  West Side Story that was current at that time,
11  they did as well; did they not?
12      A.   I did not see it.
13      Q.   But wasn't that sort of a famously
14  talked about, about this particular
15  production, that it heavily emphasized the
16  Spanish language?
17          MR. THOMPSON:  Objection.
18      A.   West Side Story is famously racist
19  and stereotypical of Puerto Ricans.
20      Q.   Did you tell Mr. Ridell that you
21  believed that?
22      A.   Yes.
23      Q.   What did you say to him?
24      A.   I said, do you realize how racist
25  West Side Story is.

SANDRA GUZMAN-10/13/11

1
2  Q.  And when did you say that?
3  A.  When he would sing these songs.
4  Q.  Did you ask him to stop singing
5  these songs?
6  A.  I did not.
7  Q.  And did you think he was -- did he
8  seem happy when he was singing these songs?
9      MR. THOMPSON:  Objection.
10  A.  I don't know.
11  Q.  I mean, was he in a good mood when
12  he was singing them or was he in a bad mood
13  when he was singing them?
14      MR. THOMPSON:  Objection.
15  A.  I don't know.
16  Q.  What was your impression of him?
17  A.  That he was making fun of my
18  culture.  That he was making fun of my people.
19  Q.  Why; why?
20      MR. THOMPSON:  Objection.  She's
21  not finished answering.  You must let
22  her answer.  Please don't interrupt
23  her.  Are you finished, Ms. Guzman?
24      THE WITNESS:  No.
25      MR. THOMPSON:  Please continue.

SANDRA GUZMAN-10/13/11

1
2  A.  When you choose one of the racially
3  controversial Broadway musicals in the history
4  of Broadway where Puerto Ricans are portrayed
5  as criminals.  Where they speak -- where they
6  show switchblades, okay, and it's the only
7  Broadway show, and the only Broadway tune that
8  you choose to sing to the only Hispanic female
9  editor every time you approach her, I
10  thought -- I thought this man is making fun of
11  my people.  I thought this is discriminatory.
12  Q.  How many times did he do it?
13  A.  Many, many times?
14  Q.  How many?
15  A.  Many, many times.
16  Q.  How many?
17  A.  I'm not going to give you a number
18  because he did it many, many, many times.
19  Q.  And other than the fact that he did
20  it many times, what makes you think that he
21  was doing it to make fun of you?
22  A.  Because he did not choose any other
23  Broadway musical to sing to me.  The only
24  musical that he sang to me -- the only song he
25  kept singing to me was "How I Want To Live In

SANDRA GUZMAN-10/13/11

1
2  America".  And he sang it with a stupid
3  Spanish accent.
4  Q.  Well, isn't that -- isn't that
5  accent, the accent that was used by the
6  actresses that sang that song in the Broadway
7  production that was cast at this time?
8  A.  We're talking about the way he was
9  singing.  It was the way the original
10  version -- I did not see the -- I don't
11  remember seeing the new musical, the new --
12  Q.  Go ahead.
13  A.  The new musical.  I was offended
14  that every time Michael went into my office
15  that's the song that he chose to sing to me in
16  a Spanish accent.  He never chose to sing a
17  song from Phantom of the Opera.  He never
18  chose to a sing a song from Wicket or Rent.
19      Why did he choose to sing "I Want
20  To Live In America" where, you know, on this
21  Broadway show, Puerto Ricans are depicted in
22  such a negative light.
23  Q.  Perhaps because it's one of the
24  famous tunes to come out of Broadway.
25  A.  I don't know.  I felt it was

SANDRA GUZMAN-10/13/11

1
2  racist.
3  Q.  Ms. Guzman, you never saw "I Want
4  To Live In America" performed by the cast of
5  West Side Story in the last few years?
6  A.  I don't remember if I saw -- I may
7  have seen -- I don't really remember if I saw
8  the original version.  Maybe I have seen it.
9  Q.  Isn't it --
10  A.  Yeah.
11  Q.  You were the editor of the
12  Thanksgiving parade issue -- the last
13  Thanksgiving parade issue before you left The
14  Post; were you not?
15  A.  I believe so.
16  Q.  Was "I Want To Live In America"
17  performed by the cast of West Side Story
18  during the Thanksgiving Day parade?  Did you
19  see that?
20  A.  The performance?  Did I see the
21  performance?
22  Q.  Yes.
23  A.  Of the West Side Story?
24  Q.  Of "I Want To Live In America" by
25  the cast of West Side Story?

Page 218

SANDRA GUZMAN-10/13/11

1
2    A.   I didn't go to the parade.
3    Q.   Did you watch it on television?
4    A.   Probably not.  I was probably
5  cooking.
6    Q.   Aren't you a fan of Chita Rivera's
7  performance in the original Broadway
8  production?
9    A.   I'm a fan of Chita Rivera in
10  general.
11    Q.   Isn't she famously known to for her
12  performance in the role of singing "I Want To
13  Live In America"?
14    A.   It's not one of my favorite roles
15  that she did.
16    Q.   Has Mr. Riedel ever done anything
17  else to offend you besides this?
18    A.   Not that I can think of at this
19  time.
20    Q.   And was he the Broadway critic for
21  the Washington -- for the -- sorry; New York
22  Post for the entire time that you were at The
23  New York Post?
24    A.   There was an another theater
25  critic.

Page 219

SANDRA GUZMAN-10/13/11

1
2    Q.   But Mr. Riedel was there?
3    A.   He was the main -- the main
4  Broadway theater critic.
5    Q.   And you were there for seven years,
6  correct?
7    A.   I was there from 2003 to 2009.
8    Q.   And in all of that time, this is
9  the one thing that he did that offended you,
10  right?
11    A.   Every time I saw him that's the --
12  these are the songs that he chose to sing to
13  me.
14    Q.   But you never asked him to stop?
15    A.   I would just steer him in a
16  different kind of conversation.  What's up.
17  Tell me about what's happening on Broadway.
18    Q.   Did you ever socialize with him
19  outside the workplace?
20    A.   I don't remember, no.
21    Q.   Did you ever go to Langan's with
22  him?
23    A.   No, I never walked out and -- maybe
24  I was at Langan's and I was there, but I don't
25  remember.

Page 220

SANDRA GUZMAN-10/13/11

1
2    Q.   Did you ever do karaoke night at
3  Langan's?
4    A.   I never did karaoke night at
5  Langan's, no.
6    Q.   Did you ever sing with Mr. Riedel
7  at Langan's?
8    A.   No.
9    Q.   Where -- how far away was his
10  office -- from your office on the ninth floor
11  of The Post?
12    A.   So, Mr. Riedel did not have an
13  office.  He had a cubicle.  So, I had an
14  office.  And if I yelled at him to come to me
15  standing in my office, he probably would not
16  have been able to hear me.  That's how far it
17  was.  Or if he yelled at me to come to him or
18  asked me to come from his cubicle, I would not
19  be able to hear him.
20    Q.   Did you have to pass him on your
21  way to the restroom?
22    A.   No.
23    Q.   Did he have to pass you on the way
24  to his restroom?
25    A.   Yes.

Page 221

SANDRA GUZMAN-10/13/11

1
2    Q.   And did he sing -- your testimony
3  is that he sang every time he passed by your
4  office?
5    A.   Most of the time he would peek in
6  and that was his favorite thing to say to me.
7  Instead of saying, hi, Sandra, how are you
8  today, he would sing the stupid song in a
9  stupid accent.
10    Q.   And can you give us your best
11  estimate as to how many times he did that?
12    MR. THOMPSON:  Objection.
13    A.   I don't want to estimate, Mr.
14  Lerner.  I think I don't want to be wrong.
15  But it was many, many times when he was in the
16  office and I was in the office and my door was
17  open.
18    Q.   Well, was it more or less than a
19  dozen times?
20    A.   I'm not going to give you a number.
21    Q.   You cannot tell us that it was more
22  or less than a dozen?
23    A.   I could tell you it was many, many
24  times.
25    Q.   But it could be less than a dozen?

Page 222

SANDRA GUZMAN-10/13/11

1
2      A.  No, I could tell you that it was
3  many, many times.
4      Q.  You couldn't tell us if it was more
5  or less than a dozen?
6      A.  Less than a dozen is not many
7  times.  Many, many times.
8      Q.  You said in 54 of the Amended
9  Complaint that a woman you later identified as
10  Ann --
11      MR. THOMPSON:  Paragraph 54, page
12      12.
13      Q.  Ms. Guzman, I have one more
14  question regarding Mr. Ridell.
15      A.  Okay.
16      Q.  Did you ever complain to human
17  resources about Mr. Ridell singing songs from
18  West Side Story to you?
19      A.  I complained to Rick Ramirez about
20  this.
21      Q.  Rick Ramirez is not near post HR?
22      A.  Rick Ramirez is a lawyer for News
23  Corp. and he works in the diversity Counsel.
24      Q.  Based in California?
25      A.  And he would often call me and

Page 223

SANDRA GUZMAN-10/13/11

1
2  often visit.
3      Q.  Based in California, right?
4      A.  Yes.
5      Q.  And did you ever tell Jennifer Jane
6  or Amy Shaldon, Linda Babicko or anybody else
7  in New York Post HR that you were offended by
8  Mr. Ridell singing this song?
9      A.  When I met with Jennifer Jane in
10  February, it was my opportunity to tell her
11  about many different incidents, and I believe
12  I mentioned that incident to her.
13      Q.  Prior to the publication of the
14  cartoon, did you ever tell anybody about it,
15  anybody from HR?
16      A.  No, but I told this lawyer who
17  worked for News Corp.
18      Q.  Did you ask him to follow-up about
19  it?
20      A.  I told him.  I didn't ask him.  You
21  keep showing me these News Corp. employment
22  rules.  It says that you have to report it.
23  Does it say that I have to ask them to report
24  it?  Does it say that I have to ask them to
25  report it or just to notify?

Page 224

SANDRA GUZMAN-10/13/11

1
2      Q.  Ms. Guzman, I'm not here to answer
3  any questions from you.
4      A.  Oh, okay.  Okay.
5      Q.  You just need to answer the
6  questions that are put to you?
7      A.  Okay, okay.
8      Q.  Did you ever put anything about
9  Mr. Ridell offending you in a written
10  complaint?
11      A.  No.
12      Q.  So, in 54 of the Amended Complaint,
13  you state that, "A woman asked you if scented
14  candles in your office were related to the
15  religion of Santería, right?
16      A.  Yes.
17      Q.  That was Ann Aqualina?
18      A.  Yes.
19      Q.  Can you tell us who Ann Aqualina
20  is?
21      A.  She is an editor at The New York
22  Post.
23      Q.  And how old is Ms. Aqualina?
24      MR. THOMPSON:  Objection.
25      A.  I'm not really sure.  She's maybe

Page 225

SANDRA GUZMAN-10/13/11

1
2  in her sixties.  I'm not really sure.
3      Q.  Do you practice in your personal
4  life elements of the religion of Santería?
5      A.  Elements of the Santería?  What do
6  you mean?
7      Q.  Yes.  You practice -- you engage in
8  practices that are related to the religion of
9  Santería, correct?
10      A.  I don't understand the question.
11  What are you --
12      Q.  Do you practice the religion,
13  Santería?
14      A.  I do not practice the religion.
15  I'm not an initiate of Santería.
16      Q.  But do you have some practices that
17  derive from that religion?
18      A.  Do I have some practices?  I'm not
19  really sure what you're asking me.  Am I a
20  practitioner of Santería, no.
21      Q.  My question was, and I can read it
22  back, do you have some practices that derive
23  from that religion?
24      MR. THOMPSON:  Objection.
25      A.  I have different practices and

Page 226

SANDRA GUZMAN-10/13/11

1   that's one of them.
2       Q.   Santería was your religion in early
3   childhood, right?
4       A.   No.
5       Q.   Well, did you write in The Latina
6   Bible that Santería was your religion in your
7   early childhood?
8       A.   Catholicism was my grandmother --
9   practiced it.
10      Q.   Well, your grandmother practiced
11  Santería?
12      A.   Um-hum.
13          MR. THOMPSON:  You have to answer
14      verbally.
15      A.   Yes, yes.
16      Q.   Did you write, "my emerging faith
17  also brought me back to the African roots of
18  my early childhood religion, Santería, and
19  Espiritsmo?
20      A.   Yes, I wrote that.
21      Q.   So, Santería is one of your early
22  childhood religions?
23      A.   It brought me back to it, but that
24  doesn't mean that I practiced it.

Page 227

SANDRA GUZMAN-10/13/11

1       Q.   Well, the question was what you --
2   whether it was part of your early childhood?
3       A.   Yes.
4       Q.   And have you written that your
5   lifestyle reflects a culmination of old world
6   beliefs and new American ways and that you
7   light candles to your Santos and Virginsitas?
8       A.   Yes.
9       Q.   And that you have a spiritual
10  practice that borrows from Santería?
11      A.   Yes.
12      Q.   When did the conversation with
13  Ms. Aqualina you referred to in the Complaint
14  occur?
15      A.   I don't remember the exact date.
16      Q.   Do you remember the year?
17      A.   I'm not really sure.
18      Q.   Was anyone else present?
19      A.   She was walking by my office.
20      Q.   What did she say?
21      A.   I had lit a candle, a scented
22  candle because the office was smelly and she
23  peered in she said, oh, is that a Santería
24  candle.  Is that voodoo.

Page 228

SANDRA GUZMAN-10/13/11

1       Kind of, like, again, making fun of
2   a scented candle that was lit in the office to
3   make the office smell better.  She equated it
4   to something mysterious and kind of, like,
5   weird.
6       Q.   And your testimony is that you
7   thought she was making fun of you?
8       A.   I thought she was making fun of a
9   religion, a legitimate religion.
10      Q.   Was she making fun of you?
11      A.   And I felt she was making fun of me
12  because I had lit the candle and it was in my
13  office.
14      Q.   You think she meant to say
15  something that disturbed you or do you think
16  she meant it innocently?
17      A.   I don't think she meant to law it,
18  to celebrate it.  I she meant it to make fun
19  of me.
20      Q.   In your Complaint, paragraph 54,
21  you write that a high ranking white editor
22  falsely accused you of engaging in Santería, a
23  term intended to demean certain Hispanic and
24  African religions by suggesting that her

Page 229

SANDRA GUZMAN-10/13/11

1   scented candles represented witchcraft and
2   voodoo.
3       Do you see that?
4       A.   I see it.
5       Q.   Do you believe that this term
6   "Santería" itself is intended to demean
7   certain Hispanic and African religion?
8       A.   It depends what context it's used,
9   but, yes.
10      Q.   Do you have reason to believe that
11  Ms. Aqualina used the word "Santería" to
12  demean the Hispanic and African religion?
13      A.   If she -- the way she said it and
14  if she equates it with voodoo, yes.
15      Q.   Well, you didn't quote her in the
16  Complaint as referring to voodoo, did you?
17      A.   It's not in the Complaint.
18      Q.   Ms. Guzman, is it common to see
19  employees at The New York Post burn candles in
20  their office?
21      A.   Common?  What do you mean by
22  "common"?
23      Q.   Well, I mean when you walk around
24  an office, you know, an office situation,

Page 230

SANDRA GUZMAN-10/13/11

1  typically, do you see people burning candles
2  in their offices?
3      A.  Some in the features department did
4  on the ninth floor.
5      Q.  Did you think it was appropriate to
6  light a candle in your office?
7      A.  Yes.  A scented candle, yes.
8      Q.  Was Ms. Aquilina aware that you
9  practiced Santería?
10      MR. THOMPSON:  Objection.
11      A.  I don't know.
12      Q.  Did you ask her what she meant by
13  her comment?
14      A.  No.
15      Q.  Did you tell her you were offended
16  by it?
17      A.  No.
18      Q.  Did it ever happen again?
19      A.  No.
20      Q.  Did you complain to anybody about
21  it when it happened?
22      A.  This is part of the patterns that I
23  kept seeing coming up in my experience in the
24  environment at The Post.  Yes, I did.

Page 231

SANDRA GUZMAN-10/13/11

1      Q.  Who did you complain to?
2      A.  I mention I complained about the
3  incident to Rick, to Mitsy, actually, Wilson
4  and several other people.
5      Q.  You specifically mentioned
6  Ms. Aquilina in your conversations with Rick
7  and Mitsy?
8      A.  Yes.
9      Q.  And did you tell them that you
10  thought this was some sort of harassment?
11      A.  I thought it was discriminatory
12  because --
13      Q.  No, no, no.  My question is:  Did
14  you tell them that you thought that it was
15  harassment?
16      A.  Yes.
17      Q.  Did they agree with you?  Did they
18  react?
19      MR. THOMPSON:  Objection.
20      A.  They seemed to at the time.
21      Q.  Did you ever complain in writing
22  about it?
23      A.  No.
24      Q.  Did you take any notes about it?

Page 232

SANDRA GUZMAN-10/13/11

1      A.  I don't remember taking notes about
2  it.
3      Q.  Did you ever take any notes about
4  your complaint about Michael Riedel and West
5  Side Story?
6      A.  I don't remember, no.
7      Q.  You testified that a female editor
8  referred to Henry Louis Gates as an angry
9  black man in the office; do you recall that?
10      A.  What paragraph is that?
11      Q.  I don't know, but do you recall
12  making that allegation?
13      A.  Oh, yes.
14      Q.  Were you present for her statement?
15      A.  I was not.
16      Q.  Did you hear any part of the
17  statement?
18      A.  No.
19      Q.  Did somebody tell you about it?
20      A.  Someone told me about it.
21      Q.  Who was that?
22      A.  Ebony Clark.
23      Q.  Have you ever worked with
24  Ms. Ramsby?

Page 233

SANDRA GUZMAN-10/13/11

1      A.  No.
2      Q.  Do you know her position at The
3  Post?
4      A.  She was the Sunday editor at the
5  time where I worked.  And I believe she was
6  promoted to -- I don't know the exact title,
7  but to work in The Daily News paper.
8      Q.  Have you ever spoken to her about
9  Henry Louis Gates?
10      A.  No.
11      Q.  Have you ever spoken to her about
12  race?
13      A.  No.
14      Q.  Has she ever called you a racial
15  name?
16      A.  No.
17      Q.  Have you ever filed any complaints
18  about her?
19      A.  No.
20      Q.  Are you aware of anybody else
21  complaining about Ms. Ramsby?
22      A.  I'm sorry, I didn't hear the
23  question.
24      Q.  Are you aware of anybody else

Page 238

SANDRA GUZMAN-10/13/11

1    SANDRA GUZMAN-10/13/11
2    45 of your Amended Complaint?
3        A.  Page 1045?
4        Q.  Paragraph 45.
5            MR. THOMPSON: Page 10.
6        A.  Okay.
7        Q.  In the second sentence there's an
8    incident described in paragraph 45 about a
9    white male editor who propositions a copy
10   system, right?
11       A.  Yes.
12       Q.  Do you have any personal knowledge
13   about that incident?
14       A.  Can you define personal knowledge
15   again.
16       Q.  You were not present --
17       A.  I was not present.
18       Q.  -- for that incident, right?
19           Did you ever speak to the white
20   male senior editor referred to in this
21   paragraph about it?
22       A.  No.
23       Q.  Did you ever speak to the copy
24   assistant that's referred to in this paragraph
25   about it?

Page 239

1    SANDRA GUZMAN-10/13/11
2        A.  No.
3        Q.  Did you ever speak to anybody in HR
4    about it?
5        A.  No.
6        Q.  Where does your information and
7    belief about this come from?
8        A.  The day after it happened, it
9    spread like wildfire.  The day after Paul
10   McCollum told Jennifer Winter, if you give me
11   a blowjob, I will give you a permanent
12   reporter job, she told a bunch of people and
13   the news spread like wildfire.  I heard it
14   from various people in the news room.
15       Q.  Did you ever bring it to the
16   attention of HR?
17       A.  It was one of the incidents.
18       Q.  Yes or no?
19       A.  Yes.
20       Q.  When did you do that?
21       A.  In February.
22       Q.  Of what year?
23       A.  2009.
24       Q.  When did the incident occur?
25       A.  I don't remember right now what

Page 240

1    SANDRA GUZMAN-10/13/11
2    year.
3        Q.  So, it was in a prior year?
4        A.  I don't remember what year.
5        Q.  Well, you didn't bring it to the
6    attention of HR when you learned about it,
7    right?
8        A.  No.
9        Q.  So, do you have any personal
10   knowledge regarding why Poochie Meir was
11   terminated?
12           MR. THOMPSON: Objection.
13       A.  Poochie Meir told me that she felt
14   that Col Allan was discriminating against her
15   because she was an old woman and that he
16   didn't like working with women.  Poochie Meir
17   told me that.
18       Q.  What was Poochie Myers' job at The
19   Post?
20       A.  At the time, she was travel editor.
21       Q.  And did you and she ever work
22   together?
23       A.  Our years are coincided by a couple
24   of months.  She left.
25       Q.  Shortly after you left The Post?

Page 241

1    SANDRA GUZMAN-10/13/11
2        A.  Shortly after, yes.
3        Q.  In 2003?
4        A.  Yes.
5        Q.  So, you don't have any personal
6    knowledge regarding her relationship with
7    Col Allan, do you, other than what she told
8    you?
9        A.  I wasn't present when -- no.
10       Q.  And do you know if she was fired or
11   left voluntarily?
12       A.  I don't know the facts.  I know
13   what she told me.
14       Q.  Do you know what, if any,
15   complaints she lodged at The Post?
16       A.  What I know is that during a
17   regular staff meeting, Mr. Allan was not happy
18   with the list of news items that she had
19   offered and referring to her said, you know,
20   you can't teach an old bitch new tricks.  And
21   she felt that that was directly directed at
22   her.
23       Q.  When you say, "I know what I know,"
24   what you mean is Ms. Meir told you?
25       A.  What Ms. Meir told me, yes.  I

Page 270

```
1           SANDRA GUZMAN-10/13/11
2   discussion was held.)
3           THE VIDEOGRAPHER:  The time is
4   5:52 p.m.  We're back on the record.
5   BY MR. LERNER:
6       Q.  Ms. Guzman, we just took a short
7   break.  Are you ready to proceed?
8       A.  Yes.
9       Q.  Ms. Guzman, I'm going to ask you
10  this question again and ask you to answer it.
11  Is it your view that there are two types of
12  Latinos, those you sleep with and that's all
13  you do, and those you want to sleep with and
14  talk to after you slept with them, men you
15  want to keep around, los medos medos.  Is that
16  your view?
17      A.  Yes.
18      Q.  And you believe that -- is that
19  true of all men or just Latino men?
20      A.  I was referring to Latinos in that
21  section.
22      Q.  So, basically Latino men -- you
23  want to sleep with all Latino men, there's
24  just those that you don't want to talk to and
25  those that you do want to talk to; is that
```

Page 271

```
1           SANDRA GUZMAN-10/13/11
2   correct?
3           MR. THOMPSON:  Objection.
4       Q.  Is that your view?
5       A.  No.
6       Q.  Well, you said there's two types of
7   Latinos, those that you sleep with and that's
8   all you do, and those you sleep with and want
9   to talk to after you sleep with them.  Those
10  are the two types you wrote about.
11      A.  Right.  You asked when -- if I want
12  to sleep with all Latino men.  I was
13  answering, no, I don't.
14      Q.  This is an advice book?
15      A.  It's a self help book for Latinas.
16      Q.  And you gave -- and you're giving
17  this advice to other Latina women, right?
18      A.  Yes.
19      Q.  And you don't think that it's
20  sexist to refer to Latino men as those that
21  you sleep with and that's all you do, and
22  those you want to sleep with and talk to after
23  you've slept with them?
24      A.  No.
25      Q.  You don't think that's sexist?
```

Page 272

```
1           SANDRA GUZMAN-10/13/11
2       A.  No.
3       Q.  You don't think that's offensive to
4   men?
5       A.  No.
6       Q.  You don't think it's offensive to
7   Latino men?
8       A.  No.
9       Q.  You don't think it's offensive to
10  men in general?
11      A.  No.
12      Q.  You don't think it's offensive to
13  Latina women?
14      A.  No.
15      Q.  What does the "chuleria" mean?
16      A.  Sweetness.
17      Q.  So, if you say if you feel for a
18  second that besides jumping his chuleria, hold
19  off and don't kick it on the first date.
20          So when you say jump his chuleria,
21  does that mean have sex with him?
22      A.  Yes.
23      Q.  Would you consider it offensive if
24  a white woman said this; said what you said
25  about Latino men?
```

Page 273

```
1           SANDRA GUZMAN-10/13/11
2           MR. THOMPSON:  Objection.
3       A.  No.
4       Q.  So, if a white person said or white
5   woman said there's two types of Latinos, those
6   that you sleep with that's all you do and
7   those you sleep with and talk to them, you
8   would not find that to be racist?
9           MR. THOMPSON:  Objection.
10      A.  No.
11      Q.  But you believe it's racist or
12  sexist, rather, to have somebody tell you that
13  you're beautiful?
14      A.  I believe it's sexist for somebody
15  to lick his lips, look at me up and down and
16  every time he sees me all he wants to talk
17  about is not the work that I do, but how I
18  look and what I'm wearing and how sexy I look
19  in what I'm wearing; I believe it's sexist for
20  somebody to engage me in that kind of
21  conversation at work.
22      Q.  That's not what I asked you.
23      A.  Okay.
24      Q.  It's a yes or no question.
25          MR. THOMPSON:  She answered the
```

Page 282

SANDRA GUZMAN-10/13/11

1
2   and laughing and I find it
3   disrespectful.
4       Q.   Ms. Guzman, you're familiar with
5   Lanigan's, right?
6       A.   I am.
7       Q.   And you go to Lanigan's with
8   friends after work, right?
9       A.   On occasion I did.
10      Q.   And you were at Lanigan's one night
11  with Julie Frady, Mackenzie Dawson and Mandy
12  Sadmiller, when you, Mandy and Mackenzie, but
13  not Julie, became competitive about your
14  breast and nipples and then lifted up your
15  blouses in front of a mirror to compare and
16  show your breasts to one another?
17      A.   We were in the bathroom and we were
18  washing our hands and it was Mandy and it was
19  me.  Mackenzie was not there.  And by the way,
20  Mandy is a comedian.
21      Q.   Isn't it a fact that you were in a
22  conversation with them at the bar and there
23  was a discussion about breasts and that you --
24  the three of you went to the bathroom to
25  reveal yourself to one another and compare

Page 283

SANDRA GUZMAN-10/13/11

1
2   your breasts and nipples?
3       A.   Not the three of us.
4       Q.   Do you consider that conduct
5   appropriate?
6       A.   It was an exchange between two
7   colleagues and she's a comedian and it was --
8   she's a comedian.  It's sort of the way I
9   communicated with Mandy.
10      Q.   Did you claim to have the best
11  nipples in the group?
12      A.   I claimed to.  Maybe I did.  I
13  don't remember.
14      Q.   And Mackenzie -- if Mackenzie
15  recalls standing in front of the mirror
16  lifting up her shirt with you and Mandy and
17  the three of you having this contest, she's
18  lying?
19      A.   I don't remember Mackenzie being
20  there.
21      Q.   Could she have been there?
22      A.   I could tell you she was at the
23  bar, but she wasn't in the bathroom.
24      Q.   You recall she was at the bar, but
25  didn't go to the bathroom with you and Mandy?

Page 284

SANDRA GUZMAN-10/13/11

1
2       A.   Yes.
3       Q.   Did you go to the bathroom with
4   Mandy to compare your breast and nipples?
5       A.   No.  Mandy is a sex health writer
6   and many of the conversations and jokes were
7   sexually suggestive.
8       Q.   Did you tell male colleagues that
9   you worked with after you did it that you had
10  shown your breasts to one another?
11      A.   No.
12      Q.   When you came out of the bathroom
13  after comparing your breasts with Mandy, did
14  you tell anybody about what you had done?
15      A.   No.
16      Q.   So, other people that described
17  those conversations of your telling people
18  about it would be lying?
19      A.   I don't know what they said.  I
20  don't know what they revealed.
21      Q.   Well, they revealed all the facts
22  that I'm asking questions about.
23      A.   Can you tell me what they said?
24  Can you show me was there an Affidavit, a
25  document that I can read?

Page 285

SANDRA GUZMAN-10/13/11

1
2       Q.   Well, Ms. Guzman, we've established
3   that you stood in front of the mirror at a bar
4   after work with Mandy Sadmiller, a work
5   colleague, and bared your breasts.
6           MR. THOMPSON: Objection.
7       Q.   With Ms. Sadmiller, right?
8           MR. THOMPSON: Objection.
9   Objection.
10      Q.   Is that correct?
11      A.   What is the question?
12          MR. THOMPSON: Objection.
13      Q.   The question is:  Well, Ms. Guzman
14  we've established that you stood in front of
15  the mirror at a bar after work with Mandy
16  Sadmiller, a work colleague, and bared your
17  breasts.
18      A.   Not at the bar.
19      Q.   Well, the bathroom in the bar.
20      A.   In the bathroom.
21      Q.   And this is the same bar where you
22  claim you were offended by seeing a picture of
23  a naked man on a Blackberry screen?
24      A.   Shown by my boss, yes.
25      Q.   And that was offensive to you, but

72

Page 286

SANDRA GUZMAN-10/13/11

1  standing in the bathroom and showing your
2  breasts to another person is not offensive?
3      A.  To Mandy, my friend, no.
4      Q.  What about to Mandy and Mackenzie?
5      A.  Mackenzie was not there.
6      Q.  What was the result of your
7  comparison of your breasts with Mandy?
8          MR. THOMPSON:  Objection.
9      Q.  Did you declare a winner?
10     A.  What do you mean.
11     Q.  Did you declare a winner?
12         MR. THOMPSON:  Objection.
13     A.  Did we declare a winner?
14     Q.  Yes.
15     A.  We each declared winners.
16     Q.  You each claimed to be the winner?
17     A.  Yes.
18     Q.  You claimed to have the best
19  nipples and she claimed to have the best
20  nipples?
21     A.  Yes.
22     Q.  Do you enjoy -- Ms. Guzman, you
23  enjoy watching male strippers?
24     A.  Not particularly, no.

Page 287

SANDRA GUZMAN-10/13/11

1      Q.  Have you ever seen a male striper
2  perform?
3      A.  Yes.
4      Q.  Have you ever seen a male striper
5  named El Bistio or La Bistia perform?
6      A.  Yes.
7      Q.  He's a male striper known for
8  his --
9          MR. THOMPSON:  Say it.
10     Q.  -- large endowment?
11     A.  Yes.
12     Q.  And have you discussed El Bistio
13  with a female colleague at work?
14     A.  I actually reported on El Bistio at
15  work.  It was a Page Six item.
16     Q.  And did you tell -- did you tell a
17  female colleague that you have his phone
18  number if she wanted it?
19     A.  I may have.
20     Q.  Did you comfort Mandy Sadmiller
21  when she was breaking up with her boyfriend
22  Elisha that if all else fails, you have El
23  Bistio's business card?
24     A.  I was trying to cheer up a

Page 288

SANDRA GUZMAN-10/13/11

1  colleague who was depressed because she was
2  having relationship problems, and she was
3  coming to me because she was feeling sad about
4  her relationship falling apart.  So, it was a
5  metaphor for, you're going to be okay.  You're
6  going to be okay.
7      Q.  But you did say it?
8      A.  Yes.
9      Q.  And you've used foul language at
10  work, haven't you?
11     A.  Foul language?
12     Q.  Yes.  Four letter words, the
13  F-word?
14     A.  What else?
15     Q.  Dick.  D-I-C-K?
16     A.  I may have.
17     Q.  Didn't you tell one of your
18  colleagues that your husband says that you act
19  like your dick is bigger than his?
20     A.  Mandy, again, is writing a story,
21  she's querying.  I remember this.  Mandy
22  writes about irreverent subjects.  She writes
23  about sex and dating at The Post and she --
24     Q.  It's a yes or no question.

Page 289

SANDRA GUZMAN-10/13/11

1  Ms. Guzman.
2      A.  Yes, yes, yes.
3      Q.  I'm going to show you Guzman
4  Exhibit 17, Bates number NYP '3838.
5          (Defendant's Guzman Exhibit 17,
6          document bearing Bates number NYP
7          '3838, marked for identification, as
8          of this date.)
9      Q.  Have you had a chance to look at
10  it?
11     A.  Yes.
12     Q.  And did you write the e-mail on top
13  of this exhibit to Mandy Sadmiller saying, "I
14  think my husband would def say he married a
15  bitch, but not for attribution or publication.
16  He says that I act like my dick is bigger than
17  his."
18         MR. THOMPSON:  Objection.
19     A.  If you keep reading it says, "of
20  course it's all said in a very joking manner."
21     Q.  And then it continues, "but I
22  understand his profound feeling about bitchy
23  ways"?
24     A.  Yes.

1          SANDRA GUZMAN-10/13/11
2   questions about this?  Okay, there you go.
3          MR. THOMPSON:  It's part of the
4      exhibits.
5      A.  Can I have it?  You're confusing
6   me.
7      Q.  What's your definition of sexual
8   harassment?
9      A.  My definition of sexual harassment
10  at the workplace, when I am depicted as a sex
11  object.  When I am called sexy and when a man
12  rubs his penis against female employees,
13  touches them.  When there's an environment
14  where women don't feel comfortable because
15  there's lewd and vulgar environment that keeps
16  her from working there without feeling like
17  she's being constantly humiliated, demeaned
18  because of her gender.
19     Q.  Ms. Guzman, do you know a man named
20  Steve Soldwedel?
21     A.  Yes.
22     Q.  Did you ever harass him?
23     A.  No.
24     Q.  I'm going to show you an e-mail
25  that he wrote to you.  It's going to be Guzman

1          SANDRA GUZMAN-10/13/11
2   Exhibit 22, NYP '1739.
3          (Defendant's Guzman Exhibit 22,
4      document bearing Bates number NYP
5      '1739, marked for identification, as
6      of this date.)
7      Q.  And in this e-mail he wrote to you,
8   "Sandra, you may think sexual harassment is
9   something only men can do to women, but you
10  crossed the line twice today.  You don't know
11  me nearly well enough to make aspersions about
12  my sexuality.  You may find it funny, but I
13  finds it tasteless, rude and utterly
14  disrespectful.  Particularly for you to make
15  your remarks in the company of others.  Be
16  thankful I have the tact to hold my tongue.
17  You would not like to be on the receiving end
18  of what your comments inspired me to say.  If
19  you continue to speak of me in such a base and
20  disgusting manner, I'll continue not to
21  retort, but this will be a matter for human
22  resources."
23         Did you receive that e-mail from
24  him on or about October 31, '08?
25     A.  Yes.

1          SANDRA GUZMAN-10/13/11
2      Q.  And what did you do to
3   Mr. Soldwedel that provoked him to respond to
4   you and write this e-mail?
5      A.  I was -- we were working on a story
6   about the new technology of DNA that allows
7   human beings to discover their heritage and he
8   was participating in the story.  And there was
9   a photo shoot in Central Park with five other
10  people and I authorized a purchase of
11  magazine -- of T-shirts and I bought a
12  T-shirt.  I guess this T-shirt that he wore
13  was two or three sizes extra large and
14  throughout the shoot, he kept complaining that
15  his T-shirt was big.  And what I said to him
16  was, Steve, did you want a tighter T-shirt.
17  I'm sorry, did you want a tighter T-shirt.
18     Q.  That's it?
19     A.  That's it.
20     Q.  And he -- your testimony is that
21  that's what he -- provoked him to say you
22  crossed the line twice, you made aspersions
23  about his sexuality.  That you were tasteless,
24  rude and disrespectful?
25     A.  That's right.

1          SANDRA GUZMAN-10/13/11
2      Q.  And you wrote to him that you
3   regretted that anything you said to him was
4   felt as offensive to him, right?
5      A.  Yes, I was surprised.  I was
6   shocked.
7      Q.  I'm going so show you Guzman
8   Exhibit 23, NYP '1670 and '1669.  It's in
9   reversed Bates order.
10         (Defendant's Guzman Exhibit 23,
11     document bearing Bates numbers '1669
12     through '170, marked for
13     identification, as of this date.)
14     Q.  I'm going to ask you a question
15  about the e-mail at the top of the page.  You
16  can have a chance to look at it, but the
17  question I'm going to ask you is why did you
18  say it's clear from this picture that Steve is
19  black?
20     A.  We were doing a story about DNA and
21  heritage and race and this is like it's
22  obviously that he could be black.  He's
23  obviously not black.  We were trying to
24  discover people's heritage through the DNA.
25     Q.  And were you trying to be funny?

Page 330

SANDRA GUZMAN-10/13/11
1
2  question because I'm not really understanding
3  what you're trying to ask me.
4     Q.  If The Post hadn't published this
5  cartoon, would you have filed in lawsuit?
6     A.  Yes.
7     Q.  What would you base it on?
8     A.  Sexism, retaliation.  I complained
9  about sexism in the workplace and racism in
10  the workplace to HR, to members of the
11  management team.
12        The cartoon was one of the many
13  examples that I personally experienced while
14  working at The Post.  Discriminatory
15  experiences that other colleagues have
16  experienced.
17     Q.  Ms. Guzman, you plead in your
18  complaint that you -- that Rabinowitz and
19  Frank Vinny, called protesters that were
20  protesting the cartoon after it was published,
21  dumb.  What is the basis of your assertion
22  that they said that?
23     A.  Actually, Col Allan and Ebony Clark
24  was in his office, Col Allan's office.
25     Q.  We already covered that.

Page 331

SANDRA GUZMAN-10/13/11
1
2        My question is how do you know what
3  Rabinowitz and Vinny said?
4     A.  About the protestors?
5     Q.  Yes.  You didn't hear that
6  yourself, did you?
7     A.  It was told to me.
8     Q.  Who told you?
9     A.  Ebony Clark.
10     Q.  And you testified earlier that you
11  had a meeting with Jennifer Jane that day
12  about the cartoon, right?
13     A.  Yes.
14     Q.  It was on the day that the cartoon
15  was published, right?
16     A.  I believe it was either the day or
17  the day after.
18     Q.  And she came to your office,
19  correct?
20     A.  Yes.
21     Q.  You didn't call on her to come to
22  your office, right?
23     A.  Jennifer Jane -- I was walking out
24  with a colleague and I bumped into her.  And I
25  was talking and being very emotional.  Maybe I

Page 332

SANDRA GUZMAN-10/13/11
1
2  had teary eyes and she looked at me and all of
3  all of us stopped talking.  And later on, she
4  came into my office and said, can I talk to
5  you.
6     Q.  And where did -- and what did you
7  say?
8     A.  I said yes, please. .
9     Q.  And where did you guys sit?
10     A.  In my office.
11     Q.  On a desk, at a couch?  What kind
12  of setting?
13     A.  She sat on the couch, and I sat at
14  my chair.
15     Q.  What did she say to you?
16     A.  She wanted to talk to me about the
17  cartoon.  What she says what -- tell me what
18  what's on your mind.  Tell me what's going on.
19     Q.  Was she compassionate?
20     A.  She seemed compassionate.  She said
21  she said I saw you -- I saw you walking and
22  you stopped talking and I was approaching.  I
23  want you to feel comfortable to talk to me.
24     Q.  And how long was your conversation
25  with her?

Page 333

SANDRA GUZMAN-10/13/11
1
2     A.  It lasted about 45 minutes.  It was
3  the first time that I felt that I could unload
4  myself to somebody from HR about all of the
5  racism that I had experienced and the sexism.
6  And how I felt about the monkey cartoon was
7  not just racist to me, but to other employees
8  of color, and in the newsroom.  And how it
9  displayed these are the people who approved
10  the cartoon.  These are the people who
11  approved the publication of the cartoon.
12        So, to me, I was explaining to her
13  how I felt.  That this was a very vivid
14  example of the mindset of the racism of the
15  people who ran this newspaper.
16     Q.  And during this meeting, did you --
17  what did you expect would be -- withdrawn.
18        Did you ask Ms. Jane to do anything
19  in particular?
20     A.  I asked her to -- I asked her for a
21  number of things.  I asked her to conduct
22  workshop trainings on sexual harassment and
23  racism.  I asked her to take a look at our
24  recruitment efforts to hire more women and
25  people of color in positions -- in editorial

Page 334

SANDRA GUZMAN-10/13/11

1 making positions.
2
3        I asked her to please encourage the
4 editors to apologize to the employees of color
5 and other people who were offended by the
6 racist cartoon.  To have an internal apology
7 and an external apology to the readers.
8        I asked her, you know, if I would
9 be retaliated against if I responded to the
10 hundreds and hundreds of letters that I was
11 receiving from people protesting the cartoon
12 and calling me racist.
13        In fact, I wrote a complaint that I
14 e-mailed to the people who were sending me and
15 accusing me of being racist because I
16 published this cartoon.  I said, Jen, is this
17 going to get me fired?  And she said you have
18 the right to -- to express yourself.
19        And several months later, I was let
20 go for complaining.  So I told her many
21 things.
22        Q.   Several months later you were let
23 go when Tempo was closed, right?
24        MR. THOMPSON:  Objection.  She
25 wasn't finished with her answer.

Page 335

SANDRA GUZMAN-10/13/11

1
2        Mr. Lerner, again, you must let the
3 witness finish her answer.
4        Were you finished, Ms. Guzman?
5        A.   So I told her many things during
6 that meeting.  Many, many things.  It was my
7 moment to -- I couldn't take it anymore.  That
8 cartoon was the most painful example, come to
9 life, to what I was experiencing at The Post,
10 what other of my colleagues of color were
11 experiencing at The Post.
12        Q.   Ms. Guzman, I asked you what you
13 asked her to do, and you've covered that.
14        A.   Okay.
15        Q.   On the day that the cartoon was
16 published -- withdrawn.
17        Did you put an automatic reply
18 message on your e-mail to respond to people
19 who sent you e-mails that day?
20        A.   I kept -- every time I would
21 receive an e-mail, I kept sending the same
22 e-mail.  And what I remember doing was copy
23 and pasting the same response and I received
24 e-mails throughout the day and throughout the
25 following weeks.

Page 336

SANDRA GUZMAN-10/13/11

1
2        Q.   So, it wasn't automatic, it was
3 just similar responses that you manually sent
4 to everybody?
5        A.   Yes.
6        Q.   Did you tell Jesse Angelo that the
7 e-mail that you were sending out was actually
8 an automated response?
9        A.   Jesse Angelo called to yell at me
10 and he asked me to take him off the e-mails.
11 He didn't want to receive them anymore.
12        Q.   You included him as a cc?
13        A.   He was included in the cc, yes.
14        Q.   And did you tell him that it was an
15 automatic response?
16        A.   I guess that one was.  Must have
17 been that one.
18        Q.   You just testified your responses
19 were manual, didn't you?
20        A.   I just testified correctly that
21 some of these were automatic and some of these
22 not.  This was a series of e-mails for many
23 days that followed -- many days that followed.
24        Q.   Well, I asked you:  "So, it wasn't
25 automatic, it was just similar responses that

Page 337

SANDRA GUZMAN-10/13/11

1
2 you manually sent to everybody?
3        "ANSWER:  Yes."
4        A.   So, I want to clarify my answer.
5 Some of it was automatic and some of it was
6 manual.
7        (Defendant's Guzman Exhibit 24,
8        document bearing Bates number NYP
9        '1819, marked for identification, as
10        of this date.)
11        Q.   Ms. Guzman, Exhibit 24, NYP '1819
12 has you telling Jesse Angelo --
13        MR. THOMPSON:  Could you give us a
14 copy?  You're giving it to the witness
15 without us seeing it.  Thank you.
16        Q.   You told him it's automatic, right?
17 So, you lied to Jesse?
18        A.   I did not lie to Jesse.
19        Q.   So, you're changing your testimony
20 that they weren't automatic?
21        A.   I'm clarifying my testimony.  Some
22 of the responses were automatic and some were
23 not.  Jesse Angelo called and berated me for
24 receiving my complaints.
25        Q.   Well, he was receiving the exact