# Exhibit 4

# Hispanic Readers



## Hispanic Readers

Source: Scarborough 2003 (II) – 2009 (II); Base = NY DMA



NYP0004212

# New York Post Hispanic Reader Trend

| Year | Hispanic Readers | % +/- Change |
|------|------------------|--------------|
| 2003 | 284,100 | |
| 2004 | 301,040 | +6.0% |
| 2005 | 283,837 | -5.7% |
| 2006 | 259,340 | -8.6% |
| 2007 | 309,562 | +19.4% |
| 2008 | 278,623 | -10.0% |
| 2009 | 239,264 | -14.1% |

Source: NY Scarborough Report (II) 12 month periods (September-August)

NYP0004213

# New York Post NYDMA Readership Trend

| Year | Total NY DMA Readership | % Change of NYDMA Readers |
|---|---|---|
| 2000 | 1,118,305 | - |
| 2001 | 1,227,850 | 9.8% |
| 2002 | 1,677,900 | 36.7% |
| 2003 | 1,923,205 | 14.6% |
| 2004 | 1,885,305 | -2.0% |
| 2005 | 2,054,419 | 9.0% |
| 2006 | 2,061,324 | 0.3% |
| 2007 | 1,931,246 | -6.3% |
| 2008 | 1,931,276 | 0.0% |
| 2009 | 1,930,337 | 0.0% |
| 2010 | 1,666,972 | -13.6% |

Source: NY Scarborough Report (I) 12 month periods (March - February); Base: NY DMA

NYP0004214