# Exhibit 5



**NEW YORK POST TEMPO** — Capturing the rhythm of Latin New York

# Hispanic Readership

The New York Post has shown significant growth in Hispanic readership over the last seven years.

| Hispanic Readers | +/- | % Increase |
|---|---|---|
| New York Post | +109,505 | +70% |
| New York Daily News | -111,339 | -22% |

Today the Post reaches 266,875 Hispanic readers

Source: 2001 – 2009 (I) NY Scarborough Report (Mar 08 – Feb 09, Base: NY DMA)

**NEW YORK POST**



NYP0000638