# Exhibit 6



## APA FY 2009 - Editorial Profile

**Work History/Current Role:**
Sandra is responsible for all editorial content and production of more than 25 special sections per year. These range from the monthly Tempo section to the Post's education and parade sections (Macy's, St. Patrick's, Columbus Day, Israeli Day, etc.) Additionally, she is a frequent contributor to other sections of the paper. Sandra is a member of the News Corp. Hispanic Council and the Cool Change working group.
She is also a member of the National Association of Hispanic Journalists and the Smithsonian Institution Latino Initiatives group. Sandra also oversees the web presence of her sections' content on nypost.com

**Professional Characteristics:**
Sandra has shown a terrific ability to work across a variety of subjects to produce lively, timely and engaging special sections. She is a strong "ideas person," single-handedly coming up with ideas and concepts to populate her sections. Those sections cater to diverse and specialized segments of the population throughout the communities in the New York area. Sandra has taken the time to develop sources in all different communities and to understand and appreciate different cultures and interests. She has developed a strong group of freelance contributors to help her gather content for her sections. Sandra makes the assignments, edits the content, produces the sections and gets them to press on time. Often, she is juggling more than one section at a time. In addition, she works with the staff at nypost.com to migrate the content – often with additional material and enhancements — to the web.

**Overall Achievements:**
The past fiscal year has been particularly challenging for Sandra as the economic downturn has caused special sections projects to be in a constant state of flux. Often the size and page configurations for these sections are not known until the day before publication and the publication dates sometimes move as well. Sandra has had to develop a high degree of flexibility in her assignment, production and budgeting skills to cope with these last minute changes, while maintaining good quality sections for the readers.

**Areas for Focus/ Improvement:**
Sandra must redouble her efforts to control costs on all the special sections she oversees. She has exhibited difficulty managing costs and controlling expenses for her sections and needs to improve in this area. She should not be making unilateral decisions, particularly those that impact on expenses.
Going forward, Sandra must strive to form positive, cooperative relationships with the other editors she works with (photo, art, imaging, website, etc.) to produce her sections. Teamwork is vitally important to insure the smooth operation of the newsroom, and developing good "people skills" is essential in working in a shared resource environment. As an editor, it's important for Sandra to ensure she uses her best judgment at all times and upholds the highest standards of the company in all her business dealings.

NYP0000301

**Overall Performance Summary:**
Sandra oversees and produces first-rate sections. She takes a fresh, lively and creative approach to the sections she produces and makes excellent use of the space available to her. The sections are well-edited, well-designed and contain interesting reads and interviews and scores of useful tips, pointers and tidbits of valuable information. In the coming year, she must focus on managing the sections' limited expenses and use her best judgment in upholding the high standards of the company.

**Rating:** 3

**Rating definitions:**
5 – Outstanding
4 – Exceeds Standards
**3 – Meets Standards**
2 – Needs Improvement
1 – Unacceptable, Does Not Meet Standard

Employee Acknowledgment: _[signature]_    Date: 7/8/09

Manager Signature: _[signature] R. Rubinwitz_    Date: 7-8-09

Employee Comments:

NYP0000302