# Exhibit 7

```
                                                              Page 1
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3
      AUSTIN FENNER and IKIMULISA
 4    LIVINGSTON,
 5                Plaintiffs,
 6          vs.                          09CIV9832
                                         (BSJ(RLE)
 7    NEWS CORPORATION, NYP HOLDINGS,
      INC., d/b/a THE NEW YORK POST,
 8    and DAN GREENFIELD and MICHELLE
      GOTTHELF,
 9
                  Defendants.
10    ----------------------------------
      SANDRA GUZMAN,
11
                  Plaintiff,
12
            vs.                          09CIV9323
13                                       (BSJ(RLE)
      NEWS CORPORATION, NYP HOLDINGS,
14    INC., d/b/a THE NEW YORK POST,
      and COL ALLAN, in his official
15    and individual capacities,
16                Defendants.
      ----------------------------------
17            DEPOSITION OF JOE ROBINOWITZ
18                  New York, New York
19                   June 14, 2012
20
21    Reported by:
22         MARY F. BOWMAN, RPR, CRR
23    JOB NO. 50552
24
25
```

```
                                           Page 62                                              Page 63
 1              ROBINOWITZ                            1              ROBINOWITZ
 2       Q.  And the contents in this document        2    editorial content and production of more than
 3   are accurate, correct?                           3    25 special sections per year."
 4           MS. LOVINGER: Objection.                 4        Q.  OK.  I want you, Mr. -- was that
 5       A.  Yes.                                     5    accurate at the time?
 6       Q.  I am sorry?                              6           MS. LOVINGER: Objection.
 7       A.  They broadly reflect my appraisal        7        A.  Yes, sir.
 8   of Ms. Guzman.  But as I said, this has been     8        Q.  I want you now, Mr. Robinowitz, to
 9   edited.                                          9    list each and every of the 25 special
10       Q.  OK.  But that's not my question,       10    sections per year that Ms. Guzman was
11   Mr. Robinowitz.  I asked you a                 11    responsible for as reflected in the
12   straightforward question.  And that is, are    12    evaluation you gave her in 2009.
13   the contents in this document accurate?        13        A.  12 of them would have been Tempo
14           MS. LOVINGER: Objection.               14    sections.  These range from the monthly Tempo
15           Have you had -- have you read every    15    sections to the Post's education and parade
16       sentence in the document?                  16    sections, which I explained to you a minute
17           THE WITNESS: Yes.                      17    ago.
18           MS. LOVINGER: OK.                      18        Q.  Right.
19       A.  Yes, they're accurate.                 19        A.  Additionally, she is a frequent
20       Q.  I want to direct your attention to    20    contributor to other sections of the paper,
21   the first sentence on the page Bates stamped   21    and I --
22   NYP301.  Can you read that first sentence      22        Q.  OK.  I want --
23   under the header "Work History/Current Role."  23        A.  -- want to outline those also.  Go
24   Read it out loud into the record, sir.         24    Green and Harlem Week and Black History
25       A.  "Sandra is responsible for all         25    Month.  Those would add up to about 25, I

                                           Page 64                                              Page 65
 1              ROBINOWITZ                            1              ROBINOWITZ
 2   think.                                           2        A.  Correct.
 3       Q.  So when she was terminated, is it        3        Q.  Who made the decision to terminate
 4   fair to say that Sandra Guzman was handling      4    Ms. Guzman's employment?
 5   or editing at least 25 sections of the New      5        A.  I have no idea.
 6   York Post?                                       6        Q.  How did you learn that her
 7           MS. LOVINGER: Objection.                 7    employment was going to be terminated?
 8       Q.  Per year?                                8        A.  Someone told me.  I cannot recall
 9       A.  No.  At that time, Tempo had been        9    who that someone was.
10   terminated.  So virtually half --              10        Q.  Was it a male or female who told
11       Q.  OK.                                    11    you that Sandra Guzman's employment was going
12       A.  -- of the sections --                  12    to be terminated?
13           MS. LOVINGER: He is still              13        A.  I cannot recall.
14       answering.                                 14        Q.  Where were you, Mr. Robinowitz,
15       A.  Virtually half of the sections were    15    when you first learned that Sandra Guzman's
16   canceled.                                      16    employment was going to be terminated?
17       Q.  Ms. Guzman was terminated in           17           MS. LOVINGER: Objection.
18   September of 2009, correct?                    18        A.  What do you mean where was I?
19       A.  I believe that's correct.              19        Q.  Well, I will ask it differently.
20       Q.  And this evaluation was given to       20           The person -- did the person who
21   her in July of 2009, correct?                  21    told you that Ms. Guzman's employment was
22       A.  July the 8th, yes, sir.                22    going to be terminated tell you face-to-face
23       Q.  In July of 2009, she was               23    or over the telephone?
24   responsible for at least 25 sections per year  24           MS. LOVINGER: Objection.
25   at the New York Post, right?                   25        A.  I don't recall.
```

```
                                    Page 138                                       Page 139
 1          ROBINOWITZ                                  1          ROBINOWITZ
 2   sections."                                         2   thought it was called. It is the same as
 3       Q.  Why did you say she was a versatile        3   Cool Change.
 4   and highly creative editorial manager?             4       Q.  So you considered those sections to
 5          MS. LOVINGER: Objection.                    5   represent a wide range of additional Post
 6       A.  Because her sections were very well        6   products?
 7   done. When she presented me with her               7       A.  Right.
 8   sections, they were top quality.                   8       Q.  You go on in that paragraph to say
 9       Q.  You go on in that paragraph to say         9   that Ms. Guzman, quote, that "she is a keen
10   that "she was a founding editor of the           10   observer and an outstanding judge of
11   monthly Tempo section and has brought in her     11   editorial talent."
12   portfolio in the past year by assuming           12          Why did you say that?
13   editorial management responsibilities for a     13       A.  Because I thought that she did a
14   wide range of additional Post products."         14   good job in picking those sections up, in
15          I want you to identify which              15   developing writers and photographers,
16   wide-range additional Post products that         16   particularly freelance ones, to provide the
17   Ms. Guzman brought in her portfolio to           17   editorial content for the sections.
18   include.                                          18          Now, in many cases, those would
19       A.  Those are the ones --                    19   have been the same writers and photographers
20          MS. LOVINGER: Objection.                  20   that the earlier manager of those sections
21          THE WITNESS: I am sorry.                  21   used, and that was Carole Sovocool.
22       A.  Those are the ones I spelled out         22       Q.  Carole Sovocool?
23   for you earlier, the education sections, and    23       A.  Yeah. She previously had edited
24   the parade sections. The Harlem Week and        24   all these sections.
25   Black History Month, and the Go Green, what I   25       Q.  OK. And the next paragraph that's

                                    Page 140                                       Page 141
 1          ROBINOWITZ                                  1          ROBINOWITZ
 2   entitled "overall achievements," you wrote,       2   the evaluation you gave Ms. Guzman for 2008
 3   "In the past year, Sandra has taken on a          3   reflected that she was doing above
 4   truly diverse new set of assignments."            4   satisfactory work for you?
 5       A.  Yes, correct.                             5       A.  Yes, sir.
 6          MS. LOVINGER: Is there a question?        6          MS. LOVINGER: Objection.
 7       Q.  What new -- what diverse new set of      7       Q.  In fact, the rating for
 8   assignments did she take on?                      8   satisfactory work is actually a 4, right?
 9       A.  Those sections that we have already      9          MS. LOVINGER: Objection. I don't
10   discussed, the education sections, the parade  10   see any rating on this exhibit for
11   sections.                                       11   satisfactory work.
12       Q.  Right.                                  12       Q.  Do you understand my question,
13       A.  The Black History Month section,        13   Mr. Robinowitz?
14   the Harlem Week section, the Go Green          14       A.  The rating of a 4 is consistently
15   section.                                        15   meets standards.
16       Q.  OK. I want to direct your               16       Q.  OK. So what you were saying when
17   attention to the page that contains a rating    17   you gave Ms. Guzman a 3 in 2008, was that she
18   that's actually Bates stamped SG75. What        18   exceeded the standards more than on a
19   rating did you give Ms. Guzman for 2008?        19   consistent basis, correct?
20       A.  On this document?                       20       A.  Occasion --
21       Q.  Yes.                                    21          MS. LOVINGER: Objection.
22       A.  A 3.                                    22       A.  She occasionally exceeded the
23       Q.  And 3 reflected what?                   23   standards.
24       A.  Occasionally exceeds standards.         24       Q.  Did you speak to Col Allan about
25       Q.  So would you agree, Mr. Robinowitz,    25   the evaluation, the rating that you were
```

### Page 238

```
 1           ROBINOWITZ
 2      Q.   Why didn't you consider that
 3  write-up?
 4      A.   What I -- you know, my judgment is
 5  typically based on the work that's put before
 6  me to see.  I usually don't think about other
 7  characteristics.  And in fact, I made the
 8  same mistake this year.
 9      Q.   Is it fair to say that you didn't
10  include anything about the write-up that
11  Ms. Guzman received in January of 2009 in
12  this draft appraisal because you didn't think
13  it was important?
14           MS. LOVINGER:  Objection.
15      A.   I thought it was important in
16  January.  But by the time I came to doing the
17  appraisal, I didn't give it any thought.
18  Someone else on the committee, and I can't
19  remember who, did, and when they said that, I
20  certainly didn't object, and everybody else
21  was in agreement as well.
22      Q.   Well, who was -- was it a male or
23  female who raised this so-called ethical
24  breach by Ms. Guzman during the meeting?
25      A.   I can't remember who it was.  I
```

### Page 239

```
 1           ROBINOWITZ
 2  can't --
 3      Q.   Well, in substance, what did that
 4  person say about this ethical breach?
 5      A.   They said that we needed to revise
 6  her APA to point out that she needed to
 7  adhere to the highest business standards of
 8  our company, and that because she was written
 9  up for that ethical violation, that needed to
10  be reinforced as well by reducing the grade
11  from a 4 to a 3.
12      Q.   Did other people in that meeting
13  also make comments about this alleged ethical
14  breach?
15           MS. LOVINGER:  Objection.
16      A.   I don't recall anyone else making a
17  comment.  But I remember there was
18  concurrence on that, from those in the room,
19  and I realized I should have considered it
20  when I did my write-up, too.
21      Q.   Did you say anything in response to
22  the person who raised this ethical issue
23  regarding Sandra Guzman?
24      A.   Don't recall, other than agreeing
25  that I should have considered that when I was
```

### Page 240

```
 1           ROBINOWITZ
 2  putting my APA together.
 3      Q.   What else did you say about Sandra
 4  Guzman's 2009 evaluation in that meeting
 5  other than agreeing that the alleged ethical
 6  breach should have been taken into
 7  consideration?
 8      A.   That was --
 9           MS. LOVINGER:  Objection.
10      A.   That was all I could -- I can
11  recall.  My sense is, we moved on to the next
12  employee.  These go very quickly.  They go
13  maybe five minutes a person.
14      Q.   Did you go over the substance of
15  what you wrote about Ms. Guzman in that
16  meeting?
17      A.   Oh, certainly, certainly.  That's
18  what --
19      Q.   So tell us what you said.  Describe
20  what you said in that meeting about
21  Ms. Guzman's work performance as reflected in
22  the draft evaluation that's before you.
23      A.   Well, each person in the room has
24  this.  So, you know, I didn't feel it was
25  necessary to actually read the whole
```

### Page 241

```
 1           ROBINOWITZ
 2  document.  But I highlighted a few things.
 3      Q.   What parts did you highlight about
 4  Ms. Guzman's work performance for 2009?
 5      A.   I can't recall.  That she did great
 6  work on the sections that she produced for
 7  us.
 8      Q.   Did you take any notes on this
 9  document?
10      A.   No.
11      Q.   Did anyone take any notes who were
12  in that meeting on this document?
13           MS. LOVINGER:  Objection.
14      A.   I do not know.
15      Q.   Did Col Allan make any comments
16  about Ms. Guzman's evaluation or --
17      A.   I don't recall.
18      Q.   Did he make any comments about her
19  work performance?
20           MS. LOVINGER:  Objection.
21      A.   I don't recall.
22      Q.   How long did you and the others in
23  this meeting talk about Ms. Guzman's 2009
24  evaluation?
25           MS. LOVINGER:  Objection.  I think
```