# Exhibit 8



## NYP TEMPO
*Capturing the rhythm of Latin New York*

TEMPO benefits from the massive circulation of the New York Post

a *WHOPPING*

# 667,119

Total Readership is 1,981,344

of which

## 17% are <u>Hispanics</u>



Source: 2007 (II) Scarborough Study

SG_79