# Exhibit 9

# Sandra Guzmán

420 West 24th Street, New York, NY 10011

(917) 882-6779                                                                                          sandraguzman@aol.com

---

AWARD WINNING JOURNALIST AND AUTHOR— experienced in multi-media platforms (magazines, newspapers, television and the Internet) with specific expertise in planning, developing and creating exemplary content targeting women and urban markets. Former editor of *Latina* magazine, the first and only English language national glossy magazine for Hispanic women in the U.S. Author of the critically-acclaimed book, "The Latina's Bible." Leading expert in journalism targeting U.S. Latinos. Dynamic public speaker with extensive experience delivering keynote addresses and workshops on college campuses and Fortune 500 companies on topics involving media, race, women, politics and diversity. Completely fluent in Spanish.

## **Professional Experience**

**NEW YORK POST, Associate Editor,** 1211 Avenue of the Americas, New York, NY, July 2003 to September 2009

- Edited, from concept to design, 10 feature sections on a wide range of topics ranging from education, the environment, Black and Latino, Irish, Italian and Jewish culture in New York. The inserts produced advertising sales of over a million dollars.

- In 2003, created and launched NYP Tempo, a monthly arts and culture feature section that chronicled Latino life, arts and entertainment in New York City and beyond. Since the launch of the section, the newspaper's Hispanic readership increased. The section produced a revenue stream of one million dollars in advertising sales.

- Arts and culture writer for Sunday Feature pages. Secured and wrote exclusive interviews with top newsmakers, including Spike Lee, Tommy Lee Jones, Benicio del Toro and Chita Rivera, among many others.

- Created and wrote daily blog, Tempo Espresso, (nypost.com) which covered Latino culture, news, politics and trends. Recruited and managed the content of three bloggers.

- Edited three glossy NYP Tempo magazines, which served as the model for Page Six magazine and grossed $400k in advertising revenue.

- Managed a staff of three editors and reporters, and over a dozen freelance writers.

**SOLOELLA.COM, Content Director,** 236 West 36th, New York, NY, January 1999 to December 2002

SG 1062