# Exhibit 10

Les Goodstein Leaves 'Daily News' for News Corp                                    Page 1 of 2

LOGIN

NEWSLESGOODSTEIN     LATEST STORIES     MONDAY, FEB 27, 2012

LES GOODSTEIN

## Les Goodstein Leaves 'Daily News' for News Corp

It's not been the most wonderful time of the year for the poor children of the *Daily News*, as EIC Michael Cooke departed earlier this month, leaving editorial director Martin Dunn to play editor in the interim. And because you always kick 'em when they're down and fetal, News Corp has proudly announced the hiring of Les Goodstein, formerly the COO and president of the *Daily News*, as their shiny new Senior Vice President. We do admire Rupert Murdoch's restraint, however, in not stealing columnist Lenore Skenazy's lunch money.

Full press release after the jump.

FROM: NY POST
FOR IMMEDIATE RELEASE
LES GOODSTEIN, CHIEF OPERATING OFFICER OF THE DAILY NEWS,
JOINS NEWS CORP AS SENIOR VICE PRESIDENT,
REPORTING TO PAUL CARLUCCI, PUBLISHER OF THE NEW YORK POST

BY JESSICA     DEC 27, 2005 12:43 PM
Share   Like   1,721

GET OUR TOP STORIES
FOLLOW GAWKER

Like  150678 likes. Sign Up to see what your friends like.

NEWER STORIES...

MORE STORIES...

Paul Carlucci, Chairman and CEO of News America Marketing, and publisher, New York Post, announced today that Les Goodstein, President and COO of the Daily News, has joined News Corporation as Senior Vice President. Mr. Goodstein, a 28-year veteran of the News, will be responsible for new business development, News Corporation, and serve as advisor to the Post and other News Corporation divisions. He will report to Mr. Carlucci. The appointment is effective January 3, 2006.

In making the announcement, Mr. Carlucci said, "Les has enjoyed an extraordinary career in the newspaper business. Not only is he a superb businessman and manager, but his marketing and promotional abilities have stood out above the rest in a very tough New York media market - the most competitive in the world. I am absolutely delighted that he will be working with me and the rest of our management team to maximize our visibility here in New York, on the Internet and in other platforms of strategic interest to the Post, News America and News Corporation."

Mr. Goodstein said, "I could not imagine a more exciting time to join News Corporation, one of the most interesting companies in the world and whose leader, Rupert Murdoch, I greatly admire and respect. The challenges in the media business are many, and the opportunities for this bold, savvy, innovative organization are limitless. I look forward to working with Paul to seize the tremendous opportunities that lie ahead, give our customers what they want, and further accelerate our growth."

Mr. Goodstein, 54, served as President and Chief Operating Officer of the News since January 2000. He joined the News in 1977 and moved up through the advertising sales ranks, holding a series of increasing leadership positions including as Executive Vice President/Associate Publisher, where he oversaw all advertising and circulation initiatives. He ultimately was responsible for running most operations at the newspaper.

Mr. Goodstein, a native New Yorker, is also credited with developing many successful community service programs over the years that have touched the lives of thousands of city residents. These include a major fund-raising initiative to help 9/11 families and a prostate

SG 6785