# Exhibit 11

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   ------------------------------------X
 5   SANDRA GUZMAN,
 6                    Plaintiff,
 7            -against-        09CIV9323
 8                             (BSJ)(RLE)
 9   NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
10   THE NEW YORK POST, and COL ALLAN, in his
11   official and individual capacities,
12                    Defendants.
13   ------------------------------------X
14
15
16           DEPOSITION OF LES GOODSTEIN
17                New York, New York
18                  June 15, 2012
19
20   Reported by:
21   MARY F. BOWMAN, RPR, CRR
22   JOB NO. 50553
23
24
25
```

Page 14

```
 1                GOODSTEIN
 2      A.  My current title is senior VP, News
 3  Corp.
 4      Q.  Senior VP News Corp.?  Do you have
 5  a business card?
 6      A.  Yes.
 7      Q.  Could we have one.
 8      A.  Do you want --
 9          MR. LERNER:  We will take that
10  request under advisement.  But
11  Mr. Goodstein is not going to produce
12  documents at the deposition.
13      Q.  Can you read your business card to
14  us?
15          MR. LERNER:  No, no.  Objection.
16      Q.  How long have you been senior VP of
17  News Corp.?
18      A.  I work for News America
19  Incorporated.
20      Q.  I am sorry, the question is how
21  long have you been a senior VP of News
22  Corporation?
23          MR. LERNER:  Objection.  He
24  answered you.
25      Q.  So your title is senior VP, News
```

Page 15

```
 1                GOODSTEIN
 2  Corporation?  Has your title changed -- let
 3  me take a step back.
 4          How long have you worked in your
 5  current position?
 6      A.  Six and a half years.
 7      Q.  Who is your employer?
 8      A.  News America Incorporated.
 9      Q.  Have you had the title senior VP of
10  News Corp. for the entire six and a half
11  years?
12          MR. LERNER:  Objection.
13      Q.  Do you understand the question?
14  Have you had the title senior VP of News
15  Corp. for the last six and a half years?
16      A.  Yes.
17      Q.  What is your current e-mail
18  address?
19      A.  LGoodstein@NewsCorp.com.
20      Q.  And has that e-mail address been
21  the same for the last six and a half years?
22      A.  Yes.
23      Q.  And that's your business e-mail
24  address, correct?
25      A.  Correct.
```

Page 16

```
 1                GOODSTEIN
 2      Q.  And LGoodstein@NewsCorp.com, that
 3  would be where you receive business e-mails
 4  from employees of the New York Post?
 5      A.  Yes.
 6      Q.  Could you describe your educational
 7  background for me beginning with
 8  undergraduate?
 9      A.  East Meadow High School, bachelor
10  of arts, Stony Brook University.
11      Q.  What university was that?
12      A.  Stony Brook, New York -- State
13  University of New York, Stony Brook.
14      Q.  What was your major?
15      A.  Sociology.
16      Q.  Do you have any other degrees other
17  than your bachelor of arts?
18      A.  No.
19      Q.  Did you ever attend graduate
20  school?
21      A.  No.
22      Q.  After you graduated university,
23  what was your first full-time job?
24      A.  Fullman Diet Company.
25      Q.  Do you recall what year you began
```

Page 17

```
 1                GOODSTEIN
 2  at Fullman?
 3      A.  1974.
 4      Q.  And how long did you work for
 5  Fullman?
 6      A.  Short period of time, maybe a year.
 7      Q.  Where did you work after Fullman
 8  full-time?
 9      A.  General Nutrition Corporation.
10      Q.  How long did you work for General
11  Nutrition?
12      A.  Two years.
13      Q.  So this would have been until
14  around '76, '77?
15      A.  '75. mid '75.
16      Q.  And what was your next full-time
17  job after General Nutrition?
18      A.  I was an account executive at
19  Newsday.
20      Q.  Is that in New York?
21      A.  It is on Long Island.
22      Q.  What do you mean when you say you
23  were an account executive?  Can you describe
24  more what your job entailed?
25      A.  Sold advertising space.
```

```
                                          Page 50
 1              GOODSTEIN
 2      Q.   And you never contacted
 3   Mr. Rubenstein to tell him that there was
 4   something inaccurate in the press release,
 5   correct?
 6      A.   Correct.
 7      Q.   So it is fair to say that when you
 8   read this press release, when it was
 9   published, you believed everything in it was
10   accurate, correct?
11      A.   Yeah, I -- I don't know.
12      Q.   What do you mean you don't know?
13   You don't remember if you believed that
14   everything in it was accurate?
15      A.   I don't know.
16      Q.   I am sorry, I'm just not following
17   you.  Are you saying that you don't remember
18   or you -- I don't know what you mean by I
19   don't know.
20           MR. LERNER:  Could we have the
21      question read back, please.
22           (Record read)
23      A.   I don't know.
24      Q.   You don't know what you believed at
25   the time?
```

```
                                          Page 51
 1              GOODSTEIN
 2      A.   Rephrase the question.
 3           (Record read)
 4      A.   Correct.
 5      Q.   OK.  What does your business card
 6   say?
 7           MR. LERNER:  Objection.
 8      A.   Senior vice president.
 9      Q.   The entire business card, what does
10   it say from top to bottom?
11           MR. LERNER:  If you know.
12      A.   Les Goodstein, senior vice
13   president.
14      Q.   That is all it says?
15      A.   I believe so.
16      Q.   It doesn't say any company?
17      A.   News Corp. on the top.
18      Q.   It says News Corp.?
19      A.   Yes.
20      Q.   It says N-E-W-S, C-O-R-P?
21      A.   Yes.
22      Q.   P with a period or no period?
23      A.   I don't know.
24      Q.   OK.  Does it say News America
25   anywhere on the business card?
```

```
                                          Page 52
 1              GOODSTEIN
 2      A.   No.
 3      Q.   It says News Corp.?
 4      A.   Yes.
 5      Q.   OK.  So it says News Corp. on the
 6   top line?
 7      A.   I'm not sure.  It says News Corp.
 8      Q.   It says News Corp., senior VP or
 9   senior vice president?
10      A.   Senior vice president.
11      Q.   OK.  And then it has your name?
12      A.   Yes.
13      Q.   And it does it have contact
14   information?
15      A.   Yes.
16      Q.   Do you remember what the contact
17   information is?
18      A.   The phone number.
19      Q.   OK.  E-mail address?
20      A.   E-mail address.
21      Q.   OK.  How long have your business
22   cards read what you just testified to?
23      A.   Approximately six and a half years.
24      Q.   OK.  And in those six and a half
25   years, just a rough estimate, how many people
```

```
                                          Page 53
 1              GOODSTEIN
 2   would you say you have given business cards
 3   to?
 4      A.   Hundreds.
 5      Q.   Hundreds?  OK.  For example, do you
 6   recall the last person you gave a business
 7   card to?
 8      A.   I don't, no.
 9      Q.   Now, when you give a business card
10   to someone that says News Corp., would it be
11   reasonable for them to think that you work
12   for News Corporation?
13           MR. LERNER:  Objection.
14      A.   I don't know.
15      Q.   When you give a business card to
16   someone that says News Corp., have you ever
17   said, I actually work for News America
18   Marketing?
19           MR. LERNER:  Objection.
20      A.   I've never said that, no.
21      Q.   Never said that?
22      A.   Not News America Marketing, no.
23      Q.   So you have never introduced
24   yourself -- let me just make sure.  Who is it
25   that you say you work for?
```

Page 146

GOODSTEIN

Q. What exactly did you say?
A. I vague recollection, Hi, ChaCha, Hi, ChaChas. I don't recall.
Q. Did you ever refer to them as ChaCha number 1 and ChaCha number 2?
A. I don't recall that.
Q. Were there any other instances in which you referred to Ms. Guzman as ChaCha?
A. No.
Q. Do you recall ever referring to anyone else other than Sami and Sandra as ChaCha?
MR. LERNER: At any time ever? Or --
Q. At any time.
A. Many years ago, I used to call my sister ChaCha.
Q. Other than that, you don't recall ever using the term "ChaCha" to refer to anyone?
A. No.
Q. Have you ever commented on Ms. Guzman's appearance to her?
A. Yes.

Page 147

GOODSTEIN

Q. What did you say to her?
A. I have one recollection. I was getting an award at the Hispanic Federation Gala. I was getting the leadership award. And I made a speech at the end of the dinner. Sandra walked over to me, she gave me a kiss. She said, great speech.
 I was with my wife. She congratulated me on my wedding. She told my wife, I was a great guy. And I looked back at her and I said, nice dress, beautiful dress, I said, that's a beautiful dress. And my wife said, yes, that's a beautiful dress.
Q. OK. Other than that instance where you told her she had a beautiful dress, do you recall any other instances in which you made any comments about Sandra Guzman's appearance?
A. No, not that I recall, no.
Q. So there may have been others but you can't recall any?
A. Could have been. I compliment both men and women on their appearance.
Q. But you don't recall any other

Page 148

GOODSTEIN

specific instances with Ms. Guzman?
A. No.
Q. You have never commented on her shoes?
A. No.
Q. Have you ever commented on her appearance in any way, again, other than this dress comment?
MR. LERNER: Objection.
Q. No?
MR. LERNER: Isn't this asked and answered?
Q. I just want to be clear, you have never commented on her shoes, other clothing or appearance at all other -- actually let me strike that.
 You cannot recall any comments you made about Ms. Guzman's shoes, clothing or appearance other than this one comment about her dress?
A. That's correct.
Q. What was Ms. Guzman's reaction on this one instance where you commented about her dress?

Page 149

GOODSTEIN

A. She was happy, she said thank you.
Q. Have you ever stared at Ms. Guzman?
MR. LERNER: Objection.
Q. Leered at her?
A. What does that mean?
MR. LERNER: Objection.
Q. To stare intensely at her? Have you ever stared intensely at Ms. Guzman?
MR. LERNER: Objection.
A. No.
Q. Have you ever stared at her breasts?
MR. LERNER: Objection.
A. No.
Q. Have you ever stared at her legs?
MR. LERNER: Objection.
A. No.
Q. Has anyone, other than Ms. Guzman, ever accused you of sexual harassment?
MR. LERNER: Objection.
A. I've been working since 1974, and to my knowledge, I have never had a complaint of sexual harassment.
Q. Has Ms. Guzman ever made any