# Exhibit 13

Date

-Talk of lifts, boobs, strippers, football, betting, race horses were part of the daily conversations among the white men in the table.



CONFIDENTIAL

SG 2343