# Exhibit 14

Page 1

```
 1
 2           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 3
      SANDRA GUZMAN,                    )
 4                                      )
                   Plaintiff,           )
 5                                      )
                   vs.                  ) 09CIV9323
 6                                      ) (BSJ(RLE)
      NEWS CORPORATION, NYP HOLDINGS,)
 7    INC., d/b/a THE NEW YORK POST, )
      and COL ALLAN, in his official )
 8    and individual capacities,       )
                                        )
 9                 Defendants.          )
      ---------------------------------)
10
11
12
13        VIDEOTAPED DEPOSITION OF EBONY CLARK
14              New York, New York
15            Wednesday, May 30, 2012
16
17
18
19
20
21
22
23

      Reported by:
24    Philip Rizzuti
      JOB NO. 50101
25
```

Page 130

1        Clark
2     A.  No.
3        MR. DATOO:  Objection.
4     Q.  You don't know if it was Congress
5  or President Obama?
6     A.  No.
7     Q.  Do you recall that the week the
8  cartoon was printed there was a vicious
9  chimpanzee attack in Connecticut?
10     A.  Yes.
11     Q.  Is it your belief that Col Allan
12  believed that the chimpanzee was supposed to
13  represent President Barack Obama?
14     A.  Yes.
15     Q.  What is the basis for your belief?
16     A.  I do know that he made a comment
17  in regards to the cartoon, and at the time
18  when there was a protest in front of News
19  Corp. he made a derogatory comment about it.
20  And the cartoon was self-explanatory, like you
21  can -- anyone with an educated mind can look
22  at it and see what it is referring to or what
23  it is trying to state or imply.
24     Q.  Anyone with an educated mind
25  would -- can see what it is referring to?

Page 131

1        Clark
2     A.  Yes.
3     Q.  What do you mean by that?
4        MR. DATOO:  Objection.
5     A.  I think that it was clear that you
6  can see -- do you have it present?
7     Q.  We do have it, but why don't you
8  finish your thought?
9     A.  I think that it was clear, the
10  cartoon was self-explanatory.  Like it was
11  there smack on the cartoon, and I mean it was
12  clear.
13     Q.  Do you know who Robert George is?
14     A.  No.
15     Q.  Do you know that not everyone
16  found the cartoon offensive?
17     A.  I do not.
18     Q.  Do you know that there were
19  African-American employees at The Post who did
20  not find the cartoon offensive?
21        MR. DATOO:  Objection.
22     A.  I am not aware of that.  I am only
23  aware of my feelings.
24     Q.  So is it your contention that
25  anyone with an education would see the cartoon

Page 132

1        Clark
2  the way you saw it?
3     A.  I would hope they would.
4     Q.  Do you know if Col Allan was aware
5  of the historically derogatory association of
6  African-Americans to primates?
7     A.  I am not certain, but I do know
8  that he made derogatory comments the day that
9  the cartoon was released and there was a
10  protest about it around the time.  I don't
11  know if it was the exact day, but around that
12  time it was a protest and he made really bad
13  comments.
14     Q.  Tell me --
15     A.  In front of me.
16     Q.  Tell me the bad comments that Mr.
17  Allan made in front of you?
18     A.  I don't remember exactly what he
19  said, but it was something to the effect of
20  blacks and being monkeys, or something he said
21  to that effect.  I don't remember exactly what
22  it was, but I was appalled that he said it in
23  front of me.
24     Q.  I'm sorry, what do you recall Mr.
25  Allan saying to you?

Page 133

1        Clark
2     A.  I don't recall exactly what he
3  said.  But it was something to the effect of
4  it involved blacks, it was a very bad comment,
5  and it was referring to the people who were
6  standing outside protesting, which included Al
7  Sharpton and various other public figures that
8  are African-American.
9     Q.  So sitting here today you really
10  don't recall whether or not Mr. Allan said
11  anything about blacks being depicted as
12  monkeys that day?
13     A.  No.  I do recall him saying a
14  negative comment to that extent.  I don't
15  remember exactly what it was, it is probably
16  in my affidavit.  But it was so long ago I
17  don't remember exactly what he said.
18     Q.  So whatever you would have written
19  at the time would be a much more accurate
20  statement as to what --
21     A.  Yes.
22     Q.  I just have to finish.
23        Whatever you wrote at the time
24  would have been -- would be a much more
25  accurate representation of what Mr. Allan

Page 134

Clark

1
2  said; is that right?
3      A.   Yes.  What I wrote at the time.
4          MR. LOVINGER:  Let's go off the
5  record.
6          THE VIDEOGRAPHER:  The time is
7  1:02 p.m., we are off the record.
8          (Luncheon recess:  1:02 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 135

Clark

1
2  AFTERNOON  SESSION
3      (Time noted: 2:13 p.m.)
4  EBONY  CLARK,  resumed and
5      testified as follows:
6  EXAMINATION BY (Cont'd.)
7  MR. LOVINGER:
8          THE VIDEOGRAPHER:  The time is
9  2:13 p.m., we are on the record.
10      Q.   Ebony, right before we broke for
11  lunch I was asking you about Col Allan's
12  statements shortly after the cartoon was
13  published and you said I don't remember what
14  he said.  Do you recall?
15      A.   Yes.
16      Q.   So I would like to show you a
17  document you drafted shortly after the cartoon
18  appeared in The Post, and we are going to mark
19  this document as Clark Exhibit 11.  Its Bates
20  stamped NYP 1653 through 1657, and please take
21  a couple of minutes to look at that document.
22          (Clark Exhibit 11, document Bates
23      stamped NYP 1653 through 1657, marked
24      for identification, as of this date.)
25      A.   Uh-hum.

Page 136

Clark

1
2      Q.   Ebony, you wrote the text in what
3  has been marked as Clark Exhibit 11 five days
4  after the cartoon appeared in the New York
5  Post on February 18, 2009; is that correct?
6      A.   Yes.
7      Q.   Does reviewing the document marked
8  as Clark Exhibit 11 refresh your recollection
9  as to what was said that day?
10      A.   Yes.
11      Q.   I am just going to ask you some
12  general questions now so you don't need to
13  read the document.  If you are not done
14  reading it I can wait.
15      A.   That is fine.
16      Q.   So can you please let me know what
17  your recollection is as to what Col Allan said
18  following the publication of the cartoon that
19  you personally heard?
20      A.   I remember when I went into his
21  office to I believe give him a paper, and at
22  the time the protest was going on outside that
23  I went to be a part of, but at the time I had
24  to come back upstairs to finish doing my job,
25  Myron was nice enough to let us go for a

Page 137

Clark

1
2  little while to see -- meaning myself and
3  Shari -- go to the protest, you know, because
4  it was a lot of people from News Corp. there
5  as well as people who were opposing it and
6  people who were for it.  So he let us go for a
7  little while, he told us we could go outside
8  for about 15 or 20 minutes.
9          So we went outside, and then when
10  I came back we had to resume our duties, and
11  when I went into his office he was on the
12  phone, but he was looking towards the window,
13  outside of the window, and he made a comment
14  about the people who were outside protesting,
15  saying that they weren't smart and the
16  majority of them are minorities that are out
17  there.
18      Q.   Do you know who Col Allan was
19  speaking to on the telephone?
20      A.   I am not certain who he was
21  speaking to.
22      Q.   Do you have any idea who Col Allan
23  was speaking to on the phone?
24      A.   No.
25      Q.   And is it true that you didn't

| | |
|---|---|
| Page 146 | Page 147 |

Page 146

1      Clark
2  first office and he was sitting down, like I
3  said he was looking out the window. When I
4  went into his office he was standing up
5  looking out the window, he made the comment, I
6  did what I had to do and then I left.
7      Q.   What position was he in when he
8  made the comment?
9      A.   I believe he was looking out the
10 window.
11     Q.   Do you know for sure that he was
12 looking at the window?
13     A.   From my memory, yes, he was
14 looking out the window.
15     Q.   Was he sitting or standing when he
16 made the comment?
17     A.   He was standing.
18     Q.   Was that after or before you made
19 eye contact with Mr. Allan?
20     A.   I don't remember.
21     Q.   And tell me again what you heard
22 Mr. Allan say?
23     A.   I heard him say that the -- that
24 the people were not smart and that the
25 majority of them are minorities.

Page 147

1      Clark
2      Q.   And is this your best recollection
3  of what Mr. Allan said?
4      A.   Yes.
5      Q.   And that is what you wrote in this
6  document that has been marked as Clark Exhibit
7  11; right?
8      A.   Uh-hum.
9      Q.   We actually need a verbal answer
10 to the last question, Ebony.
11         This is your best recollection of
12 what Mr. Allan said?
13     A.   Yes.
14     Q.   And that is what you wrote in the
15 document that has been marked as Clark Exhibit
16 11?
17     A.   Yes.
18     Q.   I would like you to look at Clark
19 Exhibit 11, the page that is the second to
20 last page, it is Bates stamped NYP 1656, do
21 you see that towards the bottom?
22     A.   Yes.
23     Q.   You said:  Midday as I entered
24 Col's office I heard him speaking into the
25 phone to an unknown person quote, number 1,

Page 148

1      Clark
2  many of these people are not smart. And
3  second, the majority of them are minorities,
4  end quote.
5         Is that your best recollection of
6  what Col Allan said that day?
7      A.   Yes.
8      Q.   In the first page of this document
9  you wrote, it is the second paragraph:
10 Delonas, Col Allan, Jesse Angelo, Frank Zini,
11 Joseph Robinowitz and many other insensitive
12 editors defends this quote, art, end quote.
13         Do you see that?
14     A.   Yes.
15     Q.   What did you hear Sean Delonas
16 say?
17     A.   I didn't hear him say anything,
18 however Shari was exchanging words with those
19 editors that I mentioned here, except for Col
20 Allan, I don't know if she exchanged words
21 with him. But I was present when they were
22 exchanging words, and basically she was just
23 telling them how do they think that that is
24 art, and that it is offensive and stuff like
25 that. And they were going back and forth

Page 149

1      Clark
2  about the cartoon and what they felt and she
3  said what she felt.
4      Q.   Shari Logan has already been
5  deposed in this matter and we have her
6  personal recollection, and today I want to
7  find out your personal recollection of what
8  happened.  So tell me what you personally
9  heard Sean Delonas say?
10     A.   I didn't hear Sean say anything.
11     Q.   Have you ever met Sean Delonas?
12     A.   I have not.
13     Q.   Is Sean Delonas an employee of the
14 New York Post?
15     A.   I believe so, yes.  He is the
16 cartoon artist.
17     Q.   Do you know for sure that he is
18 employed by the New York Post?
19     A.   From what I remember when I was
20 doing the work for Carolyn like I said when
21 she was not there on certain days and I would
22 go to get the cartoon, I believe that he did
23 call in one time because I think he was late
24 with delivering the cartoon and he wanted to
25 make sure that I received it.  So I may have

Page 330

```
 1              Clark
 2    Robinowitz.
 3        Q.   If I can direct your attention to
 4    paragraph 15:  Moreover high level editors at
 5    The Post have repeatedly made racist, sexist
 6    and offensive comments in my presence.
 7             Can you give me the names of some
 8    of those high level editors?
 9             MS. LOVINGER:  Objection.
10        A.   Yes.  I am referring to Jesse
11    Angelo, Joe Robinowitz and Frank Zini, as well
12    as Col Allan.
13        Q.   Once again can you give me
14    examples of any specific comments that were
15    made?
16        A.   I cannot give you specific as far
17    as that, but the only one that I can give you
18    specifics is the one from Col Allan
19    referencing a majority of the people outside
20    being minorities and uneducated people.
21        Q.   Is that the only one that you
22    remember?
23        A.   Yes.
24        Q.   You were asked questions earlier
25    today about answering Col Allan's phone or not
```

Page 331

```
 1              Clark
 2    answering Col Allan's phone, do you recall
 3    that?
 4             MS. LOVINGER:  Objection.
 5        A.   Yes.
 6        Q.   If I can direct your attention to
 7    paragraph 19 on page 3, it reads:  Rather than
 8    informing me of this fact Mr. Allan stormed
 9    out of his office and yelled at the deputy
10    editor who was sitting directly next to me,
11    will you tell that damn girl to answer the
12    damn phone.
13             Is that what Col Allan said?
14        A.   Yes.
15             MS. LOVINGER:  Objection.
16        Q.   Is that what Col Allan said?
17        A.   Yes.
18        Q.   And who was the deputy editor that
19    was sitting directly next to you?
20        A.   Greg, he is the sports deputy
21    editor.
22        Q.   Just so I am clear, why didn't you
23    answer the phone?
24        A.   It was not clear to me that I had
25    to answer his phone at the time.  I didn't
```

Page 332

```
 1              Clark
 2    know that Carolyn was not present in the
 3    office.  And not only that, but I also -- the
 4    phones were ringing in the sports section as
 5    well, so I didn't realize that his phone was
 6    ringing at the time because so many lines were
 7    ringing.  I was picking up the sports calls
 8    which was the duty that was described to me to
 9    do for that day.  I wasn't aware that I had to
10    pick up his phone as well.
11        Q.   Because you didn't know his
12    administrative assistant was there; is that
13    correct?
14        A.   Yes.
15             MS. LOVINGER:  Objection.
16        Q.   When Mr. Allan yelled at you how
17    did that make you feel?
18             MS. LOVINGER:  Objection.
19        A.   Embarrassed.  I felt like he was
20    belittling me.
21        Q.   Why?
22        A.   Because of the way that he went
23    about doing it, and I don't think that it was
24    that serious.  It was a phone call like.  It
25    is not like I made them miss a deadline for an
```

Page 333

```
 1              Clark
 2    important news story or something like that.
 3    Its just the way that he went about doing it,
 4    it just wasn't professional.  And he cannot --
 5    we are not his children there, you can't treat
 6    your employees that way.
 7        Q.   Do you think if a man didn't pick
 8    up his call he would have said the same thing?
 9             MS. LOVINGER:  Objection.
10        A.   I really don't think he would have
11    done that if it was a man.
12        Q.   Do you think he would have yelled
13    if it was a man?
14             MS. LOVINGER:  Objection.
15        A.   Not as loud as he did.
16        Q.   Did you complain about that
17    incident?
18        A.   I did.
19        Q.   To who?
20        A.   To Greg.
21        Q.   What did you tell Greg?
22        A.   I was just telling him that I felt
23    uncomfortable and that I don't think that it
24    was fair to me because I wasn't aware that I
25    was supposed to answer his phone.  And that it
```