# Exhibit 17

## February 2009

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 Easy | 9 4th Mtg No | 10 | 11 Tempo | 12 Dr J 11:45am out postponed | 13 PA Will Go | 14 |
| 15 | 16 | 17 | 18 | 19 Work in FLR w DMD | 20 | 21 |
| 22 | 23 | 24 Whole Foods → Lunch 12:30pm x Chambers | 25 M x R0 | 26 x NAHJ x 6:30 pm | 27 | 28 |

212-704-5302 personal cell

### QuickNotes

- Columbus 72
  246 Columbus
  Tuscany          /Palm Bay

- "Some of these people are not smart and must of them are minorities" Callie
  by Gates/Les

- Katie Farmer — 212-669-4444
  Sandra Restrepo           1064-1645
  646-220-4550

- "A good men changes his mind, a smart man does"... Porter (Click number to go apply)
  by Jeff Lewis