# Exhibit 18

Contains Confidential Portions

Page 1

1        JESSE ANGELO
2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  ------------------------------------X
   SANDRA GUZMAN,
4              Plaintiff,
5              -against-    09CIV9323 (BSJ)(RLE)
6  NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
   THE NEW YORK POST, and COL ALLAN, in his
7  official and individual capacities,
8
              Defendants.
9  ------------------------------------X
   AUSTIN FENNER and IKIMULISA LIVINGSTON,
10
11             Plaintiffs,
12             -against-    09CIV9832 (BSJ)(RLE)
13 NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
   THE NEW YORK POST and DAN GREENFIELD and
14 MICHELLE GOTTHELF,
15             Defendants.
   ------------------------------------X
16
17
18      VIDEOTAPED DEPOSITION OF JESSE ANGELO
19             New York, New York
20          Wednesday, April 25, 2012
21
22 REPORTED BY:  BARBARA R. ZELTMAN
                 (BOBBIE)
23               Professional Stenographic Reporter
24
25 Job Number:  48821

Contains Confidential Portions

Page 358

JESSE ANGELO

testimony is you are certain you have never seen this photograph that I provided you on Col Allan's Blackberry or iPhone or some kind of device like that, correct?
A   Yes.
Q   And Col Allan -- I think you already said this but just to be clear. Col Allan has never shown you this photograph at any time?
A   No, he's never shown me this photograph.
Q   Have you ever seen Col Allan show a photograph of a naked man to anyone?
A   The only time that I ever saw anything like that, I remember seeing a front page on his Blackberry that had a news photograph in it, with a naked man in it.
Q   When was that?
A   I don't recall the exact date.
Q   Do you recall what naked man was depicted on this front-page story on the Blackberry?
A   It was a crazy guy who ran naked through Times Square.

TSG Reporting - Worldwide    877-702-9580

Contains Confidential Portions

Page 359

JESSE ANGELO

Q   And was anyone else present when he showed you this photograph?
A   Not that I recall.
    And again just to be clear, he didn't show me the photograph. He showed me a pdf of the front page of The New York Post that had that photograph.
Q   Where did this take place?
A   At Langan's.
Q   And you don't know if anyone else saw this photograph?
A   No.
    MR. CLARK: We have to change the tape. Why don't we take a break and we'll wrap up.
    THE VIDEOGRAPHER: The time is 6:55. We're going off the record.
    (A brief recess was taken.)
    THE VIDEOGRAPHER: The time is 7:00. We're back on the record.
BY MR. CLARK:
Q   Mr. Angelo, who is Steve Dunlevy?
A   Steve Dunlevy used to be a

TSG Reporting - Worldwide    877-702-9580

Contains Confidential Portions

Page 360

JESSE ANGELO

columnist at The New York Post.
Q   Did Steve Dunlevy ever use a racial epithet in your presence?
A   Yes.
Q   Where did this happen?
A   At Langan's.
Q   What did he say?
A   He used a racial epithet in conjunction with another member of staff, and I reprimanded him for it.
Q   Can you be more specific? What did he say exactly?
A   He was referring to a member of staff named Robert George and he referred to him as the token N-word. And I heard him say it and I immediately reprimanded him for it.
Q   When did in occur?
A   I don't recall the exact date.
Q   Was anyone else present?
A   Yes.
Q   Who else was present?
A   Robert George was present.
Q   He says this in Robert George's

TSG Reporting - Worldwide    877-702-9580

Contains Confidential Portions

Page 361

JESSE ANGELO

presence?
A   Yes.
Q   Was anyone else present?
A   Col Allan was present.
Q   Anyone else?
A   I believe there were other people around. I don't recall who they were or in what proximity.
Q   What was Col Allan's reaction?
A   You know, I don't recall Col's reaction.
Q   You said you reprimanded Mr. Dunlevy?
A   That is correct.
Q   How did you reprimand him?
A   I told him it was unacceptable, inappropriate and he couldn't speak that way.
Q   Was any other action ever taken against Mr. Dunlevy?
A   For what?
Q   For this incident.
A   Not that I am aware of.
Q   So you thought that a verbal

TSG Reporting - Worldwide    877-702-9580

### Page 362

Contains Confidential Portions

JESSE ANGELO

reprimand was all that was required in the circumstance?

A   I gave him a stern verbal reprimand and I considered that to be the end of the situation.

Q   Would you regard Mr. Dunlevy's use of the N-word as contrary to company policy?

MR. LERNER: Objection.

A   I don't know.

Q   Would it be considered a form of racial harassment?

MR. LERNER: Objection.

A   That's not for me to say. I'm not a lawyer.

Q   Well, you were his supervisor, right?

A   Yes.

Q   But you're not able to say whether this might be considered harassment?

A   I knew it was inappropriate. I immediately told him so and reprimanded him for saying it.

Q   Did you ever report this to the Human Resources people?

TSG Reporting - Worldwide    877-702-9580

### Page 363

Contains Confidential Portions

JESSE ANGELO

A   Not that I recall.

Q   Did you report it to anybody at all?

A   Not that I recall, no.

Q   Did you ever document in writing the fact that Mr. Dunlevy had used this racial epithet?

A   Not that I recall.

Q   So there's nothing in Mr. Dunlevy's file that was ever put in his file documenting this incident; is that correct?

A   Not that I am aware of.

Q   Did you ever hear Mr. Dunlevy use a racial epithet other than this incident you've already discussed?

A   No.

Q   Did you ever have anyone tell you that Mr. Dunlevy had used a racial epithet on another occasion?

A   No.

Q   And to be clear, Robert George is black; is that correct?

A   Yes. They were good friends, Robert and Steve.

TSG Reporting - Worldwide    877-702-9580

### Page 364

Contains Confidential Portions

JESSE ANGELO

Q   What's the relevance of that? Do you think that makes it okay?

A   No.

Q   Did you have any role in the closing of Tempo?

A   No.

Q   Did you have any role in Sandra Guzman's termination?

A   No.

Q   What is your understanding of why Sandra Guzman was terminated?

MR. LERNER: Objection.

A   The ads for Tempo dried up; the section ceased to exist. She was the editor of the section.

Q   Are you aware whether or not Sandra edited other sections?

A   I don't have awareness of her editing other sections.

Q   You don't know if she edited anything other than Tempo?

A   I was not aware of any other duties she had.

In the process of preparing for

TSG Reporting - Worldwide    877-702-9580

### Page 365

Contains Confidential Portions

JESSE ANGELO

this lawsuit, I became aware she had other duties. I didn't know anything about them.

Q   That's fine.

What's your understanding of who made the decision to terminate Sandra Guzman?

MR. LERNER: Objection.

If you have such an understanding.

MR. CLARK: That's fine. If he doesn't, he can say, "I don't know."

A   I don't know.

Q   Did anyone ever consult you as to whether Sandra Guzman should be fired?

A   No, not that I recall.

Q   Were you privy to any conversations prior to Sandra Guzman's termination regarding her possible termination?

A   Not that I recall.

Q   So you did not know that Sandra Guzman would be terminated until it happened?

A   That's not what I said.

Q   So did anyone ever talk to you about Sandra Guzman being terminated prior

TSG Reporting - Worldwide    877-702-9580