# Exhibit 19

Page 1

1                    JENNIFER JEHN
2     UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
3     --------------------------------------X
      SANDRA GUZMAN,
4                         Plaintiff,
5                         -against-    09CIV9323 (BSJ)(RLE)
6     NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
      THE NEW YORK POST, and COL ALLAN, in his
7     official and individual capacities,
8
                         Defendants.
9     --------------------------------------X
      AUSTIN FENNER and IKIMULISA LIVINGSTON,
10
11                       Plaintiffs,
12                        -against-    09CIV9832 (BSJ)(RLE)
13    NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
      THE NEW YORK POST and DAN GREENFIELD and
14    MICHELLE GOTTHELF,
15                       Defendants.
      --------------------------------------X
16
17
18         VIDEOTAPED DEPOSITION OF JENNIFER JEHN
19                   New York, New York
20                 Tuesday, June 26, 2012
21
22    REPORTED BY:  BARBARA R. ZELTMAN
                    (BOBBIE)
23                  Professional Stenographic Reporter
24
25    Job Number:  51052

Page 246

JENNIFER JEHN

1
2      And did Amy do that?  Did she look
3  at other options?
4      MR. LERNER:  Objection.
5      A    I believe she did.
6      Q    Did you speak to any other editor
7  at The New York Post about the possibility
8  of transferring Sandra Guzman to another
9  job?
10     A    I did not.
11     Q    Did you ever speak to Paul Carlucci
12 about the possibility of transferring Sandra
13 Guzman to another job?
14     A    I did not.
15     Q    Other than Amy, did you speak to
16 anyone else at all about the possibility of
17 transferring Ms. Guzman to another job?
18     A    I didn't.
19     Q    Did you ever tell Col Allan that
20 Sandra Guzman had complained about the
21 cartoon in February?
22     A    Yes.
23     Q    When did you tell Col Allan that?
24     A    Around after the cartoon.
25     Q    In February 2009?

Page 247

JENNIFER JEHN

1
2      A    Yes.
3      Q    How soon after the cartoon was
4  published do you think you had the
5  conversation?
6      A    Within a couple days.
7      Q    And what did you tell Col Allan
8  about Sandra Guzman's complaint?
9      A    I told Col Allan that Sandra
10 complained about the content of the cartoon
11 being published.
12     Q    And did you speak to Col Allan in
13 person?
14     A    No.
15     Q    Did you speak to him over the
16 phone?
17     A    Yes.
18     Q    Did he call you or did you call
19 him?
20     A    I don't recall.
21     Q    Do you recall anything else you
22 told Col Allan about Sandra Guzman's
23 complaint?
24     A    I told Col Allan that employees
25 were upset about the content of the cartoon.

Page 248

JENNIFER JEHN

1
2      Q    Did you name other employees in
3  addition to Sandra Guzman?
4      A    I don't recall.
5      Q    So as you sit here today, the only
6  employee you can recall specifically
7  speaking to Col Allan about in reference to
8  the cartoon was Sandra Guzman?
9      A    Yes.
10     Q    And what was Col Allan's reaction?
11     A    He said "Okay" and "Thank you."
12     Q    That's it?
13     A    Yes.
14     Q    Why did you tell Col Allan about
15 this situation with Sandra Guzman?
16     MR. LERNER:  Objection.
17     A    I told Col Allan about Sandra being
18 upset about the content of the cartoon
19 because she was upset.
20     Q    I don't follow.  Why did you tell
21 Col Allan that?
22     A    I told Col because Sandra was more
23 upset.
24     Q    I'm sorry.  I'm just not following
25 you.

Page 249

JENNIFER JEHN

1
2      What was your reasoning that you
3  thought that you should tell Col Allan as
4  opposed to everyone else at the paper?
5      MR. LERNER:  Objection.
6      A    I told Col Allan because he was/is
7  the editor of The New York Post.
8      Q    Do you think that he would want to
9  know about Sandra Guzman complaining about
10 the cartoon?
11     A    Yes.
12     Q    Why do you think he would want to
13 know about it?
14     A    I think he would want to know about
15 employees complaining about the content of
16 the cartoon and I think he would want to
17 know about Sandra complaining about the
18 cartoon.
19     Q    And specifically why would he want
20 to know about Sandra complaining about the
21 cartoon?
22     MR. LERNER:  Objection.
23     Q    If you know.
24     A    I don't know specifically why he
25 would want to know.  I don't know --

Page 1

```
 1

 2     UNITED STATES DISTRICT COURT

 3     SOUTHERN DISTRICT OF NEW YORK

 4
       SANDRA GUZMAN,                        )
 5                                           )
                      Plaintiff,             )
 6                                           )
                   -against-                 )  09 CV 9323
 7                                           )
       NEWS CORPORATION, NYP HOLDINGS,)
 8     INC., d/b/a THE NEW YORK POST, )
       and COL ALLAN, in his official )
 9     and individual capacities,           )
                                             )
10                   Defendants.             )
       ------------------------------)
11     AUSTIN FENNER and IKIMULISA    )
       LIVINGSTON,                     )
12                                      )
                      Plaintiffs,       )
13                                      )
                   -against-            )  09 CV 9832
14                                      )
       NEWS CORPORATION, NYP HOLDINGS,)
15     INC., d/b/a THE NEW YORK POST  )
       and DAN GREENFIELD and          )
16     MICHELLE GOTTHELF,              )
                                        )
17                   Defendants.        )
                                        )
18     ------------------------------)
19                      CONTINUED
                DEPOSITION OF JENNIFER JEHN
20                  New York, New York
                Thursday, February 14, 2013
21

22

23

24     Reported by:
       FRANCIS X. FREDERICK, CSR, RPR, RMR
25     JOB NO. 57921
```

Page 10

J. JEHN

work performance or, you know, not her supervisor. So I would be speculating on if she was passionate.

Q. At any time did you observe Ms. Guzman in the carrying out of her job duties?

A. No.

Q. Did you ever review any of Ms. Guzman's work product, whether in a professional capacity or just as a reader?

MR. LERNER: By review it do you mean critically review it or see it?

MR. PEARSON: See it.

A. Yes. I've seen the Tempo section in the paper.

Q. Okay. And what was your opinion of the content of Tempo?

A. My opinion of the Tempo content is that it was good.

Q. Did Ms. Guzman work on other sections of the paper other than Tempo?

A. I don't recall.

Q. Was Ms. Guzman involuntarily terminated from her work at The New York Post?

A. I don't understand what you mean

Page 11

J. JEHN

by involuntary.

Q. Well, did Ms. Guzman at some point depart her employment at The New York Post?

A. The section that Ms. Guzman was working on, Tempo, a business decision was made that that section was going to no longer be a monthly section because it wasn't profitable or the revenue picture was not -- did not look good. And as a result of that Ms. Guzman's position was eliminated.

Q. And Ms. Guzman's employment at The New York Post ended as a result of that?

A. Well, the business decision was made that the Tempo section was going to no longer publish at the same frequency that it was currently being published at. And as a result of that her -- the position of Tempo editor was eliminated.

Q. And as a result she was no longer an employee of The Post; is that right?

A. Yes.

Q. Was Ms. Guzman ever considered for another position with The Post?

MR. LERNER: Objection.

Page 12

J. JEHN

A. I don't --

MR. LERNER: Ever?

Q. At the time that the termination -- at the time that the decision was made to eliminate her position, was she considered for transfer to any other position?

A. I directed my VP of Human Resources at the time, Amy Scialdone, yes, to look at options, other options for Ms. Guzman for other options for work.

Q. And what options, if any, were considered?

A. I don't recall.

Q. Did you discuss that search for other options with Amy at any point?

A. I did not in detail. She reported back to me that there weren't any other positions available.

MR. LERNER: One second.

(Conference between counsel and witness.)

Q. And did Ms. Scialdone tell you the process that she had gone through to determine that there were no other positions available?

Page 13

J. JEHN

A. I don't recall.

Q. How was the elimination of Ms. Guzman's position communicated to her, if it ever was?

A. I don't recall.

Q. Was Tempo the only section of the paper that had a poor revenue picture at the time of Ms. Guzman's departure from The New York Post?

MR. LERNER: Objection.

A. I don't recall.

Q. Was any part of Ms. Guzman's job duties at The New York Post around the time of her purported job elimination the selling of ads for any section of the paper?

MR. LERNER: Objection.

A. I don't understand what you're asking me.

Q. Sure. At any point during Ms. Guzman's employment with The Post was she responsible for selling advertisements for the paper?

MR. LERNER: Objection.

A. I don't -- I don't -- I don't

Page 14

J. JEHN

1    recall.
2    Q.   So at the time of her departure
3  from The New York Post, was she in any
4  capacity responsible for selling
5  advertisements in the paper?
6    A.   I don't believe so.
7    Q.   Did any employee of The New York
8  Post inquire with you about the reason for Ms.
9  Guzman's termination?
10    A.   No.
11    Q.   Did any employee of The New York
12  Post inquire with any other HR or Legal
13  personnel at The New York Post about Ms.
14  Guzman's termination?
15    MR. LERNER:  Objection.
16    A.   Can you repeat that question?
17    Q.   Sure.  Did any other The New York
18  Post employee, apart from counsel, inquire
19  with you about the reason for Ms. Guzman's
20  termination?
21    A.   What do you mean --
22    MR. LERNER:  Okay.  Hold on.  That
23    was the same question as two questions
24    ago.  She asked you to restate the

Page 15

J. JEHN

1    question.  I think you asked a different
2    question.
3    MR. PEARSON:  My understanding is
4    that this should be a church mouse
5    situation.  If you have an objection,
6    state the objection.  This is a continued
7    deposition.  We're covering a lot of
8    material.
9  BY MR. PEARSON:
10    Q.   Following Ms. Guzman's departure
11  from The Post, did any The New York Post
12  employee, apart from counsel or anyone
13  involved in the instant lawsuit, inquire with
14  you about the reason for Ms. Guzman's
15  termination?
16    A.   No.
17    MR. LERNER:  Objection.
18    A.   No.
19    Q.   Did anyone inquire about such
20  matters with any other member of Human
21  Resources, to your knowledge?
22    MR. LERNER:  Objection.
23    Q.   Following Ms. Guzman's departure.
24    A.   To my knowledge, no.

Page 16

J. JEHN

1    Q.   Did you or any other member of New
2  York Post's -- of The New York Post's Human
3  Resources personnel speak to any member of the
4  media concerning Ms. Guzman's termination?
5    MR. LERNER:  Objection.
6    A.   No.
7    Q.   Did The New York Post continue to
8  publish Tempo following Ms. Guzman's departure
9  from The Post?
10    A.   No.
11    Q.   Had the decision to cancel Tempo
12  entirely been made at the time of Ms. Guzman's
13  departure from the paper?
14    MR. LERNER:  Objection.
15    A.   At the time of Ms. Guzman's
16  departure there was a recommendation that the
17  frequency of the Tempo section would be --
18  most likely be reduced.
19    Q.   So it had been decided it would be
20  reduced but not eliminated entirely; is that
21  correct, my understanding?
22    MR. LERNER:  Objection.
23    A.   It was recommended that it would
24  be reduced in frequency.

Page 17

J. JEHN

1    Q.   And was a decision made at any
2  point to cancel Tempo entirely and stop
3  publishing it at The Post?
4    A.   I was no longer at The Post a few
5  months after that so I don't have any
6  knowledge of that.  But I do know that the
7  section was not published.
8    Q.   Okay.  Were you present in any
9  meeting in which Ms. Guzman was informed that
10  she would no longer be working at The New York
11  Post?
12    A.   No.
13    Q.   Did you discuss any such meeting
14  with Ms. Guzman with any other employee of The
15  New York Post?
16    A.   Could you repeat that question,
17  please?
18    Q.   Sure.  Did you discuss any meeting
19  with Ms. Guzman about her departure from The
20  Post with anyone else?
21    MR. LERNER:  I'm going to object
22    to the form but you can answer it.
23    A.   It's possible I may have discussed
24  that with Amy Scialdone.