# Exhibit 20

| | |
|---|---|
| **From:** | Guzman, Sandra |
| **Sent:** | Thursday, February 19, 2009 4:18 PM (GMT) |
| **To:** | REDACTED @aol.com'; Otis, Ginger <gotis@nypost.com>; Cunningham, Mark <Cunningham@nypost.com>; Angelo, Jesse <JAngelo@nypost.com>; Carlucci, Paul ( NewsMktg ) <PCarlucci@newsamerica.com> |
| **Cc:** | Maggie.Haberman <Maggie.Haberman@nypost.com> |
| **Subject:** | RE: Obama editorial cartoon |

Thank you for your feedback. Please know that I had nothing to do with the Sean Delonas cartoon. I neither commissioned or approved it. I saw it in the paper yesterday with the rest of the world. And, I have raised my objections to management. --Sandra Guzman

**From:** REDACTED @aol.com
**Sent:** 2/19/2009 11:56 AM
**To:** Otis, Ginger; Cunningham, Mark; Angelo, Jesse; Carlucci, Paul ( NewsMktg )
**Cc:** Guzman, Sandra; Maggie.Haberman
**Subject:** Obama editorial cartoon

# REDACTED

| | |
|---|---|
| **From:** | Angelo, Jesse <JAngelo@nypost.com> |
| **Sent:** | Thursday, February 19, 2009 5:22 PM (GMT) |
| **To:** | Guzman, Sandra <SGuzman@nypost.com> |
| **Subject:** | RE: I don't appreciate your tone! |

And I and the rest of the editors (not to mention the publisher) do not need to be CC'ed on your automatic responses.

---

**From:** Guzman, Sandra
**Sent:** 2/19/2009 12:20 PM
**To:** Angelo, Jesse
**Subject:** I don't appreciate your tone!

It an automatic response!

NYP0001819