# Exhibit 21

# NEW YORK POST

## executive committee AGENDA

8/17/09
8:30 AM EST
Leonard French Room, 3rd Floor • New York

| Topic | Presenter |
|---|---|
| **Publisher's Overview** | Paul Carlucci |
| **Human Resources** | Amy Scialdone |
| **Agenda** CNG Political Debate Video | Les Goodstein |
| **Sales** Circulation Advertising | Ian Jackson Howard Adler |
| **Community Newspaper Group** | Les Goodstein |
| **Digital Media** | Chris Shaw |
| **Operations/Information Technology** | Joe Vincent |
| **Pre-Press Update** | Paul Armstrong |
| **Editorial** | Col Allan |
| **Marketing** | Jennifer Jehn |

Next Management Meeting
8/24/09    10:30 a.m.
3rd fl – Training Room

**REDACTED**

Marketing/HR: Jennifer Jehn

**Discussion**

- **Tempo Analysis** – Jennifer reported her team is looking closely at the P & L of all Post special sections. Last year, the Tempo monthly sections generated $107,000 in operating profit. This year, YTD Tempo is losing $27,000. Advertising sales are significantly down versus last year. Jennifer recommended looking at a detailed analysis of advertising on a client level. Paul recommended transitioning the frequency from monthly to two or three times per year around key events like the Puerto Rican Day Parade. **Action:** Jennifer and Michael to run a detailed P & L based on two issues per year.

|   | A | I | J | K | L |
|---|---|---|---|---|---|
| 1 |   |   |   |   |   |
| 2 |   |   |   |   |   |
| 3 |   |   |   |   |   |
| 5 | New York Post Tempo - | February | April | May | FY'08 |
| 6 | Date of Section | 2/6/2008 | 4/2/2008 | 4/30/2008 | Total |
| 7 | Circulation Sales |   |   |   |   |
| 8 | Display Advertising | 21,848 | 40,717 | 60,438 | 587,289 |
| 9 | Classified Advertising | - | - | - | - |
| 10 | Online Advertising |   |   |   |   |
| 11 | Color Magazines |   |   |   |   |
| 12 | Inserts |   |   |   |   |
| 13 | Total Advertising Revenue | 21,848 | 40,717 | 60,438 | 587,289 |
| 14 | Sundry Revenue |   |   |   |   |
| 15 | Total Revenue | 21,848 | 40,717 | 60,438 | 587,289 |
| 16 | Editorial Wages |   |   |   | - |
| 17 | Freelance |   |   |   | - |
| 18 | Other (T/E) |   |   |   | . |
| 19 | Total Editorial Expenses | - | - | - | - |
| 20 | Production Wages |   |   |   | - |
| 21 | Newsprint | 11,863 | 10,536 | 16,027 | 171,524 |
| 22 | Ink | 986 | 875 | 1,332 | 14,251 |
| 23 | Plates | 311 | 277 | 421 | 4,503 |
| 24 | Other Production Expenses |   |   |   | - |
| 25 | Total Production Expenses | 13,160 | 11,688 | 17,779 | 190,277 |
| 26 | Distribution | - | - | - | - |
| 27 | Travel, Entertainment & Other Misc | - | - | - | - |
| 28 | Advertising (7% of Sale) | 1,529 | 2,850 | 4,231 | 41,110 |
| 29 | Marketing & Promotions | - | - | - | - |
| 30 | Website | - | - | - | - |
| 31 | Administration/Benefits | 398 | 741 | 1,100 | 10,689 |
| 32 | Accounting | - | - | - | - |
| 33 | Computer Services | - | - | - | - |
| 34 | Expenses before Depreciation | 15,087 | 15,279 | 23,110 | 242,076 |
| 35 | Profit before Depreciation | 6,761 | 25,438 | 37,328 | 345,213 |
| 36 | Depreciation | - | - | - | - |
| 37 | OPERATING INCOME | 6,761 | 25,438 | 37,328 | 345,213 |
| 38 | Operating Margin | 30.9% | 62.5% | 61.8% | 58.8% |
| 39 |   |   |   |   |   |
| 40 | Gross Print Average Daily | 926,784 | 823,135 | 834,739 | 850,562 |
| 41 | Net Sales - All Locations |   |   |   |   |
| 42 | Net Sales - New York |   |   |   |   |

CONFIDENTIAL

NYP0000579