# Exhibit 22

Case 1:09-cv-09323-LGS   Document 160-23   Filed 05/25/13   Page 1 of 3



# executive committee
# AGENDA

2/2/09
8:30 AM EST
Leonard French Room, 3rd Floor • New York

| Topic | Presenter |
|---|---|
| **Publisher's Overview** | Paul Carlucci |
| **Human Resources** | Amy Scialdone |
| **Agenda** | |
| **Sales** | |
| **Circulation** | Ian Jackson |
| **Advertising** | Howard Adler |
| **Community Newspaper Group** | Les Goodstein |
| **Digital Media** | Chris Shaw |
| **Operations/Information Technology** | Joe Vincent |
| **Pre-Press Update** | Paul Armstrong |
| **Editorial** | Col Allan |
| **Marketing** | Jennifer Jehn |

CONFIDENTIAL

NYP0002067

## Publisher's Overview: Jennifer Jehn for Paul Carlucci

**Discussion**

- REDACTED

- **Page Six Magazine** – Jennifer reported the transition of Page Six Magazine from a weekly to a quarterly magazine was announced last Thursday. The last weekly issue will be February 15th with the staff's last day on Thursday February 5th. Some employees will be retained on with the paper. Jennifer thanked everyone who helped with the transition. Rubenstein handled the announcement to the trade. The date of the first quarterly issue will most likely be late May/June.

-  

REDACTED

## Finance: Michael Racano

**Discussion**

- **Week 31 Operating Result** –

    REDACTED

    The Page Six Magazine transition will have a $1 million positive impact on this year's budget.

REDACTED

CONFIDENTIAL
NYP0002068