# Exhibit 23



# STATEMENT FROM RUPERT MURDOCH

By RUPERT MURDOCH
*Last Updated:* 3:16 AM, February 24, 2009
*Posted:* 2:22 AM, February 24, 2009

As the Chairman of the New York Post, I am ultimately responsible for what is printed in its pages. The buck stops with me.

Last week, we made a mistake. We ran a cartoon that offended many people. Today I want to personally apologize to any reader who felt offended, and even insulted.

Over the past couple of days, I have spoken to a number of people and I now better understand the hurt this cartoon has caused. At the same time, I have had conversations with Post editors about the situation and I can assure you - without a doubt - that the only intent of that cartoon was to mock a badly written piece of legislation. It was not meant to be racist, but unfortunately, it was interpreted by many as such.

We all hold the readers of the New York Post in high regard and I promise you that we will seek to be more attuned to the sensitivities of our community.

NEW YORK POST is a registered trademark of NYP Holdings, Inc.
nypost.com , nypostonline.com , and newyorkpost.com are trademarks of NYP Holdings, Inc.
Copyright 2013 NYP Holdings, Inc. All rights reserved. Privacy | Terms of Use