# Exhibit 24

Publisher's Overview: Paul Carlucci

**Discussion**

- **Tempo** – Jennifer recapped the decision that Tempo would transition from a monthly section to three key issues per year timed around key Latino events. **Action:** Amy and Jennifer to finalize logistics with editorial at the end of the week.

**REDACTED**