# Exhibit 26

Page 1

1                    PAUL CARLUCCI
2     UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
3     --------------------------------------X
      AUSTIN FENNER and IKIMULISA LIVINGSTON,
4
5                    Plaintiffs,
6                    -against-
                               09 CIV 9832 (BSJ)(RLE)
7

      NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
8     THE NEW YORK POST and DAN GREENFIELD and
      MICHELLE GOTTHELF,
9
                     Defendants.
10    --------------------------------------X
      SANDRA GUZMAN,
11                   Plaintiff,
12                   vs.       09 CIV 9323 (BSJ)(RLE)
13    NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
      THE NEW YORK POST, and COL ALLAN, in his
14    official and individual capacities,
15
                     Defendants.
16    --------------------------------------X
17
18         VIDEOTAPED DEPOSITION OF PAUL CARLUCCI
19                  New York, New York
20                  Friday, June 22, 2012
21
22    REPORTED BY:  BARBARA R. ZELTMAN
                    (BOBBIE)
23                  Professional Stenographic Reporter
24
25    Job Number:  50903

Page 18

PAUL CARLUCCI

1
2     Q     Who is that?
3     A     Michael Racano.
4     Q     Racano?
5     A     Racano.
6     Q     Who else?
7     A     Senior Vice President, Howard
8  Adler.
9           Head of Human Resources, Amy
10  Scaldone.
11    Q     Anyone else?
12    A     Not off the top of my head that
13  reports directly to me.
14    Q     Do you have any role in the hiring
15  of editors who work for The New York Post?
16    A     No, I do not.
17    Q     Have you ever played a role in the
18  hiring of the editors at The New York Post?
19    A     No, I have not.
20    Q     Mr. Carlucci, do you know who has
21  the authority to hire editors who work for
22  The New York Post?
23          MR. KASOWITZ:  I'm going to
24  object to the form.
25          You can answer.

Page 19

PAUL CARLUCCI

1
2     A     No, I do not.
3     Q     So as you sit here today, you have
4  no idea who is responsible for hiring the
5  editors of the paper you are publisher of?
6           MR. KASOWITZ:  Object to form.
7  Asked and answered.
8     A     No, I do not.
9     Q     Have you ever inquired in terms of
10  who has the authority to hire editors at
11  The New York Post?
12    A     Not that I can recall.
13    Q     Well, do you have any authority to
14  terminate an editor at The New York Post?
15    A     No, I do not.
16    Q     Have you ever terminated any editor
17  at The New York Post since you've served as
18  publisher of that newspaper?
19    A     No, I have not.
20    Q     Do you know who has the authority
21  to terminate editors at The New York Post?
22          MR. KASOWITZ:  Object to form.
23          You can answer.
24    A     No, I do not.
25    Q     Well, you are the Publisher of

Page 20

PAUL CARLUCCI

1
2  The New York Post, correct?
3           MR. KASOWITZ:  Objection.
4  Asked and answered.
5     A     Correct.
6     Q     And you've been the Publisher of
7  The New York Post for seven years, correct?
8     A     Correct.
9     Q     In your seven years as serving as
10  Publisher of The New York Post, did you ever
11  inquire regarding who had authority for
12  terminating editors at The New York Post?
13          MR. KASOWITZ:  Objection.
14  Asked and answered.
15          You can answer.
16    A     No.
17    Q     Who is the highest ranking official
18  on the Editorial side of The New York Post?
19    A     That would be the Editor in Chief.
20    Q     Who is that?
21    A     That would be Col Allan.
22    Q     Does Col Allan report to you?
23    A     No, he does not.
24    Q     Has he ever reported to you?
25    A     Not that I am aware of.

Page 21

PAUL CARLUCCI

1
2     Q     Have you ever discussed with Col
3  Allan the decision to terminate any editor
4  at The New York Post?
5     A     Not that I recall.
6     Q     Have you ever told Col Allan that
7  he should terminate any editor at The New
8  York Post?
9     A     No.
10    Q     Has Col Allan ever discussed with
11  you the possibility of terminating any
12  editor at The New York Post?
13          MR. KASOWITZ:  You can answer.
14    A     Not that I recall.
15    Q     As publisher of The New York Post,
16  Mr. Carlucci, who makes the decisions
17  regarding whether a particular employee
18  should receive a certain amount in annual
19  salary, you or someone else?
20          MR. KASOWITZ:  I'm going to
21  object to the question.
22          It's just unclear to me.  You said
23  as publisher --
24          MR. THOMPSON:  I'll rephrase
25  it.

PAUL CARLUCCI

1
2      MR. THOMPSON:  Mr. Kasowitz,
3  I'm attempting to do so.  As you
4  know, there's a lot of traffic going
5  by.  I want him to finish.  I want
6  him to finish all the questions so
7  the record could be developed.
8      If you haven't finished your last
9  answer, I'll have it repeated so your
10  answer is fully stated on the record.
11      MR. KASOWITZ:  We are going to
12  do that.  You have a habit,
13  Mr. Thompson, of trying to ask
14  a question before the next question
15  is finished.  I don't know why you do
16  it.  I don't know whether you think
17  you get an advantage by doing it.  I
18  don't know.  But it's not going to
19  happen.
20      And that is part of the Federal
21  Rules.
22      All right.  So let's go back to
23  that question.  Let's hear the witness'
24  answer.  If he has anything to add to it,
25  then he will.  If not, then we can move

PAUL CARLUCCI

1
2  on.
3      MR. THOMPSON:  Mr. Kasowitz, I
4  don't have a habit of trying to get
5  the witness to answer a question
6  before the witness is finished.  The
7  witness has answered the questions
8  and when I thought he finished, I ask
9  my next question.  You don't have to
10  remind of me the Federal Rules are.
11  I know the Federal Rules.
12  BY MR. THOMPSON:
13      Q   Mr. Carlucci, I'm going to have the
14  last question asked again and if you have
15  answered it, tell me.  If you want to add
16  anything to it, let me know.
17      (Requested portion of record read:
18      "Q.  Now, when you say you don't
19  believe that the intent was racist, as
20  you sit here today, can you tell us if
21  you spoke to anyone at The Post on the
22  Editorial side about the cartoon that led
23  you to believe that it wasn't intended to
24  be racist?")
25      (End of read-back.)

PAUL CARLUCCI

1
2      MR. KASOWITZ:  Do you have
3  anything to add to that?
4      THE WITNESS:  I don't know if I
5  do or not.  That's fine.  That would
6  be my opinion.
7      Q   Okay.
8      And so Mr. Carlucci, your opinion
9  that there was no racist intent behind the
10  cartoon is not based on any conversation you
11  had with any editor at The New York Post
12  about the cartoon, correct?
13      MR. KASOWITZ:  Object to form.
14      You can answer.
15      A   That would be correct.
16      Q   Do you know if any employee at
17  The New York Post complained about this
18  cartoon?
19      A   Not that I recall.
20      Q   Do you know if any employee at
21  The New York Post objected to this cartoon?
22      MR. KASOWITZ:  Object to form.
23      You can answer.
24      A   Not that I recall.
25      Q   Do you know if Sandra Guzman ever

PAUL CARLUCCI

1
2  objected to this cartoon?
3      A   No, I do not.
4      Q   Do you know if Ms. Guzman ever
5  complained about this cartoon during her
6  employment at The Post?
7      A   Not that I recall.
8      MR. KASOWITZ:  Can we go off
9  the record for a second.
10      THE VIDEOGRAPHER:  The time is
11  12:27.  We're going off the record.
12      (Discussion off the record.)
13      THE VIDEOGRAPHER:  The time is
14  12:28.  Back on the record.
15      MR. THOMPSON:  Can we have that
16  marked as Carlucci Number 2.
17      (Carlucci Exhibit 2, E-mail
18  chain, top e-mail dated Thursday,
19  February 19, 2009, 4:18 p.m., Bates
20  Number NYP-1818, was marked for
21  Identification.)
22      MR. THOMPSON:  For the record,
23  Carlucci Deposition Exhibit 2 is
24  Bates stamped NYP-1818.
25      Q   Mr. Carlucci, please take moment

Page 194

PAUL CARLUCCI

1
2    What topic was he supposed to discuss at
3    this meeting?
4        A    It appears that he was to discuss
5    "Tempo, performance and decision."
6        Q    Do you know what this statement
7    "Tempo, performance and decision" meant in
8    April of 2006, as reflected in this
9    Executive Committee agenda?
10       A    From reading the minutes I do
11   currently now, but I don't recall it prior
12   to reading the minutes just now.
13       Q    Well, tell us today what that term
14   "Tempo, performance and decision" means.
15       A    It appears to be a discussion if
16   Tempo should continue publishing in spite of
17   a down trend in advertising, and is there
18   any way to salvage some of the advertisers
19   that were built up, maintain the revenue
20   and/or reduce expense.
21           It is a determination and open
22   discussion, it appears to be at Executive
23   Committee, of should we continue Tempo.
24       Q    Do you know if Howard Adler was the
25   person who was responsible for leading that

Page 195

PAUL CARLUCCI

1
2    discussion?
3        A    I do not know that.
4        Q    Did Howard Adler have any role over
5    Tempo in April of 2006?
6        A    Howard was in charge of
7    advertising, so he would be responsible
8    for the advertising and revenue of the
9    product, ultimately.
10       Q    And you see where it says "Topic:
11   Human Resources Presenter Amy Scaldone"?
12       A    Yes, I do.
13       Q    Do you know why Amy Scaldone was
14   expected to be at this New York Post
15   Executive Committee meeting scheduled for
16   April 17, 2006?
17       A    No, I do not.
18       Q    And you see Col Allan was also
19   expected to be at the same meeting, correct?
20       A    Yes, I do see that.
21       Q    Was there any discussion at this
22   meeting in April 2006 about terminating
23   Ms. Guzman's employment?
24       A    I cannot recall.
25       Q    Do you recall if Amy Scaldone made

Page 196

PAUL CARLUCCI

1
2    any comments at the Executive Committee that
3    was scheduled for April 17, 2006?
4        A    No, I do not.
5        Q    I want to direct your attention to
6    the second page of that exhibit, which is
7    Bates stamped NYP-463.
8        A    Yes.
9        Q    Can you read into the record the
10   text on that page?
11       A    Yes. "Review of Tempo's performance
12   (attached) - Patrick, review the pros and
13   cons of the Tempo section.  He reviewed the
14   various financial implications of
15   eliminating the weekly pages and holding the
16   monthly section.  However, all options
17   operate at a loss.  Paul decided to cancel
18   the section.  Action: Amy, Jennifer and
19   Patrick to put together an exit strategy and
20   review at the next week's meeting."
21       Q    You see at the bottom of that page
22   in the left-hand corner it says Executive
23   Committee Minutes.
24           Do you see that?
25       A    Yes, I do.

Page 197

PAUL CARLUCCI

1
2        Q    Now, do you know who's referred to
3    in the text you just read that's identified
4    as Patrick?
5        A    Yes.
6        Q    Who is that person?
7        A    Patrick Judge.
8        Q    Now, was there a discussion in
9    April 2006 about eliminating the weekly
10   pages of Tempo and holding the monthly
11   section?
12       A    I do not recall a discussion.
13       Q    Did you at any point in April of
14   2006 decide to cancel the Tempo section?
15       A    I certainly could have, but I do
16   not remember having that discussion.
17       Q    When it says "Paul decided to
18   cancel this section," who do you believe is
19   being referred to when it says "Paul"?
20       A    I believe it would be me.
21       Q    As you are sit here today,
22   Mr. Carlucci, do you have any recollection
23   about any comments you made at the meeting
24   that was scheduled for April 17, 2006 about
25   whether the Tempo section would be canceled?

PAUL CARLUCCI

1        PAUL CARLUCCI
2        MR. KASOWITZ:  Object to form.
3        You can answer.
4     A    I do not remember any comments that
5  I made or if any I made any comments at the
6  time.
7     Q    Do you recall any discussion at the
8  meeting that was scheduled to take place on
9  April 17, 2006 by The New York Post
10 Executive Committee?
11    A    No, I do not.
12    Q    Well, do you know if there was any
13 discussion about Sandra Guzman during that
14 meeting?
15    A    No, I do not.
16    Q    So as you sit here today -- strike
17 that.
18       Do you know if anyone suggested at
19 that meeting that Ms. Guzman's employment
20 should be terminated?
21       MR. KASOWITZ:  Object to form.
22       You can answer.
23    A    I do not.
24    Q    Well, on April 17, 2006, who had
25 the authority at The New York Post to make

PAUL CARLUCCI

1
2  the decision as to whether the Tempo section
3  would be eliminated or not?
4        MR. KASOWITZ:  Object to form.
5        You can answer.
6     A    I think it was a group discussion
7  and the authority it would go with on would
8  be based on the P & L factors.  And I think
9  there was quite a difference of opinion to
10 continue or not.
11    Q    Why do you believe there was
12 a group discussion regarding what should
13 happen with the Tempo section in April 2006?
14       MR. KASOWITZ:  Just to be
15 clear, are you testifying about an
16 April 2006 meeting or are you talking
17 about some other meeting?
18 BY MR. THOMPSON:
19    Q    I'm only asking you about
20 April 2006.
21       MR. KASOWITZ:  And you just
22 testified you don't recall a
23 discussion.  So I want to make sure
24 we're clear on the record.
25    A    The only reason I testified I

PAUL CARLUCCI

1
2  thought it was a group discussion because of
3  the extensive documents that were in the
4  minutes that you just distributed that I
5  don't recall.
6     Q    But as you sit here today --
7        MR. KASOWITZ:  Do you recall --
8  I'm sorry.  I apologize.  I
9  apologize, Mr. Thompson.  You are
10 absolutely correct.  Just want to
11 make sure we were clear.
12       MR. THOMPSON:  One trial lawyer
13 to another.  Sometimes you step over
14 each other's toes.
15       MR. KASOWITZ:  It's all good.
16    Q    Mr. Carlucci, do you have any
17 independent recollection, as you sit here
18 today, about whether there was a group
19 discussion at the meeting that was scheduled
20 for April 17, 2006 about whether the Tempo
21 section should be canceled?
22    A    No, I do not.
23    Q    In April 2006, who had the
24 authority to make the decision to cancel the
25 Tempo section?

PAUL CARLUCCI

1
2        MR. KASOWITZ:  Object to form.
3        You can answer if you know.
4     A    I think it would be a combination
5  of individuals.
6     Q    Combination of the individuals who
7  made up The New York Post Executive
8  Committee?
9     A    I think they would be represented
10 on the Executive Committee, yes.
11    Q    Do you know of any other
12 individuals who would have also had
13 authority to make the decision to cancel the
14 Tempo section besides the members of The New
15 York Post Executive Committee?
16    A    No, I do not.
17    Q    So the authority to cancel --
18 strike that.
19       So the authority whether or not to
20 cancel Tempo resided with members of The New
21 York Post Executive Committee in April 2006,
22 right?
23       MR. KASOWITZ:  Object to form.
24       You can answer.
25    A    I think that would be correct.

| Page 230 | Page 231 |

PAUL CARLUCCI
1
2  Q    Who had the authority in April 2006
3  to determine whether the Puerto Rican Day
4  Parade would be eliminated from the budget?
5  A    I think if there was a section --
6  and I don't recall that there was a
7  section -- we certainly weren't in charge of
8  the parade itself.  And I don't recall if we
9  had a section or if we had individual
10  advertising pages associated with the
11  parade.
12     And I do not know who would have
13  brought that up.  And the ultimate
14  authority, if it was losing money, certainly
15  would be on my docket.
16  Q    Meaning you would have had the
17  ultimate authority to decide whether to
18  eliminate the Puerto Rican Day Parade from
19  the budget, correct?
20  A    After discussion and influence from
21  others, yes.
22  Q    And when you say discussions and
23  influence from others, you mean other
24  members of The New York Post Executive
25  Committee?

PAUL CARLUCCI
1
2  A    Yes.
3  Q    And if you can turn to the next
4  page of this deposition exhibit.
5     Can you read into the record the
6  text at the top?
7  A    Yes.  "Tempo exit strategy.
8  Jennifer reported that June 7 will be the
9  last edition of Tempo.  Two sales
10  executives, Sammy and Carolina, would be
11  reassigned to other sales positions.  Two
12  positions will be eliminated, Sandra Guzman
13  and Tony Martinez.
14     "Action.  Call to tell Jennifer
15  when she could inform Sandra as well as the
16  other staff.  We recommend it as late as
17  possible.  Amy and Jennifer to put together
18  severance packages."
19  Q    Now, Mr. Carlucci, reading that
20  text, does that refresh your recollection as
21  to whether a decision was made to cancel
22  Tempo in April of 2006?
23  A    No, it doesn't.
24  Q    Do you recall now after reading
25  this text whether there was any discussion

| Page 232 | Page 233 |

PAUL CARLUCCI
1
2  in the meeting scheduled for April 24, 2006
3  about whether Ms. Guzman's employment should
4  be terminated?
5  A    No, I do not.
6  Q    Based on this text that you just
7  read, do you know who made the decision to
8  terminate Ms. Guzman's employment after
9  April 2006 as reflected in this document?
10     I'll rephrase it.
11     You see where it says "Two
12  positions will be eliminated," correct?
13  A    Yes.
14  Q    Do you know if a decision was made
15  in April 2006 to eliminate Sandra Guzman's
16  position?
17  A    I do not know that.
18  Q    Do you know if a decision was made
19  at any point in April 2006 to eliminate
20  Ms. Guzman's position?
21  A    I do not know that.
22  Q    Well, you do know that the document
23  that you just read is Bates stamped NYP-461,
24  states at the bottom left-hand corner
25  "Executive Committee Minutes."

PAUL CARLUCCI
1
2     Do you see that?
3  A    Yes, I do.
4  Q    Do you have any doubt,
5  Mr. Carlucci, that these minutes reflect
6  discussions made at an Executive Committee
7  meeting sometime in 2006?
8     MR. KASOWITZ:  Object to form.
9     You can answer.
10  A    If the question is:  Did I think
11  the discussion was discussed, that the
12  subject was discussed?
13  Q    Yes.
14  A    Yes.
15  Q    But as you sit here now, do you
16  have any independent recollection of that
17  discussion?
18  A    No.
19  Q    Do you have any independent
20  recollection of Sandra Guzman's name coming
21  up at any Executive Committee meeting in
22  April of 2006?
23  A    No, I do not.
24  Q    Do you have any independent
25  recollection of Ms. Guzman's name coming up

Page 234

PAUL CARLUCCI

1  PAUL CARLUCCI
2  at all during any Executive Committee
3  meeting in 2006?
4      A   No, I do not.
5      Q   Do you recall, Mr. Carlucci, making
6  the decision to eliminate Sandra Guzman's
7  employment in April of 2006?
8          MR. KASOWITZ:  Object to form.
9          But you can answer.
10     A   No, I do not.
11     Q   Did you have any conversations with
12 any member of The New York Post in April of
13 2006 about terminating Ms. Guzman's
14 employment?
15         MR. KASOWITZ:  Object to form.
16         You can answer.
17     A   Not that I recall.
18     Q   Did you have any conversation with
19 any member of News Corporation about whether
20 Ms. Guzman's employment should be terminated
21 in 2006?
22     A   No, I did not.
23     Q   Did you ever discuss with Col Allan
24 anything about Sandra Guzman in April of
25 2006?

Page 235

1  PAUL CARLUCCI
2          MR. KASOWITZ:  Object to form.
3          If you recall.
4      A   Not that I recall.
5      Q   Do you recall speaking to anyone at
6  The New York Post about Sandra Guzman in
7  April of 2006?
8          MR. KASOWITZ:  Object to form.
9          You can answer.
10     A   No, I don't.
11     Q   In April 2006, Mr. Carlucci, did
12 members of the Executive Committee have the
13 power to terminate Ms. Guzman's employment?
14         MR. KASOWITZ:  Object to form.
15         You can answer.
16     A   I think there was input by members.
17 And I certainly had the final decision of
18 moving forward then, but I did not make that
19 decision.
20     Q   Well, you say you think there was
21 input in April 2006 about whether she would
22 be terminated.
23         Why do you say that?
24         MR. KASOWITZ:  I'm just going
25 to object to that.

Page 236

1  PAUL CARLUCCI
2          I don't think that's what he meant.
3          MR. THOMPSON:  That's what he
4  said and I'm trying to get to --
5          MR. KASOWITZ:  But he's
6  testified he has no recollection
7  about --
8          MR. THOMPSON:  Let him answer
9  my question.  He can clarify because
10 he made a statement and I'm following
11 up on his statement.
12         MR. KASOWITZ:  Right.  But all
13 I'm going to say is the statement you
14 asked was about who had authority or
15 who would have had authority.  Is
16 that right?
17         MR. THOMPSON:  Right.  But he
18 answered the question by saying
19 people talked about or had input in
20 the decision, and I'm asking him to
21 clarify the record.
22 BY MR. THOMPSON:
23     Q   In April of 2006, did anyone that
24 you know of who was a member of The New York
25 Post Executive Committee have any

Page 237

1  PAUL CARLUCCI
2  conversations about whether Ms. Guzman's
3  employment should be terminated?
4      A   Not that I recall.
5      Q   So as you sit here today, you don't
6  know who made the decision to eliminate
7  Ms. Guzman's employment in April of 2006,
8  correct?
9          MR. KASOWITZ:  Here's why I
10 have to object to it.
11         I'm objecting to it because unless
12 you can show me some evidence that she
13 was terminated at that time, there's no
14 foundation for the question.
15         If she had been terminated at the
16 time, then it's a fair question.
17         MR. THOMPSON:  I'll rephrase
18 it.
19     Q   As you sit here today, do you know
20 who made the decision that Ms. Guzman's
21 employment was to be eliminated as of
22 April 2006?
23         MR. KASOWITZ:  Again, I'm going
24 to object.  No foundation.
25         But you can answer, if you know.

PAUL CARLUCCI

1
2   Q   Yes.
3   A   Just to experience going to
4   Executive Committees. We've never discussed
5   moving salespeople around. We'll talk about
6   various things about revenue. It's usually
7   not a focus. It usually is controlled and
8   known and presided by the pyramid head
9   within that area as long as he stays within
10  his budget.
11      Q   Did the Executive Committee, at any
12  point after you created it, ever discuss the
13  termination of the employment of any
14  employee at The New York Post?
15      MR. KASOWITZ: If you know.
16      A   Not that I could recall
17  a conversation about a specific individual.
18      Q   So as you sit here today,
19  Mr. Carlucci, you can't recall a single time
20  when The New York Post Executive Committee
21  discussed terminating the employment of any
22  employee, can you?
23      A   Of a particular employee, no.
24      MR. THOMPSON: Can we have this
25  marked as Deposition Exhibit Number 7

PAUL CARLUCCI

1
2   which is Bates stamped NYP-447
3   through 448.
4       (Carlucci Exhibit 7, Executive
5   Committee Agenda, dated May 30,
6   2006, Bates Numbers NYP-447 through
7   NYP-448, was marked for
8   Identification.)
9   BY MR. THOMPSON:
10      Q   Mr. Carlucci, take a moment and
11  review Deposition Exhibit Number 7 and tell
12  us if you recognize it.
13      A   I do not recall it.
14      Q   You see it's a New York Post
15  Executive Committee agenda dated May 30,
16  2006, correct?
17      A   Yes.
18      Q   And it reflects there was supposed
19  to be a meeting of the Executive Committee
20  held on that date at 8:30 a.m., correct?
21      A   That's correct.
22      Q   And you were expected to be in
23  attendance of that meeting, correct?
24      A   Yes.
25      Q   So was Col Allan, correct?

PAUL CARLUCCI

1
2   A   Correct.
3   Q   As well as Amy Scaldone, correct?
4   A   Yes.
5   Q   Now, do you know Col Allan --
6   strike that.
7       Do you know if the meeting occurred
8   on May 30, 2006?
9   A   I'm not sure if it did or not.
10  Q   Do you have any reason to believe
11  that the meeting scheduled for that date was
12  canceled?
13  A   No, I do not.
14  Q   Do you know if Col Allan made any
15  comments during the Executive Committee
16  meeting that was scheduled for May 30, 2006?
17  A   I'm not even sure if Col Allan
18  attended and I don't recall any comments if
19  he did attend. But I don't remember if he
20  was there or not. If I was there, also.
21  Q   Can you read the text into the
22  record that's on Page NYP-448.
23  A   Yes. "Tempo action. Call Jennifer
24  to meet to discussion staff issues
25  surrounding the cancellation of Tempo."

PAUL CARLUCCI

1
2   Q   Do you know, Mr. Carlucci, whether
3   there was a decision made as of May 30, 2006
4   to cancel the Tempo section?
5   A   I do not know if there was.
6   Q   Do you know if Jennifer Jehn made
7   any comments in the meeting that was
8   scheduled for May 30, 2006?
9   A   I do not know if she did or not.
10  Q   Do you know if there was any
11  decision made as of May 30, 2006 to
12  terminate Sandra Guzman's employment?
13  A   No, I do not.
14  Q   Do you have any independent
15  recollection as to whether Sandra Guzman's
16  employment was discussed at the meeting
17  scheduled to take place on May 30, 2006?
18  A   No, I do not.
19  Q   I want to direct your attention
20  back to Deposition Exhibit Number 6. You
21  see Col Allan was expected to be at that
22  meeting on April 24, 2006, correct?
23  A   Yes.
24  Q   Do you have any independent
25  recollection as to whether Col Allan was in