# Exhibit 29



New York Post
February 18, 2009



NYP-FL000147