USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SANDRA GUZMAN,                                              :
                                Plaintiff,        :
:      09 Civ. 09323 (LGS)
        -against-                                        :
:      OPINION AND ORDER
NEWS CORPORATION, NYP HOLDINGS,                             :
INC. d/b/a THE NEW YORK POST and COL                        :
ALLAN,                                                      :
                              Defendants.       :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby ORDERED that, in accordance with and as further provided in Individual Rule IV.B:

(1) the parties' motions *in limine* shall be due **November 20, 2013**. Any responses to the motions shall be due **November 27, 2013**.

(2) Any final pretrial memoranda of law, addressing only legal issues that were not addressed in the motions for summary judgment, shall be filed by **November 20, 2013.**

(3) The final pretrial order shall be due **November 27, 2013.**

(4) Joint requests to charge, *voir dire* and any verdict form, as provided in the Court's individual rules, shall be submitted by **December 5, 2013**.

(5) The parties shall appear for a final pretrial conference on **December 17, 2013 at 10:45 a.m.**

(6) The trial shall commence **January 13, 2014 at 9:45 AM**.

SO ORDERED.

Dated: October 29, 2013
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE