KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Marc E. Kasowitz (mkasowitz@kasowitz.com)
Mark W. Lerner (mlerner@kasowitz.com)
Blythe E. Lovinger (blovinger@kasowitz.com)
Garrett D. Kennedy (gkennedy@kasowitz.com)
1633 Broadway
New York, New York 10019
Tel.:   (212) 506-1700

*Attorneys for Defendants*
NYP Holdings, Inc., d/b/a the
New York Post, and Col Allan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
SANDRA GUZMAN,                                                 :    Civil Action No.: 09 CV 9323 (LGS)
                                                               :
                            Plaintiff,                         :
                                                               :
              vs.                                              :    **Oral Argument Requested**
                                                               :
NEWS CORPORATION, NYP HOLDINGS,                                :
INC., d/b/a/ THE NEW YORK POST,                                :
and COL ALLAN, in his official and individual                  :
capacities,                                                    :
                                                               :
                            Defendants.                        :
---------------------------------------------------------------x

**MOTION FOR RECONSIDERATION OF ORDER DENYING SUMMARY JUDGMENT
MOTION OF DEFENDANTS NYP HOLDINGS, INC. AND COL ALLAN**

**PLEASE TAKE NOTICE** that, upon this Motion to the Court, dated November 8, 2013, and the accompanying Memorandum of Law, defendants NYP Holdings, Inc., d/b/a the New York Post and Col Allan (together, "Defendants"), by their attorneys Kasowitz, Benson Torres & Friedman LLP, will move this Court before the Honorable Lorna G. Schofield for the Southern District of New York, 500 Pearl Street, New York, New York, for an order, pursuant to Federal Rules of Civil Procedure 54(b) and 59(e) and Local Rule 6.3, for reconsideration of this Court's

October 29, 2013 Opinion and Order (the "Order") denying Defendants motion for summary judgment seeking to dismiss the Amended Complaint of plaintiff Sandra Guzman in its entirety.

**PLEASE TAKE FURTHER NOTICE** that papers in opposition to this motion, if any, shall be served, pursuant to Local Civil Rule 6.1(b), within fourteen (14) days of service of the papers for this motion

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, shall be served, pursuant to Local Civil Rule 6.1(b), within seven (7) days of service of the opposition papers.

Dated: New York, New York
November 12, 2013

                                      KASOWITZ, BENSON, TORRES
                                          & FRIEDMAN LLP

                                      By: /s/ Mark W. Lerner
                                            Marc E. Kasowitz (mkasowitz@kasowitz.com)
                                            Mark W. Lerner (mlerner@kasowitz.com)
                                            Blythe E. Lovinger (blovinger@kasowitz.com)
                                            Garrett D. Kennedy (gkennedy@kasowitz.com)

                                      1633 Broadway
                                      New York, New York 10019
                                      Tel.: (212) 506-1700
                                      Fax: (212) 506-1800

                                      Attorneys for Defendants NYP Holdings, Inc.,
                                      d/b/a the New York Post, and Col Allan

To: Douglas H. Wigdor
    Lawrence M. Pearson
    Thompson Wigdor LLP
    85 Fifth Avenue
    New York, New York 10003
    *Attorney for Plaintiff Sandra Guzman*