# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

MARK W. LERNER
DIRECT DIAL: 212-506-1728
MLERNER@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

November 12, 2013

<u>Via E-mail</u>

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

    Re:    *Guzman v. NYP Holdings, Inc., et al.*
            <u>No. 09 CV 9323 (LGS)</u>

Dear Judge Schofield:

    This firm represents the defendants in the above-referenced matter.

    We write pursuant to Rule III.B.7 of Your Honor's Rules of Individual Practice in connection with a motion filed today requesting reconsideration, pursuant to Fed. R. Civ. P. 54(b) and 59(e) and S.D.N.Y. Local Civil Rule 6.3, of the Court's October 29, 2013 Order denying NYP Holdings, Inc., d/b/a the New York Post and Col Allan's motion for summary judgment.

    Oral argument is requested.

    We thank Your Honor for your consideration in this matter.

Respectfully submitted,

Mark W. Lerner

cc:    Lawrence M. Pearson, Esq.