# Exhibit 7

Contains Confidential Portions

Page 1

```
 1                    JESSE ANGELO
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ---------------------------------------X
     SANDRA GUZMAN,
 4                  Plaintiff,
 5                  -against-    09CIV9323 (BSJ)(RLE)
 6   NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
     THE NEW YORK POST, and COL ALLAN, in his
 7   official and individual capacities,
 8
                    Defendants.
 9   ---------------------------------------X
     AUSTIN FENNER and IKIMULISA LIVINGSTON,
10
11                  Plaintiffs,
12                  -against-    09CIV9832 (BSJ)(RLE)
13   NEWS CORPORATION, NYP HOLDINGS, INC., d/b/a
     THE NEW YORK POST and DAN GREENFIELD and
14   MICHELLE GOTTHELF,
15                  Defendants.
     ---------------------------------------X
16
17
18         VIDEOTAPED DEPOSITION OF JESSE ANGELO
19                  New York, New York
20              Wednesday, April 25, 2012
21
22   REPORTED BY:  BARBARA R. ZELTMAN
                   (BOBBIE)
23                 Professional Stenographic Reporter
24
25   Job Number:  48821
```

Contains Confidential Portions

Page 78

1       JESSE ANGELO
2   A  I don't know.
3   Q  What is the policy on sex
4 discrimination at New York Post?
5       MR. LERNER: Objection.
6   A  It's not tolerated.
7   Q  What do you mean by "It's not
8 tolerated"?
9       MR. LERNER: Objection.
10   A  We don't tolerate sexual
11 harassment. That's the policy.
12   Q  What is sexual harassment in your
13 understanding?
14       MR. LERNER: Objection.
15   A  I'm not a lawyer. I'm not
16 qualified to define sexual harassment.
17 That's a huge area of case law, is my
18 understanding. You are probably more
19 qualified than I am to answer that.
20   Q  So as you sit here today, you can't
21 tell me what sexual harassment is?
22       MR. LERNER: Objection.
23   A  Are you asking me to give a legal
24 definition of sexual harassment?
25   Q  No. I'm just asking for your

TSG Reporting - Worldwide   877-702-9580

Contains Confidential Portions

Page 79

1       JESSE ANGELO
2 understanding.
3   Q  What is sexual harassment that is
4 prohibited by The New York Post policy on
5 sexual harassment in the workplace?
6       MR. LERNER: Objection.
7   A  There could be any one of many
8 hypothetical examples of what would
9 constitute sexual harassment. I don't think
10 it's my place to give you hypothetical
11 examples of what sexual harassment is.
12   Q  I'm not asking hypothetical
13 examples. I'm just --
14   A  Then what are you asking.
15   Q  What is what is your understanding
16 of what is sexual harassment?
17       MR. LERNER: Objection.
18   A  Again, there are lots of different
19 things, in my limited understanding, that
20 can constitute sexual harassment.
21       I don't feel qualified to give you
22 hypothetical examples of what constitute
23 sexual harassment.
24   Q  Is it part of your job as either
25 Executive Editor of The Post -- actually,

TSG Reporting - Worldwide   877-702-9580

Contains Confidential Portions

Page 80

1       JESSE ANGELO
2 let me repeat that.
3       Is it part of your job as Executive
4 Editor of The Post to report any instances
5 of sexual harassment that you witness?
6   A  Yes.
7   Q  So how would you know what to
8 report if you don't know what sexual
9 harassment is?
10       MR. LERNER: Objection.
11   A  I know what sexual harassment is.
12 That's not what you are asking me.
13   Q  So what is it?
14   A  Again, I believe there are many
15 definitions of what could constitute sexual
16 harassment.
17   Q  Okay. Give me one.
18       MR. LERNER: Objection.
19   A  If someone demanded a sexual favor
20 in return for a promotion, that would be
21 sexual harassment.
22   Q  That would be an example of sexual
23 harassment, right?
24   A  Is that a question?
25       MR. LERNER: Objection.

TSG Reporting - Worldwide   877-702-9580

Contains Confidential Portions

Page 81

1       JESSE ANGELO
2   Q  I believe you said there are many
3 definitions of sexual harassment, right?
4   A  My understanding is that there are
5 many different forms of what can constitute
6 sexual harassment.
7   Q  Would dating a subordinate at
8 The New York Post be considered sexual
9 harassment?
10       MR. LERNER: Objection.
11   A  No.
12   Q  Is there any policy at The New York
13 Post regarding supervisors dating employees
14 that they supervise?
15       MR. LERNER: Objection.
16   A  No.
17   Q  Is there any policy at The New York
18 Post governing supervisors having a sexual
19 relationship with someone they supervise?
20   A  No.
21   Q  So you are familiar with The New
22 York Post policy on sexual harassment,
23 right?
24   A  In broad terms.
25   Q  As part of your job as

TSG Reporting - Worldwide   877-702-9580

---

Contains Confidential Portions

Page 378

        JESSE ANGELO
 1  don't know who all the editors on the City
 2  Desk are.
 3     Q   When you were City Desk editor, how
 4  many African-American editors were there on
 5  the City Desk?
 6     A   There were not any full-time
 7  African-American editors on the City Desk
 8  when I was the City editor.
 9     Q   As far as you know, when was the
10  last time there was a African-American
11  editor on the City Desk at The New York
12  Post?
13     A   Full time?
14     Q   Full time, yes.
15     A   As far as I know, Lisa Baird.
16  Again, I don't know her exact racial makeup.
17  I believe she was African-American.
18     Q   Were you at The Post the same time
19  Lisa Baird was at The Post?
20     A   Yes.
21     Q   So was she fired or did she quit or
22  how did she end up leaving?
23         MR. LERNER: Objection.
24     A   I don't know the specifics of it,

TSG Reporting - Worldwide   877-702-9580

---

Contains Confidential Portions

Page 379

        JESSE ANGELO
 1  but I believe she was asked to leave.
 2     Q   Asked to leave by whom?
 3     A   By Col Allan.
 4     Q   Do you know the circumstances under
 5  which she was asked to leave?
 6     A   Col came in. There was a whole --
 7  after a short time of his tenure at the
 8  paper, there was a whole host of editors and
 9  columnists that were asked to leave.
10     Q   So did you actually know about this
11  at the time or is this something you learned
12  about later?
13     A   I was not specifically aware of the
14  termination of Lisa Baird until it occurred.
15     Q   So but you knew about it at the
16  time -- at the time she was fired, you knew
17  she was being fired?
18         MR. LERNER: Objection.
19     A   Can you repeat the question.
20         (Requested portion of record read:
21         "Q. So but you knew about it at
22         the time -- at the time she was fired,
23         you knew she was being fired?")
24         (End of read-back.)

TSG Reporting - Worldwide   877-702-9580

---

Contains Confidential Portions

Page 380

        JESSE ANGELO
 1     A   The use of "being there" is a
 2  strange ...
 3         At the time she was fired, yes, I
 4  was aware after the fact that she was let
 5  go, yes.
 6     Q   I'm just trying to get to the point
 7  that this isn't something you learned years
 8  later, right?
 9     A   That is correct.
10     Q   And has Col Allan ever spoken to
11  you about that decision to fire Lisa Baird?
12     A   Not that I recall.
13         MR. LERNER: Can we get a time
14  check, Mr. Videographer.
15         THE VIDEOGRAPHER: Twenty-four
16  minutes and in three minutes will be
17  seven hours.
18         MR. CLARK: I think that's
19  going to be it. Let's take a break
20  and I'll consult with Mr. Datoo and
21  see if there's anything else we want
22  to ask him.
23         THE VIDEOGRAPHER: The time is
24  7:24. We're going off the record.

TSG Reporting - Worldwide   877-702-9580

---

Contains Confidential Portions

Page 381

        JESSE ANGELO
 1         (A brief recess was
 2         taken.)
 3         THE VIDEOGRAPHER: The time is
 4         7:32. We're back on the record.
 5  BY MR. CLARK:
 6     Q   Mr. Angelo, while you were editor
 7  of the City Desk, did you ever have a
 8  romantic relationship or sexual relationship
 9  with any female copy assistants?
10     A   No.
11     Q   How much do you earn currently?
12         MR. LERNER: Hold on. What's
13  the relevance of that?
14         MR. CLARK: Goes to bias.
15         MR. LERNER: As he said, he's
16  not even paid by The New York Post.
17         MR. CLARK: That's a whole
18  other issue. The whole relationship
19  of NewsCorp and The New York Post is
20  an issue in this case, and the fact
21  that he's got this bizarre pay
22  schedule is another interesting fact.
23  So I think on both those issues we
24  want to know not only who pays him

TSG Reporting - Worldwide   877-702-9580