# Exhibit 9

| | |
|---|---|
| **From:** | Guzman, Sandra |
| **Sent:** | Thursday, February 19, 2009 4:17 PM (GMT) |
| **To:** | REDACTED @aol.com'; gotis@nypostcom; col.allan@nypost.com; Angelo, Jesse <JAngelo@nypost.com>; Aquilina, Anne <AAquilina@nypost.com>; Bennett, Charles <cbennett@nypost.com>; Conklin, Margi <mconklin@nypost.com>; Cunningham, Mark <Cunningham@nypost.com>; George, Robert <rgeorge@nypost.com>; isaac.guzman@gmail.com; Maggie@aol.com; haberman@nypost.com |
| **Subject:** | RE: (no subject) |

Thank you for your feedback. Please know that I had nothing to do with the Sean Delonas cartoon. I neither commissioned or approved it. I saw it in the paper yesterday with the rest of the world. And, I have raised my objections to management. --Sandra Guzman

**From:** REDACTED @aol.com]
**Sent:** 2/19/2009 12:13 PM
**To:** gotis@nypostcom; col.allan@nypost.com; Angelo, Jesse; Aquilina, Anne; Bennett, Charles; Conklin, Margi; Cunningham, Mark; George, Robert; isaac.guzman@gmail.com; Guzman, Sandra; Maggie@aol.com; haberman@nypost.com
**Subject:** (no subject)

# REDACTED