# Exhibit 10

| | |
|---|---|
| **From:** | Guzman, Sandra |
| **Sent:** | Thursday, February 19, 2009 4:16 PM (GMT) |
| **To:** | [REDACTED] @verizon.net> |
| **Cc:** | Robinowitz, Joe <JRobo@nypost.com>; Jhun, Jennifer <jjhun@nypost.com>; Scialdone, Amy <AScialdone@nypost.com> |
| **Subject:** | RE: Grow Up, New York Post |

Thank you for your feedback. Please know that I had nothing to do with the Sean Delonas cartoon. I neither commissioned or approved it. I saw it in the paper yesterday with the rest of the world. And, I have raised my objections to management.
--Sandra Guzman

**From:** [REDACTED] @verizon.net]
**Sent:** 2/19/2009 12:12 PM
**To:** [REDACTED]
**Subject:** Grow Up, New York Post

**[REDACTED]**