# Exhibit 11

Contains Confidential & Attorneys' Eyes Only Portions Bound Separately

Page 1

1                        Allan
2            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
3
     SANDRA GUZMAN,                )
4                                  )
                Plaintiff,          )
5                                  )
                vs.                ) 09CIV9323
6                                  ) (BSJ(RLE)
     NEWS CORPORATION, NYP HOLDINGS,)
7    INC., d/b/a THE NEW YORK POST, )
     and COL ALLAN, in his official )
8    and individual capacities,     )
                                    )
9               Defendants.         )
     -------------------------------)
10
11   (Contains Confidential & Attorneys' Eyes Only Portions Bound Separately)
12
13        VIDEOTAPED DEPOSITION OF COLIN ALLAN
14                New York, New York
15              Tuesday, February 14, 2012
16
17
18
19
20
21
22
23   Reported by:
24   Philip Rizzuti
25   JOB NO. 46188

Contains Confidential & Attorneys' Eyes Only Portions Bound Separately

Page 62

```
1            Allan
2   cartoon, who is Sean Delonas?
3      A.   He is the cartoonist.
4      Q.   Who created that cartoon?
5      A.   Correct.
6      Q.   Did Mr. Delonas give you that
7   cartoon to approve before it was published?
8          MR. LIPPNER:  Objection.
9          MR. LERNER:  Objection.
10     Q.   You can answer?
11     A.   Yes.
12     Q.   Did you approve it before its
13  publication?
14     A.   Yes.
15     Q.   Did any other editor at the New
16  York Post approve that cartoon before its
17  publication?
18     A.   No.
19     Q.   So you made the decision?
20     A.   Yes.
21     Q.   Solely your decision?
22     A.   Yes.
23     Q.   Ms. Guzman stated in her E-mail, I
24  have raised my objections to management,
25  Sandra Guzman.  Do you see that?
```

Page 63

```
1            Allan
2      A.   Yes.
3      Q.   When you read this E-mail for the
4   very first time did you know that Ms. Guzman
5   had raised objections to the cartoon?
6          MR. LERNER:  Objection.
7   Mr. Thompson, I am looking, this is an
8   E-mail, it has been 100 or 200 addresses
9   on it, so it takes a while to go through.
10  But I don't see Col Allan's name as a
11  recipient of this particular E-mail,
12  so --
13         MR. THOMPSON:  I understand that
14  Mr. Lerner, but he has already said that
15  this is the E-mail that he saw after the
16  person came into his office.
17         MR. LERNER:  I am describing for
18  clarity.
19         MR. THOMPSON:  But he has already
20  stated that he has seen this before.
21     Q.   Mr. Allan, did you know when you
22  looked at Ms. Guzman's E-mail the day you
23  learned about it that she had raised
24  objections to management about the cartoon?
25     A.   I don't recall.
```

Page 64

```
1            Allan
2      Q.   How did you react when you read
3   her E-mail?
4      A.   React; what does that mean?
5      Q.   Well were you happy, were you
6   unset?
7      A.   I was disappointed.
8      Q.   Why were you disappointed?
9      A.   I felt that if she was troubled by
10  the cartoon that she might have raised those
11  concerns with the people that she worked for
12  and with before she did so publicly.
13     Q.   Do you know if she did raise her
14  concerns about the cartoon with any editor at
15  the New York Post?
16     A.   I don't recall.
17     Q.   Do you know if she raised the
18  concerns about the cartoon to anyone in human
19  resources?
20     A.   Yes.
21     Q.   Who did she raise her concerns to?
22     A.   Jennifer Jehn.
23     Q.   How do you know that she raised
24  the concerns about the cartoon with Jennifer
25  Jehn?
```

Page 65

```
1            Allan
2      A.   Jennifer told me so.
3      Q.   Did Jennifer tell you before or
4   after you saw this E-mail reflected in Exhibit
5   2?
6      A.   I don't recall.
7      Q.   Is Jennifer Jehn the only person
8   that you recall telling you that Sandra Guzman
9   raised complaints about the cartoon?
10     A.   Yes.
11     Q.   In February of 2009 Joe Rabinowitz
12  was Sandra Guzman's direct supervisor; is that
13  correct?
14     A.   Correct.
15     Q.   Did Mr. Rabinowitz tell you that
16  she had complained to him about the cartoon?
17     A.   I don't recall.
18     Q.   Well let me ask you, you said you
19  were disappointed in Ms. Guzman, wouldn't you
20  remember if Joe Rabinowitz told you that she
21  had complained about it?
22     A.   I am sorry, I don't recall.
23     Q.   So as you sit here now you don't
24  recall ever speaking or communicating with Joe
25  Rabinowitz about the fact that Sandra Guzman
```