

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW



85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Lawrence M. Pearson**
lpearson@thompsonwigdor.com

November 27, 2013

**VIA EMAIL**

Honorable Lorna G. Schofield
U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED.
On or before December 4, 2013, Plaintiff shall submit to Chambers an unredacted courtesy copy, which complies with the Court's Individual Rules III.B.6 and II.B.5, of all motions in limine for which Plaintiff was the moving party.
SO ORDERED.
Dated: December 2, 2013
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: Guzman v. NYP Holdings, Inc., et al.
09 CV 9323 (LGS)

Dear Judge Schofield:

We represent Plaintiff Sandra Guzman in the above-referenced matter and write pursuant to Rule I.C.3 of Your Honor's Rules of Individual Practice, Redactions and Filing under Seal to respectfully request the Court's permission to file one of Plaintiff's oppositions to Defendants' motions *in limine* under seal in its entirety. Specifically, Defendants filed a motion *in limine* pursuant to Fed. R. Evid. 412 ("Rule 412") seeking to introduce at trial certain irrelevant, highly prejudicial and inadmissible evidence regarding Ms. Guzman's personal life. Rule 412 anticipates that motion practice pursuant to the Rule will be conducted under seal. As such, we seek to redact Plaintiff's entire opposition to Defendants' Rule 412 motion. The opposition, which is completely highlighted to reflect our proposed filing under seal, is attached hereto as Exhibit A.

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

Lawrence M. Pearson

cc: Mark W. Lerner, Esq. (via email)