# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

MARK W. LERNER
DIRECT DIAL: 212-506-1728
MLERNER@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

November 27, 2013

**Via E-mail**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: *Guzman v. NYP Holdings, Inc., et al.*
No. 09 CV 9323 (LGS)

Dear Judge Schofield:

This firm represents the defendants in the above-referenced matter. We write pursuant to Rule I.C.3 of Your Honor's Rules of Individual Practice, Redactions and Filing under Seal, to request that certain memoranda of law and supporting exhibits in opposition to plaintiff's motions in *limine*, which were filed November 20, 2013, be filed under seal. Pursuant to the Court's Order of October 29, 2013, the parties in this matter are to file oppositions to motions *in limine* as of today, November 27. Defendants seek to oppose four motions *in limine* that plaintiff filed under seal in their entirety. Defendants request permission to file their oppositions to the foregoing under seal.

As these memoranda are cumulatively more than 25 pages, defendants will have them hand delivered to the Court today for *in camera* review, in accordance with Your Honor's Rules of Individual Practice.

We thank Your Honor for your consideration of this application.

Respectfully submitted,

Mark W. Lerner

cc: Lawrence M. Pearson, Esq.

APPLICATION GRANTED.
On or before December 4, 2013, Defendants shall submit to Chambers an unredacted courtesy copy, which complies with the Court's Individual Rules III.B.6 and II.B.5, of all motions in limine for which Defendants were the moving party.
SO ORDERED.
Dated: 12/2/2013
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE