```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANDRA GUZMAN,

                            Plaintiff,    :    No. 09 Civ. 9323 (LGS)

      v.

                                                        STIPULATION OF
NYP HOLDINGS, INC., d/b/a THE NEW YORK      VOLUNTARY DISMISSAL
POST, and COL ALLAN, in his official and              WITH PREJUDICE PURSUANT
individual capacities,                                          TO F.R.C.P. 41(a)(1)(A)(ii)

                            Defendants.
-----------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS plaintiff Sandra Guzman ("Guzman") and defendants NYP Holdings, Inc., d/b/a the New York Post, and Col Allan, in his official and individual capacities (together, the "Defendants," and together with Guzman, the "Parties") wish to dismiss with prejudice all claims in the above-captioned action (the "Action"), such that no claims remain in the Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their undersigned counsel, that pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), all claims in the Action shall be and are hereby dismissed with prejudice, with each Party to bear its own costs, unless otherwise agreed among the Parties.

Dated: New York, New York
December 3, 2013

Respectfully Submitted,

THOMPSON WIGDOR LLP

By: _____
Douglas H. Wigdor
  (dwigdor@thompsonwigdor.com)
Lawrence M. Pearson
  (lpearson@thompsonwigdor.com)
Michael J. Willemin
  (mwillemin@thompsonwigdor.com)
Christopher R. Lepore
  (clepore@thompsonwigdor.com)

85 Fifth Avenue
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845

*Counsel for Plaintiff*
*Sandra Guzman*

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: _____
Marc E. Kasowitz
  (mkasowitz@kasowitz.com)
Mark W. Lerner
  (mlerner@kasowitz.com)
Blythe E. Lovinger
  (blovinger@kasowitz.com)
Garrett D. Kennedy
  (gkennedy@kasowitz.com)

1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for defendants NYP Holdings,*
*Inc., d/b/a the New York Post, and Col Allan*

So Ordered this  5   day of December 2013
New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**